# EXHIBIT A



May 6th, 2022

Sent via email – zach.griffin@motorsportgames.com

**PRIVATE & CONFIDENTIAL**

Dear Zach,

This letter is to confirm that as of today, May 6th, 2022 The Schedule to your contract of employment, entered into as between you and Motorsport Games Australia Pty Ltd on March 19, 2021 is hereby amended as follows:

Item 8 of the schedule titled "Remuneration" is hereby amended and restated as follows:Rate:

$240,000 USD per annum, inclusive of superannuation.

Item 9 of the schedule titled "Other Benefits", subsection ii) "Benefit 2"is hereby amended and restated as follows:

An annual bonus of twenty percent (20%) of your annual remunertion to be paid in two instalments of ten percent (10%) each ($24,000), in January and June of each respective year during the term of your employment For the avoidance of doubt this change shall override the previous terms agreed in the contract and will not be in addition to the previous terms of this section.


Yours Sincerely,

*[signature]*

**Dara M Malavolta**
Director of Human Resources, Motorsport Games (NASDAQ: MSGM)

5972 NE 4th Avenue | Miami, FL.|  33137
M  +1 914 819 7764
E  Dara.Malavolta@motorsportgames.com


**Motorsport Games Inc.**
T  +1 305 507 3799
E  info@motorsportgames.com
W  www.motorsportgames.com