Page 1

1              UNITED STATES DISTRICT COURT

2              SOUTHERN DISTRICT OF FLORIDA

3    _____

4    ZACHARY GRIFFIN,

5          Plaintiff(s),

6    v.            Case 24-cv-21929-BLOOM/Elfenbein

7    MOTORSPORTS GAMES, INC.,

8          Defendant(s).

9    _____

10

11                    DEPOSITION

12                        OF

13                  ZACHARY GRIFFIN

14

15   DATE:        Wednesday, February 12, 2025

16   TIME:        10:00 a.m. - 4:45 p.m.

17   LOCATION:    AXA Law Group PLLC

18                2121 Northwest 2nd Avenue

19                Suite 201

20                Miami, Florida 33127

21   REPORTED BY: Nidelis Gonzalez, Notary Public

22   JOB NO:      7169342

23

24

25

Page 2

```
 1        A P P E A R A N C E S
 2
 3  ON BEHALF OF PLAINTIFF(S):
 4  Eduardo Ayala Maura, Esquire
 5  Ayala Law PA
 6  2490 Coral Way
 7  Suite 401
 8  Miami, Florida 33145
 9  Eduardo@ayalalawpa.com
10
11
12  ON BEHALF OF DEFENDANT(S):
13  Alice Ferot, Esquire
14  Axs Law Group PLLC
15  2121 Northwest 2nd Avenue
16  Suite 201
17  Miami, Florida 33127
18  Jeff@axslawgroup.com
19  Alice@axslawgroup.com
20
21
22
23
24
25
```

Page 3

```
 1          I N D E X
 2  WITNESS                    PAGE
 3  ZACHARY GRIFFIN
 4  Ms. Ferot                  9
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1               EXHIBIT
 2  EXHIBIT          DESCRIPTION          PAGE
 3  Defendant 1      Notice               10
 4  Defendant 2      Complaint            11
 5  Defendant 3      LinkedIn Profile     15
 6  Defendant 4      Employment Agreement    22
 7  Defendant 5      Paystubs             27
 8  Defendant 6      Travel Exemption Letter    28
 9  Defendant 7      9-10-21 Teams Conversation    35
10  Defendant 8      9-20-21 E-mail       36
11  Defendant 9      9-20-21 E-mail       38
12  Defendant 10     3-2023 E-mail Thread Griffin  40
13  Defendant 11     10-7-21 Agreement    42
14  Defendant 12     10-12-21 E-mail      44
15  Defendant 13     10-14-21 E-mail      47
16  Defendant 14     10-20-21 E-mail      48
17  Defendant 15     11-4-21 E-mail       54
18  Defendant 16     12-7-21 E-mail       55
19  Defendant 17     12-24-21 E-mail      59
20  Defendant 18     1-4-22 E-mail        60
21  Defendant 19     1-6-22 E-mail        62
22  Defendant 20     Qantas E-Ticket Ref#6T46S6    63
23  Defendant 21     2-16-22 E-mail       64
24  Defendant 22     3-16-22 E-mail       67
25  Defendant 23     Qantas E-Ticket Ref#6794GX    68
```

Page 5

```
 1               EXHIBIT
 2            (continued)
 3  EXHIBIT          DESCRIPTION          PAGE
 4  Defendant 24     Dun & Bradstreet Report Form  68
 5  Defendant 25     CONFIDENTIAL         71
 6  Defendant 26     Apartment Lease      73
 7  Defendant 27     11-15-22 Teams Message    75
 8  Defendant 28     4-27-22 E-mail       85
 9  Defendant 29     5-4-22 E-mail        89
10  Defendant 30     5-6-22 Letter Malatova    91
11  Defendant 31     5-9-22 E-mail        93
12  Defendant 32     6-8-22 E-mail        96
13  Defendant 33     12-30-22 E-mail      97
14  Defendant 34     1-9-23 E-mail        99
15  Defendant 35     1/12/23 E-mail       132
16  Defendant 36     1-18-23 E-mail       139
17  Defendant 37     2-15-23 Kozko/Griffin    142
18  Defendant 38     2-20-23 Griffin/Kozko    146
19  Defendant 39     2-22-23 E-mail       146
20  Defendant 40     5-16-23 E-mail       149
21  Defendant 41     5-22-23              150
22  Defendant 42     6-21-23              150
23  Defendant 43     8-1-23 E-mail        166
24  Defendant 44     8-11-23              169
25  Defendant 45     Travel History       170
```

2 (Pages 2 - 5)

Page 6

1            EXHIBIT
2            (continued)
3 EXHIBIT          DESCRIPTION          PAGE
4 Defendant 46     1-5-22 Teams Conversation   173
5 Defendant 47     2-22-23 E-mail        175
6 Defendant 48     11-2-23 E-mail        177
7 Defendant 49     NetSuite Expense Report   182
8 Defendant 50     Initial Disclosures    184
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 8

1 laws in the same manner as a deposition
2 recorded by stenographic means, and shall
3 constitute written stipulation of such.  This
4 proceeding is being recorded via video
5 technology by Valentina Olano.
6      At this time will everyone in attendance
7 please identify yourself for the record,
8 beginning with the taking attorney.
9      MS. FEROT:  Good morning.  My name is
10 Alice Ferot, and I represent Motorsport Games,
11 Inc.
12      MR. AYALA:  Eduardo Ayala for Zach
13 Griffin, the plaintiff.
14      THE COURT REPORTER:  Thank you.  Hearing
15 no objection I will swear in the witness.
16 Please raise your right hand.  Do you swear or
17 affirm the testimony you're about to give will
18 be the truth, the whole truth, and nothing but
19 the truth?
20      MR. GRIFFIN:  I do.
21 THEREUPON,
22           ZACHARY GRIFFIN,
23 a Witness of lawful age, being first duly sworn in
24 accordance with the law, was examined and testified
25      as follows to the best of his ability:

Page 7

1         P R O C E E D I N G
2      VIDEOGRAPHER:  Good morning.  The time is
3 10:20 a.m., and we are on the record on
4 February 12, 2025.  My name is Valentina Olano,
5 and I am the videographer.  I'm, going to hand
6 it over to our court reporter.
7      THE COURT REPORTER:  Good morning.  My
8 name is Nidelis Gonzalez, and I'm the reporter
9 assigned by Veritext to take the record of this
10 proceeding.  We are now on the record at 10:18
11 a.m.  This is the deposition of Zachary
12 Griffin, taken in the matter of Zachary Griffin
13 versus Motorsport Games, Incorporated, case
14 number 24-cv-21929.  It is February 12, 2025.
15 We are at 2121 Northwest 2nd Avenue, Suite 201,
16 Miami, Florida 33127.
17      I am a notary authorized to take
18 acknowledgments and administer oaths in the
19 state of Florida.  Additionally, absent an
20 objection on the record before the witness is
21 sworn all parties and the witness understand
22 and agree that any certified transcript
23 produced from the recordings of this proceeding
24 is intended for all uses permitted under
25 applicable procedural and evidentiary rules and

Page 9

1      THE COURT REPORTER:  Thank you.  Please
2 begin.
3         DIRECT EXAMINATION
4 BY MS. FEROT:
5   Q   Good morning, Mr. Griffin.
6   A   Good morning.
7   Q   So I represent Motorsport Games, Inc.
8 Could you please state your full name for the
9 record?
10   A   Yes. Zachary Nicholas Griffin.
11   Q   Okay.  Now, have you been deposed before?
12   A   No, first time.
13   Q   First time, okay, so I'll go over some
14 ground rules for you.  But do you understand that
15 you are under oath?
16   A   Yes.
17   Q   Okay.  And that means you have to tell the
18 truth, right?
19   A   Yes, of course.
20   Q   And your answers have the same
21 significance if they were asked in a courtroom.
22   A   Yes.
23   Q   So I'll ask if you don't understand a
24 question please let me know, that give me a chance
25 to rephrase.

3 (Pages 6 - 9)

Page 10

A Of course.
Q If you need a break just let us know, we'll take a break, but I just ask that you answer any pending question.
A Sure.
Q And also, everything is being transcribed by the court reporter, so we really have to all make an effort to not speak over each other. So if I ask a question, and you see where I'm going, and you want to answer, you have to pause, and make sure that I finish my question --
A Not a problem at all.
Q It would also help your counsel to object, if he has any objection. Same thing, only use verbal responses, because non-verbal responses cannot be transcribed.
A Okay.
(Thereupon, Defendant Exhibit 1 is marked for identification.)
BY MS. FEROT:
Q All right, so I'm going to be handing you what we'll mark as Exhibit Number 1. Oops, sorry. No So, do you recognize this document?
A I do, yes.
Q Notice of deposition. Are you prepared to

Page 11

answer my questions today?
A Yes.
(Thereupon, Defendant Exhibit 2 is marked for identification.)
BY MS. FEROT:
Q Okay. So I'm going to be handing you a copy of what we'll mark as Exhibit Number 2. Well, actually I'm giving you --
MS. FEROT: Can I -- can I just keep -- I know you --
THE COURT REPORTER: Yeah, absolutely.
MS. FEROT: Can you give me back the -- is that fine, then I'll hand it over to you when I'm done for --
BY MS. FEROT:
Q Do you recognize this document?
A Yes.
Q Is it the document that your counsel filed on your behalf?
A That appears to be.
Q Okay. I'll give you a minute to go through the pages. Is there any factual allegation that is not true in the complaint?
MR. AYALA: Objection to form.
BY MS. FEROT:

Page 12

Q Is there any fact that is not true in this complaint?
A In this complaint?
Q Yes.
A Not to my knowledge.
Q Okay. Is there any fact that is missing from the complaint?
A Not to my knowledge.
MR. AYALA: Objection to form.
BY MS. FEROT:
Q All right, so now we're going to go to the counts of the complaint. If you'll turn the page, and you go to Page 6, do you see that in your complaint there is a count one, breach of contract --
A Yes.
Q -- then on Page 7 breach of good faith and fair dealing.
A Yes.
Q Count three, promissory estoppel. And count four, breach, breach of fiduciary duty. Do you see that?
A I do.
Q All right, are you aware that except for count three, the promissory estoppel count, all the

Page 13

counts have been dismissed?
A Yes, I am.
Q Understand the courts found that you did not have a claim for these counts.
MR. AYALA: Objection to form.
BY MS. FEROT:
Q All right, so now I go to the count that remains, count three on Page 8. In that count is there any factual allegation that is not true?
MR. AYALA: Objection to form.
BY MS. FEROT:
Q Is there any factual allegation that is not true? We didn't hear your response.
A I didn't respond. Of these --
Q Yes.
A That is not true?
Q Yes.
A Again, not to my knowledge.
Q Okay. Is there anything missing, any factual allegation that is missing --
MR. AYALA: Objection to form.
BY MS. FEROT:
Q I'm sorry, I didn't hear your response.
A No, just to clarify --
MR. AYALA: You -- you -- if you don't

1 understand you don't have to answer.
2      THE WITNESS: Okay. Just to clarify, if
3 there's an objection to form --
4      MR. AYALA: Yeah, you -- you -- you can
5 answer, unless I tell you not to answer.
6      THE WITNESS: Okay.
7      MR. AYALA: So I -- I - I'm going to put
8 -- so I find her questions improper --
9      THE WITNESS: Yes.
10      MR. AYALA: -- so I put an objection --
11      THE WITNESS: Yes.
12      MR. AYALA: -- then we'll have to deal
13 with the judge later, but you --
14      THE WITNESS: Okay.
15      MR. AYALA: If -- if -- if -- if I tell
16 you not to answer you don't answer. If I don't
17 say anything you can answer.
18      THE WITNESS: Okay. If you objection to
19 form I'm still to answer.
20      MR. AYALA: Huh?
21      THE WITNESS: If there's an objection to
22 form I still answer the question.
23      MR. AYALA: You still answer.
24      THE WITNESS: Okay, sorry. That's --
25      MR. AYALA: It's all right.

1      THE WITNESS: -- my misunderstanding.
2 BY MS. FEROT:
3      Q   No worries. Where do you currently live?
4      A   In Australia.
5      Q   Where in Australia?
6      A   In Melbourne.
7      Q   How do you spell that?
8      A   M-E-L-B-O-U-R-N-E.
9      Q   All right. I understand you're married.
10 Could you state your wife's name for the record?
11      A   Yes. Francesca Holmes.
12      Q   Okay. How many children do you have?
13      A   One.
14      Q   One. How old?
15      A   Four, five weeks now.
16      Q   Okay. Congratulations.
17      A   Yeah, thank you.
18   (Thereupon, Defendant's Exhibit 3 is marked for
19          identification.)
20 BY MS. FEROT:
21      Q   I'm going to hand you a copy of what we'll
22 mark as Exhibit 3. So this is your LinkedIn
23 profile. Do you recognize this?
24      A   Yes, I do.
25      Q   Does this profile accurately reflect your

1 experience and background?
2      A   Yes.
3      Q   Okay. So can you tell me a little bit
4 about your experience at Big Ant?
5      A   At Big Ant.
6      Q   Mm-hmm.
7      A   That was many years ago. I was a 3D
8 artist, so I was responsible for producing art
9 assets for racing games.
10      Q   Okay. So what was your position?
11      A   I was a Junior 2D/3D Artist from -- from
12 there I think -- I did a long time ago, so.
13      Q   Why did you leave?
14      A   Where did I live?
15      Q   Yes.
16      A   In Melbourne.
17      Q   Say that again.
18      A   In Melbourne.
19      Q   No, why did you leave that position?
20      A   Why did I leave? I was offered a better
21 position.
22      Q   Okay.
23      A   At a, another company called Think Outside
24 the Square.
25      Q   Okay. Is it here on this profile?

1      A   No, it's not, because it wasn't relevant
2 to my gaming experience.
3      Q   Okay. And what did you do there?
4      A   I ran a simulator, driving simulators. I
5 did exhibitions for different clients in the Motor
6 Show Grand Prix, and various other motorsport
7 related events.
8      Q   Got it. And how long did you stay there?
9      A   Approximately, I believe somewhere between
10 a year and eighteen months. And there was various
11 and sporadic work, apart from that, and at that time
12 as well I went to, I went to study as well at
13 University.
14      Q   Okay. Where was it?
15      A   At RMIT.
16      Q   Okay. Tell me a little bit -- would you
17 describe me your educational background?
18      A   Mm-hmm. Yeah, so I have an advanced
19 diploma in game development from Victoria
20 University. I also have a degree in business as
21 well from RMIT, majoring in entrepreneurship.
22      Q   Okay. And I understand you're the
23 creator, the founder of Black Delta --
24      A   Yes, correct.
25      Q   When did you create it?

5 (Pages 14 - 17)

1    A   In -- I think we incorporated in 20, like
2 2014, early 2015, I think.  I don't recall the exact
3 date, but somewhere around there.
4    Q   Which -- which year?
5    A   2014 or 2015.
6    Q   '14.
7    A   I'm not aware of the exact incorporation
8 day.
9    Q   All right.  What was your position there?
10    A   I was the founder.
11    Q   And what was the purpose of Black Delta?
12    A   To -- first, to make racing games, so I
13 built a prototype of a racing game, and which I
14 commercialized, and it was to take that game to, to
15 market.
16    Q   Okay.  And that's where you created
17 KartKraft?
18    A   That's correct.
19    Q   Can you tell me a little bit more about
20 the game, how you developed it, the release?
21    A   Yes.  So it was a racing simulator game,
22 similar to Gran Turismo, which is a racing game for
23 Sony PlayStation, but it focused primarily on go-
24 karts, so profession go-karts that Formula One
25 drivers, for example, would use on their, their way

1 to, to their career, or to become a Formula One
2 driver.
3    Q   What are the revenues brought by
4 KartKraft?
5    A   The revenues?  That's a good question.  I
6 don't recall exactly at the time, I know to date I
7 think it sold in excess of 300,000 units, I believe.
8    Q   Congratulations.
9    A   Thank you.
10    Q   Was Black Delta representable?
11    A   No, it was not.
12    Q   So when did you first get in touch with
13 Motorsport -- and before you answer I just want to
14 make a clarification, because we're going to speak
15 about several entities, so when I say Motorsport
16 that is just the group.
17    A   Yes.
18    Q   Motorsport US will be Motorsport Games,
19 Inc., Motorsport Australia will be Motorsport Games
20 Australia --
21    A   Mm-hmm.  Sure.
22    Q   -- is that fine?
23    A   That's fine.
24    Q   Okay.  So when did you first get in touch
25 with them, with Motorsport?

1    A   I believe it was sometime in late 2020.  I
2 had a LinkedIn message from Steven Hood, who was the
3 then president of the company, and another gentleman
4 called Gustavo Roche, who was their business
5 development manager, I think, at the time.
6    Q   Okay.  And you started to negotiate the
7 sale of KartKraft to Motorsport, right?
8    A   That's correct.
9    Q   Okay.
10    A   And to clarify, they reached out to me,
11 not the other way around.
12    Q   They reached out to you?
13    A   Yes.
14    Q   Okay.  And that was Steven Hood.
15    A   Steven Hood had reached out to me, and
16 then, I think at some earlier date, and then Eduardo
17 and, I'm sorry, not Eduardo, and then Gustavo and
18 Steven had reached out again sometime in 2020, I
19 believe.
20    Q   Okay.  And you sold KartKraft, or you sold
21 Black Delta, or both?
22    A   KartKraft.
23    Q   You sold KartKraft, okay.
24    A   Mm-hmm.
25    Q   And when did you first discuss working for

1 Motorsport?
2    A   Sometime during the, the negotiations.  So
3 the idea was that they would purchase KartKraft, and
4 then the, myself and another employee would, would
5 join Motorsport Games Australia Proprietary Limited.
6    Q   Okay.  And what was the, the goal, why
7 were they opening Motorsport Games Australia?
8    A   So it was purely, I believe, as a vehicle
9 for KartKraft, and to build a studio in Australia
10 around myself leading that, that team, and at the
11 time to take KartKraft to console.
12    Q   Okay.  What was your start date; do you
13 recall?
14    A   Yes.  I think it was the 16th of March.
15 There or thereabouts, but I think that's correct.
16    Q   Okay.
17    A   In 2021.
18    Q   And what was your last day?
19    A   November 1st in 2023, I believe.
20    Q   Had you ever been terminated before in
21 your career?
22    A   No, my first time.  And it was a a,
23 redundancy, rather than a termination, so I wasn't
24 fired for cause, or anything like that, it was the
25 whole studio was shut down.

Page 22

1  Q  Understood.  So what do you do now?
2  A  So I work as a development director for a
3 subsidiary within Electronic Arts.
4  Q  What's the name of the subsidiary?
5  A  Fusion.
6  Q  And that's an Australian entity, right?
7  A  No, I don't believe so.  I think it's part
8 of the EA umbrella.  I don't know where the entity
9 is incorporated.
10  (Thereupon, Defendant Exhibit 4 is marked for
11  identification.)
12 BY MS. FEROT:
13  Q  Okay.  All right, I'm going to be handing
14 you a copy of what we will mark as Exhibit 4.  Are
15 you familiar with this document?
16  A  It appears to be my employment contract
17 with Motorsport Games Australia.
18  Q  Okay.  Can you go on Page 15, at the end?
19 Do you recognize your signature?
20  A  Yes.
21  Q  So you agreed to the terms of this
22 employment agreement, correct?
23  A  Yes.
24  Q  And who else executed this contract?
25  A  It was myself and Amanda LeCheminant.  I

Page 23

1 executed it on my behalf, as an employee, and in my
2 capacity as director of the company.
3  Q  Okay.  And Ms. LeCheminant executed from
4 Motorsport Games Australia.
5  A  Yes.
6  Q  Who is Ms. LeCheminant?
7  A  So she was the general counsel for
8 Motorsport Games at the time.
9  Q  Okay.  And if you go back to the first
10 page of the document you see the parties to this
11 agreement, right?
12  A  Yes.
13  Q  Who is the employer?
14  A  Yes.
15  Q  I -- I was asking who is the employer?
16  A  Who is -- Motorsport Games Australia
17 Proprietary Limited.
18  Q  Okay.  And who is the employee?
19  A  It would be myself.
20  Q  Okay.  If you look at the schedule, which
21 is on, I believe Page 16, what was your position
22 then?
23  A  So I was the director of studio.
24  Q  Okay.  And that was for which entity?
25  A  For Motorsport Games Australia.

Page 24

1  Q  Okay.  And here it states your start date,
2 which you mentioned earlier, which is March 16,
3 2021.
4  A  Yes.
5  Q  What was your compensation?
6  A  It was $170,000.00 USD.  I'm reading it
7 from here as well, and there were three bonuses
8 guaranteed annually of $70,000.00 USD as well.
9  Q  Okay.  So on average per year you were
10 making $170,000.00, plus $70,000.00, so $240,000.00
11 annual.
12  A  That's correct.
13  Q  Was it the highest compensation at
14 Motorsport Australia?
15  A  Yes, it was.
16  Q  Do you see the entire agreement clause on
17 Page 12?
18  A  Yes.
19  Q  So this Paragraph 19.8 of the agreement
20 captioned Entire Agreement.  This agreement contains
21 the entire agreement between the parties with
22 respect to the subject matter of this agreement, and
23 supersedes and prevails over any prior agreement,
24 covenant, or understanding, if any between the
25 parties.

Page 25

1  MR. AYALA:  Objection to form, legal
2 conclusion.
3  MS. FEROT:  I'm just reading what's on the
4 document.
5  MR. AYALA:  It wasn't a question?
6  MS. FEROT:  No.
7  MR. AYALA:  Sorry about that.  When you
8 finish your question that will be my objection.
9  MS. FEROT:  No worries.  No worries.
10 BY MS. FEROT:
11  Q  How do you understand this clause?
12  MR. AYALA:  Objection to form, legal
13 conclusion.
14  THE WITNESS:  So my understanding -- I'd
15 have to consult a, a lawyer again, but it says
16 this document is to represent the agreement
17 between myself and Motorsport Games Australia.
18 BY MS. FEROT:
19  Q  Okay.  That means everything is there,
20 right, everything is in the agreement, the entire
21 agreement between you and Motorsport Australia.
22  MR. AYALA:  Objection to form.
23  THE WITNESS:  There was a, another
24 separate stock agreement, as well I believe for
25 total compensation.  But other than that it

7 (Pages 22 - 25)

Page 26

1    appears that everything is here.
2  BY MS. FEROT:
3      Q    There was a stock agreement?
4      A    Yes.
5      Q    Okay.  So did you get stock from
6  Motorsport?
7      A    I don't believe it was ever officially
8  actioned upon, because of the financial issues with
9  the company at the time, but that was the, the
10  intent.
11     Q    Okay.  So the right to stock was never
12  triggered?
13     A    That's correct, I believe.
14     Q    Okay.  All right, now moving onto Page 3.
15  Do you see on top of, on top of the page the clause
16  Travel and Expenses?
17     A    Yes.
18     Q    So this is clause number four, Travel and
19  Expenses 4.1 any work related travel must be
20  approved by the employer in writing prior to
21  bookings and other arrangements being made.  And
22  4.2, any necessarily incurred and approved
23  reasonable travel, accommodation, or other expense
24  reimbursement, will be made after you provided to
25  the employer satisfactory admittance of the expense

Page 27

1  being incurred by you in the performance of your
2  duties.  Do you see that?
3      A    Yes.
4      Q    All right.  Does it require that expenses
5  be approved to be reimbursed?
6          MR. AYALA:  Objection, calls for a legal
7  opinion.
8          THE WITNESS:  Yes.
9  BY MS. FEROT:
10     Q    Okay.  So while you worked with Motorsport
11  Australia you understood you had to have your
12  expenses approved, right?
13     A    Yes, for Motorsport Games Australia.
14     Q    Okay.  Did you sign this EA contract with
15  Motorsport Games USA --
16     A    No.  No, I did not sign a contract with
17  Motorsport Games America, Inc.
18     (Thereupon, Defendant Exhibit 5 is marked for
19          identification.)
20  BY MS. FEROT:
21     Q    Okay.  That's it for this exhibit.  I'm
22  going to be handing you what we will mark as Exhibit
23  Number 5.  I'll let you take a look.  Do you
24  recognize this document?
25     A    They appear to be my paystubs.

Page 28

1      Q    Right.  Did you receive any compensation
2  that is not reflected in these paystubs?  And I'm
3  talking about compensation, not reimbursement of
4  expenses.
5      A    Compensation -- not to my knowledge.
6      Q    Did you receive any other paystubs than
7  those here?
8      A    No, from what I can see.
9      Q    Did you ever receive any paystubs from
10  Motorsport US?
11     A    No.
12     (Thereupon, Defendant Exhibit 6 is marked for
13          identification.)
14  BY MS. FEROT:
15     Q    All right, I'll move onto the next
16  exhibit.  I'm going to be handing you what we will
17  mark as Exhibit Number 6.  Do you recognize this
18  e-mail?
19     A    Yes.
20     Q    This is from you, Zach Griffin.
21     A    That's correct.
22     Q    Is that your professional e-mail address,
23  zach.griffin@motorsportgames.com?
24     A    It was at the time.
25     Q    All right.  And to who are you sending it?

Page 29

1      A    I'm sending this to Dimitri Kozko, Amanda
2  LeCheminant, and Dara Malavolta.
3      Q    Okay.  Who was Dimitri Kozko?
4      A    The CEO of Motorsport Games.
5      Q    And -- okay.  And Dara Malavolta?
6      A    Was the -- I don't recall her title, but
7  she, effectively she was responsible for HR.
8      Q    HR, okay.  Why -- why were you sending
9  this e-mail?
10     A    At the time there were travel restrictions
11  in place for Australian citizens to travel outside
12  of the country, was restricted during Covid, and I
13  received a rather urgent request from Dimitri Kozko
14  at the time to ask if I could travel to America.
15     Q    Okay.  And why were you coming to the
16  United States at this time?
17     A    At the time he suggested the reason was
18  there was a meeting with IndyCar, the executives at
19  Indianapolis.
20     Q    Okay.  Did you travel a lot for work?
21     A    I did, yes.
22     Q    And like you mentioned August -- so the e-
23  mail is dated August 2, 2021, was during Covid.  So
24  you say in the e-mail: As discussed with Dimitri the
25  Australian Border Force requires anyone wishing to

8 (Pages 26 - 29)

1 leave the country to have a valid exemption to
2 travel.  The permissible reasons to be granted an
3 exemption, travel for business is assessed on the
4 basis of the trip benefits Australia, on the basis,
5 sorry, that the trip benefits Australia
6 economically, or otherwise can't be done over a
7 videoconference.
8    A    Yes.
9    Q    That was the case?
10   A    Yes, it was.
11   Q    So you were not supposed to travel unless
12 you would meet that requirement that it benefits
13 Australia economically, right?
14   A    We weren't meant to travel unless we had a
15 valid exemption to travel, and so it was up to the
16 government to assess whether or not that was the
17 case.
18   Q    Okay.  And that could take up to four
19 weeks to be approved, right?
20   A    I'm reading it again, I don't recall now,
21 but, right, according to the e-mail it says four
22 weeks.
23   Q    Okay.  And it required some documentation.
24   A    Yes, that's correct.
25   Q    Did the Australian government require a

1 isolation upon your return?
2    A    They did, yes.
3    Q    For how long?
4    A    It was fourteen days, I believe.
5    Q    So I assume it was not pleasant?
6    A    Being locked in a hotel room for, with
7 myself for fourteen days, so it was -- I've had
8 better times.
9    Q    No contact?
10   A    No contact other than phones, but there
11 was no, yeah, open windows or anything.  It was --
12   Q    No open windows?
13   A    No.
14   Q    Wow.  So did that make traveling
15 complicated for you?
16   A    Could you define what you mean by
17 complicated?
18   Q    That restrained your traveling to some
19 extent.
20   A    I'd only -- that was the first trip that I
21 had taken for Motorsport Games US, and so, yeah, it
22 was an additional hurdle.
23   Q    Yeah.  So to go back to the document,
24 there is an exhibit to this e-mail on Page 2.  This
25 is a proof of employment, correct?

1    A    It's -- have to read this.
2    Q    So just -- just to explain the, that part
3 that are redacted is because they contain personal
4 identifying information --
5    A    Sure.
6    Q    -- and so it's redacted to preserve your
7 confidentiality.  So the only part that I redacted
8 are your date of birth and your passport number, you
9 have everything else.
10   A    Yes.  And could you repeat the question
11 then, please?
12   Q    Sure.  So this is a letter for proof of
13 employment, right, for your travel?
14   A    I don't believe so.  I believe it was, it
15 was a request, one for that I was intended to travel
16 to America, and then to get to confirm my employee
17 with Motorsport Games Australia.
18   Q    Okay.  And that was addressed to the
19 Australian Border Force.
20   A    That's correct.
21   Q    And did -- was -- was this letter used?
22   A    I believe it was.  I don't recall exactly
23 if this was the one.  It was a long time ago.
24   Q    Okay.  But something similar to that was
25 sent to the Australian Border Force?

1    A    Yes.
2    Q    And the information is truthful in this
3 letter, right?
4    A    Yes.
5    Q    Okay.  Because otherwise you would face
6 sanctions, right, with --
7    A    I believe so.  I'm not in the -- I'm not
8 in the business of lying.
9    Q    And the letter says that you are a
10 full-time employee and director of Motorsport
11 Games Australia.  Is that what you see?
12   A    Yes.
13   Q    Okay.  All right.  We'll leave that aside
14 for now.  So when did you first discuss a possible
15 relocation to Miami?
16   A    So it was around August, sitting in a car,
17 you know, with Dimitri Kozko, you know, on or about
18 August 2021.
19   Q    2021.  And what was said exactly?
20   A    I'm sorry?
21   Q    What was said during that --
22   A    He said -- we were sitting in a, a car, it
23 was a Cadillac Escalade, and I hadn't seen one
24 before so I said it's a cool car, I believe, and,
25 and he said if you, something to the effect of if

1 you come to America I'll get you one, or come and
2 work for me, I don't recall his exact language right
3 now.
4    Q    Did he explain why you should come to
5 Miami?
6    A    Not at that, during the conversation.  It
7 was -- there was various hints, I guess, before,
8 that he was, I may be able to come to, to Motorsport
9 Games, Inc., and, and be centralized in the same
10 location.
11    Q    Okay.  Did you discuss the conditions of
12 your relocation at the time?
13    A    Not at that time.  It was purely a, a
14 single comment.  And I think later on that night he
15 suggested, you know, that I should be, ought to, to
16 move here.
17    Q    So he promised you an Escalade if you were
18 coming to Miami.
19    A    It was a, an offhand, or I guess comment
20 to see whether or not I was going to, whether I was
21 interested, and he said if you get one, but I didn't
22 sign or agree to that, it was just a comment.
23    Q    Okay.  Did you agree to move to Miami at
24 that time?
25    A    Not on that day, no.

1    Q    Okay.  Were you -- was it difficult to
2 agree to move to Miami?
3    A    Could you define what difficult means?
4    Q    Did you have conflicting thoughts about
5 moving to Miami?
6    A    Conflicting thoughts more, there was a lot
7 to think about.
8    Q    Okay.
9    A    It's a, a big move that wasn't, coming
10 over it wasn't something that I anticipated.  It was
11 -- I wasn't really coming over there under the, the
12 assumption that I was to work for, with this IndyCar
13 project that we're talking about at the time back in
14 Australia.
15    Q    But later on you agreed to move, right?
16    A    That's correct.
17    Q    Do you feel you could have said no to the
18 move?
19    A    Could I have said no?
20    Q    Yes.
21    A    Sure.
22    (Thereupon, Defendant Exhibit 7 is marked for
23           identification.)
24 BY MS. FEROT:
25    Q    All right, I'm going to hand you a copy

1 which we'll mark as Exhibit 7.  Do you recognize
2 this document?
3    A    Yes, I do.
4    Q    What is it?
5    A    It's a, I think a screenshot of a Teams
6 conversation between myself and Amanda LeCheminant.
7    Q    Okay.  And there is the text message from
8 December, September 10, 2021, saying, hey Amanda, no
9 problem, looking forward to seeing you guys, Dimitri
10 also asked if you could send the contact deleted for
11 our immigration lawyer, I believe his name was Mark.
12 Is that what you texted her?
13    A    Yes.
14    Q    And she responded, yes, Mark Katsman, and
15 she gives the contact information; is that correct?
16    A    Yes.
17    Q    Who was Mark Katsman?
18    A    He was the immigration attorney for
19 Motorsport Games at the time.
20    (Thereupon, Defendant Exhibit 8 is marked for
21           identification.)
22 BY MS. FEROT:
23    Q    Okay.  I'm going to be handing you what we
24 will mark as Exhibit Number 8.  Do you recognize
25 this document?

1    A    Yes, I do.
2    Q    So if you go to the bottom of the e-mail
3 you can see that it's from Amanda LeCheminant, sent
4 on September 9, 2021, which I believe with the time
5 difference in Australia is the same day you sent the
6 text message earlier, and she's sending it to you
7 and Mark Katsman; is that correct?
8    A    Yes.
9    Q    And she's making the introduction, right?
10    A    That's correct.
11    Q    And in response on Page 1 Mr. Katsman
12 offers his assistance.
13    A    Yes.
14    Q    Okay.  Who paid for Mr. Katsman's
15 services?
16    A    I don't believe he was ever paid.
17    Q    You don't believe he was ever paid?
18    A    Yes.
19    Q    Did he get a retainer?
20    A    Not to my knowledge, that I know.
21    Q    Could it be that he was paid by Motorsport
22 without you knowing?
23           MR. AYALA:  Form.  Form.
24           THE WITNESS:  It could be, but I don't
25 believe so.

1 BY MS. FEROT:
2    Q   IN any event, you never paid for his
3 services?
4    A   I never paid for his services, no.
5    Q   Why would you forward this e-mail to your
6 personal e-mail account?
7    A   This was, well, it was directly after
8 conversations with, with Dimitri, that intimated
9 that he made misrepresentations about the agreement
10 that we had previously, and I sent it as, as proof.
11    Q   So around that date, January 1, 2023,
12 you're starting to send yourself some e-mails
13 because of what you call misrepresentations?
14    A   I believe so.
15    (Thereupon, Defendant Exhibit 9 is marked for
16        identification.)
17 BY MS. FEROT:
18    Q   Okay.  I'm going to move on to Exhibit
19 Number 9.
20        MR. AYALA:  Impressed you use paper with
21    the little sticker still, as --
22        MS. FEROT:  We're with --
23        MR. AYALA:  As back, back in the day.
24        MS. FEROT:  We are very old fashioned
25    here, like in first, and then actual paper

1    exhibit.
2 BY MS. FEROT:
3    Q   So here this is an e-mail from Mark
4 Katsman to you, Mr. Griffin, sent on Monday
5 September 20, 2021 regarding your emigration to the
6 United States.  The subject is emigrating to the USA
7 from Australia.  Do you recognize this e-mail?
8    A   Yes, I do.
9    Q   Okay.  And if you go to the first, to the
10 bottom of the thread, you see that you are reaching
11 out to Mr. Katsman, what looks, after phone call, it
12 says thanks for your time on the phone before, as
13 discussed that included the key points to
14 (unintelligible). Do you see that?
15    A   I do.
16    Q   And you go on to explain that you founded
17 a company acquired by Motorsport Games, and that you
18 are a director of Motorsport Games Australia.
19    A   Yes.
20    Q   You say Motorsport Games, Inc. would like
21 me to transfer to their Miami office, I have a
22 fiance we can get married in time, we need to be
23 able to work in the United States.
24    A   Yes.
25    Q   And in response to that Mr. Katsman gives

1 you information about -- about possible visa, two
2 options, two visa options.  Do you see that?
3    A   I do.
4    Q   The first one is L-1, the L-1 option, and
5 he explains what it is about.  And the second one,
6 the E- 3.
7    A   Yes.
8    Q   And that's in September 20, 2021.
9    A   September 2021, yes.
10        MS. FEROT:  Okay.  All right.  Should I
11    hand that to you now, or --
12        THE COURT REPORTER:  You can e-mail.
13    (Thereupon, Defendant Exhibit 10 is marked for
14        identification.)
15 BY MS. FEROT:
16    Q   I'm going to hand to you what we will mark
17 as Exhibit 10.  Here -- do you recognize this
18 e-mail?
19    A   I do, yes.
20    Q   So you're sending to yourself on March
21 2023 an e-mail thread which if we look at the bottom
22 starts with an e-mail from Jack Griffin to a lot of
23 people.
24    A   Yes.
25    Q   And it says, hi all, as shared earlier I

1 am pleased to announce that Zach Griffin will become
2 our MSGM Studios director of technology effective as
3 of this week.
4    A   Yes.
5    Q   Do you see that?  And what date was that?
6    A   What week was that?
7    Q   What date?
8    A   The e-mail is from Wednesday October 6,
9 2021.
10    Q   Okay.  And that's when you were promoted
11 as director of technology.
12    A   On or about that time.  I don't recall the
13 exact date.
14    Q   So what was your new role as director of
15 technology?
16    A   At the time it was to oversee all the
17 technical decision making within Motorsport Games.
18    Q   Can you elaborate, like on that?
19    A   What part specifically?
20    Q   Your position, what you were doing exactly
21 under that new position.
22    A   It was to make technical decisions, such
23 as what technology platforms we should be using for
24 the games that were already contracted to produce.
25    Q   Okay.  And that occurred after you had

11 (Pages 38 - 41)

Page 42

1 first discussed your relocation.
2    A    After, yes, that's correct.
3    Q    So this promotion was contemplating your
4 relocation.
5    A    Sorry, can you clarify that?
6    Q    That this -- this promotion on October
7 2021 was done after you had already discussed with
8 Mr. Kozko your relocation to Miami.
9    A    That's correct.
10    Q    Okay.  And you agreed to your relocation
11 at the time?
12    A    I had, yes.
13    Q    Okay.  So this new position was given in
14 connection with your relocation.
15    A    I believe there was probably conversations
16 as to why this is fast tracked ahead of me
17 transferring, there were more political, I guess
18 issues between some of the senior management in the
19 company.
20    (Thereupon, Defendant Exhibit 11 is marked for
21        identification.)
22 BY MS. FEROT:
23    Q    Okay.  All right.  I will be handing you
24 (unintelligible) what we will mark as Exhibit 11.
25 Do you recognize this document?

Page 43

1    A    I do, yes.
2    Q    So this is a letter from October 7, 2021.
3 Do you see that?
4    A    I do.
5    Q    Send a e-mail to you, it says Dear Zach,
6 variation of employment agreement, I am writing with
7 reference to Item Number 3 of the schedule written
8 in your employment agreement, your job title has
9 been changed to director of technology and director
10 of studio Motorsport Games Australia as of October
11 4, 2021.
12    A    Yes.
13    Q    Please be advised that all other terms and
14 conditions relating to your employment agreement
15 dated March 16, 2021 remain the same.
16    A    Yes.
17    Q    I would like to take this opportunity to
18 congratulate you on, on your achievement.  So who
19 signed this letter?
20    A    Myself and Dawn Saunders.
21    Q    Who was Dawn?
22    A    Senior Human Resources Manager.
23    Q    Okay.
24    A    From her signature in the e-mail.
25    Q    Okay.  And when they referred to your

Page 44

1 employment agreement they referred to the contract
2 that we just saw before as Exhibit --
3    A    Four.
4    Q    -- Number 4; is that right?
5    A    That's correct.
6    Q    So now your position is director of
7 technology and director of studio for Motorsport
8 Games Australia.
9    A    That's correct.
10    Q    So did it modify the terms of your
11 employment agreement, besides the new position?
12    A    No, not under this.
13    Q    Okay.  Because the letter say all terms
14 and conditions remain the same, right?
15        MR. AYALA:  Objection to form.
16        THE WITNESS:  That's --
17 BY MS. FEROT:
18    Q    Is that right?
19    A    That's correct.
20    Q    Do you see that?
21    A    I see that.
22    (Thereupon, Defendant Exhibit 12 is marked for
23        identification.)
24 BY MS. FEROT:
25    Q    All right.  I am now handing you a copy of

Page 45

1 what we will mark as Exhibit Number 12.  Do you
2 recognize this e-mail?
3    A    I do.
4    Q    And that's sent from you, Mr. Griffin, to
5 Mr. Katsman, and it's dated October 12, 2021.  Is
6 that what you see?
7    A    Yes.
8    Q    And it says, hi, Mark, thank you for all
9 the information you've provided, I've only got back
10 to Australia last week, my preference is to proceed
11 with the L-1 visa, as it is also my understanding
12 that it provides a quicker more, more
13 straightforward pathway to the green card.  And then
14 you ask a few questions about that L-1 visa.
15    A    That's correct.
16    Q    So you're giving Mr. Katsman your
17 preference to the L-1.
18    A    Yes, based on the information that I was
19 provided.
20    Q    Okay.  So why did you prefer the L-1?
21    A    It has a quicker path to the, to a green
22 card here.
23    Q    Okay.  And so the -- the e-mail we saw
24 just before was where he ask you about those options
25 is from September '21.  So if you go on Page 2 we

12 (Pages 42 - 45)

1 see the e-mail you're responding to, right? Do you
2 see that, the date, September 21, 2021?
3    A   I'm sorry, could you repeat that?
4    Q   So your e-mail on October 12, 2021 is in
5 response to Mr. Katsman e-mail sent on September 21,
6 2021. Do you see that?
7    A   Yes.
8    Q   Okay. So why did you take twenty days
9 to respond?
10   A   I believe I was traveling then. There may
11 have been another phone call between Mark and I, I
12 don't recall exactly, but I was traveling. I was
13 also in the hotel in quarantine. I don't recall
14 what else happened in between that time.
15   Q   So you were quarantined for two weeks; is
16 that correct?
17   A   That's correct.
18   Q   Okay. Did you have access to internet
19 during that time?
20   A   I did, yes.
21   Q   Okay. Could you call anyone by phone?
22   A   I could, yes.
23   Q   Including your family and friends?
24   A   Yes.
25   Q   Okay. You were not married then, right?

1    A   Not at the time, no, engaged.
2    Q   You were engaged.
3    A   Yes.
4    Q   When did you get engaged?
5    A   In July 23, 2021.
6    Q   And when did you get married?
7    A   February 22, 2022. Something about the
8 American dates, 22, 02, 22302.
9    Q   So February 22, 2022.
10   A   Yes, that's correct.
11   (Thereupon, Defendant Exhibit 13 is marked for
12        identification.)
13 BY MS. FEROT:
14   Q   Okay. I'm going to be handing you what we
15 will mark as Exhibit 13. Do you recognize this e-
16 mail?
17   A   Yes, I do.
18   Q   And that you see it's from Mr. Katsman to
19 you, Mr. Griffin, with a date of October 14, 2021.
20   A   Yes.
21   Q   And here Mr. Katsman appears to be giving
22 you information about your visa.
23   A   Yes, it appears so.
24   Q   Did you fill out right away?
25   A   Two days. I don't recall. I don't

1 believe -- I don't believe I did, because I don't
2 think I had any questions.
3    Q   Okay, so that's the reason you didn't
4 respond.
5    (Thereupon, Defendant Exhibit 14 is marked for
6        identification.)
7 BY MS. FEROT:
8    Q   Okay. I'm going to be handing you what we
9 will mark as Exhibit Number 14. Okay, this is an
10 exhibit that includes confidential information, so
11 if you --
12       MS. FEROT:  Can we go off the record just
13   for a second so I can get assistance?
14       VIDEOGRAPHER:  Sure. The time is 11:12
15   a.m. We are off the record.
16   (Thereupon, the deposition is off the record, and
17       the proceeding continues as follows:)
18       VIDEOGRAPHER:  The time is 11:16 a.m. We
19   are on the record.
20 BY MS. FEROT:
21   Q   Thank you. So I'm going to hand you a
22 copy of the Exhibit Number 14. So as you can see
23 it's a message from you, Mr. Griffin, to Dimitri
24 Kozko. I believe it's a Team conversation.
25   A   Mm-hmm.

1    Q   You cannot see what's in it because some
2 of your --
3    A   Yes.
4       MS. FEROT:  There -- is that fine, can I
5   just start, do it, and you will transcribe?
6   Mr. Maura, do I need to do the whole ordeal, or
7   just the relevant part is fine with you, or are
8   you going to object?
9       MR. AYALA:  We can -- we could start with
10   the relevant -- I don't know what -- has, did
11   you provide that in discovery?
12       MS. FEROT:  Yes.
13       MR. AYALA:  You did?
14       MS. FEROT:  Yes.
15       MR. AYALA:  It is there?
16       MS. FEROT:  Yes.
17       MR. AYALA:  Okay.
18       MS. FEROT:  I can --
19       MR. AYALA:  I didn't recall an audio, to
20   be honest. I don't, I only saw paper.
21       MS. FEROT:  If you look at the Bates stamp
22   it's MSGM380.
23       MR. AYALA:  Okay.
24       MS. FEROT:  So if you go to the production
25   there --

Page 50

1 MR. AYALA: No, you can just refresh me,
2 that would be nice, you know.
3 MS. FEROT: Okay. All right.
4 (Thereupon, an audio is played.)
5 MS. FEROT: I think it stopped, so let me
6 restart, if you don't mind.
7 THE COURT REPORTER: I couldn't understand
8 it either.
9 MS. FEROT: No?
10 MR. AYALA: I did understand it.
11 THE COURT REPORTER: You understood?
12 MR. AYALA: I did.
13 THE WITNESS: Must -- must be Australian.
14 MR. AYALA: It's a (unintelligible).
15 MS. FEROT: All right, let me try to get
16 the mic closer.
17 (Thereupon, an audio is played.)
18 MS. FEROT: Let me try with another
19 computer. Do you mind if we go off the record
20 just one second so I can get another --
21 MR. AYALA: Is it transcribed?
22 MS. FEROT: Yes, it is.
23 MR. AYALA: Why don't we do transcribed,
24 no?
25 MS. FEROT: Okay, in that case I will show

Page 51

1 you the transcription, or do you want me to
2 read it on the record? Okay, I will send --
3 I'm going to give it one last try, and if it
4 doesn't work we're going to just, I'm going to
5 just read the transcription. That is on
6 (unintelligible) so, for the record, it's a
7 transcription that is automatically done
8 through the (unintelligible) it's not being
9 done with a, it's automatic.
10 All right, it's not working so I'm going
11 to just read the transcription.
12 READING OF TRANSCRIPT Good morning. I
13 says here Dimitri. It's Dimitri. I hope
14 you're well. I'll just finish up the physics
15 and suspension tuning for the new vehicle in, I
16 assume it's KartKraft, goes out this week, so I
17 apologize for not getting back to you earlier
18 today, but it's looking good, so I can't wait
19 to show you what we've been working on,
20 schedule tentative dates to move from Miami, so
21 let me know, I would, I wouldn't have to
22 discuss a little bit further speaking with
23 Katsman around these are requirements and
24 communicates as well, so certainly looking to
25 make that move sooner rather than later.

Page 52

1 BY MS. FEROT:
2 Q Do you remember saying that, and do you
3 recall?
4 A It rings a bell.
5 Q It rings a bell, okay.
6 A I believe that's -- hearing my voice, I
7 imagine I said that, so.
8 Q Okay. I'm going to see if I can get
9 another computer (unintelligible) just one moment.
10 Beauty of technology.
11 A Yes.
12 Q So here I'm showing you what you see on
13 paper format, which is a document with Bates number
14 MSGM380.
15 A Mm-hmm.
16 Q And then the next document which is
17 attached to it is the other recordings. I'm going
18 to try to make it work this time.
19 (Thereupon, the following audio is played.)
20 AUDIO: Good morning, Dimitri. I hope
21 you're well. I'm just finishing up the physics
22 and suspension tuning of the new vehicle in
23 KartKraft, which goes out this week, so
24 apologies for not getting back to you earlier
25 today, but it's looking good, so I can't wait

Page 53

1 to show you what we've been working on. I've
2 scheduled a tentative date to move to Miami, so
3 let me know when you have time to discuss that
4 a little bit further, I've been thinking we can
5 bypass the, around the the, the visa requirements,
6 and looking at (unintelligible) so, so then we
7 can make that move sooner rather than later.
8 Anyhow, we're progressing on --
9 MS. FEROT: Do you want to go through the
10 whole thing? Are you going to object if I
11 don't play the entire --
12 MR. AYALA: No.
13 MS. FEROT: The rest is not relevant.
14 MR. AYALA: No, no.
15 MS. FEROT: Okay.
16 MR. AYALA: We do trust opposing counsel.
17 MS. FEROT: Were you able to transcribe?
18 Do you want my copy? All right, so we did it.
19 BY MS. FEROT:
20 Q So, you said in the other recording, so
21 certainly looking to make that move sooner rather
22 than later. And that was, if you see the date on
23 the first page, October 20, 2021. So what did you
24 mean by that, looking to make the move sooner rather
25 than later?

14 (Pages 50 - 53)

1    A    About what the exact date would be that
2  I'd move over.
3    Q    So you were trying to go to Miami -- is
4  that true, that you were trying to go to Miami as
5  soon as you could?
6    A    That's correct.
7    Q    Okay.  And why was that?
8    A    When was that?
9    Q    Why was that?
10    A    So Dimitri had mentioned it was quite
11  urgent that I was there.
12    Q    And why was it urgent?
13    A    I believe there are many reasons.  I don't
14  know all of them, other than to say that he was keen
15  to have the leadership team in Miami, in the same
16  place at the same time, and that he could work with
17  me day to day closely in the same location.
18    (Thereupon, Defendant Exhibit 15 is marked for
19      identification.)
20  BY MS. FEROT:
21    Q    Okay.  All right.  I'm going to be handing
22  you what we will mark as Exhibit 15.  Do you
23  recognize this document?
24    A    Do I recognize the document, no.
25    Q    So do you see that it's a conversation of

1  the Teams from you, Mr. Griffin, to Mr. Kozko, with
2  a date of November 1, 2021?
3    A    Yes.
4    Q    Okay.  And the -- the communication goes
5  absolutely some are much needed, let's check early
6  next week if you have some time to, Francesca is
7  about to give notice to her employer, so I'm keen to
8  formalize it all.
9    A    Mm-hmm.
10    Q    Do you recall that?
11    A    I don't recall, but I'm, I'm reading it
12  now.
13    Q    Okay.  But does that seem like some you
14  would have said to Mr. Kozko?
15    A    It appears so.
16    Q    And why did Francesca, Mr., Ms. Holmes,
17  sorry, give her notice?
18    A    Because we'd, Dimitri and I agreed to move
19  to, to Miami, relocate.
20    Q    Okay.  And did she have a visa at that
21  time?
22    A    No, she did not.
23    Q    So did she know that she would be
24  unemployed until she would get a visa?
25    A    I'm sorry?

1    Q    Did she understand that she would be
2  unemployed until she would get a visa?
3    A    Yes, she did.
4    Q    Okay.  And that was your understanding as
5  well?
6    A    At the time there was a, a change in
7  ruling I think by U.S. CIS as to that policy which
8  removes that, that waiting period of six to nine
9  months.  But yes, at the, I don't know when it was,
10  before this or after that.
11    Q    Okay.  So that meant that you needed to be
12  very diligent with your visa application, so she
13  could work, right?
14    MR. AYALA:  Form.
15  BY MS. FEROT:
16    Q    Let me rephrase.  So it was your goal to
17  have a visa as soon as possible.
18    A    Yes, that's correct.
19    (Thereupon, Defendant Exhibit 16 is marked for
20      identification.)
21  BY MS. FEROT:
22    Q    I'm going to move onto the next exhibit,
23  which we will mark as Number 16.
24    A    We need an iPad so that we --
25    Q    Say that again.

1    A    We need an iPad, get rid of this stack of
2  paper, it's very --
3    Q    Are you familiar with this document?
4    A    I'll just take a second to read it.
5    Q    Take as much time as you want.
6    A    Yes, the text looks familiar.
7    Q    All right, so it's a Team conversation
8  between you, Mr. Griffin, to Mr. Kozko, with a date
9  of December 7, 2021.
10    A    Mm-hmm.
11    Q    Do you see that?
12    A    Yes.
13    Q    And it says, okay, let's do Wednesday
14  then.  I haven't booked a flight, a flight yet, but
15  will likely be the 7th or 8th.  I'll stay until mid-
16  February, then head back to Australia to get married
17  before coming back early March for good.  Do you see
18  that?
19    A    I do.
20    Q    So is that what happened, you stayed until
21  mid-February, and then headed back to Australia and
22  got married?
23    A    No, I believe it changed.  There was --
24  when I was over here in January the president of the
25  company was fired, and I took on my expanded role at

1 that time, and I believe I had Covid at the same
2 time.
3    Q   I'm sorry.
4    A   And I had to travel to the, to the U.K. I
5 think also around then.  I don't recall the exact
6 dates.
7    Q   Who was the president?
8    A   Steven Hood, who is now CEO of Motorsport
9 Games.
10    Q   Okay.  So when you came in January in
11 Miami -- or you did come in January to Miami, right?
12    A   I did, yes.
13    Q   Of that year.  What visa did you have?
14    A   I had a, it's under the visa waiver, so
15 there was no visa, it was under the ESTA (ph)
16 program.  And it was generally for business.
17    Q   But is this a waiver of several visas, for
18 you it was the B-1?
19    A   No, I'm not familiar with that.  There's
20 the ESTA, I believe it's agreement between Australia
21 and the U.S.  There's three categories.  There's a
22 leisure travel category, and there's a business
23 category.
24    Q   Okay.  So you came under a visa waiver
25 program, and the plan, was it your plan to change

1 then to an L-1?
2    A   It was -- not -- not during that trip, but
3 we were informed, me, during one of our
4 conversations, that we could file a change of status
5 once in the U.S.  After the 16th of March, that
6 first year anniversary.
7    Q   So March 16, 2021 was when you --
8    A   2022.  So March 16, 2021 is the, when I
9 first joined.  The year after.
10    Q   So -- okay, understood.  So March 2022
11 would be the time of the change of status.
12    A   Mm-hmm.
13    (Thereupon, Defendant Exhibit 17 is marked for
14        identification.)
15 BY MS. FEROT:
16    Q   All right.  I'm going to be handing you
17 what we will mark as Exhibit Number 17, which is
18 also a Teams message.  Do you recognize this
19 document?
20    A   Again, I don't recognize it, but I'm
21 trusting that it's a conversation on Teams.
22    Q   So it's from Dimitri Kozko to Zach
23 Griffin, and dated December 24, 2021, and it says,
24 congrats on launching, launching the multi-player
25 BETA yesterday.

1    A   Yes.
2    Q   And then if you turn the page you have the
3 response.  It's a composite exhibit of two messages.
4 You have the response on the same date, where you
5 respond to Mr. Kozko, thank you, feeling good, and
6 looking forward to getting over there.  Do you see
7 that?
8    A   I do.
9    Q   Do you remember that?
10    A   I don't recall, but I can see it.
11    Q   Are you looking forward to move to Miami
12 then?
13    A   Yes.
14    (Thereupon, Defendant Exhibit 18 is marked for
15        identification.)
16 BY MS. FEROT:
17    Q   All right, I'm going to handing you what a
18 copy of what we'll mark as Exhibit 18.  Do you
19 recognize this document?
20    A   I do, yes.
21    Q   So it's an e-mail from you, Mr. Griffin,
22 to Mr. Katsman, dated January 4, 2022.  The subject
23 is immigrating to the United States, and you are e-
24 mailing Mr. Griffin --
25    A   Mr. Katsman?

1    Q   Mr. Katsman, sorry.  Thank you.  Saying,
2 hi, Mark, happy new year, I hope you were able to
3 enjoy some time off with your family, as we approach
4 the date we can officially begin the immigration
5 process, I would like to prepare as much
6 documentation as possible, assuming we would apply
7 for the L-1 or L-2 visas, respectively, what
8 documentation do you require for both application.
9    A   Yes.
10    Q   So here you are asking for all the
11 documents you need for your application; is that
12 correct?
13    A   That's correct.
14    Q   And we're in January 4, 2022.
15    A   Yes.
16    Q   And you -- we've seen earlier that you
17 were introduced to Mr. Katsman on September 10,
18 2021.
19    A   Yes.
20    Q   So why were you not gathering the
21 documents before then?
22    A   I had, based on some of our conversations
23 on the, the phone with him, and I've gathered that.
24 And there were documents as well, I think for, for
25 my wife as well, that, the documents he mentioned on

Page 62

1 the phone, which was the tax return and like, like
2 my passport, and whether I had a passport, I'm
3 sorry, university diploma, I already had.
4    Q    Okay.  So Mr. Katsman had told you then in
5 his conversation that you needed to gather a tax
6 return and your diplomas?
7    A    He mentioned several documents.
8    Q    Okay.
9    A    And a few of those were what we --
10    Q    Okay.  But you weren't sure what -- were
11 you sure that was exhausted?
12    A    In what way?
13    Q    Did -- in this e-mail you are asking for
14 the documents that are needed, so you didn't think
15 you knew what documents were needed; is that
16 correct?
17    A    I was just asking for, for clarification.
18    (Thereupon, Defendant Exhibit 19 is marked for
19             identification.)
20 BY MS. FEROT:
21    Q    Okay.  I'm going to be handing you what
22 we'll mark as Exhibit Number 19.  Do you recognize
23 this document?
24    A    Yes.
25    Q    And that's an e-mail from Mr. Katsman to

Page 63

1 you, Mr. Griffin, and your response to your prior e-
2 mail that we just saw.
3    A    Yes.
4    Q    And you can see the --
5    A    They're the same --
6    Q    And he's telling you, I'm attaching two
7 files to this e-mail, and one of them is the list of
8 documents that will be required from the Australian
9 company and you personally, Mr. Griffin, and the
10 other is a list of documents that you will need from
11 the U.S. company.  Is that what you see?
12    A    Yes.
13    Q    Did you gather those documents then?
14    A    I did, yes.  I think with the exception of
15 the job description.
16    Q    Okay.
17    A    And I think there were others that may not
18 have applied as well.
19    (Thereupon, Defendant Exhibit 20 is marked for
20             identification.)
21 BY MS. FEROT:
22    Q    All right, I'm going to be handing you
23 what we'll mark as Exhibit 20.  This is an E-ticket
24 itinerary and receipt from Qantas Airways for you,
25 Mr. Griffin, as a passenger for an itinerary from

Page 64

1 Melbourne to Miami on January 22nd.
2    A    Yes.
3    Q    Do you recognize this document?
4    A    I do.
5    Q    So did you arrive in Miami on, on that
6 date?
7    A    The 9th of January?
8    Q    Yeah, that's mentioned here.
9    A    It would have been the 10th of January at
10 5:41.  I'm not sure if there were any flight delays.
11 I don't recall.
12    Q    So January -- yeah, 8th of --
13    A    Or somewhere thereabouts, I'm assuming.
14    Q    Okay.  Do you remember if you traveled
15 with your fiance, Ms. Holmes?
16    A    No, I did not.
17    Q    You did not, so that was not your
18 permanent relocation to Miami; is that correct?
19    A    That's correct.
20    (Thereupon, Defendant Exhibit 21 is marked for
21             identification.)
22 BY MS. FEROT:
23    Q    Okay.  All right.  I'm going to handing
24 you a copy of what we will mark as Exhibit 21.
25    A    And to clarify, that was the, was to get

Page 65

1 over to Miami as soon as possible, and so until that
2 time as I'd received the visa I was traveling to, to
3 Miami, to be there.
4    Q    Okay.  So that's another, the visa waiver
5 program --
6    A    That's correct, yes.
7    Q    All right.  So here this is an e-mail from
8 you, Mr. Griffin, to Ms. Malavota, Dara Malavolta,
9 regarding your employment.  It's dated February 16,
10 2022 at the top.
11    A    Yes.
12    Q    Do you recognize this document?
13    A    I do.
14    Q    All right.  And if you look at the bottom
15 of the page in the thread you see an e-mail from
16 February 17th from Ms. Malavota saying, hi, this is
17 a note to you and myself so we don't forget to have
18 a quick discussion, I need to catch up with you on
19 if you have completed what you need with your
20 lawyer, when you come here to work at some point I
21 will need to terminate you in under the AUS, which
22 that means is the --
23    A    Mm-hmm.
24    Q    -- which I suppose is Australian company,
25 and hire you through MSG Inc., and completed U.S.

17 (Pages 62 - 65)

Page 66

1 Right to Work paperwork, this isn't something on
2 fire, but just a reminder for you and myself to sing
3 before we have, we are heading over, and make sure
4 everything is squared away.  Do you see that?
5     A   I do.
6     Q    So here Motorsport Games US through Ms.
7 Malavolta is telling you that they would hire you
8 once you have your paperwork.  Is that your
9 understanding?
10    A   Yeah, that they would do that at the
11 transfer at that time, once I have the, once the
12 visa had gone through.
13    Q   Okay.  And did they -- did they give you a
14 date for the, the change of employer?
15    A   No.
16    Q   Okay.  But you did understand that then
17 you would have to sign a new employment agreement?
18        MR. AYALA:  Form.
19        THE WITNESS:  I believe it was different
20    in, in Florida.  There was an offer letter.
21 BY MS. FEROT:
22    Q   A letter.
23    A   Mm-hmm.
24    Q   That would be a letter.  But the letter
25 would be between, the letter would be sent by

Page 67

1 Motorsport US.
2     A   Yes, that's correct.
3     (Thereupon, Defendant Exhibit 22 is marked for
4         identification.)
5 BY MS. FEROT:
6     Q   I'm going to be handing you what we will
7 mark as Exhibit Number 22.  This is a conversation
8 between you, Mr. Griffin, and Mr. Kozko.  The date
9 is March 16, 2022, and the text says, morning
10 Dimitri, thank you, we're close to having everything
11 packed, I will be flying out on Tuesday, so we'll be
12 arriving late Tuesday, early Wednesday in Miami,
13 it's likely George and I will fly to the U.K. the
14 following Tuesday, and be back at the end of the
15 week, Francesca will join me in Miami for the first
16 week of April.  Do you remember that?
17    A   I don't recall it, but again I'm reading
18 the message here.
19    Q   Okay.  But that sounds like something you
20 would have said to Mr. Kozko?
21    A   Yes.
22    Q   So is that correct, that you moved to
23 Miami around late March, beginning of April 2022:
24 Is that you recollection?
25    A   It was in, sometime in April.  I think it

Page 68

1 was early April, if I recall.
2     Q   So April you moved with Ms. Holmes.
3     A   That's correct, yes, we both flew over
4 together.  I don't know what, there was a change of
5 plans, I don't recall what, but we ended up both
6 flying together.
7     Q   Not flying together?
8     A   We did fly together.
9     Q   You did fly together.
10    A   Yes.
11    Q   Okay. And then you're, you're relocating
12 permanently.
13    A   That's correct.
14    (Thereupon, Defendant Exhibit 23 is marked for
15        identification.)
16 BY MS. FEROT:
17    Q   Okay.  I'm going to be handing you what we
18 will mark as Exhibit Number 23.  This is an E-ticket
19 itinerary and receipt from Qantas Airlines with a
20 flight for you, Mr. Griffin --
21    A   Yes.
22    Q    -- from Melbourne to Miami on April 22nd.
23 Would that be the flight you took with Ms. Holmes to
24 move permanently --
25    A   Yes.

Page 69

1     Q   -- to Miami?  Okay.  At the time had you
2 filed your visa application?
3     A   No.
4     Q   Why not?
5     A   Because they were, we were going to try to
6 do a change of status once we entered the U.S.
7     Q   Okay, so it was ready to be filed right
8 after your arrival?
9     A   The -- the company had to perform their
10 side.
11    (Thereupon, Defendant Exhibit 24 is marked for
12        identification.)
13 BY MS. FEROT:
14    Q   Okay.  I'm going to hand you what we'll
15 mark as Exhibit 24.  It's a document with the
16 letterhead Dun & Bradstreet Report Request Form.
17    A   Yes.
18    Q   Do you recognize this document?
19    A   I do.
20    Q   What is it?
21    A   It was a part of the application for a
22 corporate lease with Gio Midtown.
23    Q   Okay.
24    A   I was going to be guarantor.
25    Q   Was it your first application, or the

18 (Pages 66 - 69)

Page 70

1  second one?
2      A   I believe it was the first, I don't recall
3  exactly.
4      Q   Okay.  And so you're applying on behalf of
5  Motorsport US?
6      A   No.  So Motorsport Games, I spoke with
7  Dimitri, and then John U (ph) to let them know that
8  this was the form, and then that's when John U
9  supplied us with this Dun & Bradstreet number --
10     Q   Got it.  Was this application denied?
11     A   It was, yes.
12     Q   Why was it denied?
13     A   I believe the term that they used was,
14 which was a surprise to the company at the time, was
15 that Dun & Bradstreet had classified the risk
16 profile of Motorsport Games, Inc., as an imminent
17 business failure.
18     Q   Okay, so Motorsport is Australian
19 financial?
20     A   I don't believe so.  The CEO, the CFO was
21 surprised by it.  They assured me that the finances
22 were, were fine, and were looked after, as they did
23 all the way through.
24     Q   Okay.  So because your application was
25 denied you reapplied.

Page 71

1      A   That's correct, yes.
2      Q   And the second time was it in your name,
3  or --
4      A   It was in my name, and with Dimitri Kozko
5  as a guarantor.
6      (Thereupon, Defendant Exhibit 25 is marked for
7          identification.)
8  BY MS. FEROT:
9      Q   Okay.  I'm going to hand you over -- I'm
10 going to hand you, all right, the, what we will mark
11 as Exhibit Number 25.  It's a composite -- or
12 actually I don't know if it's composite, but that's
13 how it was produced to us --
14     A   Yes.
15     Q   -- by you, Mr. Griffin.  And before there
16 are confidential information about Mr. Kozko in this
17 exhibit I will designate it as confidential on the
18 record.
19     A   Yes.
20     Q   Do you recognize this document?
21     A   I do, yes.
22     Q   Can you tell me what it is?
23     A   It was Dimitri's bank account and proof of
24 income.
25     Q   And this was given to you for your

Page 72

1  application for the lease, right?
2      A   That's correct.
3      Q   And he's giving that to you because, as
4  you mentioned, he's the guarantor.
5      A   Yes, that's correct.
6      Q   And he's guarantor individually, not on
7  behalf of Motorsport.
8      A   Yes.  Yes, as part of the relocation that
9  we discussed I would act as guarantor until I built
10 up my credit rating, and until such time as, also as
11 long as I stayed with the company, and then filing
12 the company -- guarantor, Dimitri offered to do so.
13     Q   Okay, so that was your agreement, that he
14 would do that for you?
15     A   No, not -- not this, it was purely the
16 company.
17     Q   What do you mean the company?
18     A   So when we had the agreement was that
19 Motorsport Games, Inc. would go guarantor until I
20 built up my credit rating.
21     Q   But that's what -- that's what was
22 rejected, right?
23     A   That's what was rejected yes.
24     Q   And that's why you --
25     A   By -- by Dun & Bradstreet.

Page 73

1      Q   Okay.  And then you had to pivot, and
2  that's why you --
3      A   That's correct.
4      Q   -- had Mr. Kozko be that personal
5  guarantor to your lease.
6      A   That's right.  He -- he offered to do so.
7      (Thereupon, Defendant Exhibit 26 is marked for
8          identification.)
9  BY MS. FEROT:
10     Q   Okay.  I am not, now handing you a copy of
11 what we will mark as Exhibit Number 26.
12     A   Big lease contract, is it?
13     Q   Yeah, very big.
14     A   Mm-hmm.
15     Q   But you don't have to read it, just
16 familiar with it.  Do you recognize, recognize this
17 document?
18     A   I do, yes.
19     Q   What is it?
20     A   It's a lease agreement between myself, my
21 now wife, and then wife too actually, to lease an
22 apartment here in Miami.
23     Q   Okay.  How long was your lease?
24     A   I believe it was fifteen months.
25     Q   And do you see in clause number three at

19 (Pages 70 - 73)

1 the top of the page?
2    A    Yes.
3    Q    And it says that the initial term of the
4 lease contract begins May 2022, and ends on the 19th
5 day of August 2023.  Do you see that?
6    A    I do, yes.
7    Q    Why did you decide on a fifteen month
8 lease?
9    A    At the time in Miami there was a shortage
10 of apartments for, for rent, or for lease, because
11 there was a boon, I think after Covid, and there was
12 a massive influx of immigration at the time, and so
13 as part of the options that were presented from Gio
14 Midtown, or Bozzuto, there was a cascading monthly
15 amounts, and I believe at the time there was a
16 significant step change in, from fifteen months to
17 twelve months --
18    Q    Okay.
19    A    -- or thereabouts.  I don't recall the
20 exact details.
21    Q    And when you entered into this lease you
22 thought you were going to be in Miami on a
23 permanent --
24    A    That's correct.
25    Q    -- basis.  Okay.  So you thought you would

1 stay for the fifteen months.
2    A    That's correct.
3    Q    And what was your understanding regarding
4 the payment of the, of the rent with Motorsport US?
5    A    So the agreement we had was that they
6 would cover the, the lease, not the lease, they
7 would cover the, my accommodation costs until I
8 secured a visa.
9    Q    Say that again, sorry.
10    A    They would cover the accommodation costs
11 --
12    Q    Okay.
13    A    -- until I received a visa.
14    Q    So what would cover it, would --
15    A    Motorsport Games.
16    Q    Motorsport -- Motorsport Games, Inc.?
17    A    Inc.
18    (Thereupon, Defendant Exhibit 27 is marked for
19         identification.)
20 BY MS. FEROT:
21    Q    Okay.  So -- okay.  I'm going to be
22 handing you what we will mark as Exhibit 27.  So
23 this is a screenshot of Teams messages.  This is
24 dated -- actually we don't see it.
25    A    The 15th of November 2023.

1    Q    Yeah.  And this is Dimitri Kozko, a
2 communications between Mr. Kozko and what appears to
3 be you, Mr. Griffin.  Do you recognize this
4 document?
5    A    I do, yes.
6    Q    Was it a communications between you and
7 Mr. Kozko?
8    A    Yes, it was.
9    Q    And Mr. Kozko says, hi Zach, did you get
10 the expense reimbursement for the MIA apartment
11 expense.
12    A    Yes, he does.
13    Q    And you responded, came through last
14 night, thank you very much, secured the venue now, I
15 was (unintelligible) through the, this document with
16 Gustavo, so I'll have the done and back by tomorrow.
17 Do you remember that?
18    A    I do, yes.
19    Q    So Motorsport paid for the apartment
20 expense, right?
21    A    There's more context to it than that.
22    Q    Please explain.
23    A    So I think it was about, during October.
24 I mentioned to Dimitri that this visa process,
25 because of Katsman and, and I guess his negligence,

1 and not understanding the differences between the,
2 the tax years, or financial years between Australia
3 and the U.S., and because the HR department was
4 completely overrun, that I'd incurred significant
5 losses in being able to, you know, having the, the
6 visa.  I presented those losses to him following
7 that conversation -- that had them.  I think the
8 losses were about $95,000.00 USD, and which I
9 believe has been submitted with the original
10 complaint, and during that time when we went over
11 those expenses, also and those losses, the scenario
12 was, you know, if I'd stayed in Australia I would
13 have continued, if I'd moved to, I mean had the
14 visa, and then what the actuals were, that I would,
15 that I'd incurred these, these losses.
16          We made an agreement then that he
17 would reimburse, or cover those losses, and I said
18 these losses were pre-tax, and so for me to recoup
19 the money that I'd lost it would need to be more
20 than the $95,000.00, and so I suggested at the time
21 it would be better for the company, so as not to
22 take too much money out of the company, it would be
23 better for them if they did it as through a rent
24 reimbursement, and that way there was no tax
25 applicable.

20 (Pages 74 - 77)

Page 78

1    Q   Okay, so they agreed to reimburse your
2  rent up until you got the visa.
3    A   No.  I don't recall how we came to the
4  $55,000.00, that was $55,000.00 AUD, whatever the
5  equivalent was in, in the U.S., but the losses were,
6  the losses were, I don't recall the exact
7  (unintelligible) right now, but the discussion was
8  that the losses would be covered partially by this
9  reimbursement of the apartment expense, and then
10  partially as through a bonus for one of our games.
11    Q   When was this agreement you're referring
12  to made?
13    A   About October, I believe.  The middle of
14  October, I think.
15    Q   October --
16    A   2022.
17    Q   2022.  And was it a conversation between
18  you and Dimitri?
19    A   Yes, it was.
20    Q   Was it -- is there any writing regarding
21  this?
22    A   No.  There is evidence that we had the
23  meeting, which was he had the, the spreadsheet that
24  I showed him which had the losses.  He made several
25  edits to that spreadsheet as well.  There were

Page 79

1  references to some of the losses, which was the loss
2  of the, from selling the car, from selling our
3  furniture back home in Australia, and the legal --
4  as well, that we discounted then.  And purely that
5  was to show that, not that I expected those to be
6  covered, but merely as a way to say here is what we,
7  losses we've incurred with the expectation of maybe
8  he would -- and that was, you know, it was
9  acceptable for us because we knew we'd regain that
10  later on.
11    Q   So you mentioned $55,000.00.
12    A   Australian dollars.
13    A   Australian dollars.
14    A   Yeah, approximately.
15    Q   So you are saying that Mr. Kozko agreed to
16  reimburse that on October 2022; is that --
17    A   He agreed to cover my losses, and that was
18  done partially by this rent reimbursement, which I
19  suggested because it would reduce the amount of
20  money the company would have to pay.  And then
21  Dimitri suggested that the rest be done through a
22  bonus for delivery, I think, of one of these
23  (unintelligible).
24    Q   And you said your rent was about $5,000.00
25  USD.

Page 80

1    A   It was about $5,100.00, I think.
2    Q   $5,100.00.
3    A   Yes.
4    Q   So Mr. Kozko agreed to pay -- that -- he
5  -- that Motorsport would pay this amount up until it
6  would reach $55,000.00?
7    A   I don't recall what that was, other than
8  there was $55,000.00, it was equivalent to
9  $55,000.00 AUD, and the rest to be done by this --
10  bonus, I think.
11    Q   Okay, so if you were to have the visa much
12  later you would, it would be helping you out by
13  paying the rent during that time.
14    A   If I had the visa much later?
15    Q   Yeah, so, you know, it would help -- he
16  agreed to help you out with the rent up until when
17  you would get the visa, whenever when that would be.
18    A   At that time, or -- can you clarify --
19    Q   I'm trying to understand what was the
20  agreement with Mr. Kozko at the time.
21    A   The agreement for the reimbursement of
22  losses, or the agreement for moving over?
23    Q   For the payment of the rent.
24    A   So the agreement was, first of all, that
25  part of the initial relocation agreement that we had

Page 81

1  was they would cover my culmination (ph) until I had
2  the visa, and then separately, the once I brought
3  him the, and we discussed these losses, then he
4  agreed to, to cover those.  So as to minimize the
5  impact to the company I suggested that they should
6  do this, rather than doing a lump sum payment and
7  then have to pay tax on that, that if I, they could
8  do it through a reimbursement of the, of the, the
9  rent.
10    Q   Okay.  But you already said you had agreed
11  to reimbursement of the rent, so the losses are
12  reimbursed through the rent.  That's what you're
13  saying --
14    A   The losses were reimbursed through the
15  rent.  The accommodation at the, at the start,
16  because we were in a hotel here in Miami, and the
17  cost of that I think -- $2,000.00 or $3,000.00 a, a
18  week, so it was significantly more, and so we had
19  the, I took the lease on, and when I heard about the
20  financial impact to the company I decided I would
21  take that on, that expense on as well.
22    Q   Okay, so you -- you moved to Miami in
23  April --
24    A   That's correct.
25    Q   -- when you had that first accommodation.

21 (Pages 78 - 81)

Page 82

1    A    Yes.
2    Q    So based on the agreement that Motorsport
3  US would pay you for this first accommodation, and
4  then the rent pursuant to the lease up until you get
5  the visa what, you -- that's right.
6    A    That's correct, yes.
7    Q    And that you were terminated in November
8  2023; is that correct?
9    A    I wasn't terminated, I was made redundant.
10    Q    You were redundant, my apologies.  So you
11  -- based on this agreement you should be paid your
12  rent up until it ended.  Can you tell me when it
13  ended?
14    A    The lease?
15    Q    The lease.
16    A    It was approximately August 2023.
17    Q    August 2023.
18    A    Mm-hmm.
19    Q    And it started --
20    A    In May I believe, of '22.
21    Q    On May '22.  Okay, so did Motorsport US
22  pay for the rent?
23    A    For which period?
24    Q    Well, tell me what they paid and what they
25  didn't pay.

Page 83

1    A    So they paid -- there was a reimbursement,
2  again, of that $55,000.00 AUD approximately.
3  Dimitri also, either Dimitri or the company, I don't
4  recall which, also covered January rent for 2023,
5  and I don't recall if there was anything more than
6  that.
7    Q    So your testimony if that they covered
8  only one month of rent?
9    A    No, that the -- there was the $55,000.00
10  payment, and that was equivalent to however many
11  months, I don't recall, but we can find out through
12  the, the company's financial system, or records.
13  And what else is there -- yeah, but that was --
14  there's that, and then in January as well, they
15  covered rent again for that.
16    Q    Okay.  Which was outside of the
17  $55,000.00.
18    A    That's correct.  And Dimitri had also,
19  when we first moved there he provided the bond for
20  the apartment, which I also then paid back to him.
21    Q    You did or didn't?
22    A    I did.
23    Q    Okay.  All right, he provided -- yeah.  So
24  he provided the bond, and then Motorsport US paid
25  for the rent up until what you think is $55,000.00,

Page 84

1  and then paid for the months of January 2023.
2    A    That's correct.
3    Q    So for the year of 2022 was there any rent
4  that wasn't covered?  That --
5    A    That wasn't covered?
6    Q    That was not covered by Motorsport US?
7    A    I don't recall.
8    Q    You don't recall.
9    A    I think if you -- the exchange rate at the
10  time was maybe $0.70, so I could work backwards for
11  you if you'd like, to how many months approximately.
12  I don't recall exactly.
13    Q    But the agreement was that they covered it
14  until January 2023.
15    A    No, that wasn't explicit.  No, the -- the
16  agreement that we had was that that would cover the,
17  the accommodation costs until we had the visa.
18    Q    Mm-hmm.
19    A    And then -- and again, with the
20  expectation that we'd receive the visa reasonably
21  soon after, after moving, so the, the expectation
22  was, at that time was not that they'd cover the rent
23  indefinitely until this, that time, that point in
24  time.
25    Q    Why did you think you would have the visa

Page 85

1  soon?
2    A    Why did I?
3    Q    Mm-hmm.
4    A    Dimitri had made references before that,
5  that the immigration attorney for the company had,
6  Dimitri had worked with him in the past, they had
7  never had issues with him.  He reaffirmed that later
8  on as well, I think he said he'd done fifteen also
9  people for Dimitri, and Dimitri never had a problem.
10  Speaking to the, Mr. Katsman, the immigration
11  attorney, he during the, during our conversations
12  said it had been a, a relatively straightforward
13  process, there was nothing to, to think that would
14  be any other outcome other than receive the visa.
15    Q    Okay.  But you weren't sure you would get
16  it.
17    A    Reasonably sure I was, we would get it,
18  yes.  There was no, through any of the
19  communications there was no, no reason to think that
20  we wouldn't get it.
21    (Thereupon, Defendant Exhibit 28 is marked for
22  identification.)
23  BY MS. FEROT:
24    Q    Okay.  I'm going to hand you what I will
25  mark as Exhibit 28.

22 (Pages 82 - 85)

1   A   Mm-hmm.
2   Q   Do you recognize this document?
3   A   I do, yes.
4   Q   So it's an e-mail from you, Mr. Griffin,
5 to Mr. Katsman dated April 27th, 27, 2022.
6   A   Mm-hmm.
7   Q   And you say to Mr. Katsman, hi Mark, I
8 hope you're well, would like to begin the
9 application process for the L-1 visa, would you
10 please advise what you require to start this, and
11 since my wife and I are in the U.S. already before I
12 go to travel outside the country for business after
13 the change of status has been filed.
14   A   Yes.
15   Q   Do you remember that?
16   A   I do.
17   Q   So in this e-mail you're asking for
18 information about the documents to gather for your
19 visa. Is that what you understand it to be?
20   A   I'm sorry, could you repeat that?
21   Q   What are you asking in this e-mail?
22   A   What he requires to begin the, the
23 process, as in does he need like Amanda, the general
24 counsel, because they were meant to be driving us,
25 does he need, what does he need to, to start this.

1   Q   Okay, so you want to start the application
2 process.
3   A   Yes.
4   Q   And the information you're requesting,
5 we've seen just before, you had received it back in
6 January, right?
7   A   I'm not requesting information, yeah, I'm
8 just saying what does he require to start this, does
9 he require Dimitri to come in, for example, does he
10 require Amanda to, to start this.
11   Q   So you're not requesting what is needed to
12 start the application?
13   A   I don't believe so.
14   Q   But that's what you say, you say could you
15 please advise what you're required to start this.
16   A   Yes. It could be a verbal conversation
17 between Dimitri and himself, it could be between
18 Amanda, I'm not specifying information here at all.
19   Q   Okay. Why are you asking now, because
20 you've been in the U.S. for ten months already?
21 You've been employed for more than a year, why are,
22 why are you waiting a month?
23   A   Waiting months?
24   Q   Yeah, why -- why the timing of this?
25   A   I think we arrived in, around the first

1 week of April. This is the, the last week of April
2 we'd traveled as well. There were many meetings
3 during that time, significant change that was going
4 on at the company then, and I believe there was the,
5 the financial situation as well of the, the company.
6   Q   So you were busy, and you didn't have the
7 time to do it earlier in the month.
8   A   I was busy. I was working with Amanda and
9 Dara about it as well, and I think Dara at the time
10 was incredibly busy as well, and so I wasn't getting
11 any, any movement, or motion from him, so I started
12 the, the process.
13   Q   So did you ask Dara let's get started with
14 the L-1 visa, like you did with Mr. Katsman?
15   A   I don't recall. I believe I had
16 conversations with, with her (unintelligible) have
17 to do this. I don't recall explicitly whether that
18 was the case. She was also under Amanda LeCheminant
19 at the time, who was ultimately responsible for it.
20   Q   Okay. So it was mostly her fault -- go to
21 ask further information to Mr. Katsman before?
22   A   What do you mean by that? Sorry.
23   Q   You said she was too busy to handle the
24 visa application before.
25   A   Yes.

1   Q   So it wasn't because you were busy.
2   A   Ultimately it was the company had to file
3 for the, the visa, and the company had to --
4 obviously I could not file the, the petition with,
5 for the company, it was something they needed to do.
6 There were many other things happening at the time,
7 again, it was period of significant change within
8 the company, within senior leadership. There were
9 many meetings that we had, particularly with
10 external consultants, on the leadership of the
11 company, and so on, and so there was, and also
12 travel during that time, and so I decided to, to
13 move things along myself.
14   (Thereupon, Defendant Exhibit 29 is marked for
15         identification.)
16 BY MS. FEROT:
17   Q   All right. I'm going to hand you what
18 we'll mark as Exhibit 29. Do you recognize this
19 document?
20   A   I do, yes.
21   Q   So this is Mr., well, this is actually
22 your, an e-mail from you, Mr. Griffin, to Mr.
23 Katsman dated May 4, 2022. And if you look at the
24 thread you can see the bottom of the e-mail we just
25 discussed, where you're asking to start the

Page 90

1 application process.
2    A   Yes.
3    Q   And then on April 28th Mr. Katsman
4 respond, to get started I will need to review all of
5 required documents from the Australia and the U.S.
6 office to make sure we have whatever we need, a few
7 months back I send you this list of documents that
8 we need, I'm attaching it again just in case.
9          And you respond to that, hi Mark,
10 thank you, and I appreciate you sending it through
11 again, I've included Amanda and Dara, we will be
12 able to answer your other questions.
13    A   Yes.
14    Q   Did you -- did you forget that he had send
15 them?
16    A   I'm sorry, what do you mean by that?
17    Q   Did -- did -- had you forgotten he had
18 already send you the information?
19    A   No, not at all.
20    Q   So did you gather those documents?
21    A   I did.
22    Q   So why you didn't send them at the time?
23    A   Then why did I send them to, to Mark?
24    Q   Yes.
25    A   Because we were to start the, the process.

Page 91

1 I'd received the list of documents, which I
2 gathered, the ones that I was responsible for
3 outside the company, and had those, and then it was
4 time to start, the process formally.
5    Q   So you were gathering them, but not
6 sending them to your immigration attorney.
7       MR. AYALA:  Form.
8       THE WITNESS:  I had gathered them, and I
9    was starting the, the process, yeah.
10 BY MS. FEROT:
11    Q   In April, end of April 2022; is that
12 right?  Well --
13    A   April 28th.  Initially it was -- initially
14 e-mail was on April 27th, and my response is dated
15 the 4th of May, a week or so later I believe.
16   (Thereupon, Defendant Exhibit 30 is marked for
17        identification.)
18 BY MS. FEROT:
19    Q   Okay.  I'm going to be handing you what we
20 will mark as Exhibit Number 30.  Do you recognize
21 this document?
22    A   I do, yes.
23    Q   What is it?
24    A   It's a letter that I requested to support
25 my, the application to, for the lease of the

Page 92

1 apartment in Miami.
2    Q   I don't think that's the document we were
3 referring to, but can you take a moment just to, to
4 read it, because I missed some documents with, with
5 me.
6    A   Yes, I can still say this letter, this is
7 -- well, we can read the, the this letter, which is
8 to assess what my income would be, and the contract
9 of employment between myself and Motorsport Games
10 Australia, however I requested -- I had to provide
11 proof of income, and proof of, proof of income that
12 I've received when working for Motorsport Games Inc.
13 In America.
14          During that time I had a discussion
15 with Dimitri, and a discussion with Amanda and, and
16 Dara, ultimately drafted this.  There were reasons
17 that it came in this form, as an amendment to the
18 contract.  They, I believe Amanda, who again was
19 general counsel at the time, suggested they couldn't
20 provide an offer letter until such time as the visa
21 application had, until I received the visa.
22    Q   So instead they're amending your
23 employment contract?
24    A   That's what they ultimately did.  It's to
25 show proof of income to the -- company.

Page 93

1    Q   But this document is indeed amending your
2 employment contract.
3    A   That's what they ended up doing, yes.
4    Q   Okay.  And what's your re-numeration now?
5    A   It was $240,000.00 USD.  Initially we'd
6 requested to have the same bonus, $70,000.00 USD
7 annually guaranteed while I was at the company, and
8 then Dimitri said because of the financial position
9 of the company that they -- to take a lower bonus,
10 to which accepted, to $48,000.00 payment.
11    Q   You accepted how much?
12    A   A $48,000.00 put into two payments, and
13 that was an incentive for taking the lower amount,
14 is I'd receive it earlier.
15   (Thereupon, Defendant Exhibit 31 is marked for
16        identification.)
17 BY MS. FEROT:
18    Q   Okay.  So here this is an amendment to
19 your contract with Motorsport Australia, right?  I'm
20 going to move to the next exhibit, which we'll mark
21 as Exhibit 31.  This is an e-mail from Ms. Malavolta
22 to you, Mr. Griffin, copying Ms. LeCheminant and Mr.
23 Kozko, dated May 9, 2022.  Do you recognize this
24 document?
25    A   I do, yes.

24 (Pages 90 - 93)

1    Q   All right.  She is sending you two
2 exhibits.  One is a cover letter, as you can see in
3 that attachment section, and one is the amendment to
4 the contract.  And she states, hello Zach, I hope
5 you had a good weekend, per your discussion with
6 Dimitri please see the attached amendment to your
7 current employment agreement, we have included a
8 cover letter that you can use to submit to your HOA
9 as well, please let me know if you have any
10 questions.
11    A   Yes.
12    Q   So would the first exhibit that you see on
13 Page 1 be the cover letter they were referencing to
14 to help you with your HOA --
15    A   It is referencing -- it's referencing
16 that, that same document, yes, but again the
17 context, the context to that was the general counsel
18 at the time said that they could not provide an
19 offer letter, because I think they were very
20 concerned about the position it would put Motorsport
21 Games, Inc. in until I had a visa, so to demonstrate
22 proof of income they provided, this was the
23 mechanism which they used to provide proof of
24 income.
25    Q   And then they explain they couldn't offer

1 you employment until you had the visa, right?
2       MR. AYALA:  Form.
3       THE WITNESS:  Though she said she couldn't
4    provide the offer letter because they were
5    concerned about the position it would put the
6    company in.
7 BY MS. FEROT:
8    Q   Understood.  And the Page 2 is the
9 amendment that we, that we just discussed.
10    A   That's what they call it, yes.
11    Q   So you are given a remuneration of
12 $240,000.00 per annum, plus this annual bonus of
13 twenty percent to be paid in two installments of ten
14 percent, so $24,000.00 each.
15    A   That's correct.
16    Q   So your total compensation is equal to
17 $280,000.00 yearly, right?
18    A   Yes, exclusive of the stock grant.  But I
19 think for various reasons the stock year I believe
20 was acted upon, because they, the stock information
21 (unintelligible) entered in incorrectly when they
22 did, so I don't think any employees received the
23 stock that they should have, because of
24 administration errors on the part of those
25 responsible in the company.

1    Q   Okay.
2    A   Not that they were worth anything --
3 stock.
4    Q   So was it the highest compensation for
5 Motorsport Games Australia at the time?
6    A   Yes, it was.
7    Q   Okay.  So -- and this increase in
8 compensation is in May, so around the time of your
9 relocation to Miami, right?
10    A   It was the -- yeah, the date that I needed
11 to submit the, the proof of income, and proof of
12 employment in, yeah, which is dated, well, the 9th
13 of May.
14    (Thereupon, Defendant Exhibit 32 is marked for
15       identification.)
16 BY MS. FEROT:
17    Q   All right.  I will hand you what, sorry,
18 that we will mark as Exhibit Number 32.
19    A   Okay.  Can I get some more water?  Is that
20 okay?
21       MR. AYALA:  Yeah.
22       MS. FEROT:  Of course, yes.
23       THE WITNESS:  Thank you.
24       MS. FEROT:  Here you go.
25       THE WITNESS:  Thanks.

1       MS. FEROT:  I'm going to do maybe three
2    more exhibits, and then maybe we can take a
3    break.
4       THE WITNESS:  Yeah, that's fine.
5 BY MS. FEROT:
6    Q   All right, so Exhibit 32 is an e-mail from
7 Ms. LeCheminant to Mr. Katsman, with copy Ms.
8 Malavolta and you, Mr. Griffin, regarding your visa
9 application dated June 8, 2022.
10    A   Yes.
11    Q   Do you recognize this document?
12    A   I do.
13    Q   And you can see that Ms. LeCheminant is
14 sending documents to Mr. Katsman.
15    A   Yes.
16    Q   So do you agree that on June 2022
17 Motorsport is sending the documents the immigration
18 attorney Mr. Katsman?
19    A   I think it's the 8th of June.
20    Q   The 8th of June, yes.
21    A   2022, yeah.
22    (Thereupon, Defendant Exhibit 33 is marked for
23       identification.)
24 BY MS. FEROT:
25    Q   All right, I'll move on to the next

Page 98

1 exhibit, which we will mark as Exhibit 33. This is
2 an e-mail from Mr. Griffin to Mr. Kozko dated
3 December 30, 2022, and here, Mr. Griffin, you write
4 to Mr. Kozko, saying hi Dimitri, please find
5 attached the remittance information for preparing --
6 for the E-3 visa applications for Francesca and
7 myself, as requested I've also included the link to
8 the spreadsheet we went through in October with
9 money I've lost since moving, not including the
10 expenses -- NetSuite.
11    A   Mm-hmm.
12    Q   Do you remember that document?
13    A   I do, yes.
14    Q   And attached to this e-mail you have the
15 engagement letter for the law firm Cammisa Markel.
16    A   Yes.
17    Q   Who -- can you tell me a little bit more
18 about this firm?
19    A   Yes. Upon hearing about the, the issue
20 that we had with Katsman, and his lack of knowledge
21 about the different tax years, and discussion with,
22 probably friends, their daughter who migrated to the
23 U.S. years ago had used this firm, and suggested
24 that we use them because it was run by Australian
25 expats, because I think they'd said that she'd had

Page 99

1 a, that my story wasn't an uncommon one with U.S.
2 immigration attorneys in a corporate setting, they'd
3 made mistakes like this, and so she suggested that I
4 get in contact with these, with these people.
5    Q   Okay.
6    A   Which I did.
7    Q   And you're sending wire transfer
8 instructions to Motorsport US here, right?
9    A   Yes.
10    Q   Why'd you do that?
11    A   On request from Dimitri, yeah, request
12 from Dimitri. I believe it was about that time that
13 he, that he requested them (unintelligible) position
14 to pay them.
15    Q   So he agreed to pay for the services of
16 this firm?
17    A   Of -- yes. And they also did make that
18 payment too.
19    Q   Okay, we'll get to that. So the, the
20 selection of the firm Cammisa Markel was your
21 choice.
22    A   Yes, that's correct.
23    (Thereupon, Defendant Exhibit 34 is marked for
24        identification.)
25 BY MS. FEROT:

Page 100

1    Q   Okay. I'm going to hand you which we'll
2 mark as Exhibit 34. This is an e-mail from Mr.
3 Potter to you, Mr. Griffin, and also Mr. Kozko,
4 regarding visa fees, dated January 9, 2023. Do you
5 see that?
6    A   Yes.
7    Q   Do you remember this e-mail?
8    A   I do, yes.
9    Q   So here Mr. Potter -- what -- what was Mr.
10 Potter?
11    A   He was then CFO of the company, or acting
12 CFO of the company, I believe.
13    Q   Okay. And he says, confirming we paid
14 your lawyers retaining fees for the E-3 visa today.
15    A   Yes.
16    Q   So after you submitted the wire
17 instruction engagement letter, they come back and
18 pay --
19    A   Yes.
20    Q   -- the retainer fee; is that right?
21    A   That's correct.
22    Q   Okay. Did they question the selection of
23 the law firm?
24    A   Did Dimitri?
25    Q   Dimitri or the, anyone at Motorsport US?

Page 101

1    A   He asked why I selected them, and I'd
2 mentioned during the, during that initial
3 conversation we talked about the losses that I'd
4 had, that I'd spoken with -- on the suggestion from
5 a, a friend about this, and that's why he'd do it.
6 And then he also said he didn't want anything to, to
7 cause, you know, issues between, between us, and
8 then also between myself and my, my wife at the
9 time, and he that that was okay, effectively.
10    Q   Okay. So -- with your choice.
11    A   That's correct.
12    Q   And at the time you already had gathered
13 your documents needed for the application, right?
14    A   Yes.
15    Q   So how did you communicate with this law
16 firm, by e-mail?
17    A   By e-mail, and by a phone call, or by --
18 call as well.
19    Q   Okay. Did you give these communications
20 to your counsel?
21    A   I don't recall. I don't recall.
22    Q   So but you have those communications.
23    A   I have the initial e-mail between us,
24 because -- the, the call, and then, then initial
25 questions of us to schedule a call to us to talk

26 (Pages 98 - 101)

Page 102

1 about it.
2    Q   Okay.  Did you give your counsel, your new
3 counsel now Cammisa Markel, all the documentation
4 needed for your visa application?
5    A   No, we didn't get to that point, because I
6 think we discussed this initially in October 2019,
7 sorry, October 2022, I think October 19th or
8 something, from what I can see, is when in initially
9 met with them, and they said that's what
10 (unintelligible) options, and that rather than the,
11 having two options, which is the L-1 and the E-3,
12 and having to pick one or the other, the fastest
13 pathway was for the E-3 visa, and then I had three
14 years, I think, at the time, that I could use to, to
15 secure the L-1.
16    Q   Okay.  So you were going to go with the
17 E-3 option with that new immigration firm.
18    A   Yes, because the, the new information that
19 they said was what I'd been told was incorrect, that
20 actually in fact I could apply for this E-3, and
21 then use, and then apply for the L-1 within the
22 three year period.
23    Q   Okay.  So you chose them because they said
24 they could apply now, unlike Mr. Katsman.
25    A   No, I chose them because they were, one,

Page 103

1 because they said well, here, here's a -- pathway,
2 and two, it was another immigration attorney that
3 had been verified.  And Dimitri had also conceded
4 that the immigration attorney that they stipulated
5 that I use had made a, had made this error.
6    Q   Okay.  But people at Cammisa -- the
7 attorneys at Cammisa Markel -- who did you speak to
8 at Cammisa Markel?
9    A   I don't recall their names.  I think I
10 spoke briefly to Cammisa, or, I've forgotten her
11 first name, But Ms. Cammisa I believe.
12    Q   Ms. Cammisa, okay.
13    A   And there was another attorney there.
14    Q   Okay.  So now you know you can apply for
15 E- 3.
16    A   I could apply for the E-3 or the L-1,
17 which is what Katsman had suggested, but applying
18 for the E-3 would not preclude me, it wasn't a --
19 option anymore, I could actually apply for the E-3,
20 which was quicker, and which we, what we intended to
21 as well once the, the fees had been paid.
22    Q   Okay.  And it was paid.
23    A   It was paid, yes.
24    Q   So did you ever submit the visa
25 application for the E-3?

Page 104

1    A   No, because at the time Dimitri, and then
2 Dara, began to misrepresent, and deliberately
3 misrepresent the truth and, and what had happened,
4 and that they'd only requested my relocation in May
5 of that year, when I requested the supporting
6 documentation for the, for the lease to the, to the
7 apartment, and then Dimitri made an even further, I
8 guess misrepresentations, that he never agreed to
9 reimburse me for my losses or, or anything like
10 that.
11    Q   Did they ask you not to submit your visa
12 application?
13    A   No, they did not.
14       MS. FEROT:  Do you want to take a lunch
15 break?  It's a good time for me to stop, I
16 don't have --
17       VIDEOGRAPHER:  Whatever you want.
18       MR. AYALA:  Whatever you want.
19       THE WITNESS:  It's up to you.
20       MS. FEROT:  I think we can take a --
21       MR. AYALA:  You're the boss.
22       MS. FEROT:  We're halfway done I think,
23 yes, more than halfway -- perfect.  How much
24 time do you want?  Is forty five minutes -- do
25 you want one hour?  Do you -- are you going to

Page 105

1 go out or --
2       MR. AYALA:  We -- we --
3       MS. FEROT:  I believe we can be off the
4 record now.
5       MR. AYALA:  We didn't bring -- we didn't
6 bring -- we didn't bring food.
7       VIDEOGRAPHER:  The time is 12:35 p.m.  We
8 are off the record.
9 (Thereupon, the deposition is off the record, and
10       the proceeding continues as follows:)
11       VIDEOGRAPHER:  The time is 1:49 p.m.  We
12 are on the record.
13       MS. FEROT:  Thank you.
14       MR. AYALA:  Welcome back.
15       MS. FEROT:  Thank you, welcome back.
16 BY MS. FEROT:
17    Q   Mr. Griffin, what exactly was the promise
18 that Dimitri Kozko made?
19    A   So we agreed that I would relocate to the
20 Miami office, and in exchange for that I'd receive
21 $240,000.00 base compensation, plus --
22    Q   How much?
23    A   $240,000.00 base compensation, plus
24 $70,000.00 USD as a, a guaranteed bonus each year,
25 that we would receive medical care, myself and wife.

27 (Pages 102 - 105)

1 They would --
2    Q   I'm sorry?
3    A   That we would receive medical care under
4 Motorsport Games's plan for myself and my wife.
5    Q   Medical care, okay.
6    A   Under their, their healthcare plan.  I
7 would also receive sponsorship for my wife, and
8 myself as well.  That they would act as guarantor
9 until I have such, a credit rating, and they would
10 cover my accommodation costs until I had secured the
11 visa.
12   Q   When was that?
13   A   In September 2021.
14   Q   When that promise was made --
15   A   Yes.
16   Q   -- did you write it down?
17   A   No.
18   Q   All right, so you said the promise
19 included relocation to Miami.
20   A   Yes.  Also sponsorship of the visa, and
21 they were (unintelligible) the visa, and exactly
22 what I said before, the accommodation of, until we
23 receive -- they would pay for accommodation until we
24 receive the, the visa, amongst other things, yeah.
25   Q   Okay, so part of the promise is a

1 sponsorship of the visa, right?
2    A   Yes.
3    Q   You understand that Motorsport Games
4 cannot issue a visa.
5    A   Yes, they couldn't.  But I relied on them
6 saying that, on the, the attorney stating what the
7 requirements were, stating that I, you know, in
8 talking to him had, had met those requirements, in
9 terms of what was required for, that I'd been at the
10 company for a certain amount of time, or would I
11 have been at the company for a certain amount of
12 time -- documents as well.
13   Q   Okay, so I don't want to talk about the
14 attorney right now, I'm just talking about
15 Motorsport.
16   A   Sure.
17   Q   You knew Motorsport could not issue a
18 visa, it's a government (unintelligible) right?
19   A   Yes.  Mm-hmm.
20   Q   So the promise was not that Motorsport
21 would get you a visa, that it would help you get the
22 visa.  What -- what was the exact promise regarding
23 the visa?
24   A   That they would pay for the sponsorship
25 of, or get, pay for and give sponsorship for my wife

1 and myself.
2    Q   They would pay for it.
3    A   Yes.
4    Q   That's what you said.
5    A   They'd pay for it and, and receive it.
6    Q   So when you said pay for it, meaning the
7 fee to apply or the immigration attorney's fees?
8 What -- what is the payment?
9    A   It was the -- the -- the costs associated
10 with, with the sponsorship.  So it was a pretty
11 simple promise, was here's the, here's our
12 immigration attorney Mark, use him, and we'll get
13 you the, the, the visa.
14   Q   Okay.  So was part of the promise helping
15 you with that application?
16   A   It was -- the company themselves need to
17 apply, so I can't file for myself, so they would
18 apply for the visa and --
19   Q   Okay.
20   A   -- and sponsorship, so.
21   Q   So they would have to gather documents,
22 and prepare --
23   A   Yeah.  Dimitri had said that he'd done it
24 many times before, there was a related entity within
25 the business, Motorsport Network, which Dimitri has

1 a, a relationship with the, the shareholder of that,
2 maybe shareholder of that business as well, I think
3 he's married to the, the shareholder's niece, and so
4 he said he'd done it many times, and brought people
5 over many times before, so I relied on him telling
6 me that.
7    Q   Okay, so I want to go back to the visa.
8    A   Mm-hmm.
9    Q   The visa application required Motorsport
10 to do certain things.
11   A   Yes.
12   Q   And we've seen in the communications
13 before --
14   A   Mm-hmm.
15   Q   -- you've asked them to gather some
16 documents for you.
17   A   I don't believe I asked them to do that.
18   Q   Right.  Yes.
19   A   They did that.
20   Q   Okay.  And then they send them to you,
21 right?
22   A   No, they did not send them to me.
23   Q   So what documents they didn't send to you?
24   A   What documents did they not send to me?
25   Q   Mm-hmm.

Page 110

1    A   We'll have to go back to the, that prior,
2   before, there was a list of documents which they
3   were putting together.
4    Q   So they were putting it together?
5    A   They were, yes.
6    Q   Okay.  Did they ever said we don't want to
7   give you those documents?
8    A   In what way?
9    Q   Like where they cooperating with your,
10   this application.
11    A   Certainly Amanda, general counsel, was
12   cooperating.  Dara I don't believe sent in those
13   documents that she was required to do.  And Amanda
14   was terminated, she had a baby, and then she was
15   terminated within I believe a month or, or six weeks
16   of having the baby, and she was the one who was
17   responsible ultimately for, for coordinating this,
18   the sponsorship.
19    Q   So after Ms. LeCheminant is terminated who
20   was handling her role?
21    A   So she was general counsel at the time,
22   and they appointed, or they tried to find another, I
23   believe it was one of the general counsel internally
24   for one of the like entities, and I believe they
25   were searching for another, for other representation

Page 111

1   outside, for another law firm, and so Dara was then
2   I think promoted to be head of HR at the time.
3    Q   Okay.  So did she cooperate with your visa
4   application?
5    A   I would not say cooperate.  I would say
6   she didn't provide the documents that she should
7   have, and even from, you know, as you can see from
8   my first message, when I kept on persisting, to say
9   let's get the, these application underway, because I
10   as the employee and person being sponsored I can't
11   file for that, that's on the, the company to launch
12   that petition.  And I kept on requesting it, and you
13   can see from, it took her a month to respond to
14   that, that e-mail.
15    Q   I never saw those e-mails.  Do you have
16   them?
17    A   I'm sorry?
18    Q   I never saw those e-mails.  Do you have
19   them?
20    A   Yes, there was on in here before.  I think
21   there was a, an e-mail, one that was in one of these
22   exhibits.  And then I made reference to another one,
23   which is in my notes, but I don't have access to
24   those e-mails, they're in my Motorsport Games e-mail
25   account.

Page 112

1    Q   Can you show me the e-mails where you're
2   referring to?
3    A   Yes, there is this e-mail here, which on
4   the date the 4th of May.  I think I sent it on the
5   28th initially.  I sent them an e-mail on the 27th.
6    Q   Can you please state the exhibit number?
7    A   This is Exhibit 29.  As you can see
8   there's an e-mail, subject L-1 visa, on Wednesday
9   April 27, 2022, and which I said we'd like to begin
10   the application process for the L-1 visa, to Mark
11   Katsman, an e-mail for myself.  And Mark inquired
12   the next day, on the 28th, to ask who he could speak
13   to in the, the case regarding billing and payments,
14   and other questions, which was a, a surprise to, to
15   me.  And I included Amanda and Dara on the 4th of
16   May 2022, and I don't believe Dara got back to, or
17   responded to this for, until the 6th or so of, it
18   was the 6th of June.
19    Q   She respond -- so you can agree that in
20   this Exhibit Number 25, 29, sorry --
21    A   Yes.
22    Q   -- there's nothing that shows that she's
23   not cooperating.
24    A   I didn't say that.  I said that it was
25   Dara on this e-mail, and her response to this e-mail

Page 113

1   on the 4th of May came over --
2    Q   There -- there's no response to this
3   e-mail in this document.
4    A   No, but there is another e-mail.  I think
5   I referenced it in my, in my claim letter.
6    Q   Okay.  So if you look at this Exhibit 29
7   there is nothing showing here that Ms. Malavolta was
8   not cooperating.
9        MR. AYALA:  Asked and answered.
10        THE WITNESS:  To be fair she's, she hasn't
11    responded to this, and she didn't respond for
12    another month, so I wouldn't call that
13    cooperating.
14   BY MS. FEROT:
15    Q   All right, I'm going to go back to what
16   you said.  You said the promise was to relocate to
17   the Miami office.  So what does that mean, relocate
18   you to the Miami office?
19    A   So it was -- I said that they were to
20   provide sponsorship to myself and my wife, amongst
21   other things, and -- sorry, could you clarify that
22   question again?
23    Q   The relocation --
24    A   Yes.
25    Q   -- we said it was a sponsorship of the

29 (Pages 110 - 113)

Page 114

1  visa --
2    A   Yes.
3    Q   -- and they'll let you come to Miami,
4  right?
5    A   So the conversation I had with Dimitri
6  was that because of, he was very insistent and desperate
7  for me to, to come across, as you can see from his
8  other comments where he inquired when I was coming
9  and, and so on, that they would cover the
10 sponsorship for myself and my wife, that I'd be
11 promoted to the director of technology role, and
12 there were two -- expanded out of that role, that I
13 would also be, have healthcare, that they would pay
14 for my accommodation until I received the visa, and
15 the, healthcare, and they'll act as guarantor as
16 well until I received a, until my, to build up my
17 credit rating.  And that last part was conditional
18 on me staying with the company, so that's what --
19    Q   Can you repeat that last part?
20    A   So -- for them acting as guarantor --
21    Q   Guarantor.
22    A   -- was conditional on me staying with the
23 company, which is more than fair.
24    Q   So the promise to be guarantor would be
25 for the duration of your lease, right?

Page 115

1    A   Well, I didn't say that.  It was until I
2  built up my credit rating.
3    Q   But at the time you agreed to that -- at
4  -- at the time of the promise in September 2021.
5    A   I'm sorry, what do you mean by that?
6    Q   You said in September 2021 --
7    A   Mm-hmm.
8    Q   -- part of the promise made to you by Mr.
9  Kozko was to be a guarantor.
10   A   It was that they, yes, that the company
11 Motorsport Games, Inc. would act as guarantor until
12 I had a sufficient credit rating, until, until I
13 built up the, the credit rating, because Dimitri
14 impressed upon me having, was to have a good credit
15 rating here in America, that it meant that you
16 couldn't get credit cards without it, meant that you
17 couldn't purchase, make certain purchases, or
18 finance vehicles, and so on, and so that was pretty
19 important, and part of our conversations that we've
20 had, or that we'd had once he initially asked me to
21 come to the United States and work, and so it was
22 that, that they would act as guarantor until I built
23 up my credit rating.
24   Q   Guarantor for the visa, or for all of the
25 things?

Page 116

1    A   It was to act as guarantor for, for
2  things.  It was -- again, we talked about it
3  previously, to, to finance a car, to get access to
4  credit cards, and so on, and to I guess live in the
5  United States with a credit rating, credit score
6  was, was very important, and that's what he
7  impressed upon me, and that's why we, we agreed that
8  they would act as guarantor.
9    Q   And a credit score, is it hard to get a
10 good credit score?
11   A   I'm not sure.  I don't have any experience
12 with that in, in America at all.  It was only what,
13 I relied on what Dimitri told me.
14   Q   Okay.  But both sides understood that it
15 could take some time.
16   A   To build up the --
17   Q   The credit score.
18   A   -- credit score.  He didn't give me a, a
19 timeline at all.
20   Q   Okay.  So the promise to relocate to the
21 Miami office was to sponsor you for the visa, and
22 then there was the re-numeration that you stated,
23 medical care, and the guarantee, and then the
24 position as director of technology.
25   A   Yes, the director, promotion to director

Page 117

1  of technology, also with -- becoming, we talked
2  about becoming a CTO, but it was to be promoted to
3  director of technology with an expanded scope.
4    Q   So that's the entirety of the promise of
5  which was discussed.
6    A   Yeah.  That's what I believe, yes.
7    Q   Okay.  And that's September 2021.
8    A   Yes.
9    Q   So was a promise made regarding a
10 particular expense?
11   A   Other than what I've stated there were no
12 particular (unintelligible) that was their terms.
13   Q   Okay.  And typically your expenses would
14 be covered by your employment agreement.
15   A   When I started traveling to the United
16 States the employment, or all the expense -- and it
17 was a little bit more complex because I was also
18 director of the, the Australian entity, and so I had
19 a separate agreement as director of that company to
20 purchase certain things and be reimbursed in a
21 different mechanism to the, the employment
22 agreement.  But then as it relates to Motorsport
23 Games, Inc., sometimes the money came from
24 Motorsport Games, Inc.  Account, so there were -- if
25 Dimitri requested me to travel sometimes I'd put

30 (Pages 114 - 117)

Page 118

1 those through the American office, sometimes I'd
2 book them myself and I'd file for reimbursement
3 after.
4      Q    So tell me how you submit your expenses to
5 Motorsport Games US.
6      A    So there's a platform, NetSuite, that they
7 use, and I would submit them, yeah, into that
8 portal.
9      Q    Okay.  And what was the procedure to
10 submit your expenses to Motorsport Australia?
11      A    It was the, it was all by the same portal.
12 It was a, except that we have to lodge them with the
13 accountants looking after Motorsport Games Australia
14 as well.
15      Q    So, I'm sorry, I didn't understand.  You
16 submitted --
17      A    So we would -- we would -- so typically we
18 would submit, if we submitted an expense claim, or
19 made charges on the the, card, and sometimes during
20 the, the company, the company's, I guess sort of
21 dire financial situation at the time, there wasn't
22 enough money in the account to cover certain
23 expenses and so I would have to use my personal card
24 to do that as well, so the -- the policy was in some
25 ways blurred.

Page 119

1      Q    Okay.  So when you used NetSuite --
2      A    Mm-hmm.
3      Q    -- it's only for Motorsport Games US.
4      A    No, Motorsport Games Australia I believe
5 used that too.
6      Q    Okay.  So you just submit it, and then on
7 their end they deal with it, right?
8      A    To -- we'd have to, yeah, submit the
9 receipts.  Sometimes we might be asked for further
10 information from the finance team as to what the
11 expense was related to, and how to categorize it.
12      Q    Okay.  So the promise regarding the
13 compensation, you said it would be $240,000.00 plus
14 $70,000.00 per year.
15      A    That's correct.
16      Q    Did it happen?
17      A    So the $240,000.00 base I received.  When
18 I was rejected the, the -- so when the lease in
19 Motorsport Games's corporate lease that they
20 guaranteed, when guarantor was rejected, and then a
21 lot of the, I guess the new information -- found
22 out, Dimitri asked if I was willing to accept, if I
23 could lower the amount that we'd agreed upon for the
24 bonus, which amounted to $48,000.00.  And then as an
25 incentive to accept the lower amount I, he split the

Page 120

1 payment into two amounts so I could receive one much
2 earlier on.
3      Q    Okay.  And you agreed to that.
4      A    I agreed to the, to that lower amount,
5 yes.
6      Q    Okay.  Then you said part of the promise
7 was medical care.
8      A    Yes.
9      Q    But medical care, usually you have to be a
10 resident to get that.
11      MR. AYALA:  Form.
12      THE WITNESS:  I'm not aware of the
13      requirements for that.  It was something that
14      Dimitri and I had agreed on, agreed upon.  Dara
15      as well said it's standard part of their
16      benefits package for the United States
17      employees.
18 BY MS. FEROT:
19      Q    So that's the standard package for a
20 Motorsport US employee.  Is that what you're saying?
21      A    That's what I was told, yes.
22      Q    Okay.  And you understood that once you
23 get the visa you would be hired by Motorsport US.
24      MR. AYALA:  Form.
25      THE WITNESS:  My understanding was that

Page 121

1      that would apply, and file a petition for the
2      visa, I'd receive that, and then be employed by
3      Motorsport Games, Inc.
4 BY MS. FEROT:
5      Q    Right, after you received the visa.
6      A    Well, that wasn't -- that wasn't
7 discussed.  The -- and I go back to this as well,
8 the, the agreement that we had was that they would
9 provide the sponsorship to myself and my wife, and
10 they'd provide healthcare as part of that, and they
11 only provided this amendment to contract because
12 they said they couldn't, they were concerned that if
13 they provided a, an offer letter, that the company
14 could get in, I guess lack of better, could get in
15 trouble for it.
16      Q    Yeah, we went over this before with
17 Exhibit 21, where Ms. Malavolta said at some point
18 that we'll need to terminate you under the
19 Australian company, and hire you through Motorsport
20 US.
21      A    That is -- that was separate.  That was --
22 I'm talking about when I required proof of income,
23 and this offer letter, that they, again the general
24 counsel at the time said they were concerned that
25 they couldn't provide this offer letter because they

31 (Pages 118 - 121)

Page 122

1  didn't, they thought that, again, like I said
2  before, for lack of a better term, they couldn't
3  because they thought it might get the company in
4  trouble by doing that.
5      Q   I think you're talking about another
6  exhibit number. I'll move on. So part of the
7  promise was for you to be getting this new position
8  as director of technology, correct?
9      A   Yes.
10     Q   Did they give you this role?
11     A   There were two, two parts to that. The
12  first, there was a, the leadership at the time
13  within the development area/division of the company
14  had been I guess playing political games, and
15  Dimitri was part of that conversation, and there was
16  already this director of technology role up, and he,
17  they said they wanted to make me acting head of
18  technology, I'm sorry, acting director of technology
19  while they secured another person, or secured
20  another candidate for the role, and Dimitri said
21  from my understanding that why is he the, why are
22  you making the acting head of technology, and
23  mandated that I was the, made it as I was the
24  director of technology.
25         But there were two facets to that

Page 123

1  role, the one which was the oversight of technical
2  decisions, and then the more expanded role, which
3  was oversight of all of the development for
4  Motorsport Games.
5      Q   So were you or were you not director of
6  technology?
7      A   I was -- I was director of technology, but
8  the role itself, there were, again, two facets to
9  that role, the one which was, again, the technical
10  decision, and then the second part of that was, when
11  I moved to Miami, which is global oversight over all
12  of the development.
13     Q   Okay.
14     A   I should also add that the, the political
15  games that were being made with between Steven Hood
16  and Jack Griffin at the time, Jack was demoted soon
17  after, and Steven Hood was fired as soon as I got to
18  Miami, and I effectively oversaw and took over his
19  responsibilities as the director of technology.
20     Q   Okay, so you had more responsibilities.
21     A   That's correct.
22     Q   And that was substantially consistent with
23  what you had envisioned at the time of the promise.
24     A   Yes, because I -- because I said to
25  Dimitri at the time, I said titles are not

Page 124

1  particularly important to me, it's more that I care
2  about the, what the, you know, the responsibilities
3  are, and being re-numerated sufficiently for that.
4      Q   Okay. Was there anything that Motorsport
5  did not guarantee that you had requested?
6      A   That they did not guarantee?
7      Q   Mm-hmm.
8      A   I don't recall.
9      Q   Okay. This -- you said part of the
10  promise is a sponsorship for you and your wife.
11     A   Yes.
12     Q   What was done for your wife?
13     A   Why was that, or what was done?
14     Q   What was done?
15     A   Nothing. Nothing. They didn't -- again,
16  we -- we -- I -- the petition was never filed,
17  because, again, I can't file a petition. We -- I
18  had all of my documentation, and again, for what
19  I've discussed earlier, earlier, as far as the
20  immigration attorney -- they never filed the
21  petition.
22     Q   Okay, so the petition would be filed by
23  the attorney, or by Motorsport, or by you?
24     A   I'm not sure I understand. It's
25  Motorsport's responsibility for that.

Page 125

1      Q   But typically the immigration attorney
2  would file it on behalf of the petitioner.
3      A   Yeah, potentially. Hey, I'm -- I'm not a
4  lawyer. I'm not familiar with --
5      Q   Okay.
6      A   -- the, who is actually doing the, whether
7  it's the company -- or whether it's the attorney.
8      Q   So this application was prepared? Was it
9  prepared?
10     A   No.
11     Q   It was not prepared by Mr. Katsman?
12     A   No.
13     Q   Was it prepared by the attorneys at
14  Cassima Markel?
15     A   We never got a chance, because at that
16  point, again, Dara had not delivered on the, what
17  she was required to deliver, and the, with Cammisa
18  Markel we got to a point where Dimitri and Dara
19  started making what I would consider fraudulent
20  misrepresentations of what had occurred. And so --
21  and then Dimitri at the time had also said, well, or
22  what is the effect of if you, you can stay in
23  Australia. And this is only after -- and I felt
24  that was quite retaliatory, because it was only
25  after I disclosed certain information which was

32 (Pages 122 - 125)

Page 126

1 required to be reported to the SEC, which, and also
2 financial rejections, and so on, which he didn't,
3 didn't particularly like.
4     Q    So when was that?
5     A    I believe it was either late October or
6 early November.
7     Q    Of which year?
8     A    And then -- of 2022, if I recall.  And
9 then the -- in, I think it was December of that,
10 that year as well, as director of the Australian
11 entity there were significant expenses which I was
12 liable for personally as the director, and to which
13 I wrote a letter, because I hadn't been, these bills
14 hadn't been paid, the accountants had suspended
15 their services, a bunch of our suppliers hadn't been
16 paid, we were losing access to the software
17 licensing, and so on, and it was actually impacting
18 development significantly, and because
19 (unintelligible) expressed his concern and said it
20 needs to be paid, otherwise we'll have to start
21 laying off people, and not incurring future -- a
22 significant issue for the company, and that I had to
23 make sure the company wasn't breaking the law in
24 that jurisdiction.
25          And so together, I think if you take

Page 127

1 those two, I guess actions that, him reneging on his
2 promise to reimburse me, and then plus saying, well,
3 you can stay there if you, if you want, back in
4 Australia, was retaliation for being honest, and
5 being truthful.
6     Q    When you said to reimburse me, what do you
7 mean?
8     A    So to cover those, those losses as I've
9 mentioned before, we decided the best way to, to
10 reduce the impact to the company, as it was already
11 in a poor financial position at that time, was to
12 cover those losses, and I suggested the most
13 sufficient way that minimized the amount of money
14 the company would have had to pay out was to provide
15 part of that via this, this reimbursement.
16    Q    So Dimitri -- did Dimitri Kozko promise to
17 cover those losses?
18    A    Yes, he did.
19    Q    When was that?
20    A    During that, so I guess two days, was the
21 first where I actually raised them, and he said let
22 me have a look at those --
23    Q    When was that?
24    A    Middle of October, I believe.
25    Q    2022?

Page 128

1     A    2022.
2     Q    October 2022.
3     A    Yes.  And so -- and again I want to make
4 it very clear that it wasn't a reimbursement as a
5 normal work related expense, it was a reimbursement
6 only because it was a way to cover my losses, and
7 pay those losses back at a way that minimized the
8 financial impact to the company.
9     Q    And at the time you were already in Miami.
10    A    That's correct, yeah, the conversation we
11 had was, one of them was, was outside within the
12 Motorsport Games outside office area, and then the
13 next day was in his office, and there was a, a file,
14 I think I called -- losses, it was an Excel file on
15 line that I shared with him, and when he ultimately
16 pretended that we never agreed to it or, that we can
17 see from the timestamps in that document that he in
18 fact did have access to it, and that he did modify
19 it as well.
20    Q    So I'm trying to pin down the timeline.
21 So the promise regarding your, what you call your
22 losses --
23    A    Mm-hmm.
24    Q    -- was mid-October '22 when you discussed
25 this spreadsheet with Dimitri Kozko.

Page 129

1     A    That's correct.
2     Q    Okay.  And when is it that he re, what you
3 call reneged on his promise?
4     A    It would have been January, I think it, I
5 recall it was late December, or early January '23.
6 Late December '22 or early January '23, which was
7 after, again, this disclosure that I'd made as part
8 of the SEC compliance, as part of being an a -- and
9 then also these other compliance issues that there's
10 a potential that the Australian (unintelligible) was
11 trading whilst insolvent, or was about to trade
12 whilst insolvent, and I was going to take reasonably
13 drastic measures to, to prevent that from happening
14 --
15    Q    Okay.
16    A    -- because I would be breaking the law.
17    Q    So from mid-October 2022 to January 2023
18 what did you do in reliance of this promise to cover
19 your losses?
20    A    What do you mean by that?
21    Q    Did you rely on this promise to change
22 anything in your situation?
23    A    I don't recall.  All I can tell you is
24 that I made, I had a wedding coming up that we had,
25 you know, long before signed, and because of, like

Page 130

1 signed an agreement, and, and deposits needed to be
2 paid, and because of the losses that I'd incurred I
3 was not in a position, or nearly not in a position
4 to be able to pay for those, and so that was, again,
5 it was a terrible time, I couldn't -- I was nearly
6 at the point of having to cancel my wedding because
7 of the position that I was put in by the company.
8    Q   To cancel what, who's wedding?
9    A   My wedding.
10    Q   Okay, so remind me -- I know you said it
11 before, but I forgot the date.  What -- what was the
12 date of your wedding?
13    A   So because the, we were legally married
14 early on for the purposes of getting the visa.  That
15 was the February 22, 2022, and that was with a small
16 number of people so as not to take so much away from
17 my wife and I.  And then we decided to do as well a,
18 the wedding that we'd already began to plan, later
19 on in the year when we'd originally intended to do
20 it, in December -- my wife is going to kill.  I'll
21 have to come back to you with the date.  I don't
22 know the actual official date, I'll have to come
23 back to you with the actual date.
24    Q   Okay.  Somewhere, well, obviously after
25 February 2022.

Page 131

1    A   Yes.
2    Q   Do you recall the year?
3    A   It's definitely 2022.
4    Q   2022, sometime in --
5    A   I'll -- again -- can we expunge that from
6 the record?
7    Q   Your counselor is going to send it to your
8 wife.  She's going to --
9    MR. AYALA:  Hey, Francesca, what's up.
10 BY MS. FEROT:
11    Q   All right, so to recap, you had the
12 smaller wedding in February 2022.
13    A   Yes.
14    Q   You had planned this bigger wedding
15 sometime in 2022 after February, and -- so you said
16 you were not able to afford it.
17    A   Well, we were when we made the the, the
18 decision, absolutely we were.  And then, again,
19 because of all the losses that I've continued to
20 sustain at that point I wasn't able to, and that's
21 why, even though we had the conversation in mid-
22 October I think we can see from here that it's still
23 took a little while for those, for that money to
24 come through and, through that reimbursement.
25    Q   Okay.  So eventually you had the bigger

Page 132

1 wedding.
2    A   Yes, that's correct.
3    Q   Okay.
4    A   The -- the one that we'd, we'd planned,
5 the normal one.
6    (Thereupon, Defendant Exhibit 35 is marked for
7        identification.)
8 BY MS. FEROT:
9    Q   All right.  All right, so -- we'll get
10 back to those losses.  I will now hand -- sorry --
11 I'll hand you what I'll mark as Exhibit Number 35.
12 So this is an e-mail from you, Mr. Griffin, to Mr.
13 Gustavo Roche --
14    A   Mm-hmm.
15    Q   -- dated January 12, 2023, where you're
16 forwarding an e-mail that was also from you, but
17 sent to Mr. Kozko on January 4, 2023.
18    A   Mm-hmm.
19    Q   And here you -- well, can you tell me what
20 you're conveying to Mr. Kozko?
21    A   Yes.  This was, I believe, directly after
22 we began to, again, to misrepresent the, the
23 agreement, and this was to explain again more to, as
24 an appeal to him, I believe, that what the impact
25 was, and what we'd, you know, ultimately gone

Page 133

1 through to, to move to America, and various other
2 things.  I'd have to take time to read it.  It's
3 been a while since I've, I've seen it.
4    Q   Okay.  So on the second page on the one,
5 two, three, fourth paragraph, that starts by in
6 summary, you said, you state the move to Miami has
7 resulted in a material pretext loss of like
8 approximately $1,000.00, $96,000.00; is that right?
9    A   Mm-hmm.
10    Q   And before that you, you basically discuss
11 those financial and emotional, emotional costs, as
12 you call them.
13    A   Yes.
14    Q   So the second paragraph you said you had
15 to travel, and that was, that caused Francesca and
16 you to be apart for over nine weeks.
17    A   Yes.
18    Q   And that's when you say, when you first
19 asked me to travel to Miami in July 2021.
20    A   That's correct.
21    Q   So that was before your relocation, right?
22    A   Yes.
23    Q   Okay.  So here are you complaining that
24 you had to travel?
25    A   No, not complaining, merely highlighted

34 (Pages 130 - 133)

Page 134

1 what we had gone through in the belief of this
2 company. An important bit of context here is when I
3 was, immediately after, I think a week or, or two
4 weeks after I'd left the country the Australian
5 Border Force changed the, the regulations, and of
6 the quotas of planes that were allowed to fly back
7 in, and as a result I think there was only six
8 hundred or so passengers a week allowed into the
9 country at that time, and so all of the major
10 carriers, or nearly all of them stayed, withdrew
11 from Australia, so there were no flights back there.
12 So I was effectively stranded here searching for
13 flights to get back. That was why it took nine
14 weeks.
15    Q   When was that?
16    A   That was between July and September.
17    Q   Okay. But it has nothing to do with your
18 relocation.
19    A   I went -- during that time, that was when
20 I was, Dimitri asked me to, to come to America.
21    Q   Right. But at the time you're not living
22 in Miami, you're traveling from Australia; is that
23 right?
24    A   That's correct. At the time I was
25 residing in Australia, yes.

Page 135

1    Q   All right. And then you discuss about,
2 you discuss your decision, your agreement to
3 relocate to Miami --
4    A   Yes.
5    Q   -- in the paragraph following that. You
6 -- you state that the decision to agree to move to
7 Miami was based on the financial benefits it will
8 bring.
9    A   Yes, that was part of the, part of it,
10 yes.
11    Q   Okay. So what was the other part of it?
12    A   It was the opportunity for the expanded
13 role. I believed there's more opportunity within
14 the company, and ultimately Dimitri, who'd, I
15 currently sort of call it campaigning for me to, to
16 join, and I believe there were other people in the
17 company that wanted that to happen as well, made a,
18 a very good case as to why I should relocate to, to
19 relocate. I certainly didn't go across to, to
20 America with, you know, any intention or desire to,
21 to move there.
22    Q   Okay. And were you aware of the cost of
23 living in Miami?
24    A   Not at the time, no. When I first
25 traveled, no, not at all.

Page 136

1    Q   And you were aware of what your
2 compensation was, obviously.
3    A   I was aware I was, at the time, yes, I was
4 aware.
5    Q   Okay. So would you say you miscalculated
6 the cost of the living to Miami?
7    A   No, I wouldn't.
8    Q   No, you didn't. Is that your answer?
9    A   Could you please clarify what you mean by
10 miscalculated?
11    Q   So the costs to relocate were higher than
12 you originally thought; is that true?
13    A   I don't recall at the time. I don't
14 believe so, we could see what the, the costs of the
15 apartment were. And again, that's the time we made
16 the decision, not at the time, I had no indication
17 of what the costs were when you're referring toward
18 this, this e-mail in July '21.
19    Q   Okay. Okay. Did you keep your apartment
20 in Australia while you were in Miami?
21    A   No. No, we ended up terminating the lease
22 there. We sold off all of our furniture. We gave
23 up our two pet cats, which we gave up, so they're
24 out there somewhere. And we also sold our cars. My
25 wife resigned from her job, again, because that's

Page 137

1 what Dimitri and I had agreed.
2    Q   Okay. And then a bit further down, the
3 second paragraph of the second page you start to
4 discuss taxes. Did Motorsport US ever agree to
5 cover the tax difference between the United States
6 and Australia?
7    A   We agreed that they would sponsor me, and
8 that I would be employed by the, by Motorsport
9 Games, Inc., and as I did my research on what the,
10 what the cost of living was in Miami at the time,
11 and factored in what the, the taxes were after that,
12 and looked what we would, what we'd be earning
13 there. So again, I can only tell you what we agreed
14 upon.
15    Q   Okay. But that did not include paying for
16 the tax difference, that only included relocating,
17 and then hiring you in the U.S.
18    A   That was the sponsorship of, of my wife
19 and I, amongst other, other things.
20    Q   Okay. All right, so then you, you speak
21 about -- and you, you discuss your wedding. How
22 much was your wedding, the cost?
23    A   I don't recall. I would have to speak to
24 my wife for that.
25    Q   Okay. And do you recall how much she paid

35 (Pages 134 - 137)

1 for it?

2    A    That's the same.

3    Q    With respect to Francesca.

4    Q    What do you mean?

5    Q    Did Francesca pay part of the wedding?

6    A    Her family and, yes.

7    Q    The family did.

8    A    Yes.

9    Q    Was it her parents?

10    A    Yes.

11    Q    How much did they pay?

12    A    I don't recall.  I'd have to -- I'd have

13 to confirm.

14    Q    Okay.  Do they expect to be reimbursed?

15    A    It was -- I don't believe so.  I believe

16 it was their contribution to, to us as a couple.

17    Q    Okay.  You said we had to enter into

18 contracts for our December wedding based on my

19 income.  What -- what does that mean?

20    A    So obviously we wouldn't have entered

21 contracts which we couldn't afford, and again in,

22 whether we had stayed in Australia or whether we'd

23 moved to the United States, and ultimately is

24 Motorsport had got the, the visas that, that that

25 promised, or sponsorship rather, that we wouldn't

1 have been able to, we would have been able to afford

2 it.

3    Q    So you're saying that had you had your

4 visa --

5    A    Mm-hmm.

6    Q    -- you could have afforded a bigger

7 wedding.

8    A    No, not at all.  No, the, the idea -- this

9 was not at all based on being able to pay for a

10 wedding or not.  We had the financial means to pay

11 for the wedding based on my previous income, it

12 wasn't contingent on come to America at all.  In

13 fact the opposite, because we came here, and because

14 I've suffered these losses because Motorsport Games

15 didn't get the, didn't ultimately file the petition,

16 that we're in this, this financial position where we

17 nearly had to, to cancel the wedding.

18    (Thereupon, Defendant Exhibit 36 is marked for

19         identification.)

20 BY MS. FEROT:

21    Q    Okay.  I'm going to hand you what I'm mark

22 as Exhibit 36.  This is an expense report rejected

23 sent from Mr. Kozko to you, Mr. Griffin, on January

24 18, 2023.  Do you remember why, why are those

25 expenses submitted?

1    A    No, I don't recall.

2    Q    But you see NetSuite, so those are

3 expenses are submitted through the NetSuite --

4    A    Yes.

5    Q    -- that is right.  So you don't recall

6 also what happened after this rejection of --

7    A    I'd have to see what the, what that was.

8 I don't recall that specific transaction that it's

9 referring to.

10    Q    Okay.  And Mr. Kozko said please make the

11 corrections that we discussed.

12    A    Yes, I -- again, I don't recall what the

13 --

14    Q    You don't.

15    A    Well, all I can say, it was after I guess

16 he took retaliatory action.

17    Q    Okay.  All right, I'm going to -- so

18 typically when expenses were rejected like this they

19 would not be paid, right?

20    A    If they're rejected, depending on the

21 reason, so it could be -- as he's saying here,

22 again, I don't recall that, but he's saying please

23 make the corrections, so, yeah, in that case it

24 would require resubmission, or it would be an

25 outright rejection.

1    Q    Okay.  So was it Motorsport Games US

2 policy to have the expenses approved before they

3 were paid?

4       MR. AYALA:  Form.

5       THE WITNESS:  So the -- I guess if the --

6    there was the written policy, and then there

7    was what actually too place, which was Dimitri

8    would say can you do this, can you go here, and

9    book this, and that would verbal, and we would

10    submit them, and he would approve them after

11    the fact.  Or in the case of certain travel it

12    would be done through the, the company.  And

13    that wasn't just for reimbursements, that was

14    for normal expenses as well.

15    Q    Okay.  So this policy is consistent with

16 the policy in your employment contract that -- here,

17 right?

18    A    I -- I'm not sure.

19    Q    In what sense?

20    A    What's -- what's the, this policy you're

21 referring to in the employment --

22    Q    To approve expenses before paying them.

23    A    Well, again I think that there was the,

24 the written policy, and there was the actual, what

25 actually took place, which was Dimitri would often

36 (Pages 138 - 141)

Page 142

1 require us to travel to a location, we would book
2 the flights. There were certainly I think in some
3 cases, or in many cases, where it was just verbal,
4 and we would submit the expenses after.
5    Q   Okay. So in that -- in those cases you
6 would have the verbal approval of the expenses, and
7 then that would be --
8    A   Sometimes I would say I've got these
9 expenses, and just to, to write him a, a warning,
10 and submit them, and he said, and he would say
11 submit them and I'll approve them.
12    (Thereupon, Defendant Exhibit 37 is marked for
13         identification.)
14 BY MS. FEROT:
15    Q   Okay. I'm going to hand you what we'll
16 mark as Exhibit 37. So here you have an e-mail from
17 Mr. Kozko to you from February 15, 2023. Do you
18 remember this e-mail? Do you recognize this
19 document?
20    A   Yes, I do.
21    Q   So if you go back to the last e-mail -- if
22 you go to the last e-mail in the chain --
23    A   Yes.
24    Q   -- you see that shortly after the e-mail
25 we just discussed where you were stating, discussing

Page 143

1 your losses --
2    A   Mm-hmm.
3    Q   -- you have, Mr. Kozko was proposing bonus
4 incentives?
5    A   Yes.
6    Q   Do you see that? So in response to, to
7 this e-mail, he offers you to raise your
8 compensation. Is that a fair description?
9    A   I don't believe it refers to like base
10 salary, or anything like that. That proposed, call
11 it additional incentives, or bonuses for performing
12 certain things. And this was sent in following a
13 conversation I had with myself and Dimitri, which
14 was I guess reasonably heated, where he again began
15 to misrepresent the, the truth. And this was also
16 directly -- that conversation where he, he stated
17 that the attorney, he'd known the attorney for a
18 very long time, since his childhood, or, or to some
19 effect, and, and I think I mentioned certain things
20 about the, again, about all the losses that I
21 sustained, and that I wasn't happy, and then this
22 was sent directly, or within a few days of that
23 conversation.
24    Q   Okay. But he's not offering to cover
25 expenses, right?

Page 144

1    A   I don't know. I can't speak to Dimitri's
2 exact motives here.
3    Q   I'm -- I'm not asking about his motives,
4 I'm just saying, I'm just asking you, he's offering
5 incentives in this e-mail, but not payment of
6 expenses.
7    A   There's nothing in here -- I'm just
8 reading down this again. All I can say is that this
9 was in response to me reiterating in how I guess
10 upset I was at the, what we'd been through, and that
11 he'd reneged on this, this agreement that we'd had,
12 and then I received this e-mail. That's all I can
13 say to it.
14    Q   Okay. And in response you do not accept
15 his proposal.
16    A   No, in response I again was willing to
17 work with him on this, and I wanted to make sure
18 that though these incentives, which were ultimately
19 a way to, to recoup the losses that I'd sustained,
20 and, and from looking at this it incentivized me
21 with another mat to be discussed beyond, beyond
22 that, I wanted to make sure they were actually
23 achievable, because as I think I had already
24 mentioned the -- based with these timelines, with
25 the financial position of the company I couldn't

Page 145

1 agree to something where if they didn't pay for
2 services, which was the case around here, that some
3 of our suppliers suspended their services, and so I
4 wanted to make sure that this was actually
5 achievable, and they couldn't use this as a, you
6 know, pull the, pull the rug out, so to speak.
7    Q   Okay. So in your own words you said
8 provided an alternative to your proposed incentive,
9 right?
10    A   That's --
11    Q   On Page 1.
12    A   Yes.
13    Q   Okay.
14    A   And this, again, was to, to purely make it
15 so that, again it was the company benefited from it,
16 because it would save the, the product, and so they
17 were, again, based on, you know, certain
18 performance. But the, it wasn't, which wouldn't be
19 impacted by the company's financial position or, or
20 them deciding to change the release date, for
21 example, which I had no control over.
22    Q   Okay. Is it fair to say that you do not
23 agree with each other?
24    A   In what context?
25    Q   You did not agree to his proposal of, for

37 (Pages 142 - 145)

Page 146

1 incentives.
2     A   I don't -- I don't recall what happened
3 directly after this chain.  All I can say is that
4 we're working to, to come to some mutual
5 understanding, and, and negotiate what this was.
6     (Thereupon, Defendant Exhibit 38 is marked for
7         identification.)
8     Q   Okay.  I'm going to hand you what we will
9 mark as Exhibit 38.  This is an e-mail from you, Mr.
10 Griffin, to Mr. Kozko, and you say I still haven't
11 received any contract addendum from Dara yet.
12     A   Yes.
13     Q   So were you waiting for a proposed
14 contract?
15     A   I can only suggest that I was, from, from
16 my writing.  I don't recall this exact conversation.
17     Q   And then you said, I would be happier if
18 instead we made it payable on my second anniversary,
19 March 21st, as per my original contract.
20     A   Yes.
21     Q   So here you're negotiating some terms.
22     A   Yes, I'm saying which date it should be.
23     (Thereupon, Defendant Exhibit 39 is marked for
24         identification.)
25 BY MS. FEROT:

Page 147

1     Q   Okay.  I'll hand you what we'll mark as
2 Exhibit Number 39.  It's an e-mail between you, Mr.,
3 no, between, from Mr. Kozko to you, Mr. Griffin,
4 dated February 22, 2023.  It might be a Teams
5 message.
6     A   Mm-hmm.
7     Q   So I'll let you read it.  I'll -- I'll
8 read it, but it's not very clear who is speaking,
9 since like there was some cut and paste on some,
10 some conversation.  It says, Zach Griffin, in any
11 case it has nothing to do with the above, and I'm
12 becoming frustrated with the delays and games being
13 played around being compensated, however, however
14 you want to frame it, it's not a bonus but
15 compensation for the financial losses I've suffered
16 by receiving incorrect advice from the lawyer you, I
17 supposed it was provided.  Is that you speaking to
18 him?
19     A   Well, I thought certainly about, that I
20 was frustrated with the delays.  But with the, I'm
21 unclear as to the, the ellipses at the end where,
22 well, we can only assume provided is cut off,
23 because Teams typically isn't like that, so, like
24 every other conversation has, has not had that, and
25 this has, so I'm unclear as to whether this is my

Page 148

1 writing or not.
2     Q   I -- I believe it's a reply to your
3 message.
4     A   It's unclear as to whether -- is it a
5 quote, some part is a quote potentially from what I
6 said?
7     Q   Okay.  But the first part is something you
8 would have said, right?
9     A   Well, I'd need to see the full -- to
10 confirm that.
11     Q   Okay.  Well, based on your recollection
12 then, not based on the exhibit, it looks like
13 Motorsport wanted to give you some incentives, and
14 you, instead you wanted the reimbursement of what
15 you call your financial losses, or expenses.  Is
16 that what happened there?
17     A   Perhaps we're at, at an impasse with the
18 timing as to these financial metrics.  I think it's
19 possible we just didn't agree on them.  I think
20 Dimitri was -- again, I wanted to make sure that
21 this was an achievable bonus for me.  It wasn't to,
22 you know, extract money out of the company in
23 whatever way I could, it was purely to, again, be
24 compensated for the losses that I, I had, and I
25 wanted to make sure that that was possible, rather

Page 149

1 than the company changing release dates or canceling
2 things, which I had no control over myself.  So I
3 thought that was more than fair.
4     (Thereupon, Defendant Exhibit 40 is marked for
5         identification.)
6 BY MS. FEROT:
7     Q   Okay.  So I'm going to hand you what we
8 will mark as Exhibit 40, and here that's an e-mail
9 from Ms. Dara Acker, also known as --
10     A   Dara Malavolta.
11     Q   Correct.  To you, Mr. Griffin, with copy
12 to Mr. Hood.  And she states, hi, Zach, I wanted to
13 circle back with you on this to confirm that I am
14 aware you and Steven have spoken, and continue to
15 speak on this subject, I will await further feedback
16 from Steven on your ongoing discussions.  And this
17 is in response to communications you've had.  Do you
18 agree that you were negotiating with Motorsport
19 here?
20     A   I'd agree that I'm trying to seek
21 compensation in a way that, compensation for those
22 losses in a way that is achievable.  Again making
23 sure that Motorsport Games could not cancel a
24 product, or delay a launch, or not pay for a launch,
25 and, and I'd have no way of, of getting reimbursed.

38 (Pages 146 - 149)

Page 150

1    (Thereupon, Defendant Exhibit 41 is marked for
2       identification.)
3  BY MS. FEROT:
4    Q   Okay.  I'm going to hand you what we'll,
5  what we will mark as Exhibit 41.  This is an e-mail
6  from Mr. Potter to you, Mr. Griffin, and Ms. Acker
7  --
8    A   Mm-hmm.
9    Q   -- titled Advance by Griffin.  Do you
10  recognize this document?
11   A   Yes, I do.
12   Q   So here they say, confirming that we have
13  advanced in Australian dollars $11,900.00 of your
14  $24,000.00 bonuses, bonus, sorry, today, that would
15  otherwise normally be payable on June 30, 2023.  So
16  did they advance your bonus on May 22, 2023?
17   A   Yes, they did.
18   Q   Okay.  I'm going to hand you a copy of --
19   A   That was -- that was in a response to
20  requests that I made, as well in trying to --
21    (Thereupon, Defendant Exhibit 42 is marked for
22       identification.)
23  BY MS. FEROT:
24   Q   We'll mark this as Exhibit 41.  42, sorry.
25  This is an e-mail from you, Mr. Griffin, to Mr.

Page 151

1  Potter, copy also Mr. Potter and Mr. Acker, and it's
2  captioned Failed Transfer Claim with a date of June
3  21, 2023.  Do you -- are you familiar with this
4  document?
5    A   Yes.
6    Q   Here you're forwarding to Jason Potter an
7  attachment named Failed Transfer that appears to be
8  also a letter to Mr. Potter dated June 21, 2023.
9    A   Yes.
10   Q   And in that letter on page -- well, first
11  on page -- on -- on the first page of that letter
12  you say consequently my, my wife and I sustain, and
13  have continued to sustain significant emotional
14  distress and financial losses.  And then you list
15  those losses.  Okay, first you discuss higher income
16  tax.
17   A   Yes.
18   Q   How did you calculate the tax rate?
19   A   In Australia, Australia -- but I also had
20  access to my paystubs as well from that year, how
21  much tax had been taken out.  I think that was the,
22  the highest bracket.  Obviously it's a cascading
23  system as well.  And then for Florida there are
24  various tax calculators out there, ADP through
25  personal gains uses, have their own, again like

Page 152

1  filing jointly, and based on our income as well.
2    Q   Did you consult with a U.S. tax attorney?
3    A   No.
4    Q   Okay.  Then you discussed medical
5  benefits.
6    A   Yes, and I wanted to add as well, that was
7  one of the, I guess benefits that Dimitri had
8  flagged with me, as well as being in Florida, was
9  the, the low income tax, so it was something that
10  again was factored into my choice of coming here.
11   Q   You traveled back and forth in Australia,
12  right, when you were in Miami?
13   A   Back and forth in Australia?
14   Q   To Australia, yeah.
15   A   I traveled to Australia.  While I was here
16  I traveled all around the world actually.
17   Q   So per your visa waiver you had to go back
18  to Australia every ninety days; is that right?
19   A   Within every ninety days, yes.
20   Q   Okay.  And how long would you stay in
21  Australia then?
22   A   Sometimes it would be a, a week, I think,
23  or so it was, the last time I traveled for
24  Motorsport Games.  Other times I was in, there for I
25  believe a month or so --

Page 153

1    Q   A month, you said?
2    A   A month or so.  And then during the period
3  of, I think from November 2022, I was in Australia
4  until April, I think of 2023, because I didn't want
5  to risk my visa at all with immigration, or if there
6  were questions, or anything like that, and they're
7  incorrectly getting denied entry, or things like
8  that.  Because of the frequency of the travel it
9  would be a natural question, and -- jeopardize that.
10  And, yes, so I'd say about, in that case what it
11  was, from November until April.
12   Q   Okay.  So you could get medical care in
13  Australia when you returned, could you get it?
14   A   Yes, we could get -- that's -- Australia's
15  got subsidized healthcare, which is pretty nice, by
16  the government.  And then I had to have a, a surgery
17  there as well after, I think during that time.
18   Q   Okay.  Then you discussed loss of income.
19  My wife was unable to accept a job offer from her
20  previous employer to work in the United States.
21  What -- what was the position she resigned from
22  initially?
23   A   So I -- just could I have said one more
24  thing before --
25   Q   Your wife had to resign from her job?

Page 154

1    A    Just cause I -- the -- the surgery that I
2  had during that time, which was about December of,
3  of that year I believe, meant that I couldn't fly
4  also.
5    Q    Okay.
6    A    But to your next question, my wife's job,
7  I'm not sure of the exact title, it was something to
8  the effect of, was in like an account manager agency
9  role.
10   Q    So accounting?
11   A    No, account management.
12   Q    Account management.
13   A    Yes.
14   Q    Okay.  And she couldn't work remotely?
15   A    No.
16   Q    Okay.  Did Motorsport US ever agree to
17  cover her loss of income?
18   A    Motorsport -- again, Motorsport Games
19  agreed to sponsor the visa.
20   Q    Okay.
21   A    And then based on the sponsorship of that
22  visa had actually filed for the petition, she would
23  have been able to work and receive the job offer, or
24  accept the job offer that she received.
25   Q    And then you have dual utility expenses.

Page 155

1  I thought you no longer had an apartment in
2  Australia.
3    A    No, I did not have an apartment, but we
4  still had to pay for, for phone costs.  Utility and
5  internet might've have been a typer, well, not
6  typer, but might be incorrect at that time.  I think
7  internet, internet costs, we're getting away to
8  internet access charges while we're overseas as
9  well.
10   Q    Say that again, please.
11   A    Have way to internet access charges for
12  the, I think a day pass in, with the Australian
13  provider which provides internet access.  That's
14  probably what I was referring to then.
15   Q    Okay.  Then accommodation expenses, but
16  you stated before that Motorsport US covered your
17  rent, or some of your rent.
18   A    No, what I said before is that Motorsport
19  Games covered some of those losses by, and again, so
20  as to avoid the, the extra costs, because otherwise
21  it would have had to pay an amount including tax on
22  top of that, that I suggested that they should, they
23  can cover some of those losses by the reimbursing me
24  for the rent.
25   Q    Okay.

Page 156

1    A    It certainly -- and just to make it clear,
2  it wasn't a normal business expense.
3    Q    Okay.  I'm going to move to Page 19 of the
4  chart that you have here.
5        MR. AYALA:  Nineteen?
6  BY MS. FEROT:
7    Q    Nineteen, sorry, it's Bates Number 1529.
8  Do you see the bottom of the table?
9    A    Yes.
10   Q    So it says notes from Team -- with Mr.
11  Kozko and myself on January 11, 2023.  Do you see
12  that?
13   A    Yes.
14   Q    So what are those notes?
15   A    These are the -- these are the notes.
16   Q    So at that time, January 11, 2023, you had
17  a call with Mr. Kozko.
18   A    Yes, that's correct.
19   Q    And when you -- and you too notes.
20   A    Yes.
21   Q    How did you take notes?
22   A    In a -- on a PC, in just a normal
23  document.
24   Q    Okay.  So was it a Word document?
25   A    It's Google Doc.

Page 157

1    Q    Google Doc?
2    A    Yeah, which was what I used for, for this.
3    Q    Okay.  And do you still have this
4  document?
5    A    I have a copy, I believe.  This is the,
6  the document.  It's possible I've copied and pasted
7  this between two Google documents.  I would have to
8  confirm.
9    Q    So for every note you would take, because
10  this document refers to a lot of notes --
11   A    Mm-hmm.
12   Q    -- that would be one Google document?
13   A    I believe so.
14   Q    Okay.  Would you be willing to give those
15  to your counsel?
16   A    It was part of -- these were the, the
17  notes that I was referring to, so it's really an
18  evolution of this whole thing to (unintelligible)
19  that, that version or not.
20   Q    Can you check?
21   A    I don't have access to it now.
22   Q    So you don't have access to your Google
23  documents anymore?  So who has access?
24   A    Access to my Google docs, or my -- I need
25  to confirm whether this is, was a online platform,

40 (Pages 154 - 157)

Page 158

1  and it was either Google Doc or the Motorsport
2  Games, but I think it was the Google Doc.  I'll need
3  to confirm.
4       Q    Okay.  So if it was Google Documents that
5  would be in your possession, not in Motorsport's
6  possession; is that right?
7       A    Yes.  Again, it's been a while since I've,
8  I've looked at these, but it would either be in
9  Motorsport Games' like SharePoint, like Word.  I
10  think it's a, a online document, or is my Google
11  Sheets, or there was a copy -- I don't have access
12  to my computer anymore.  Motorsport Games has my
13  personal PC, as they have had for a significant
14  period of time, since I left in August, so I need to
15  confirm.
16       Q    Okay.  And here on January 11, 2023 you
17  too notes of what Mr. Kozko said, right?
18       A    Yes.
19       Q    So he says you're asking for stuff we
20  never agreed on, you never, we never agree, you, we
21  never agreed it would be the company's liability to
22  cover these items, why would you do this, so again I
23  don't agree with your calculations, I think it's
24  unfair to keep referencing your sustaining that
25  loss, that is not the loss that I believe the

Page 159

1  company cost, there, so there is the big
2  disagreement we have here, you're more than welcome
3  to stay there if you want, because there's no way
4  the company is going to have half a million dollar
5  cost on you, it makes no sense, you would be the
6  highest paid, paid -- office or the company, you'd
7  be in every disclosure if that was the case, so
8  before we even agreed I would have to jump through a
9  whole bunch of legal hoops and double checks.
10       A    Yes.
11       Q    You know that Motorsport Games is a
12  publicly traded company?
13       A    Is a publicly traded company?
14       Q    Mm-hmm.
15       A    Yes.
16       Q    So you know that they have some
17  disclosures to make --
18       A    Yes.
19       Q    -- regarding compensation.
20       A    I'm not aware of the, the thresholds, or
21  anything like that.  Dimitri said this.  Again, I
22  think -- I work for a, another publicly traded
23  company now, and that's certainly not the case,
24  there are many people getting paid higher than that,
25  so I don't know if that's necessarily correct at

Page 160

1  all, or that was purely a tactic from Dimitri to to,
2  try and justify his reneging.  And this was also,
3  again, after I raised the, the two compliance issues
4  wit him, so this was, again, retaliatory, as to why
5  he said he was not doing it.  He already -- he
6  already covered some of those losses by this rental
7  reimbursement we've already discussed.
8       Q    Okay.  So by January 11th you know he
9  doesn't want to reimburse this, the stuff you're
10  asking, right?
11       A    Well, he didn't want to, he was still
12  discussing, discussing that, and trying to work to a
13  solution.  Again, I'm not an unreasonable person.  I
14  wanted to ultimately continue working for the
15  company, even though it was in terrible financial
16  position at that time, and there was questions as to
17  whether it would remain solvent as well, and I was
18  still I think at the time personally liable for a
19  significant number of costs, which carries
20  significant penalties from the Australian government
21  back home.  But as soon as I raised up he changed
22  his tune, and again, what I can only assume was
23  retaliatory, he said that we didn't have an
24  agreement, but he clearly made payments to try and
25  cover that already.

Page 161

1       Q    Okay.  But at the time you know he's not
2  making that promise that you said he made back in,
3  in November 20, in October 2022, right?
4       A    Well, all I know is at the time that he's
5  lying in his statements.
6       Q    Okay.
7       A    That's -- that's what I know.
8       Q    But his position is pretty clear.
9       A    Towards the end of the call I believe he
10  said, or thereabouts, that he really appreciated the
11  call, and that we could clear the air, or something
12  like that, and he'd always respect my decisions, and
13  so on.  But so, again, I was still working with the
14  assumption that we could find a resolution to it,
15  and even though he'd began his retaliation, what I
16  assume is retaliation for this, I was still willing
17  to work out (unintelligible) to be, to be covered,
18  and my losses covered.
19       Q    Did you record that conversation?
20       A    I took notes on that conversation.
21       Q    But did you record it?
22       A    No, I took notes on the conversation.
23       Q    Okay.  They are very detailed notes.
24       A    Yeah, because I can type at the same time
25  I'm talking.

41 (Pages 158 - 161)

Page 162

1    Q    Okay.  So you would say your notes are
2  pretty accurate?
3    A    Quite accurate.
4    Q    Okay.  All right.  So earlier you said
5  that he promised to cover some losses made October
6  22nd.  Can you point me to where it would be
7  reflected in this document?
8    A    Sorry, could you restate that please?
9    Q    You said that the promise to cover your
10 losses --
11   A    Mm-hmm.
12   Q    -- was made by Dimitri Kozko, mid-October
13 '22.  So which conversation was it, when was it
14 reflected in this document?
15   A    It was the line number -- so there were
16 two components.  It was Item 69, which is the
17 original conversation where I first raised the issue
18 of my losses with him, and then on this, on Line
19 Item 70 --
20   Q    Mm-hmm.
21   A    -- with where I shared, shared that with
22 him.  And then I think it says, 72, which is where
23 we reviewed the spreadsheet together.  And then
24 there's a timestamp as well from 73, where it saved
25 the modifications that he'd made after that meeting.

Page 163

1    Q    So when you say we agreed to the
2  compensation, which compensation is it referring to?
3    A    The losses, the losses of these amounts.
4  So again, we -- there's a budget spreadsheet, called
5  budget or, or losses, and he's referring to those as
6  compensation for my, the losses that already
7  incurred.
8    Q    But here you, you state -- you state to
9  submit lease as expenses, and you clarify on the
10 right side, submit is referred to lease expenses.
11   A    Yes.
12   Q    Okay.  So you agree to the lease expenses,
13 and then to possibly a bonus for Nascar.  But it
14 says submit them, it doesn't say agreed.
15   A    No, we -- we had agreed, and then, and
16 then as I'd suggested that so as not to impact the
17 company, and minimize the, the costs, the costs to
18 the company, and not have to add tax on top of that,
19 that they could do that via reimbursing of those,
20 the lease payments that I'd made.
21   Q    Okay.  So the agreement is reimbursing
22 through the lease, and to cover the Cammisa Markel
23 --
24   A    He agreed -- I'll make it very clear.  He
25 agreed to cover the losses, and the mechanism for

Page 164

1  that was, one, as I suggested to minimize the
2  financial burden on the company, was to do it via
3  the lease expenses, because they wouldn't have to
4  pay tax on top of it, so that was my suggestion,
5  otherwise it would have been a bigger burden on the
6  company.  And the second part of that was to
7  reimburse it through a bonus, or to cover those
8  losses via a, a bonus for, for NASCAR Heat 5.  And
9  that's what he, we'd agreed.
10   Q    And then it said, the note said agreed to
11 cover the cost of Cammisa Markel.
12   A    Yes.
13   Q    And Motorsport Games did pay for Cammisa
14 Markel's services.
15   A    They paid for them in mid-January, I
16 believe, and, and then directly after that is when
17 Dimitri told me that I can stay in Australia if I,
18 if I need to.
19   Q    When was that again, sir, that he said you
20 can stay in Australia?
21   A    I believe it was mid -- I believe it was
22 in mid -- yeah, it says you're more than welcome to
23 stay there if you want, because there's no way the
24 company's going to have a half million dollar cost
25 on you.

Page 165

1    Q    Where -- where are you --
2    A    This is Items 94, I believe, on Page 20,
3  the first paragraph at the top.  This is where he
4  said you'd be the highest paid disclosed officer of
5  the company --
6    Q    Okay.
7    A    -- I also don't believe that, because I
8  think Dimitri was earning --
9    Q    So January 11th --
10   A    -- more.
11   Q    -- 2023, he's basically telling you you no
12 longer have to be in Miami.
13   A    He's saying you're more than welcome to
14 stay there if you want.
15   Q    Okay.  So you're free to go back.
16   A    Well, I wasn't free to go back.
17   Q    Why not?
18   A    Because I had this, these lease expenses,
19 we had committed, we had furniture we had, we were
20 establishing a, a life, that we'd hoped this would
21 all be resolved quickly.
22   Q    Okay.  Do you remember when Mr. Kozko was
23 terminated?
24   A    Yes, it was with a day or two of, I think
25 my arrival back into the United States, I believe.

42 (Pages 162 - 165)

Page 166

1  Q   Your arrival --
2  A   That's when I was back in the US, I think
3 from April or so.
4  Q   Okay.
5  A   2023.
6  Q   '23.  2023, sorry.
7  (Thereupon, Defendant Exhibit 43 is marked for
8       identification.)
9 BY MS. FEROT:
10  Q   I'm going to hand you what we will mark as
11 Exhibit Number 43.  This is an e-mail from Mr.
12 Potter to you, Mr. Griffin, dated August 1, 2023.
13 Here Mr. Potter says, hi Zach, thanks for the
14 below, Steven and I are still discussing the
15 relocation package, particularly the furniture
16 component, as of today I can confirm the following.
17 And then there are three categories approved,
18 one-way economy flights for you and your wife, one
19 month's temporary accommodation in Melbourne.  Not
20 approved, end of the lease, and open furniture
21 shipping costs.  Do you remember that?
22  A   I do, yes.
23  Q   Okay.  So Motorsport -- so what did
24 Motorsport US approve?
25  A   It says in principle one-way flights for

Page 167

1 myself and my wife to, to return.
2  Q   Mm-hmm.
3  A   And one month temporary accommodation in
4 Melbourne.
5  Q   Did they pay for that?
6  A   No.
7  Q   They didn't pay for your flights?
8  A   I'm sorry?  No, they didn't pay for
9 accommodation.  They paid for the, the flights.
10  Q   They paid for the flight, for both flights
11 for you and your wife.
12  A   That's correct I believe, yes.
13  Q   Okay.  And they didn't approve the end of
14 the lease.
15  A   Yes.  So they were very clear, and this
16 was after discussion with Steven Hood and Jason
17 Potter when I was making attempts to, to go back
18 home, to minimize the, the further, anything
19 further, and they said that the company did not need
20 me to return to Australia, but what's very
21 interesting, it speaks to, I guess the lack of
22 credibility and lack of honesty of Motorsport Games,
23 in that your response to our complaint Steven, it
24 was I think Steven who had said that I was required
25 to return to Australia to address issues with the

Page 168

1 IndyCar game that I was overseeing, so on the record
2 he's, he's clearly lied, and to manipulate the
3 situation in his favor, or in their favor rather.
4  Q   So this e-mail is from August 1, 2023,
5 right?
6  A   August 1st, yes.
7  Q   And your lease ends on August 19, 2023; is
8 that correct?
9  A   That's likely.
10  Q   Okay.  So what you're discussing is really
11 nineteen days of lease, of rent.
12  A   Is, I'm sorry?
13  Q   So you only have nineteen days left on
14 your lease.
15  A   I believe so.  Well, yes, I had -- I had
16 that -- was it -- yes, I believe it was, it was only
17 nineteen days.  But that was at, not -- that was
18 from the 1st of August.  My request was July 25th in
19 the e- mail, not the, that was their response, so it
20 took them nearly a, a week, or a week to, to get
21 back to me.
22  Q   So how is the cost -- in your e-mail from
23 July 25th you state that the cost for the lease is
24 almost $8,000.00.  How -- how so?
25  A   I think that was end of lease.  I think

Page 169

1 there were cleaning costs that we were liable for.
2 I don't recall whether that was partial, whether
3 that was a single month or a component of the
4 remainder either.  I'd have to, to go back and look
5 at what the, the exact costs were there, but it
6 certainly wasn't just a single month's rent, because
7 that was, that's clearly more.
8  Q   That's a lot of cleaning, $3,000.00.
9  A   I don't think it's just cleaning.  Like I
10 said before I don't know whether it's, whether it's
11 cleaning, whether it's disconnection of, termination
12 fees of utilities.  I'd have to have a look again.
13  (Thereupon, Defendant Exhibit 44 is marked for
14       identification.)
15 BY MS. FEROT:
16  Q   Okay.  All right, I'm going to hand you
17 what we're going to mark as Exhibit 44.
18       MR. AYALA:  Is this --
19       VIDEOGRAPHER:  Can we go off the record
20    for one minute?
21       MS. FEROT:  Of course.
22       VIDEOGRAPHER:  The time is 3:28 p.m.  We
23    are off the record.
24  (Thereupon, the deposition is off the record, and
25       the proceeding continues as follows:)

43 (Pages 166 - 169)

Page 170

1      VIDEOGRAPHER:  The is 3:31 p.m.  We are on
2   the record.
3 BY MS. FEROT:
4      Q   Thank you.  So we're looking at Exhibit
5   Number 44, which is an e-mail from Mr. Potter to
6   you, Mr. Griffin, on August 11, 2023.  Here you --
7   here Mr. Potter says, hi Zach, yes, it is approved,
8   referring to the e-mail you sent to him asking for
9   approval to spend $492.00 for three night
10  accommodations in a building to move at.  Do you see
11  that?
12     A   Yes.  This was after -- there was a change
13  in policy, where every, I think every expense
14  required approval from Jason or Steven, or Jason,
15  rather than the discretionary amounts that, or the
16  approval limits that we had under our, our
17  positions.
18     Q   Okay.  And Motorsport paid for that?
19     A   I believe they did.
20  (Thereupon, Defendant Exhibit 45 is marked for
21         identification.)
22 BY MS. FEROT:
23     Q   Okay.  I'm going to hand you what we will
24  mark as Exhibit Number 45.  This is your travel
25  history.

Page 171

1      A   Yes.  Not including today, this trip.
2      Q   Not including today, I'll give you that.
3   Except for today does that accurately depict your
4   travel history in the U.S.?
5      A   According to the United States government,
6   yes.
7      Q   What do you mean by that?
8      A   That's a, a form from the, the government
9   website that I printed off of.  So I don't recall
10  all the trips that I've made, but according to the
11  United States government record this is how many
12  I've taken, yes.
13     Q   Okay.  So and for all those trips since
14  you started with Motorsport you were traveling with
15  a visa waiver.
16     A   That's correct.  I think -- I think all of
17  these -- I think all of these trips were the
18  business, I believe.
19     Q   All these trips were for business?
20     A   I believe so, yes.
21     Q   Okay.  But when you would go back to
22  Australia that was for, for business and personal
23  reasons, right?
24     A   Which year are you referring to?
25     Q   '20, 2021, '22, and '23.

Page 172

1      A   So '21, '22, '23?
2      Q   Mm-hmm.
3      A   So '21 I was going back to Australia for,
4   to return home after the initial request to over
5   and -- Dimitri IndyCar.  And then looking at --
6   where are we?  Let me go through it.  Yes, so Row
7   22, that was after Dimitri first asked me to, to
8   come for IndyCar.  The first of the 9th was when I
9   arrived here in January at Dimitri's request.  The
10  4th is when we came here, and then would file the
11  change of status.
12     Q   Can you state the dates for the record,
13  when you say Row 4 --
14     A   Yes.  So this is Row 18.
15     Q   Okay, so that's April 5, 2022.
16     A   Yes, is when we, both my wife and I
17  arrived in, in LA, and then proceed to Miami
18  directly after.  And that was moving here for, for
19  the relocation.  Row 16 I believe was on the, was
20  returning back from a trip to the U.K. office.
21     Q   So that's May 20, 2022 for Row 16.
22     A   Yes.  The 6th of June, one of these trips
23  was to travel back to Australia so Dimitri could
24  meet the Australian team, I believe.  I'd have to
25  confirm.  That was -- I travel -- during that year,

Page 173

1   so there was, a loss.
2      Q   But generally that --
3      A   Generally I was traveling for, for the
4   business.
5      Q   Okay.  So you were not traveling back to
6   --
7      A   I don't recall.  I don't believe so.
8      Q   Okay.
9      A   I believe I was traveling there for, for
10  business typically.  The exception of that was with
11  November 2022, where I returned for my wedding.  I
12  think everything else, I believe everything else
13  there was for business related travel.
14  (Thereupon, Defendant Exhibit 46 is marked for
15         identification.)
16 BY MS. FEROT:
17     Q   All right, so I'm going to hand you what
18  we will mark as Exhibit Number 46.  It's an e-mail
19  -- actually it's a conversation, so I think it's
20  Teams, from Mr. Kozko to you, Mr. Griffin, from
21  January 5, 2022, and Mr. Kozko is telling you, FYI,
22  nothing to worry about obviously, but just so we're
23  in sync.  And he's forwarding a screenshot of
24  communications, texts I suppose, between Steven Hood
25  and Mr. Kozko, with Steven Hood saying DMA (ph) do

44 (Pages 170 - 173)

1 you know why Zach is traveling to the U.S. for next
2 week, to which Mr. Kozko said because I asked him
3 to come, and he's moving here permanently, so he's
4 in the process of searching for a place. And Mr.
5 Hood says, right over the deliverables of BTCC when
6 he's already the bottleneck for it. Do you remember
7 this document?
8    A    Yes.
9    Q    And did you know that the deliverables
10 were a concern?
11    A    I was -- I don't recall whether the, the
12 bottle, there was certainly a deadline for some of
13 the physics, which I was working on at the time. I
14 don't necessarily agree with the, the bottleneck.
15 Steven Hood was quite a dramatic person, in which
16 him making fraudulent statements, and, yeah, I
17 certainly wouldn't trust what Steven had to say.
18    Q    What BTCC means?
19    A    British Touring Car Championship.
20    Q    So what is it?
21    A    It's the -- it's the -- it's the British
22 (unintelligible) without saying the same thing. The
23 British Touring Car Championship was a racing series
24 in the U.K. --
25    Q    Okay.

1    A    -- that -- that the company had committed
2 to making a, a game.
3    Q    Got it. So who was Steven Hood --
4    A    At the time he was the president of the
5 company.
6    Q    Was he also your supervisor?
7    A    Jack Griffin was my supervisor.
8    Q    So Mr. Hood was not your supervisor?
9    A    Can you clarify what you mean by
10 supervisor? As far as reporting lines I believe at
11 the time I reported in to Jack, but then Jack was
12 also demoted at some point in time. I don't recall
13 exactly when that was.
14    (Thereupon, Defendant Exhibit 47 is marked for
15         identification.)
16 BY MS. FEROT:
17    Q    Okay. I'm going to hand you what we will
18 mark as Exhibit 47. It's communications between Mr.
19 Kozko and you, Mr. Griffin, dated February 22, 2023.
20 And it says, I don't understand the surprise when
21 since November I've communicated to you that the
22 financial situation was -- on multiple occasion
23 since then with less key people. Surprise is clear,
24 you never told me that we will now not even have a
25 chance to make September with unclarity when Indy

1 can even launch.
2         When was the launch supposed to
3 occur?
4    A    That committed to launching in May of 20
5 -- there that's -- I believe it was May 2023. There
6 was lots of talk and negotiation I think around the
7 time whether it should be earlier or, either the
8 month before the Indy 500, but I'd have to confirm
9 the exact date. Yeah, I believe that it, it changed
10 a couple of times, I believe.
11    Q    And this deadline could not be met,
12 correct?
13    A    Well, I said -- I certainly raised concern
14 with the deadline when I first saw it, and multiple
15 times along the way, that it was difficult to do,
16 and the games typically take longer. And the
17 response was, as with all of their games, because
18 this was a common theme, that they had overcommitted
19 themselves by some, I guess promises that Steven
20 Hood had made to Dimitri, that the company was
21 capable of executing on these, that there were
22 these, that this deadline with, I think the one
23 deadline with IndyCar, a deadline with NASCAR, and
24 so on, were almost impossible to meet, or very
25 difficult to meet, to which Dimitri wouldn't accept

1 that as an answer, and so the conversations went
2 back and forth, was if I do this can we potentially
3 make that deadline, and I would say, well, yes, if
4 we do that yes, if not then no.
5    (Thereupon, Defendant Exhibit 48 is marked for
6         identification.)
7 BY MS. FEROT:
8    Q    Okay. I'm going to hand you what I will
9 mark as Exhibit Number 48.
10    A    Mm-hmm.
11    Q    It's an e-mail from Ms. Dara Acker to you,
12 Mr. Griffin, copy Steven Hood, Dawn Saunders, and
13 that's it.
14    A    Yes.
15    Q    Called -- captioned Notice of Redundancy.
16 Do you remember this document?
17    A    I do, yes.
18    Q    And here the company is telling you the
19 company has unfortunately concluded your role is
20 redundant effective as of Friday number, November 3,
21 2023. Is this the day you were terminated?
22    A    I was made redundant on that day, yes.
23    Q    Okay, so that -- November 3rd was your
24 last day.
25    A    As -- as an employee of Motorsport Games,

Page 178

1 not, not as director of the company.  So I -- I
2 still am the director of the Australian entity.
3    Q    So the word company means which company?
4    A    Well, in this case they referred to
5 Motorsport Games, Inc. as the company.
6    Q    Okay.
7    A    Has notified that the company was
8 reviewing, yeah, Motorsport Games, Inc. it's
9 referring to.
10    Q    So it -- is it your position that you're
11 still employed by Motorsport Australia?
12    A    My position is I'm currently director of,
13 of Motorsport Games Australia Proprietary Limited.
14    Q    So you work for them still to this date?
15    A    All I can say is I'm the director of the
16 company, so there are certain requirements that I,
17 I'm storing equipment for the company, I have, there
18 is an IP of the company which I have, as I'm
19 required to do by that, that agreement.  For
20 whatever reason they won't shut the, the company
21 down.
22    Q    But you're no longer an employee of
23 Motorsport Games Australia, right?
24    A    No, I was never an employee.  I'm -- I'm
25 the director of the company.

Page 179

1    Q    So when you say director it's just with
2 respect to the entity, but not a paid employee
3 position with Motorsport Australia.
4    A    So there is provisions in the company's
5 constitution that I'm to be paid director's fees for
6 it.  I haven't been paid director's fees.  I've had
7 -- I've reimbursed myself for certain expenses for
8 which I've incurred in relation to my role as the
9 director, and under the terms of the, the, the
10 constitution.
11    Q    Were those expenses approved?
12    A    They're approved by myself as director,
13 again under the terms of the, of the constitution of
14 the company.
15    Q    But not by anyone else.
16    A    It's not required to be.  It's -- I have
17 -- as a director I can reimburse myself as long as
18 they're related to the company, which I've already
19 disclosed to Stanley, and Neil Conroy, I think, he's
20 the, one of the finance people there.  They -- I
21 think duration the mediation was when they said that
22 I'd stolen money from the company, and referred to
23 that amount, but it wasn't theft, it was purely
24 reimbursement of expenses, which I continue to incur
25 right now, but they won't shut down the company.

Page 180

1    Q    So what were those expenses?
2    A    Like storage of equipment, and the, those
3 transport costs of the moving equipment from one
4 location to the storage facility --
5    Q    Which location?
6    A    There was an office that we used to, used
7 to have, and we were trying to secure that, but
8 ultimately Steven had other plans for Australia, and
9 so that lease was never executed.
10    Q    So right now is there any activity with
11 Motorsport Australia?
12    A    Not that I'm aware of, but I understand
13 that, again it speaks to the incompetence that I've
14 experienced here.  I believe that when they made
15 everyone redundant in Australia that they also made
16 one of their, one of the employees is working on,
17 was at the time working on -- title, which is for
18 the U.K. -- title now, they actually mistakenly made
19 someone redundant and removed them from the company,
20 then tried to reinstate them after.
21    Q    Okay.  So if you look at Page 2 of the
22 exhibit, here the letters states that it refers to
23 your employment with Motorsport Games Australia,
24 right?  So that's a termination of your employment
25 with Motorsport, with Motorsport Australia,

Page 181

1 effective November 3, 2023.
2    A    Mm-hmm.  Yes, that's correct.  And you can
3 see that they said that it would need to be shut
4 down as it's no longer financially viable.  Well,
5 here we are more than a year after that fact and the
6 company is still, still exists.
7    Q    But it's a shell, because there's no
8 activity.
9    A    Well, it's still incurring costs.  It's
10 still incurring storage costs by myself, the
11 director.  It's still incurring costs for storage of
12 some of the, the IP as well.  The company will still
13 need to file like no returns effectively, but there
14 are still assets that need to be liquidated, and so
15 on, because it still has some of these, these
16 computers.
17    Q    So if Motorsport Australia, or Motorsport
18 US asked you to help them shutting it down, remove
19 yourself from their bank accounts, you would assist
20 them with that?
21    A    If, and only if there were certain
22 conditions to that to protect my own, I guess credit
23 rating and, and so on, because I have no faith in
24 them that -- again, for, for a company who
25 terminates, or makes redundant one of its staff

46 (Pages 178 - 181)

Veritext Legal Solutions

Page 182

1 accidentally, and then tries to rehire them, and
2 also isn't aware of what my responsibilities as a
3 director are, and I'm personally responsible for
4 these, and didn't communicate that they tried to
5 rehire someone (unintelligible) to do so, I have no
6 faith that they'll continue operating this properly,
7 and shut it down correctly, and I wouldn't be left
8 with a, with a director's penalty notice, or, or
9 some -- penalty by the Australian government.
10     So I'm happy to work with them, I'd
11 like to, to have this entity shut down, but they,
12 but they won't do so at the moment. And so if they
13 were to cease activity, and I can sign that, then
14 absolutely, but I'm not going to risk my own credit
15 score, or credit rating, and a lifetime director's
16 penalty notices for, for their incompetence.
17     (Thereupon, Defendant Exhibit 49 is marked for
18          identification.)
19 BY MS. FEROT:
20     Q   Okay. I'm going to hand you what we will
21 mark as Exhibit 49.
22          MR. AYALA: We're almost there.
23          THE WITNESS: When do we get to triple
24     digits?
25 BY MS. FEROT:

Page 183

1     Q   This is a composite exhibit.
2     A   Wow.
3     Q   I'll represent to you that this is your
4 expense report from NetSuite.
5     A   Mm-hmm.
6     Q   And if you look on page, on the first page
7 it says summary, which is the Excel spreadsheet.
8     A   Yes.
9     Q   So here you have the list of expenses
10 you've submitted in NetSuite.
11     A   Yes.
12     Q   And except for the first line they were
13 approved and paid in full.
14     A   Yes.
15     Q   Does those expense seem accurate to you,
16 roughly?
17     A   Can you confirm what you mean by accurate?
18     Q   Is it your recollection that those
19 expenses were paid? Roughly again, I'm not asking
20 to --
21     A   I can only assume that they were.
22     Q   Okay. So if we remove the first line that
23 was rejected, so that's $100,000.00 approximately of
24 expenses paid; is that correct?
25     A   I'd have to do the, the math, but --

Page 184

1     Q   Roughly.
2     A   Yeah, so that -- that $42,000.00 on seven
3 monthly lease payments, yes it looks to be the case.
4     Q   And behind this Excel spreadsheet you have
5 all the expenses submitted. Were they submitted by
6 you, the --
7     A   Which ones?
8     Q   All of them. Typically you, you entered
9 that in the, in the system. Is it how it works?
10     A   Yeah, if it says it's under me. I don't
11 recall whether or not finance can make modifications
12 to it. I believe they're all submitted by me.
13     Q   Okay. Why looking at the Excel
14 spreadsheet do you still, do you see anything that
15 you think was not reimbursed? Do you have the
16 description under memo or comments?
17     A   Where's the Excel spreadsheet?
18     Q   Here. So that would be your second page.
19 Yeah, right there.
20     A   I'd have to go through each one, but again
21 I can assume that that was the case.
22     (Thereupon, Defendant Exhibit 50 is marked for
23          identification.)
24 BY MS. FEROT:
25     Q   Okay. I'm going to hand you what we will

Page 185

1 mark as Exhibit 50. It's a composite exhibit that
2 contains your initial disclosures.
3     A   Yes.
4     Q   And the last page is the, it's a
5 spreadsheet given to us by your counsel regarding
6 your --
7     A   Yes.
8     Q   -- alleged damages. And that's printed
9 very small, but I wanted to go over this spreadsheet
10 with you. So are you looking at the last page?
11 Yes.
12     A   Mm-hmm.
13     Q   Okay, so it starts with the months of
14 April on the --
15     A   Yes.
16     Q   What year is that?
17     A   That would be April 2022.
18     Q   Okay. So I assume May, June, and all the
19 following months are 2022 until December?
20     A   Yes.
21     Q   And then that would be January '23 until
22 August '23.
23     A   Yes.
24     Q   So --
25          MR. AYALA: Is this -- this is the same,

47 (Pages 182 - 185)

1  right?  It's the same twice, isn't it?
2      MS. FEROT:  It's just the first one was
3  very small, barely readable, but --
4      MR. AYALA:  Okay, but is -- is -- there's
5  not two sheets, it's just one, right?
6      MS. FEROT:  Yes.
7      MR. AYALA:  Yeah, okay.
8      MS. FEROT:  This is the, the one you --
9      MR. AYALA:  Yeah.
10     MS. FEROT:  -- e-mailed to me.
11 BY MS. FEROT:
12     Q   Okay.  And those are your -- these Excel
13 spreadsheet is a calculation of your damages; is
14 that correct?
15     A   It was a -- when I was to raise this with
16 Dimitri to show what the, the delta was between
17 them, I showed him this three scenarios.  One which
18 was the, what I would have earned, and continued to
19 earn after tax in Australia had I stayed in
20 Australia, which is what I used as the baseline.
21 The second is what I should have, what my expenses
22 should have been if I was to get the, the visa, or
23 if Motorsport Games were to file the petition.  And
24 then lastly were approximate actuals of the expenses
25 that I did incur, and then deltas of, of those.

1      Q   Okay.  So generally your position is that
2  Motorsport US is liable for these damages from April
3  2022 to August '23; is that right?
4      A   My position is that -- with the, the, the
5  spreadsheet that I put together, it's of what I
6  should have earned and what I didn't earn.  As far
7  as liability I'd have to talk to my attorney there,
8  but this was the losses that I incurred from relying
9  on Dimitri's promise to, to relocate.
10     Q   So those are your, what you call losses
11 that, that we would call damages.
12     A   Well, I'd have to, to consult with my
13 counsel.
14     Q   All right.  And you think you're entitled
15 to the amounts, the amount listed, because
16 Motorsport made a promise that you relied on.
17     A   Motorsport and -- Dimitri and Motorsport
18 made a promise that I relied on ultimately to myself
19 and my wife's detriment, and these are highlighting
20 what those, what the costs that we'd incurred were.
21 This is what we, we should have incurred.
22     Q   And when earlier you stated that Mr. Kozko
23 agreed in October 2022 to cover those losses, those
24 would be the losses.
25     A   There were several -- or there was a, a

1  modification there.  The legal wedding, the
2  furniture, and the the, car sale, we had said that
3  these were still losses that we had incurred, but
4  losses that we were, would accept, because
5  ultimately we would recoup much more than that by,
6  by the lower tax rate, and by moving to, to Miami.
7      Q   Okay.  So but for those three items,
8  meaning the legal wedding, the furniture, and the
9  car sale, Mr. Kozko had agreed to cover those losses
10 over this period of time from April '22 to August
11 '23; is that right?
12     A   Well, at the time when I showed it to him
13 I believe it was up until October, and then, and he,
14 he (unintelligible) these out, I think, from what
15 they were, and he -- but at the time it was, that I
16 showed him the spreadsheet, was as of October 2022.
17     Q   Okay.  Okay.  But did you agree to cover
18 the costs after October?
19     A   We agreed that he would cover the, the
20 losses, and reimburse me for those, or compensate me
21 for those, those losses.
22     Q   But which losses, the one before October,
23 the one after, or both?
24     A   To compensate the losses that I'd, that I
25 show him on the spreadsheet at the time, up until,

1  the losses as, as of that date.
2      Q   So the losses before October?
3      A   Yeah, as I said to him, I said here, these
4  are the losses that I've, that I've incurred, and I
5  can't continue to, to lose these, or to, to incur
6  these losses, and so he said, well, I will cover, I
7  will compensate you for those losses when we had
8  the, the agreement that he would perform.
9      Q   So I'm a little confused about the losses
10 --
11     A   Mm-hmm.
12     Q   -- after October.  What was the -- what
13 was -- was there a promise regarding losses after
14 October?
15     A   The -- the promise that he'd made was that
16 he would use Cammisa Markel, the, the law firm to
17 get the -- that he would promise to, to cover the,
18 the losses I've incurred, and to use Camissa Markel.
19     Q   But that promise -- that promise about the
20 sponsorship was made in September 2021, right?  It's
21 not the promise that was made in October 2022.
22     A   No, I'm referring to, to, to -- the first
23 promise was the relocation.
24     Q   Mm-hmm.
25     A   And then this second -- promise was to

Page 190

1 compensate me for those, for those losses.
2    Q    Okay.  In October 2022, the second
3 promise.
4    A    Where they -- the conversation when I
5 showed him this, this spreadsheet, was I think
6 before like October, middle of October 2022.
7    Q    So as -- you didn't get your answer.  Did
8 you -- did he -- did Mr. Kozko in mid- October 2022
9 promise to cover your losses after October?
10    A    He merely agreed to, to cover the losses
11 that I'd incurred.
12    Q    Okay.  All right, so -- so how did you
13 calculate the delta?
14    A    So the -- the first line, sorry, the
15 first, so under Australia, the, the green bar down
16 and through the, the orange bar, was what the salary
17 I was receiving after tax at the time, my accrued
18 bonus that I was receiving at the time, or prior to
19 the relocation, and then how much I was paying for
20 health insurance, rent, and my phone, in Australian
21 dollars, and then what the delta was between the
22 income, the after tax income, and then the rent and
23 health insurance, and the phone expenses.
24        That was for that -- I did exactly
25 the same thing of what we expected when we came to,

Page 191

1 to Florida as well, and had Motorsport Games filed
2 the petition what we should have received.  And then
3 underneath that in blue is approximate actuals.
4 Some of these are extrapolated, so there might be a
5 variation in them, but generally that was the --
6 trend.
7    Q    So the Florida part is what would have
8 been if you had had the visa from day one, which
9 would be April 2022.
10    A    No.  That would have been from May.  In --
11 no, because the -- you can see from Florida there
12 the, the $11,700.00 is the same as what I'd been
13 earning, or what I was paid in the month as well.
14    Q    So this calculation assumes you would have
15 gotten, you should have gotten your visa in May
16 2022.
17    A    Approximately, yes.
18    Q    Okay.
19    A    And so I e-mailed -- I was additional
20 advised my Mark Katsman that the process would take
21 approximately two to three, or you could say the
22 decision, approximately two to three weeks from
23 that, and the, and I believe I e-mailed him around
24 the 21st or so (unintelligible) around the 21st of
25 April, and then I believe Dara and Amanda didn't get

Page 192

1 to him until June of, of that year.
2    Q    Did you remind them?
3    A    I did.  I reminded them.  I reminded a
4 company called the Dash Group (ph) as well --
5 executive coaching and leadership.  I reminded Dara
6 routinely.  It was a common theme with Dara as well
7 for most, given, for many times it was routinely
8 having to chase her up --
9    Q    But never in writing.
10    A    Generally we were in the office together,
11 she would come down, and we'd discuss there, or we'd
12 have Teams conversations, so most of it was, was
13 verbal.
14    Q    So even though it's critical for you and
15 your wife to get the visa as soon as possible never
16 you reminded her in an e-mail, or any sort of
17 writing.
18    A    There was no need, I spoke to her in
19 conversation.  At the time Amanda LeCheminant was
20 actually the, who I had the most contact with,
21 because she was the one who was ultimately
22 responsible to, to keep driving this.
23    Q    Okay.  So --
24    A    Then she was fired obviously, so.
25    Q    Under the Australia computation --

Page 193

1    A    Yes.
2    Q    -- this is a fiction where you would have
3 stayed in Australia instead of moving to Miami; is
4 that right?
5    A    Fiction's an interesting word.  I'd prefer
6 to describe that if things were to continue as they
7 were that that's what I would have received.
8    Q    Okay.  And what's the increase in
9 compensation on every month --
10    A    In Australia?
11    Q    Mm-hmm.
12    A    The exchange rate fluctuates, there's a
13 significant drop from 67 to 62.
14    Q    So it assumes you would have kept your
15 initial compensation from April 2022.
16    A    That's correct.
17    Q    Okay.  And in Florida you got some
18 amendment to your appointment contract, so you had a
19 compensation that it's, that changed in May, and
20 that is reflected by your employment agreement with
21 Motorsport Australia.
22    A    The change, as I said, was previously,
23 Motorsport Games when I needed to provide proof of
24 income, and when the corporate lease was denied
25 because they were in imminent risk of business

49 (Pages 190 - 193)

Page 194

1 failure according to Dun & Bradstreet.  They had,
2 the company weren't, or felt that Motorsport Games
3 could potentially get into trouble by providing me
4 with a, an offer letter, and so -- was via this
5 amendment to contract to support the application.
6     Q    Okay.  Okay, so in this Florida part
7 you're just imputing numbers that reflect your
8 compensation, including your raise due to your
9 relocation; is that right?
10    A    Sorry, could you repeat that please?
11    Q    Yes.  Sure.  So under the Florida part
12 your, your compensation changes because you, you
13 agreed to some amendments to your employment
14 contract.
15    A    No, the Florida part changes because the,
16 it was based on receiving, or Motorsport Games
17 filing the petition and receiving the, receiving
18 the, the income that Dimitri and I had, had
19 previously agreed on as part of the relocation
20 agreement.
21    Q    Okay.  So when you say the relocation
22 agreement you're referring to your agreement from
23 what date?
24    A    The one we made in September 2021, as far
25 as the base salary.  And obviously, as I mentioned

Page 195

1 earlier, due to the company's financial position
2 they mentioned, they asked if I'd, or Dimitri asked
3 if I'd accept a, a lower amount of the bonus in two
4 payments, amounting to $48,000.00 USD.  And that's
5 what that line reflects.
6     Q    Okay.  And then the -- and then there is
7 the line, a row that says actual.  What's the
8 difference between Florida, the Florida part and the
9 actual?
10    A    So the actual is what generally
11 transpired.  So these were the, some actual, I think
12 some were extrapolated amounts of costs that we'd
13 incurred, and income that I'd received while being
14 over here, and so you will notice that Francesca's
15 salary is zeroed out over all of it, but had she
16 been able to, to work over here, then she could have
17 begun work in September 2022.
18    Q    So that's why under the Florida scenario
19 you input $7,000.00 to $121,000.00 for Francesca
20 starting September 2022.
21    A    That's correct.
22    Q    Did you prepare this spreadsheet?
23    A    I did.
24    Q    Okay.  So the Florida part --
25    A    Or wait, so I'll say that this one here, I

Page 196

1 think there were several modifications, so I know
2 Dimitri had access, I don't know if this is the one
3 that he also had access to and modified as well.
4     Q    This is the one that was given to us by
5 your counsel.
6     A    Yes, but that document, I'd downloaded a
7 copy of it, and it was a live document, and so
8 Dimitri had access to it.  I think several people
9 had access to it, I believe.
10    Q    When did you download it, downloaded it?
11    A    That's a good question.  I don't recall.
12 I'd have to, to check file stamp.  I'm not sure.
13    Q    Do you still have access to it?
14    A    Not the online version of it, but I do
15 have an Excel file, I believe somewhere.
16    Q    Okay.  But this document has been
17 submitted as your initial disclosures --
18    A    Yes, I'd -- as I said I'd --
19    Q    -- and that states your damages, so this
20 is being approved by your as your requested damages.
21    A    I said I, I've prepared the initial
22 version of it, and I'm saying there may have been
23 other contributors, in the form of I think Dimitri
24 made some modifications to it, but generally
25 speaking, yes, I prepared this.

Page 197

1     Q    Okay.  So -- so Australia is if you had
2 stayed in Australia.  Florida is if you had had your
3 visa while in Florida.  And actually is what
4 actually happened.
5     A    That's correct.  Because the Florida one
6 is, Mark Katsman had stated that typically you
7 receive the, the visa in two to three weeks, having,
8 following the company filing it, and so it was based
9 on if we'd moved to that, that April date and begun,
10 begun the, the petition then.
11    Q    Okay, so how do you calculate the delta?
12    A    So the delta, I was looking at what the
13 net result was, so which is to say, if we take a, a
14 simple example, if we look at Australia under April
15 there was a net income of $22,588.00 AUD after tax,
16 and then less the expenses I'm left with a surplus
17 of $19,000.00.
18    Q    Okay.
19    A    If you follow the next month there's a
20 surplus of $20,000.00 which -- again there's the
21 surplus, and then the next, the row below, beneath
22 that, is the cumulative amounts of what that delta
23 adds up to, of the income less expenses.
24    Q    Okay.  Okay, so you've explained the last
25 lines of each part, but you haven't explained how

50 (Pages 194 - 197)

Page 198

1 you calculate the delta. So you, you subtract one
2 with the other?
3     A   So what I did there is -- yes, you can see
4 the net amount, so where it says the, where's the,
5 the orange bar, which is the delta after tax, you
6 can see the, the net, which is a net loss of
7 $27,364.00 AUD, approximately, and then the
8 cumulative I would say for that month is, is the
9 same, and then it does a comparison to Australia and
10 Florida.
11     Q   So you subtract the net result from under
12 Australia from the next result of Australia, the net
13 result from Florida, and that's your delta.
14     A   That's fair. It's showing the two of them
15 and, yes, saying that this is, this is the
16 cumulative losses of -- Florida, this is the
17 cumulative losses that I've, of the actuals.
18     Q   So what do you do for the actual?
19     A   The actual is there to say -- so this was,
20 yeah, these are the, the losses here, so if you look
21 at the Australia line, this is the loss of the
22 actual, so what I incurred in Australia, those are
23 what I paid actually versus in Australia, what the
24 delta was between that, so had I, because we're in
25 Florida with the actual expenses if you look at in

Page 199

1 July there's a net loss of $77,000.00, so by coming
2 over here and not having the petition filed I've
3 lost $77,000.00 AUD versus if I'd stayed in Florida.
4 And then in Florida, under the Florida outcome, the
5 Florida scenario, I've lost $67,000.00
6 approximately.
7     Q   All right so let's take just a months. If
8 you want to take July, I'm not sure I understand
9 what -- tell me exactly where is the number that you
10 subtracted to which number, so --
11     A   Yeah, so if you look at -- under Florida
12 or Australia?
13     Q   No, just tell me how you calculate the
14 delta. You tell me which one.
15     A   Okay. So you can see the cumulative
16 amount in July is $80,000.00 under Australia.
17     Q   Okay.
18     A   You can then see that the, the amount
19 under, where is it, the net amount in the actuals is
20 $10,000.00. And so if you subtract $20,000.00 from
21 $10,000.00 you're left with a, a loss of $10,423.00.
22     Q   So $10,221.00 is the number you used?
23     A   That's correct.
24     Q   So the delta would be around $70,000.00?
25     A   So you can see -- that's just a cumulative

Page 200

1 amount from the loss, but you can see that in
2 Australia in July there's a, there's a relative net
3 $10,000.00 loss, because that's the difference
4 between if I'd stayed in Australia I would have had
5 a net income of $20,000.00, if we'd have had the
6 visa, and Motorsport Games filed the petition, I
7 would have had the, a net of $19,000.00, but in
8 actual fact, I had only netted $10,000.00 in the
9 actuals, and so that was a relative, Australia was a
10 net loss of $10,000.00, relative to the Florida it
11 was a net loss of $8,700.00.
12     Q   Okay, so if you had stayed in Australia
13 in, by July 2022 you would have earned a net of
14 $80,870.00.
15     A   That's correct.
16     Q   But by staying, by coming to Miami you
17 only had $10,221.00.
18     A   By coming to Miami, the cumulative amount
19 in Australia by $80,000.00, by coming to Miami I was
20 actually negative, negative $77,000.00, because
21 you're comparing the cumulative amounts.
22         MR. AYALA: No, it, it wouldn't be three,
23 three, $3,244.00?
24         THE WITNESS: No, that's, I think -- if
25 you have a highlighter I can highlight it. So

Page 201

1 if you do the comparison here, so you look at
2 the net amount here of $20,000.00, and you're
3 looking at the cumulative amount of $80,000.00,
4 versus in Florida the net amount was
5 $10,000.00, and the cumulative amount was
6 $3,000.00, and if you compare those two then in
7 Australia I should have been up, or I would
8 have been up $80,000.00, but by coming to
9 Florida I was only up $3,200.00, which leaves a
10 net loss of $77,000.00.
11         MR. AYALA: I see.
12         THE WITNESS: And then under the Florida
13 situate, or the Florida scenario, there was a,
14 a net loss of $67,000.00 AUD after tax.
15 BY MS. FEROT:
16     Q   Is everything in Australian dollars?
17     A   Everything is in Australian dollars, with
18 the exception of the, I believe the total at the
19 bottom right figure, it's the U.S. dollar amount.
20     Q   Okay.
21     A   There's a conversion.
22     Q   So basically you're comparing your living
23 costs in Australia with what it, what it was in
24 Florida.
25     A   It was merely to illustrate that had we,

51 (Pages 198 - 201)

Page 202

1 if we stayed in Australia, and let's use July as a
2 example to keep it simple, I would have been up
3 $80,000.00 in relative income and living costs.  In
4 Florida by that time we should have been up
5 $71,000.00.  But in actual fact I was down by
6 $77,000.00, so I was only up by $3,000.00, which the
7 delta is $77,000.00 versus the Australian scenario,
8 and $67,000.00 down relative to the Florida
9 scenario.
10          You can certainly exclude the, if you
11 excluded the legal wedding, furniture and car sales
12 of, was that $35,000.00, there's still a $35,000.00
13 or, or $40,000.00 deficit.
14    Q   Are you claiming as damages your legal
15 wedding, furniture and car sale, or not?
16    A   No, they, they were costs that we had
17 reasonably expected to, to incur.  I've only
18 highlighted that that was, again, part of the
19 commitment we made in, in coming here, was that we'd
20 incurred these costs, which ultimately because we
21 believed we would recoup them from all the tax
22 breaks and, and the higher income.  That didn't
23 happen with the, the high, with the low net income,
24 and without the Motorsport Games filing the
25 petition, and so this was the, the result.

Page 203

1    Q   So those are living expenses, right, rent
2 and --
3    A   It's doing a, an approximate reasonably
4 lifelike comparison, as to say here is what we were
5 in Australia, and what we would have netted each
6 month, and then cumulatively in Australia.  Here is
7 what we should have netted in Florida, and here the,
8 the actuals.  And looking purely at income, and then
9 rent, health insurance and phone costs.
10    Q   So usually living costs are covered by an
11 employee's compensation, right?
12    A   Unless there's other agreements in place.
13    Q   Okay.  And so you're claiming that
14 Motorsport US should cover these costs, even though
15 they raised your compensation for your relocation;
16 is that right?
17    A   What I'm claiming is that Motorsport Games
18 failed to file the, the petition, and as a result
19 these were the, the losses that I incurred, and my
20 wife incurred to, to our detriment by relying on
21 Motorsport Games and Dimitri's unfulfilled promise.
22    Q   And those costs include costs related to
23 Francesca, and not to you?
24    A   There is, as I've put here there is a
25 single line item for the, her salary, which was she

Page 204

1 was precluded from being able to work and, and
2 accept an offer from her previous employer, because
3 we did not have the, the sponsorship that Dimitri
4 and Motorsport Games promised.
5    Q   So she never worked during the time you
6 were --
7    A   No.
8    Q   -- in Miami?
9    A   No, she, she couldn't.
10    Q   Okay.
11    A   She -- I'll add to that, she came the week
12 we arrived back in, in Australia, in August 2023,
13 and she commenced work with that same company in
14 Australia.
15       MS. FEROT:  Can we take a quick break just
16    to see --
17       VIDEOGRAPHER:  The time is 4:31 p.m.  We
18    are off the record.
19    (Thereupon, the deposition is off the record, and
20       the proceeding continues as follows:)
21       VIDEOGRAPHER:  The time is 4:38 p.m.  You
22    are on the record.
23 BY MS. FEROT:
24    Q   Thank you.  So we discussed two promises
25 that were meant by Dimitri Kozko.  One was in

Page 205

1 September 2021, and the other was mid-October 2022.
2 Did anyone else at Motorsport US made a promise?
3    A   Could you be more specific?
4    Q   Anyone then.
5    A   People make promises all the time, so.
6    Q   A promise on behalf of Motorsport US.
7       MR. AYALA:  I promise I buy you lunch.
8       THE WITNESS:  So -- well, yeah -- promises
9    all the time.
10 BY MS. FEROT:
11    Q   Of course, but related to this case.
12    A   I don't believe so.
13    Q   Okay.  So the promise made on September
14 2021 was oral.
15    A   That's correct.
16    Q   And you don't have a writing from Mr.
17 Kozko regarding this promise.
18    A   I have actions that he and the company
19 took, and references to the relocation, and various
20 other communications that back up the, the agreement
21 that we, that we'd made.
22    Q   Okay, but the promise itself was not in
23 writing.
24    A   That was a verbal agreement between the
25 two of us.

52 (Pages 202 - 205)

Page 206

1    Q   Okay.  And the promise to relocate to the
2  Miami office was a permanent relocation, right?
3    A   It was, yeah, to relocate to the, and
4  provide sponsorship to relocate to, to Miami.
5    Q   But that was permanent.
6    A   Could you further --
7    Q   That he didn't say you will go for a year.
8    A   No.  No, we --
9    Q   They said you're going to be staying
10  there --
11    A   That's correct.  It was indefinite, it was
12  could you please --
13    Q   Okay.
14    A   -- could you please relocate to the Miami
15  office.
16    Q   Okay.  And he also promised medical care,
17  which was your understanding would be as long as you
18  would be in Miami.
19    A   It was -- it was part of the, the
20  relocation, the agreement that we made is, again, we
21  had numerous conversations in the, from when he
22  first said that if I came to Miami he'd buy me a
23  car, and we talked about health insurance, and he
24  asked what it was like in Australia, and said this
25  is what it was like in the U.S., and so it was an

Page 207

1  important part of, important part of coming over
2  here, is that we had health insurance.
3    Q   Okay.  And the comment about the car --
4    A   Mm-hmm.
5    Q   -- did he clarify if it was going to be
6  Motorsport or himself buying for the car, buying the
7  car for?
8    A   He didn't clarify.
9    Q   Okay.
10    A   It was I guess merely his pickup line to
11  get me to come here, the first, the first attempt.
12    Q   That was during the car ride.
13    A   I believe so.  I believe it was at the
14  office, I think.
15    Q   Okay.  What time of the day was it?
16    A   I think late, late afternoon or early
17  evening.
18    Q   Okay.  That was after the day of work?
19    A   I believe so, yes.
20    Q   Was it after dinner?
21    A   I believe it was before dinner.
22    Q   Before dinner, okay.  And --
23    A   I believe it was on the way to dinner.
24    Q   But was it something you took seriously,
25  or was it more like a joke?

Page 208

1    A   It was a -- no, it was a, a genuine offer,
2  but it wasn't, I wouldn't move, I'm not going to be
3  shown a car and move my life because someone says
4  they'll buy you a car.
5    Q   Okay, so you didn't rely on that.
6    A   Not on the car, no.
7    Q   Okay.
8    A   Because I'd never -- I'd never agree to
9  it.
10    MS. FEROT:  Okay.  I think I have no more
11  questions.
12    MR. AYALA:  (Unintelligible).
13    MS. FEROT:  Do you have any questions?
14    MR. AYALA:  No, I don't.
15    MS. FEROT:  No questions, then we're done.
16    THE COURT REPORTER:  Read or waive?
17    MS. FEROT:  That would --
18    MR. AYALA:  Read or waive, what a great
19  question.  You understood everything?  Yeah?
20    THE COURT REPORTER:  It's not up to me.
21    MR. AYALA:  No, I know.  I know, but
22  there's a, an accent situation here.
23    THE COURT REPORTER:  (Unintelligible).
24    MR. AYALA:  Yeah, we -- we -- we can
25  waive.  We can waive.  I -- I recommend you to

Page 209

1  waive reading that whole thing.  I mean you,
2  you got the right to review the whole thing and
3  look for errors.
4    THE WITNESS:  I think we should sit here
5  for another five hours while we read it.
6    MR. AYALA:  It's -- it's up to you.  I --
7    MS. FEROT:  You're welcome --
8    THE WITNESS:  You must get charged by the
9  hour, right, so --
10    MS. FEROT:  (Unintelligible).
11    MR. AYALA:  I say you waive, but it's up
12  to you.  I -- I didn't perceive any particular
13  error.  Sometimes when there's interpreters
14  that happens, but --
15    THE WITNESS:  I'm trusting you, so.
16    MR. AYALA:  Yeah, we'll waive.
17    THE COURT REPORTER:  And will you be
18  ordering?
19    MS. FEROT:  Yes, please.
20    THE COURT REPORTER:  Regular ten day?
21    MS. FEROT:  What's the regular timeline?
22    THE COURT REPORTER:  Ten -- ten business
23  days.
24    MS. FEROT:  Ten business days.  What's our
25  deadline for motion for summary judgment?

53 (Pages 206 - 209)

Page 210

1    MR. AYALA: I'll tell you right now.
2  March 19.
3    MS. FEROT: March 19.
4    MR. AYALA: Mm-hmm.
5    MS. FEROT: Are we going to extend that?
6    MR. AYALA: Don't ask me. You're the one
7  that wants to move for summary judgment.
8    MS. FEROT: That's then --
9    MR. AYALA: I just have to oppose it,
10  that's what I need to --
11    MS. FEROT: What's the difference in --
12  you don't -- do you know the difference in
13  cost, in how much is it for expedited?
14    THE COURT REPORTER: I don't -- reach the
15  office.
16    MS. FEROT: Not -- sorry, that's not what
17  I meant. How many days for expedited?
18    THE COURT REPORTER: Expedited, if you
19  want it in three days, and five days, it's up
20  to you. You get to choose what expedite means.
21    MS. FEROT: Okay, let's do five days.
22    MR. AYALA: I'll tell you what the cost
23  is. I can tell you. Regular -- no --
24    VIDEOGRAPHER: And for the video, Ms.
25  Ferot, would you like to --

Page 211

1    MS. FEROT: Yes, just --
2    VIDEOGRAPHER: Would you like it to be
3  synced?
4    MS. FEROT: Is there a cost --
5    VIDEOGRAPHER: I can run that with the
6  office.
7    MS. FEROT: Thank you, yeah, can you
8  please let me know. Do you have my e-mail?
9    VIDEOGRAPHER: I do, yes.
10    MS. FEROT: Okay.
11    VIDEOGRAPHER: And Mr. Ayala, would you
12  like to order the video?
13    MR. AYALA: No, we don't want the video.
14    THE COURT REPORTER: Do you want a copy of
15  the transcript, or no?
16    MR. AYALA: I will highly likely need one,
17  but I need a price first on a regular time.
18    THE COURT REPORTER: Okay.
19    VIDEOGRAPHER: We are off the record at
20  4:46 p.m., and this concludes today's testimony
21  given by Zachary Griffin.
22    (Thereupon, the deposition concludes.)
23
24
25

Page 212

1    CERTIFICATE OF NOTARY PUBLIC
2
3    I, NIDELIS GONZALEZ, the officer before
4  whom The foregoing proceedings were taken, do hereby
5  certify that any witness(es) in the foregoing
6  proceedings, prior to testifying, were duly sworn;
7  that the proceedings were recorded by me and
8  thereafter reduced to typewriting by a qualified
9  transcriptionist; that said digital audio recording
10  of said proceedings are a true and accurate record
11  to the best of my knowledge, skills, and ability;
12  that I am neither counsel for, related to, nor
13  employed by any of the parties to the action in
14  which this was taken; and, further, that I am not a
15  relative or employee of any counsel or attorney
16  employed by the parties hereto, nor financially or
17  otherwise interested in the outcome of this action.
18
19
20
21    _Nidelis Gonzalez_
22  NIDELIS GONZALEZ
23  Notary Public in and for the Florida
24
25

Page 213

1    CERTIFICATE OF TRANSCRIBER
2
3    I, CHARITY RIVERA-GARCIA, do hereby
4  Certify that this transcript was prepared from
5  the digital audio recording of the foregoing
6  proceeding, that said transcript is a true and
7  accurate record of the proceedings to the best
8  of my knowledge, skills, and ability; that I am
9  neither counsel for, related to, nor employed
10  by any of the parties to the action in which
11  this was taken; and, further, that I am not a
12  relative or employee of any counsel or attorney
13  employed by the parties hereto, nor financially
14  or otherwise interested in the outcome of this
15  action.
16
17
18
19
20  CHARITY RIVERA-GARCIA
21
22
23
24
25

54 (Pages 210 - 213)

**[& - 20]**                                                                 Page 214

| & |
|---|
| **&**   5:4 69:16 70:9,15 72:25 194:1 |

| 0 |
|---|
| **0.70**  84:10 |
| **02**   47:8 |

| 1 |
|---|
| **1**   4:3 10:18,22 37:11 38:11 40:4,4 45:11,14 45:17,20 55:2 58:18 59:1 61:7 86:9 88:14 94:13 102:11,15 102:21 103:16 112:8,10 145:11 166:12 168:4 |
| **1,000.00**   133:8 |
| **1-18-23**   5:16 |
| **1-4-22**   4:20 |
| **1-5-22**   6:4 |
| **1-6-22**   4:21 |
| **1-9-23**   5:14 |
| **1/12/23**   5:15 |
| **10**   4:3,12 36:8 40:13,17 61:17 |
| **10,000.00** 199:21 200:3,8 200:10 201:5 |
| **10,000.00.** 199:20 |

**10,221.00** 199:22
**10,221.00.** 200:17
**10,423.00.** 199:21
**10-12-21**   4:14
**10-14-21**   4:15
**10-20-21**   4:16
**10-7-21**   4:13
**100,000.00** 183:23
**10:00**   1:16
**10:20**   7:3
**10th**   64:9
**11**   4:4,13 42:20 42:24 156:11,16 158:16 170:6
**11,700.00** 191:12
**11,900.00** 150:13
**11-15-22**   5:7
**11-2-23**   6:6
**11-4-21**   4:17
**11:16**   48:18
**11th**   160:8 165:9
**12**   1:15 4:14 7:4 7:14 24:17 44:22 45:1,5 46:4 132:15
**12-24-21**   4:19

**12-30-22**   5:13
**12-7-21**   4:18
**121,000.00** 195:19
**12:35**   105:7
**13**   4:15 47:11,15
**132**   5:15
**139**   5:16
**14**   4:16 18:6 47:19 48:5,9,22
**142**   5:17
**146**   5:18,19
**149**   5:20
**15**   4:5,17 22:18 54:18,22 142:17
**150**   5:21,22
**1529**   156:7
**15th**   75:25
**16**   4:18 23:21 24:2 43:15 56:19,23 59:7,8 65:9 67:9 172:19,21
**166**   5:23
**169**   5:24
**16th**   21:14 59:5
**17**   4:19 59:13,17
**170**   5:25
**170,000.00**   24:6 24:10
**173**   6:4
**17342**   212:21
**17391**   213:19

**175**   6:5
**177**   6:6
**17th**   65:16
**18**   4:20 60:14,18 139:24 172:14
**182**   6:7
**184**   6:8
**19**   4:21 62:18,22 156:3 168:7 210:2,3
**19,000.00**   200:7
**19,000.00.** 197:17
**19.8**   24:19
**19th**   74:4 102:7
**1:49**   105:11
**1st**   21:19 168:6 168:18

| 2 |
|---|
| **2**   4:4 11:3,7 29:23 31:24 45:25 61:7 95:8 180:21 |
| **2,000.00**   81:17 |
| **2-15-23**   5:17 |
| **2-16-22**   4:23 |
| **2-20-23**   5:18 |
| **2-22-23**   5:19 6:5 |
| **20**   4:22 18:1 39:5 40:8 53:23 63:19,23 161:3 165:2 171:25 172:21 176:4 |

**[20,000.00 - 3,244.00]**

**20,000.00**
197:20 199:20
200:5 201:2
**201** 1:19 2:16
7:15
**2014** 18:2,5
**2015** 18:2,5
**2019** 102:6
**2020** 20:1,18
**2021** 21:17 24:3
29:23 33:18,19
36:8 37:4 39:5
40:8,9 41:9 42:7
43:2,11,15 45:5
46:2,4,6 47:5,19
53:23 55:2 57:9
59:7,8,23 61:18
106:13 115:4,6
117:7 133:19
171:25 189:20
194:24 205:1,14
**2022** 47:7,9 59:8
59:10 60:22
61:14 65:10
67:9,23 74:4
78:16,17 79:16
84:3 86:5 89:23
91:11 93:23
97:9,16,21 98:3
102:7 112:9,16
126:8 127:25
128:1,2 129:17
130:15,25 131:3
131:4,12,15

153:3 161:3
172:15,21
173:11,21
185:17,19 187:3
187:23 188:16
189:21 190:2,6
190:8 191:9,16
193:15 195:17
195:20 200:13
205:1
**2023** 21:19
38:11 40:21
74:5 75:25 82:8
82:16,17 83:4
84:1,14 100:4
129:17 132:15
132:17 139:24
142:17 147:4
150:15,16 151:3
151:8 153:4
156:11,16
158:16 165:11
166:5,6,12
168:4,7 170:6
175:19 176:5
177:21 181:1
204:12
**2025** 1:15 7:4,14
**21** 4:23 45:25
46:2,5 64:20,24
121:17 136:18
151:3,8 172:1,3
**2121** 1:18 2:15
7:15

**21929** 1:6 7:14
**21st** 146:19
191:24,24
**22** 4:6,24 47:7,8
47:9 67:3,7
82:20,21 128:24
129:6 130:15
147:4 150:16
162:13 171:25
172:1,7 175:19
188:10
**22,588.00**
197:15
**22302** 47:8
**22nd** 64:1 68:22
162:6
**23** 4:25 47:5
68:14,18 129:5
129:6 166:6
171:25 172:1
185:21,22 187:3
188:11
**24** 1:6 5:4 7:14
59:23 69:11,15
**24,000.00** 95:14
150:14
**240,000.00**
24:10 93:5
95:12 105:21,23
119:13,17
**2490** 2:6
**25** 5:5 71:6,11
112:20

**25th** 168:18,23
**26** 5:6 73:7,11
**27** 4:7 5:7 75:18
75:22 86:5
112:9
**27,364.00** 198:7
**27th** 86:5 91:14
112:5
**28** 4:8 5:8 85:21
85:25
**280,000.00**
95:17
**28th** 90:3 91:13
112:5,12
**29** 5:9 89:14,18
112:7,20 113:6
**2d** 16:11
**2nd** 1:18 2:15
7:15

| 3 |
| --- |

**3** 4:5 15:18,22
26:14 40:6 43:7
98:6 100:14
102:11,13,17,20
103:15,16,18,19
103:25 177:20
181:1
**3,000.00** 81:17
201:6 202:6
**3,000.00.** 169:8
**3,200.00** 201:9
**3,244.00** 200:23

**3-16-22**   4:24
**3-2023**   4:12
**30**   5:10 91:16,20
98:3 150:15
**300,000**   19:7
**31**   5:11 93:15,21
**32**   5:12 96:14,18
97:6
**33**   5:13 97:22
98:1
**33127**   1:20 2:17
7:16
**33145**   2:8
**34**   5:14 99:23
100:2
**35**   4:9 5:15
132:6,11
**35,000.00**
202:12,12
**36**   4:10 5:16
139:18,22
**37**   5:17 142:12
142:16
**38**   4:11 5:18
146:6,9
**39**   5:19 146:23
147:2
**3:28**   169:22
**3:31**   170:1
**3d**   16:7,11
**3rd**   177:23

**4**

**4**   4:6 22:10,14
43:11 44:4
60:22 61:14
89:23 132:17
172:13
**4-27-22**   5:8
**4.1**   26:19
**4.2**   26:22
**40**   4:12 5:20
149:4,8
**40,000.00**
202:13
**401**   2:7
**41**   5:21 150:1,5
150:24
**42**   4:13 5:22
150:21,24
**42,000.00**   184:2
**43**   5:23 166:7,11
**44**   4:14 5:24
169:13,17 170:5
**45**   5:25 170:20
170:24
**46**   6:4 173:14,18
**47**   4:15 6:5
175:14,18
**48**   4:16 6:6
177:5,9
**48,000.00**   93:10
93:12 195:4
**48,000.00.**
119:24

**49**   6:7 182:17,21
**492.00**   170:9
**4:31**   204:17
**4:38**   204:21
**4:45**   1:16
**4:46**   211:20
**4th**   91:15 112:4
112:15 113:1
172:10

**5**

**5**   4:7 27:18,23
164:8 172:15
173:21
**5,000.00**   79:24
**5,100.00**   80:1
**5,100.00.**   80:2
**5-16-23**   5:20
**5-22-23**   5:21
**5-4-22**   5:9
**5-6-22**   5:10
**5-9-22**   5:11
**50**   6:8 184:22
185:1
**500**   176:8
**54**   4:17
**55**   4:18
**55,000.00**   78:4,4
80:6,8,9 83:2,9
83:25
**55,000.00.**   79:11
83:17
**59**   4:19

**5:41**   64:10

**6**

**6**   4:8 12:13
28:12,17 41:8
**6-21-23**   5:22
**6-8-22**   5:12
**60**   4:20
**62**   4:21 193:13
**63**   4:22
**64**   4:23
**67**   4:24 193:13
**67,000.00**   199:5
201:14 202:8
**6794gx**   4:25
**68**   4:25 5:4
**69**   162:16
**6t46s6**   4:22
**6th**   112:17,18
172:22

**7**

**7**   4:9 12:17
35:22 36:1 43:2
57:9
**7,000.00**   195:19
**70**   162:19
**70,000.00**   24:8
24:10 93:6
105:24 119:14
199:24
**71**   5:5
**71,000.00.**   202:5
**7169342**   1:22

**[72 - actual]**

**72**   162:22
**73**   5:6 162:24
**75**   5:7
**77,000.00**   199:1
   199:3 200:20
   202:6,7
**77,000.00.**
   201:10
**7th**   57:15

**8**

**8**   4:10 13:8
   36:20,24 97:9
**8,000.00.**   168:24
**8,700.00.**   200:11
**8-1-23**   5:23
**8-11-23**   5:24
**80,000.00**
   199:16 200:19
   201:3,8 202:3
**80,870.00.**
   200:14
**85**   5:8
**89**   5:9
**8th**   57:15 64:12
   97:19,20

**9**

**9**   3:4 4:11 37:4
   38:15,19 93:23
   100:4
**9-10-21**   4:9
**9-20-21**   4:10,11
**91**   5:10

**93**   5:11
**94**   165:2
**95,000.00**   77:8
   77:20
**96**   5:12
**96,000.00**   133:8
**97**   5:13
**99**   5:14
**9th**   64:7 96:12
   172:8

**a**

**a.m.**   1:16 7:3,11
   48:15,18
**ability**   8:25
   212:11 213:8
**able**   34:8 39:23
   53:17 61:2 77:5
   90:12 130:4
   131:16,20 139:1
   139:1,9 154:23
   195:16 204:1
**above**   147:11
**absent**   7:19
**absolutely**
   11:11 55:5
   131:18 182:14
**accent**   208:22
**accept**   119:22
   119:25 144:14
   153:19 154:24
   176:25 188:4
   195:3 204:2

**acceptable**   79:9
**accepted**   93:10
   93:11
**access**   46:18
   111:23 116:3
   126:16 128:18
   151:20 155:8,11
   155:13 157:21
   157:22,23,24
   158:11 196:2,3
   196:8,9,13
**accidentally**
   182:1
**accommodation**
   26:23 75:7,10
   81:15,25 82:3
   84:17 106:10,22
   106:23 114:14
   155:15 166:19
   167:3,9
**accommodati...**
   170:10
**accordance**   8:24
**account**   38:6
   71:23 111:25
   117:24 118:22
   154:8,11,12
**accountants**
   118:13 126:14
**accounting**
   154:10
**accounts**   181:19
**accrued**   190:17

**accurate**   162:2
   162:3 183:15,17
   212:10 213:7
**accurately**
   15:25 171:3
**achievable**
   144:23 145:5
   148:21 149:22
**achievement**
   43:18
**acker**   149:9
   150:6 151:1
   177:11
**acknowledgm...**
   7:18
**acquired**   39:17
**act**   72:9 106:8
   114:15 115:11
   115:22 116:1,8
**acted**   95:20
**acting**   100:11
   114:20 122:17
   122:18,22
**action**   140:16
   212:13,17
   213:10,15
**actioned**   26:8
**actions**   127:1
   205:18
**activity**   180:10
   181:8 182:13
**actual**   38:25
   130:22,23
   141:24 195:7,9

195:10,11
198:18,19,22,25
200:8 202:5
**actually**  11:8
71:12 73:21
75:24 89:21
102:20 103:19
125:6 126:17
127:21 141:7,25
144:22 145:4
152:16 154:22
173:19 180:18
192:20 197:3,4
198:23 200:20
**actuals**  77:14
186:24 191:3
198:17 199:19
200:9 203:8
**add**  123:14
152:6 163:18
204:11
**addendum**
146:11
**additional**
31:22 143:11
191:19
**additionally**
7:19
**address**  28:22
167:25
**addressed**  32:18
**adds**  197:23
**administer**  7:18

**administration**
95:24
**admittance**
26:25
**adp**  151:24
**advance**  150:9
150:16
**advanced**  17:18
150:13
**advice**  147:16
**advise**  86:10
87:15
**advised**  43:13
191:20
**affirm**  8:17
**afford**  131:16
138:21 139:1
**afforded**  139:6
**afternoon**
207:16
**age**  8:23
**agency**  154:8
**ago**  16:7,12
32:23 98:23
**agree**  7:22
34:22,23 35:2
97:16 112:19
135:6 137:4
145:1,23,25
148:19 149:18
149:20 154:16
158:20,23
163:12 174:14
188:17 208:8

**agreed**  22:21
35:15 42:10
55:18 78:1
79:15,17 80:4
80:16 81:4,10
99:15 104:8
105:19 115:3
116:7 119:23
120:3,4,14,14
128:16 137:1,7
137:13 154:19
158:20,21 159:8
163:1,14,15,24
163:25 164:9,10
187:23 188:9,19
190:10 194:13
194:19
**agreement**  4:6
4:13 22:22
23:11 24:16,19
24:20,20,21,22
24:23 25:16,20
25:21,24 26:3
38:9 43:6,8,14
44:1,11 58:20
66:17 72:13,18
73:20 75:5
77:16 78:11
80:20,21,22,24
80:25 82:2,11
84:13,16 94:7
117:14,19,22
121:8 130:1
132:23 135:2

144:11 160:24
163:21 178:19
189:8 193:20
194:20,22,22
205:20,24
206:20
**agreements**
203:12
**ahead**  42:16
**air**  161:11
**airlines**  68:19
**airways**  63:24
**alice**  2:13,19
8:10
**allegation**  11:22
13:9,12,20
**alleged**  185:8
**allowed**  134:6,8
**alternative**
145:8
**amanda**  22:25
29:1 36:6,8 37:3
86:23 87:10,18
88:8,18 90:11
92:15,18 110:11
110:13 112:15
191:25 192:19
**amending**  92:22
93:1
**amendment**
92:17 93:18
94:3,6 95:9
121:11 193:18
194:5

amendments
194:13
america  27:17
29:14 32:16
34:1 92:13
115:15 116:12
133:1 134:20
135:20 139:12
american  47:8
118:1
amount  79:19
80:5 93:13
107:10,11
119:23,25 120:4
127:13 155:21
179:23 187:15
195:3 198:4
199:16,18,19
200:1,18 201:2
201:3,4,5,19
amounted
119:24
amounting
195:4
amounts  74:15
120:1 163:3
170:15 187:15
195:12 197:22
200:21
anniversary
59:6 146:18
announce  41:1
annual  24:11
95:12

annually  24:8
93:7
annum  95:12
answer  10:3,10
11:1 14:1,5,5,16
14:16,17,19,22
14:23 19:13
90:12 136:8
177:1 190:7
answered  113:9
answers  9:20
ant  16:4,5
anticipated
35:10
anymore  103:19
157:23 158:12
apart  17:11
133:16
apartment  5:6
73:22 76:10,19
78:9 83:20 92:1
104:7 136:15,19
155:1,3
apartments
74:10
apologies  52:24
82:10
apologize  51:17
appeal  132:24
appear  27:25
appears  11:20
22:16 26:1
47:21,23 55:15
76:2 151:7

applicable  7:25
77:25
application
56:12 61:8,11
69:2,21,25
70:10,24 72:1
86:9 87:1,12
88:24 90:1
91:25 92:21
97:9 101:13
102:4 103:25
104:12 108:15
109:9 110:10
111:4,9 112:10
125:8 194:5
applications
98:6
applied  63:18
apply  61:6
102:20,21,24
103:14,16,19
108:7,17,18
121:1
applying  70:4
103:17
appointed
110:22
appointment
193:18
appreciate
90:10
appreciated
161:10

approach  61:3
approval  142:6
170:9,14,16
approve  141:10
141:22 142:11
166:24 167:13
approved  26:20
26:22 27:5,12
30:19 141:2
166:17,20 170:7
179:11,12
183:13 196:20
approximate
186:24 191:3
203:3
approximately
17:9 79:14
82:16 83:2
84:11 133:8
183:23 191:17
191:21,22 198:7
199:6
april  67:16,23
67:25 68:1,2,22
81:23 86:5 88:1
88:1 90:3 91:11
91:11,13,14
112:9 153:4,11
166:3 172:15
185:14,17 187:2
188:10 191:9,25
193:15 197:9,14
area  122:13
128:12

**[arrangements - australian]**

**arrangements**
   26:21
**arrival** 69:8
   165:25 166:1
**arrive** 64:5
**arrived** 87:25
   172:9,17 204:12
**arriving** 67:12
**art** 16:8
**artist** 16:8,11
**arts** 22:3
**aside** 33:13
**asked** 9:21
   36:10 101:1
   109:15,17 113:9
   115:20 119:9,22
   133:19 134:20
   172:7 174:2
   181:18 195:2,2
   206:24
**asking** 23:15
   61:10 62:13,17
   86:17,21 87:19
   89:25 144:3,4
   158:19 160:10
   170:8 183:19
**assess** 30:16
   92:8
**assessed** 30:3
**assets** 16:9
   181:14
**assigned** 7:9
**assist** 181:19

**assistance** 37:12
   48:13
**associated**
   108:9
**assume** 31:5
   51:16 147:22
   160:22 161:16
   183:21 184:21
   185:18
**assumes** 191:14
   193:14
**assuming** 61:6
   64:13
**assumption**
   35:12 161:14
**assured** 70:21
**attached** 52:17
   94:6 98:5,14
**attaching** 63:6
   90:8
**attachment** 94:3
   151:7
**attempt** 207:11
**attempts** 167:17
**attendance** 8:6
**attorney** 8:8
   36:18 85:5,11
   91:6 97:18
   103:2,4,13
   107:6,14 108:12
   124:20,23 125:1
   125:7 143:17,17
   152:2 187:7
   212:15 213:12

**attorney's** 108:7
**attorneys** 99:2
   103:7 125:13
**aud** 78:4 80:9
   83:2 197:15
   198:7 199:3
   201:14
**audio** 49:19
   50:4,17 52:19
   52:20 212:9
   213:5
**august** 29:22,23
   33:16,18 74:5
   82:16,17 158:14
   166:12 168:4,6
   168:7,18 170:6
   185:22 187:3
   188:10 204:12
**aus** 65:21
**australia** 15:4,5
   19:19,20 21:5,7
   21:9 22:17 23:4
   23:16,25 24:14
   25:17,21 27:11
   27:13 30:4,5,13
   32:17 33:11
   35:14 37:5 39:7
   39:18 43:10
   44:8 45:10
   57:16,21 58:20
   77:2,12 79:3
   90:5 92:10
   93:19 96:5
   118:10,13 119:4

125:23 127:4
134:11,22,25
136:20 137:6
138:22 151:19
151:19 152:11
152:13,14,15,18
152:21 153:3,13
155:2 164:17,20
167:20,25
171:22 172:3,23
178:11,13,23
179:3 180:8,11
180:15,23,25
181:17 186:19
186:20 190:15
192:25 193:3,10
193:21 197:1,2
197:14 198:9,12
198:12,21,22,23
199:12,16 200:2
200:4,9,12,19
201:7,23 202:1
203:5,6 204:12
204:14 206:24
**australia's**
   153:14
**australian** 22:6
   29:11,25 30:25
   32:19,25 50:13
   63:8 65:24
   70:18 79:12,13
   98:24 117:18
   121:19 126:10
   129:10 134:4

**[australian - believe]**                                    Page 221

150:13 155:12
160:20 172:24
178:2 182:9
190:20 201:16
201:17 202:7
**authorized**  7:17
**automatic**  51:9
**automatically**
51:7
**avenue**  1:18
2:15 7:15
**average**  24:9
**avoid**  155:20
**await**  149:15
**aware**  12:24
18:7 120:12
135:22 136:1,3
136:4 149:14
159:20 180:12
182:2
**axa**  1:17
**axs**  2:14
**axslawgroup....**
2:18,19
**ayala**  2:4,5 8:12
8:12 11:24 12:9
13:5,10,21,25
14:4,7,10,12,15
14:20,23,25
25:1,5,7,12,22
27:6 37:23
38:20,23 44:15
49:9,13,15,17
49:19,23 50:1

50:10,12,14,21
50:23 53:12,14
53:16 56:14
66:18 91:7 95:2
96:21 104:18,21
105:2,5,14
113:9 120:11,24
131:9 141:4
156:5 169:18
182:22 185:25
186:4,7,9
200:22 201:11
205:7 208:12,14
208:18,21,24
209:6,11,16
210:1,4,6,9,22
211:11,13,16
**ayalalawpa.com**
2:9

**b**

**b**  15:8 58:18
**baby**  110:14,16
**back**  11:12 23:9
31:23 35:13
38:23,23 45:9
51:17 52:24
57:16,17,21
67:14 76:16
79:3 83:20 87:5
90:7 100:17
105:14,15 109:7
110:1 112:16
113:15 121:7

127:3 128:7
130:21,23
132:10 134:6,11
134:13 142:21
149:13 152:11
152:13,17
160:21 161:2
165:15,16,25
166:2 167:17
168:21 169:4
171:21 172:3,20
172:23 173:5
177:2 204:12
205:20
**background**
16:1 17:17
**backwards**
84:10
**bank**  71:23
181:19
**bar**  190:15,16
198:5
**barely**  186:3
**base**  105:21,23
119:17 143:9
194:25
**based**  45:18
61:22 82:2,11
135:7 138:18
139:9,11 144:24
145:17 148:11
148:12 152:1
154:21 194:16
197:8

**baseline**  186:20
**basically**  133:10
165:11 201:22
**basis**  30:4,4
74:25
**bates**  49:21
52:13 156:7
**beauty**  52:10
**becoming**  117:1
117:2 147:12
**began**  104:2
130:18 132:22
143:14 161:15
**beginning**  8:8
67:23
**begins**  74:4
**begun**  195:17
197:9,10
**behalf**  2:3,12
11:19 23:1 70:4
72:7 125:2
205:6
**belief**  134:1
**believe**  17:9
19:7 20:1,19
21:8,19 22:7
23:21 25:24
26:7,13 31:4
32:14,14,22
33:7,24 36:11
37:4,16,17,25
38:14 42:15
46:10 48:1,1,24
52:6 54:13

**[believe - business]**                                                      Page 222

57:23 58:1,20
66:19 70:2,13
70:20 73:24
74:15 77:9
78:13 82:20
87:13 88:4,15
91:15 92:18
95:19 99:12
100:12 103:11
105:3 109:17
110:12,15,23,24
112:16 117:6
119:4 126:5
127:24 132:21
132:24 135:16
136:14 138:15
138:15 143:9
148:2 152:25
154:3 157:5,13
158:25 161:9
164:16,21,21
165:2,7,25
167:12 168:15
168:16 170:19
171:18,20
172:19,24 173:7
173:9,12 175:10
176:5,9,10
180:14 184:12
188:13 191:23
191:25 196:9,15
201:18 205:12
207:13,13,19,21
207:23

**believed**   135:13
   202:21
**bell**   52:4,5
**beneath**   197:21
**benefited**
   145:15
**benefits**   30:4,5
   30:12 120:16
   135:7 152:5,7
**best**   8:25 127:9
   212:11 213:7
**beta**   59:25
**better**   16:20
   31:8 77:21,23
   121:14 122:2
**beyond**   144:21
   144:21
**big**   16:4,5 35:9
   73:12,13 159:1
**bigger**   131:14
   131:25 139:6
   164:5
**billing**   112:13
**bills**   126:13
**birth**   32:8
**bit**   16:3 17:16
   18:19 51:22
   53:4 98:17
   117:17 134:2
   137:2
**black**   17:23
   18:11 19:10
   20:21

**bloom**   1:6
**blue**   191:3
**blurred**   118:25
**bond**   83:19,24
**bonus**   78:10
   79:22 80:10
   93:6,9 95:12
   105:24 119:24
   143:3 147:14
   148:21 150:14
   150:16 163:13
   164:7,8 190:18
   195:3
**bonuses**   24:7
   143:11 150:14
**book**   118:2
   141:9 142:1
**booked**   57:14
**bookings**   26:21
**boon**   74:11
**border**   29:25
   32:19,25 134:5
**boss**   104:21
**bottle**   174:12
**bottleneck**
   174:6,14
**bottom**   37:2
   39:10 40:21
   65:14 89:24
   156:8 201:19
**bozzuto**   74:14
**bracket**   151:22
**bradstreet**   5:4
   69:16 70:9,15

72:25 194:1
**breach**   12:14,17
   12:21,21
**break**   10:2,3
   97:3 104:15
   204:15
**breaking**   126:23
   129:16
**breaks**   202:22
**briefly**   103:10
**bring**   105:5,6,6
   135:8
**british**   174:19
   174:21,23
**brought**   19:3
   81:2 109:4
**btcc**   174:5,18
**budget**   163:4,5
**build**   21:9
   114:16 116:16
**building**   170:10
**built**   18:13 72:9
   72:20 115:2,13
   115:22
**bunch**   126:15
   159:9
**burden**   164:2,5
**business**   17:20
   20:4 30:3 33:8
   58:16,22 70:17
   86:12 108:25
   109:2 156:2
   171:18,19,22
   173:4,10,13

**[business - change]** Page 223

193:25 209:22
209:24
**busy** 88:6,8,10
88:23 89:1
**buy** 205:7
206:22 208:4
**buying** 207:6,6
**bypass** 53:5

**c**

**c** 2:1 7:1
**cadillac** 33:23
**calculate** 151:18
190:13 197:11
198:1 199:13
**calculation**
186:13 191:14
**calculations**
158:23
**calculators**
151:24
**call** 38:13 39:11
46:11,21 95:10
101:17,18,24,25
113:12 128:21
129:3 133:12
135:15 143:10
148:15 156:17
161:9,11 187:10
187:11
**called** 16:23
20:4 128:14
163:4 177:15
192:4

**calls** 27:6
**camissa** 189:18
**cammisa** 98:15
99:20 102:3
103:6,7,8,10,11
103:12 125:17
163:22 164:11
164:13 189:16
**campaigning**
135:15
**cancel** 130:6,8
139:17 149:23
**canceling** 149:1
**candidate**
122:20
**capable** 176:21
**capacity** 23:2
**captioned** 24:20
151:2 177:15
**car** 33:16,22,24
79:2 116:3
174:19,23 188:2
188:9 202:11,15
206:23 207:3,6
207:7,12 208:3
208:4,6
**card** 45:13,22
118:19,23
**cards** 115:16
116:4
**care** 105:25
106:3,5 116:23
120:7,9 124:1
153:12 206:16

**career** 19:1
21:21
**carriers** 134:10
**carries** 160:19
**cars** 136:24
**cascading** 74:14
151:22
**case** 1:6 7:13
30:9,17 50:25
88:18 90:8
112:13 135:18
140:23 141:11
145:2 147:11
153:10 159:7,23
178:4 184:3,21
205:11
**cases** 142:3,3,5
**cassima** 125:14
**catch** 65:18
**categories** 58:21
166:17
**categorize**
119:11
**category** 58:22
58:23
**cats** 136:23
**cause** 21:24
101:7 154:1
**caused** 133:15
**cease** 182:13
**centralized** 34:9
**ceo** 29:4 58:8
70:20

**certain** 107:10
107:11 109:10
115:17 117:20
118:22 125:25
141:11 143:12
143:19 145:17
178:16 179:7
181:21
**certainly** 51:24
53:21 110:11
135:19 142:2
147:19 156:1
159:23 169:6
174:12,17
176:13 202:10
**certificate** 212:1
213:1
**certified** 7:22
**certify** 212:5
213:4
**cfo** 70:20 100:11
100:12
**chain** 142:22
146:3
**championship**
174:19,23
**chance** 9:24
125:15 175:25
**change** 56:6
58:25 59:4,11
66:14 68:4 69:6
74:16 86:13
88:3 89:7
129:21 145:20

170:12 172:11
193:22
**changed** 43:9
57:23 134:5
160:21 176:9
193:19
**changes** 194:12
194:15
**changing** 149:1
**charged** 209:8
**charges** 118:19
155:8,11
**charity** 213:3,20
**chart** 156:4
**chase** 192:8
**check** 55:5
157:20 196:12
**checks** 159:9
**childhood**
143:18
**children** 15:12
**choice** 99:21
101:10 152:10
**choose** 210:20
**chose** 102:23,25
**circle** 149:13
**cis** 56:7
**citizens** 29:11
**claim** 13:4
113:5 118:18
151:2
**claiming** 202:14
203:13,17

**clarification**
19:14 62:17
**clarify** 13:24
14:2 20:10 42:5
64:25 80:18
113:21 136:9
163:9 175:9
207:5,8
**classified** 70:15
**clause** 24:16
25:11 26:15,18
73:25
**cleaning** 169:1,8
169:9,11
**clear** 128:4
147:8 156:1
161:8,11 163:24
167:15 175:23
**clearly** 160:24
168:2 169:7
**clients** 17:5
**close** 67:10
**closely** 54:17
**closer** 50:16
**coaching** 192:5
**come** 34:1,1,4,8
58:11 65:20
87:9 100:17
114:3,7 115:21
130:21,22
131:24 134:20
139:12 146:4
172:8 174:3
192:11 207:11

**coming** 29:15
34:18 35:9,11
57:17 114:8
129:24 152:10
199:1 200:16,18
200:19 201:8
202:19 207:1
**commenced**
204:13
**comment** 34:14
34:19,22 207:3
**comments** 114:8
184:16
**commercialized**
18:14
**commitment**
202:19
**committed**
165:19 175:1
176:4
**common** 176:18
192:6
**communicate**
101:15 182:4
**communicated**
175:21
**communicates**
51:24
**communication**
55:4
**communicatio...**
76:2,6 85:19
101:19,22
109:12 149:17

173:24 175:18
205:20
**company** 16:23
20:3 23:2 26:9
39:17 42:19
57:25 63:9,11
65:24 69:9
70:14 72:11,12
72:16,17 77:21
77:22 79:20
81:5,20 83:3
85:5 88:4,5 89:2
89:3,5,8,11 91:3
92:25 93:7,9
95:6,25 100:11
100:12 107:10
107:11 108:16
111:11 114:18
114:23 115:10
117:19 118:20
121:13,19 122:3
122:13 125:7
126:22,23
127:10,14 128:8
130:7 134:2
135:14,17
141:12 144:25
145:15 148:22
149:1 159:1,4,6
159:12,13,23
160:15 163:17
163:18 164:2,6
165:5 167:19
175:1,5 176:20

**[company - continued]**                                    Page 225

177:18,19 178:1
178:3,3,5,7,16
178:17,18,20,25
179:14,18,22,25
180:19 181:6,12
181:24 192:4
194:2 197:8
204:13 205:18
**company's**
83:12 118:20
145:19 158:21
164:24 179:4
195:1
**compare** 201:6
**comparing**
200:21 201:22
**comparison**
198:9 201:1
203:4
**compensate**
188:20,24 189:7
190:1
**compensated**
147:13 148:24
**compensation**
24:5,13 25:25
28:1,3,5 95:16
96:4,8 105:21
105:23 119:13
136:2 143:8
147:15 149:21
149:21 159:19
163:2,2,6 193:9
193:15,19 194:8

194:12 203:11
203:15
**complaining**
133:23,25
**complaint** 4:4
11:23 12:2,3,7
12:12,14 77:10
167:23
**completed**
65:19,25
**completely** 77:4
**complex** 117:17
**compliance**
129:8,9 160:3
**complicated**
31:15,17
**component**
166:16 169:3
**components**
162:16
**composite** 60:3
71:11,12 183:1
185:1
**computation**
192:25
**computer** 50:19
52:9 158:12
**computers**
181:16
**conceded** 103:3
**concern** 126:19
174:10 176:13
**concerned**
94:20 95:5

121:12,24
**concluded**
177:19
**concludes**
211:20,22
**conclusion** 25:2
25:13
**conditional**
114:17,22
**conditions**
34:11 43:14
44:14 181:22
**confidential** 5:5
48:10 71:16,17
**confidentiality**
32:7
**confirm** 32:16
138:13 148:10
149:13 157:8,25
158:3,15 166:16
172:25 176:8
183:17
**confirming**
100:13 150:12
**conflicting** 35:4
35:6
**confused** 189:9
**congrats** 59:24
**congratulate**
43:18
**congratulations**
15:16 19:8
**connection**
42:14

**conroy** 179:19
**consequently**
151:12
**consider** 125:19
**consistent**
123:22 141:15
**console** 21:11
**constitute** 8:3
**constitution**
179:5,10,13
**consult** 25:15
152:2 187:12
**consultants**
89:10
**contact** 31:9,10
36:10,15 99:4
192:20
**contain** 32:3
**contains** 24:20
185:2
**contemplating**
42:3
**context** 76:21
94:17,17 134:2
145:24
**contingent**
139:12
**continue** 149:14
160:14 179:24
182:6 189:5
193:6
**continued** 5:2
6:2 77:13
131:19 151:13

**[continued - counsel]**                                    Page 226

186:18
**continues**  48:17
  105:10 169:25
  204:20
**contract**  12:14
  22:16,24 27:14
  27:16 44:1
  73:12 74:4 92:8
  92:18,23 93:2
  93:19 94:4
  121:11 141:16
  146:11,14,19
  193:18 194:5,14
**contracted**
  41:24
**contracts**
  138:18,21
**contribution**
  138:16
**contributors**
  196:23
**control**  145:21
  149:2
**conversation**
  4:9 6:4 34:6
  36:6 48:24
  54:25 57:7
  59:21 62:5 67:7
  77:7 78:17
  87:16 101:3
  114:5 122:15
  128:10 131:21
  143:13,16,23
  146:16 147:10

147:24 161:19
161:20,22
162:13,17
173:19 190:4
192:19
**conversations**
  38:8 42:15 59:4
  61:22 85:11
  88:16 115:19
  177:1 192:12
  206:21
**conversion**
  201:21
**conveying**
  132:20
**cool**  33:24
**cooperate**  111:3
  111:5
**cooperating**
  110:9,12 112:23
  113:8,13
**coordinating**
  110:17
**copied**  157:6
**copy**  11:7 15:21
  22:14 35:25
  44:25 48:22
  53:18 60:18
  64:24 73:10
  97:7 149:11
  150:18 151:1
  157:5 158:11
  177:12 196:7
  211:14

**copying**  93:22
**coral**  2:6
**corporate**  69:22
  99:2 119:19
  193:24
**correct**  17:24
  18:18 20:8
  21:15 22:22
  24:12 26:13
  28:21 30:24
  31:25 32:20
  35:16 36:15
  37:7,10 42:2,9
  44:5,9,19 45:15
  46:16,17 47:10
  54:6 56:18
  61:12,13 62:16
  64:18,19 65:6
  67:2,22 68:3,13
  71:1 72:2,5 73:3
  74:24 75:2
  81:24 82:6,8
  83:18 84:2
  95:15 99:22
  100:21 101:11
  119:15 122:8
  123:21 128:10
  129:1 132:2
  133:20 134:24
  149:11 156:18
  159:25 167:12
  168:8 171:16
  176:12 181:2
  183:24 186:14

193:16 195:21
197:5 199:23
200:15 205:15
206:11
**corrections**
  140:11,23
**correctly**  182:7
**cost**  81:17
  135:22 136:6
  137:10,22 159:1
  159:5 164:11,24
  168:22,23
  210:13,22 211:4
**costs**  75:7,10
  84:17 106:10
  108:9 133:11
  136:11,14,17
  155:4,7,20
  160:19 163:17
  163:17 166:21
  169:1,5 180:3
  181:9,10,11
  187:20 188:18
  195:12 201:23
  202:3,16,20
  203:9,10,14,22
  203:22
**counsel**  10:13
  11:18 23:7
  53:16 86:24
  92:19 94:17
  101:20 102:2,3
  110:11,21,23
  121:24 157:15

185:5 187:13
196:5 212:12,15
213:9,12
**counselor**  131:7
**count**  12:14,20
12:21,25,25
13:7,8,8
**country**  29:12
30:1 86:12
134:4,9
**counts**  12:12
13:1,4
**couple**  138:16
176:10
**course**  9:19 10:1
96:22 169:21
205:11
**court**  1:1 7:6,7
8:14 9:1 10:7
11:11 40:12
50:7,11 208:16
208:20,23
209:17,20,22
210:14,18
211:14,18
**courtroom**  9:21
**courts**  13:3
**covenant**  24:24
**cover**  75:6,7,10
75:14 77:17
79:17 81:1,4
84:16,22 94:2,8
94:13 106:10
114:9 118:22

127:8,12,17
128:6 129:18
137:5 143:24
154:17 155:23
158:22 160:25
162:5,9 163:22
163:25 164:7,11
187:23 188:9,17
188:19 189:6,17
190:9,10 203:14
**covered**  78:8
79:6 83:4,7,15
84:4,5,6,13
117:14 155:16
155:19 160:6
161:17,18
203:10
**covid**  29:12,23
58:1 74:11
**create**  17:25
**created**  18:16
**creator**  17:23
**credibility**
167:22
**credit**  72:10,20
106:9 114:17
115:2,12,13,14
115:16,23 116:4
116:5,5,9,10,17
116:18 181:22
182:14,15
**critical**  192:14
**cto**  117:2

**culmination**
81:1
**cumulative**
197:22 198:8,16
198:17 199:15
199:25 200:18
200:21 201:3,5
**cumulatively**
203:6
**current**  94:7
**currently**  15:3
135:15 178:12
**cut**  147:9,22
**cv**  1:6 7:14

**d**

**d**  3:1 7:1
**damages**  185:8
186:13 187:2,11
196:19,20
202:14
**dara**  29:2,5 65:8
88:9,9,13 90:11
92:16 104:2
110:12 111:1
112:15,16,25
120:14 125:16
125:18 146:11
149:9,10 177:11
191:25 192:5,6
**dash**  192:4
**date**  1:15 18:3
19:6 20:16
21:12 24:1 32:8

38:11 41:5,7,13
46:2 47:19 53:2
53:22 54:1 55:2
57:8 60:4 61:4
64:6 66:14 67:8
96:10 112:4
130:11,12,21,22
130:23 145:20
146:22 151:2
176:9 178:14
189:1 194:23
197:9
**dated**  29:23
43:15 45:5
59:23 60:22
65:9 75:24 86:5
89:23 91:14
93:23 96:12
97:9 98:2 100:4
132:15 147:4
151:8 166:12
175:19
**dates**  47:8 51:20
58:6 149:1
172:12
**daughter**  98:22
**dawn**  43:20,21
177:12
**day**  18:8 21:18
34:25 37:5
38:23 54:17,17
74:5 112:12
128:13 155:12
165:24 177:21

177:22,24 191:8
207:15,18
209:20
**days** 31:4,7 46:8
47:25 127:20
143:22 152:18
152:19 168:11
168:13,17
209:23,24
210:17,19,19,21
**deadline** 174:12
176:11,14,22,23
176:23 177:3
209:25
**deal** 14:12 119:7
**dealing** 12:18
**dear** 43:5
**december** 36:8
57:9 59:23 98:3
126:9 129:5,6
130:20 138:18
154:2 185:19
**decide** 74:7
**decided** 81:20
89:12 127:9
130:17
**deciding** 145:20
**decision** 41:17
123:10 131:18
135:2,6 136:16
191:22
**decisions** 41:22
123:2 161:12

**defendant** 1:8
2:12 4:3,4,5,6,7
4:8,9,10,11,12
4:13,14,15,16
4:17,18,19,20
4:21,22,23,24
4:25 5:4,5,6,7,8
5:9,10,11,12,13
5:14,15,16,17
5:18,19,20,21
5:22,23,24,25
6:4,5,6,7,8
10:18 11:3
22:10 27:18
28:12 35:22
36:20 38:15
40:13 42:20
44:22 47:11
48:5 54:18
56:19 59:13
60:14 62:18
63:19 64:20
67:3 68:14
69:11 71:6 73:7
75:18 85:21
89:14 91:16
93:15 96:14
97:22 99:23
132:6 139:18
142:12 146:6,23
149:4 150:1,21
166:7 169:13
170:20 173:14
175:14 177:5

182:17 184:22
**defendant's**
15:18
**deficit** 202:13
**define** 31:16
35:3
**definitely** 131:3
**degree** 17:20
**delay** 149:24
**delays** 64:10
147:12,20
**deleted** 36:10
**deliberately**
104:2
**deliver** 125:17
**deliverables**
174:5,9
**delivered**
125:16
**delivery** 79:22
**delta** 17:23
18:11 19:10
20:21 186:16
190:13,21
197:11,12,22
198:1,5,13,24
199:14,24 202:7
**deltas** 186:25
**demonstrate**
94:21
**demoted** 123:16
175:12
**denied** 70:10,12
70:25 153:7

193:24
**department**
77:3
**depending**
140:20
**depict** 171:3
**deposed** 9:11
**deposition** 1:11
7:11 8:1 10:25
48:16 105:9
169:24 204:19
211:22
**deposits** 130:1
**describe** 17:17
193:6
**description** 4:2
5:3 6:3 63:15
143:8 184:16
**designate** 71:17
**desire** 135:20
**desperate** 114:6
**detailed** 161:23
**details** 74:20
**detriment**
187:19 203:20
**developed** 18:20
**development**
17:19 20:5 22:2
122:13 123:3,12
126:18
**difference** 37:5
137:5,16 195:8
200:3 210:11,12

**[differences - document]**

**differences** 77:1
**different** 17:5
66:19 98:21
117:21
**difficult** 35:1,3
176:15,25
**digital** 212:9
213:5
**digits** 182:24
**diligent** 56:12
**dimitri** 29:1,3
29:13,24 33:17
36:9 38:8 48:23
51:13,13 52:20
54:10 55:18
59:22 67:10
70:7 71:4 72:12
76:1,24 78:18
79:21 83:3,3,18
85:4,6,9,9 87:9
87:17 92:15
93:8 94:6 98:4
99:11,12 100:24
100:25 103:3
104:1,7 105:18
108:23,25 114:5
115:13 116:13
117:25 119:22
120:14 122:15
122:20 123:25
125:18,21
127:16,16
128:25 134:20
135:14 137:1

141:7,25 143:13
148:20 152:7
159:21 160:1
162:12 164:17
165:8 172:5,7
172:23 176:20
176:25 186:16
187:17 194:18
195:2 196:2,8
196:23 204:3,25
**dimitri's** 71:23
144:1 172:9
187:9 203:21
**dinner** 207:20
207:21,22,23
**diploma** 17:19
62:3
**diplomas** 62:6
**dire** 118:21
**direct** 9:3
**directly** 38:7
132:21 143:16
143:22 146:3
164:16 172:18
**director** 22:2
23:2,23 33:10
39:18 41:2,11
41:14 43:9,9
44:6,7 114:11
116:24,25,25
117:3,18,19
122:8,16,18,24
123:5,7,19
126:10,12 178:1

178:2,12,15,25
179:1,9,12,17
181:11 182:3
**director's** 179:5
179:6 182:8,15
**disagreement**
159:2
**disclosed**
125:25 165:4
179:19
**disclosure** 129:7
159:7
**disclosures** 6:8
159:17 185:2
196:17
**disconnection**
169:11
**discounted** 79:4
**discovery** 49:11
**discretionary**
170:15
**discuss** 20:25
33:14 34:11
51:22 53:3
133:10 135:1,2
137:4,21 151:15
192:11
**discussed** 29:24
39:13 42:1,7
72:9 81:3 89:25
95:9 102:6
117:5 121:7
124:19 128:24
140:11 142:25

144:21 152:4
153:18 160:7
204:24
**discussing**
142:25 160:12
160:12 166:14
168:10
**discussion**
65:18 78:7
92:14,15 94:5
98:21 167:16
**discussions**
149:16
**dismissed** 13:1
**distress** 151:14
**district** 1:1,2
**division** 122:13
**dma** 173:25
**doc** 156:25
157:1 158:1,2
**docs** 157:24
**document** 10:23
11:16,18 22:15
23:10 25:4,16
27:24 31:23
36:2,25 42:25
52:13,16 54:23
54:24 57:3
59:19 60:19
62:23 64:3
65:12 69:15,18
71:20 73:17
76:4,15 86:2
89:19 91:21

[document - effect]

92:2 93:1,24
94:16 97:11
98:12 113:3
128:17 142:19
150:10 151:4
156:23,24 157:4
157:6,10,12
158:10 162:7,14
174:7 177:16
196:6,7,16
**documentation**
30:23 61:6,8
102:3 104:6
124:18
**documents**
61:11,21,24,25
62:7,14,15 63:8
63:10,13 86:18
90:5,7,20 91:1
92:4 97:14,17
101:13 107:12
108:21 109:16
109:23,24 110:2
110:7,13 111:6
157:7,23 158:4
**doing**   41:20
81:6 93:3 122:4
125:6 160:5
203:3
**dollar**   159:4
164:24 201:19
**dollars**   79:12,13
150:13 190:21
201:16,17

**double**   159:9
**download**
196:10
**downloaded**
196:6,10
**drafted**   92:16
**dramatic**
174:15
**drastic**   129:13
**driver**   19:2
**drivers**   18:25
**driving**   17:4
86:24 192:22
**drop**   193:13
**dual**   154:25
**due**   194:8 195:1
**duly**   8:23 212:6
**dun**   5:4 69:16
70:9,15 72:25
194:1
**duration**   114:25
179:21
**duties**   27:2
**duty**   12:21

**e**

**e**   2:1,1 3:1 4:10
4:11,12,14,15
4:16,17,18,19
4:20,21,22,23
4:24,25 5:8,9,11
5:12,13,14,15
5:16,19,20,23
6:5,6 7:1,1 15:8

15:8 28:18,22
29:9,22,24
30:21 31:24
37:2 38:5,6,12
39:3,7 40:6,12
40:18,21,22
41:8 43:5,24
45:2,23 46:1,4,5
47:15 60:21,23
62:13,25 63:1,7
63:23 65:7,15
68:18 86:4,17
86:21 89:22,24
91:14 93:21
97:6 98:2,6,14
100:2,7,14
101:16,17,23
102:11,13,17,20
103:15,16,18,19
103:25 111:14
111:15,18,21,24
111:24 112:1,3
112:5,8,11,25
112:25 113:3,4
132:12,16
136:18 142:16
142:18,21,22,24
143:7 144:5,12
146:9 147:2
149:8 150:5,25
166:11 168:4,19
168:22 170:5,8
173:18 177:11
186:10 191:19

191:23 192:16
211:8
**ea**   22:8 27:14
**earlier**   20:16
24:2 37:6 40:25
51:17 52:24
61:16 88:7
93:14 120:2
124:19,19 162:4
176:7 187:22
195:1
**early**   18:2 55:5
57:17 67:12
68:1 126:6
129:5,6 130:14
207:16
**earn**   186:19
187:6
**earned**   186:18
187:6 200:13
**earning**   137:12
165:8 191:13
**economically**
30:6,13
**economy**   166:18
**edits**   78:25
**eduardo**   2:4,9
8:12 20:16,17
**educational**
17:17
**effect**   33:25
125:22 143:19
154:8

Veritext Legal Solutions

**effective**  41:2
  177:20 181:1
**effectively**  29:7
  101:9 123:18
  134:12 181:13
**effort**  10:8
**eighteen**  17:10
**either**  50:8 83:3
  126:5 158:1,8
  169:4 176:7
**elaborate**  41:18
**electronic**  22:3
**elfenbein**  1:6
**ellipses**  147:21
**emigrating**  39:6
**emigration**  39:5
**emotional**
  133:11,11
  151:13
**employed**  87:21
  121:2 137:8
  178:11 212:13
  212:16 213:9,13
**employee**  21:4
  23:1,18 32:16
  33:10 111:10
  120:20 177:25
  178:22,24 179:2
  212:15 213:12
**employee's**
  203:11
**employees**
  95:22 120:17
  180:16

**employer**  23:13
  23:15 26:20,25
  55:7 66:14
  153:20 204:2
**employment**  4:6
  22:16,22 31:25
  32:13 43:6,8,14
  44:1,11 65:9
  66:17 92:9,23
  93:2 94:7 95:1
  96:12 117:14,16
  117:21 141:16
  141:21 180:23
  180:24 193:20
  194:13
**ended**  68:5
  82:12,13 93:3
  136:21
**ends**  74:4 168:7
**engaged**  47:1,2
  47:4
**engagement**
  98:15 100:17
**enjoy**  61:3
**enter**  138:17
**entered**  69:6
  74:21 95:21
  138:20 184:8
**entire**  24:16,20
  24:21 25:20
  53:11
**entirety**  117:4
**entities**  19:15
  110:24

**entitled**  187:14
**entity**  22:6,8
  23:24 108:24
  117:18 126:11
  178:2 179:2
  182:11
**entrepreneurs...**
  17:21
**entry**  153:7
**envisioned**
  123:23
**equal**  95:16
**equipment**
  178:17 180:2,3
**equivalent**  78:5
  80:8 83:10
**error**  103:5
  209:13
**errors**  95:24
  209:3
**es**  212:5
**escalade**  33:23
  34:17
**esquire**  2:4,13
**esta**  58:15,20
**establishing**
  165:20
**estoppel**  12:20
  12:25
**evening**  207:17
**event**  38:2
**events**  17:7
**eventually**
  131:25

**evidence**  78:22
**evidentiary**
  7:25
**evolution**
  157:18
**exact**  18:2,7
  34:2 41:13 54:1
  58:5 74:20 78:6
  107:22 144:2
  146:16 154:7
  169:5 176:9
**exactly**  19:6
  32:22 33:19
  41:20 46:12
  70:3 84:12
  105:17 106:21
  175:13 190:24
  199:9
**examination**  9:3
**examined**  8:24
**example**  18:25
  87:9 145:21
  197:14 202:2
**excel**  128:14
  183:7 184:4,13
  184:17 186:12
  196:15
**except**  12:24
  118:12 171:3
  183:12
**exception**  63:14
  173:10 201:18
**excess**  19:7

**[exchange - fact]**

**exchange** 84:9
105:20 193:12
**exclude** 202:10
**excluded** 202:11
**exclusive** 95:18
**executed** 22:24
23:1,3 180:9
**executing**
176:21
**executive** 192:5
**executives** 29:18
**exemption** 4:8
30:1,3,15
**exhausted** 62:11
**exhibit** 4:1,2 5:1
5:3 6:1,3 10:18
10:22 11:3,7
15:18,22 22:10
22:14 27:18,21
27:22 28:12,16
28:17 31:24
35:22 36:1,20
36:24 38:15,18
39:1 40:13,17
42:20,24 44:2
44:22 45:1
47:11,15 48:5,9
48:10,22 54:18
54:22 56:19,22
59:13,17 60:3
60:14,18 62:18
62:22 63:19,23
64:20,24 67:3,7
68:14,18 69:11

69:15 71:6,11
71:17 73:7,11
75:18,22 85:21
85:25 89:14,18
91:16,20 93:15
93:20,21 94:12
96:14,18 97:6
97:22 98:1,1
99:23 100:2
112:6,7,20
113:6 121:17
122:6 132:6,11
139:18,22
142:12,16 146:6
146:9,23 147:2
148:12 149:4,8
150:1,5,21,24
166:7,11 169:13
169:17 170:4,20
170:24 173:14
173:18 175:14
175:18 177:5,9
180:22 182:17
182:21 183:1
184:22 185:1,1
**exhibitions** 17:5
**exhibits** 94:2
97:2 111:22
**exists** 181:6
**expanded** 57:25
114:12 117:3
123:2 135:12
**expats** 98:25

**expect** 138:14
**expectation**
79:7 84:20,21
**expected** 79:5
190:25 202:17
**expedite** 210:20
**expedited**
210:13,17,18
**expense** 6:7
26:23,25 76:10
76:11,20 78:9
81:21 117:10,16
118:18 119:11
128:5 139:22
156:2 170:13
183:4,15
**expenses** 26:16
26:19 27:4,12
28:4 77:11
98:10 117:13
118:4,10,23
126:11 139:25
140:3,18 141:2
141:14,22 142:4
142:6,9 143:25
144:6 148:15
154:25 155:15
163:9,10,12
164:3 165:18
179:7,11,24
180:1 183:9,19
183:24 184:5
186:21,24
190:23 197:16

197:23 198:25
203:1
**experience** 16:1
16:4 17:2
116:11
**experienced**
180:14
**explain** 32:2
34:4 39:16
76:22 94:25
132:23
**explained**
197:24,25
**explains** 40:5
**explicit** 84:15
**explicitly** 88:17
**expressed**
126:19
**expunge** 131:5
**extend** 210:5
**extent** 31:19
**external** 89:10
**extra** 155:20
**extract** 148:22
**extrapolated**
191:4 195:12

| f |
| --- |

**face** 33:5
**facets** 122:25
123:8
**facility** 180:4
**fact** 12:1,6
102:20 128:18

139:13 141:11
181:5 200:8
202:5
**factored** 137:11
152:10
**factual** 11:22
13:9,12,20
**failed** 151:2,7
203:18
**failure** 70:17
194:1
**fair** 12:18
113:10 114:23
143:8 145:22
149:3 198:14
**faith** 12:17
181:23 182:6
**familiar** 22:15
57:3,6 58:19
73:16 125:4
151:3
**family** 46:23
61:3 138:6,7
**far** 124:19
175:10 187:6
194:24
**fashioned** 38:24
**fast** 42:16
**fastest** 102:12
**fault** 88:20
**favor** 168:3,3
**february** 1:15
7:4,14 47:7,9
57:16,21 65:9

65:16 130:15,25
131:12,15
142:17 147:4
175:19
**fee** 100:20 108:7
**feedback** 149:15
**feel** 35:17
**feeling** 60:5
**fees** 100:4,14
103:21 108:7
169:12 179:5,6
**felt** 125:23
194:2
**ferot** 2:13 3:4
8:9,10 9:4 10:20
11:5,9,12,15,25
12:10 13:6,11
13:22 15:2,20
22:12 25:3,6,9
25:10,18 26:2
27:9,20 28:14
35:24 36:22
38:1,17,22,24
39:2 40:10,15
42:22 44:17,24
47:13 48:7,12
48:20 49:4,12
49:14,16,18,21
49:24 50:3,5,9
50:15,18,22,25
52:1 53:9,13,15
53:17,19 54:20
56:15,21 59:15
60:16 62:20

63:21 64:22
66:21 67:5
68:16 69:13
71:8 73:9 75:20
85:23 89:16
91:10,18 93:17
95:7 96:16,22
96:24 97:1,5,24
99:25 104:14,20
104:22 105:3,13
105:15,16
113:14 120:18
121:4 131:10
132:8 139:20
142:14 146:25
149:6 150:3,23
156:6 166:9
169:15,21 170:3
170:22 173:16
175:16 177:7
182:19,25
184:24 186:2,6
186:8,10,11
201:15 204:15
204:23 205:10
208:10,13,15,17
209:7,10,19,21
209:24 210:3,5
210:8,11,16,21
210:25 211:1,4
211:7,10
**fiance** 39:22
64:15

**fiction** 193:2
**fiction's** 193:5
**fiduciary** 12:21
**fifteen** 73:24
74:7,16 75:1
85:8
**figure** 201:19
**file** 59:4 89:2,4
108:17 111:11
118:2 121:1
124:17 125:2
128:13,14
139:15 172:10
181:13 186:23
196:12,15
203:18
**filed** 11:18 69:2
69:7 86:13
124:16,20,22
154:22 191:1
199:2 200:6
**files** 63:7
**filing** 72:11
152:1 194:17
197:8 202:24
**fill** 47:24
**finance** 115:18
116:3 119:10
179:20 184:11
**finances** 70:21
**financial** 26:8
70:19 77:2
81:20 83:12
88:5 93:8

**[financial - founder]**                                                                                      Page 234

118:21 126:2
127:11 128:8
133:11 135:7
139:10,16
144:25 145:19
147:15 148:15
148:18 151:14
160:15 164:2
175:22 195:1
**financially**
181:4 212:16
213:13
**find**  14:8 83:11
98:4 110:22
161:14
**fine**  11:13 19:22
19:23 49:4,7
70:22 97:4
**finish**  10:11
25:8 51:14
**finishing**  52:21
**fire**  66:2
**fired**  21:24
57:25 123:17
192:24
**firm**  98:15,18
98:23 99:16,20
100:23 101:16
102:17 111:1
189:16
**first**  8:23 9:12
9:13 18:12
19:12,24 20:25
21:22 23:9

31:20 33:14
38:25 39:9 40:4
42:1 53:23 59:6
59:9 67:15
69:25 70:2
80:24 81:25
82:3 83:19
87:25 94:12
103:11 111:8
122:12 127:21
133:18 135:24
148:7 151:10,11
151:15 162:17
165:3 172:7,8
176:14 183:6,12
183:22 186:2
189:22 190:14
190:15 206:22
207:11,11
211:17
**five**  15:15
104:24 209:5
210:19,21
**flagged**  152:8
**flew**  68:3
**flight**  57:14,14
64:10 68:20,23
167:10
**flights**  134:11
134:13 142:2
166:18,25 167:7
167:9,10
**florida**  1:2,20
2:8,17 7:16,19

66:20 151:23
152:8 191:1,7
191:11 193:17
194:6,11,15
195:8,8,18,24
197:2,3,5
198:10,13,16,25
199:3,4,4,5,11
200:10 201:4,9
201:12,13,24
202:4,8 203:7
212:23
**fluctuates**
193:12
**fly**  67:13 68:8,9
134:6 154:3
**flying**  67:11
68:6,7
**focused**  18:23
**follow**  197:19
**following**  52:19
67:14 77:6
135:5 143:12
166:16 185:19
197:8
**follows**  8:25
48:17 105:10
169:25 204:20
**food**  105:6
**force**  29:25
32:19,25 134:5
**foregoing**  212:4
212:5 213:5

**forget**  65:17
90:14
**forgot**  130:11
**forgotten**  90:17
103:10
**form**  5:4 11:24
12:9 13:5,10,21
14:3,19,22 25:1
25:12,22 37:23
37:23 44:15
56:14 66:18
69:16 70:8 91:7
92:17 95:2
120:11,24 141:4
171:8 196:23
**formalize**  55:8
**formally**  91:4
**format**  52:13
**formula**  18:24
19:1
**forth**  152:11,13
177:2
**forty**  104:24
**forward**  36:9
38:5 60:6,11
**forwarding**
132:16 151:6
173:23
**found**  13:3
119:21
**founded**  39:16
**founder**  17:23
18:10

**four**  12:21
   15:15 26:18
   30:18,21 44:3
**fourteen**  31:4,7
**fourth**  133:5
**frame**  147:14
**francesca**  15:11
   55:6,16 67:15
   98:6 131:9
   133:15 138:3,5
   195:19 203:23
**francesca's**
   195:14
**fraudulent**
   125:19 174:16
**free**  165:15,16
**frequency**  153:8
**friday**  177:20
**friend**  101:5
**friends**  46:23
   98:22
**frustrated**
   147:12,20
**full**  9:8 33:10
   148:9 183:13
**furniture**  79:3
   136:22 165:19
   166:15,20 188:2
   188:8 202:11,15
**further**  51:22
   53:4 88:21
   104:7 119:9
   137:2 149:15
   167:18,19 206:6

   212:14 213:11
**fusion**  22:5
**future**  126:21
**fyi**  173:21

**g**

**g**  7:1
**gains**  151:25
**game**  17:19
   18:13,14,20,21
   18:22 168:1
   175:2
**games**  1:7 7:13
   8:10 9:7 16:9
   18:12 19:18,19
   21:5,7 22:17
   23:4,8,16,25
   25:17 27:13,15
   27:17 29:4
   31:21 32:17
   33:11 34:9
   36:19 39:17,18
   39:20 41:17,24
   43:10 44:8 58:9
   66:6 70:6,16
   72:19 75:15,16
   78:10 92:9,12
   94:21 96:5
   107:3 111:24
   115:11 117:23
   117:24 118:5,13
   119:3,4 121:3
   122:14 123:4,15
   128:12 137:9

   139:14 141:1
   147:12 149:23
   152:24 154:18
   155:19 158:2,9
   158:12 159:11
   164:13 167:22
   176:16,17
   177:25 178:5,8
   178:13,23
   180:23 186:23
   191:1 193:23
   194:2,16 200:6
   202:24 203:17
   203:21 204:4
**games's**  106:4
   119:19
**gaming**  17:2
**garcia**  213:3,20
**gather**  62:5
   63:13 86:18
   90:20 108:21
   109:15
**gathered**  61:23
   91:2,8 101:12
**gathering**  61:20
   91:5
**general**  23:7
   86:23 92:19
   94:17 110:11,21
   110:23 121:23
**generally**  58:16
   173:2,3 187:1
   191:5 192:10
   195:10 196:24

**gentleman**  20:3
**genuine**  208:1
**george**  67:13
**getting**  51:17
   52:24 60:6
   88:10 122:7
   130:14 149:25
   153:7 155:7
   159:24
**gio**  69:22 74:13
**give**  8:17 9:24
   11:12,21 51:3
   55:7,17 66:13
   101:19 102:2
   107:25 110:7
   116:18 122:10
   148:13 157:14
   171:2
**given**  42:13
   71:25 95:11
   185:5 192:7
   196:4 211:21
**gives**  36:15
   39:25
**giving**  11:8
   45:16 47:21
   72:3
**global**  123:11
**go**  9:13 11:21
   12:11,13 13:7
   18:23,24 22:18
   23:9 31:23 37:2
   39:9,16 45:25
   48:12 49:24

50:19 53:9 54:3
54:4 72:19
86:12 88:20
96:24 102:16
105:1 109:7
110:1 113:15
121:7 135:19
141:8 142:21,22
152:17 165:15
165:16 167:17
169:4,19 171:21
172:6 184:20
185:9 206:7
**goal**   21:6 56:16
**goes**   51:16
52:23 55:4
**going**   7:5 10:9
10:21 11:6
12:11 14:7
15:21 19:14
22:13 27:22
28:16 34:20
35:25 36:23
38:18 40:16
47:14 48:8,21
49:8 51:3,4,10
52:8,17 53:10
54:21 56:22
59:16 60:17
62:21 63:22
64:23 67:6
68:17 69:5,14
69:24 71:9,10
74:22 75:21

85:24 88:3
89:17 91:19
93:20 97:1
100:1 102:16
104:25 113:15
129:12 130:20
131:7,8 139:21
140:17 142:15
146:8 149:7
150:4,18 156:3
159:4 164:24
166:10 169:16
169:17 170:23
172:3 173:17
175:17 177:8
182:14,20
184:25 206:9
207:5 208:2
210:5
**gonzalez**   1:21
7:8 212:3,22
**good**   7:2,7 8:9
9:5,6 12:17 19:5
51:12,18 52:20
52:25 57:17
60:5 94:5
104:15 115:14
116:10 135:18
196:11
**google**   156:25
157:1,7,12,22
157:24 158:1,2
158:4,10

**gotten**   191:15
191:15
**government**
30:16,25 107:18
153:16 160:20
171:5,8,11
182:9
**gran**   18:22
**grand**   17:6
**grant**   95:18,19
**granted**   30:2
**great**   208:18
**green**   45:13,21
190:15
**griffin**   1:4,13
3:3 4:12 5:17,18
7:12,12 8:13,20
8:22 9:5,10
28:20 39:4
40:22 41:1 45:4
47:19 48:23
55:1 57:8 59:23
60:21,24 63:1,9
63:25 65:8 67:8
68:20 71:15
76:3 86:4 89:22
93:22 97:8 98:2
98:3 100:3
105:17 123:16
132:12 139:23
146:10 147:3,10
149:11 150:6,9
150:25 166:12
170:6 173:20

175:7,19 177:12
211:21
**ground**   9:14
**group**   1:17 2:14
19:16 192:4
**guarantee**
116:23 124:5,6
**guaranteed**
24:8 93:7
105:24 119:20
**guarantor**
69:24 71:5 72:4
72:6,9,12,19
73:5 106:8
114:15,20,21,24
115:9,11,22,24
116:1,8 119:20
**guess**   34:7,19
42:17 76:25
104:8 116:4
118:20 119:21
121:14 122:14
127:1,20 140:15
141:5 143:14
144:9 152:7
167:21 176:19
181:22 207:10
**gustavo**   20:4,17
76:16 132:13
**guys**   36:9

**h**

**half**   159:4
164:24

**[halfway - hoops]**                                    Page 237

**halfway** 104:22
104:23
**hand** 7:5 8:16
11:13 15:21
35:25 40:11,16
48:21 69:14
71:9,10 85:24
89:17 96:17
100:1 132:10,11
139:21 142:15
146:8 147:1
149:7 150:4,18
166:10 169:16
170:23 173:17
175:17 177:8
182:20 184:25
**handing** 10:21
11:6 22:13
27:22 28:16
36:23 42:23
44:25 47:14
48:8 54:21
59:16 60:17
62:21 63:22
64:23 67:6
68:17 73:10
75:22 91:19
**handle** 88:23
**handling** 110:20
**happen** 119:16
135:17 202:23
**happened** 46:14
57:20 104:3
140:6 146:2

148:16 197:4
**happening** 89:6
129:13
**happens** 209:14
**happier** 146:17
**happy** 61:2
143:21 182:10
**hard** 116:9
**head** 57:16
111:2 122:17,22
**headed** 57:21
**heading** 66:3
**health** 190:20
190:23 203:9
206:23 207:2
**healthcare**
106:6 114:13,15
121:10 153:15
**hear** 13:13,23
**heard** 81:19
**hearing** 8:14
52:6 98:19
**heat** 164:8
**heated** 143:14
**hello** 94:4
**help** 10:13
80:15,16 94:14
107:21 181:18
**helping** 80:12
108:14
**hereto** 212:16
213:13
**hey** 36:8 125:3
131:9

**hi** 40:25 45:8
61:2 65:16 76:9
86:7 90:9 98:4
149:12 166:13
170:7
**high** 202:23
**higher** 136:11
151:15 159:24
202:22
**highest** 24:13
96:4 151:22
159:6 165:4
**highlight**
200:25
**highlighted**
133:25 202:18
**highlighter**
200:25
**highlighting**
187:19
**highly** 211:16
**hints** 34:7
**hire** 65:25 66:7
121:19
**hired** 120:23
**hiring** 137:17
**history** 5:25
170:25 171:4
**hmm** 16:6 17:18
19:21 20:24
48:25 52:15
55:9 57:10
59:12 65:23
66:23 73:14

82:18 84:18
85:3 86:1,6
98:11 107:19
109:8,14,25
115:7 119:2
124:7 128:23
132:14,18 133:9
139:5 143:2
147:6 150:8
157:11 159:14
162:11,20 167:2
172:2 177:10
181:2 183:5
185:12 189:11
189:24 193:11
207:4 210:4
**hoa** 94:8,14
**holmes** 15:11
55:16 64:15
68:2,23
**home** 79:3
160:21 167:18
172:4
**honest** 49:20
127:4
**honesty** 167:22
**hood** 20:2,14,15
58:8 123:15,17
149:12 167:16
173:24,25 174:5
174:15 175:3,8
176:20 177:12
**hoops** 159:9

**[hope - incurred]**

**hope** 51:13
52:20 61:2 86:8
94:4
**hoped** 165:20
**hotel** 31:6 46:13
81:16
**hour** 104:25
209:9
**hours** 209:5
**hr** 29:7,8 77:3
111:2
**huh** 14:20
**human** 43:22
**hundred** 134:8
**hurdle** 31:22

**i**

**idea** 21:3 139:8
**identification**
10:19 11:4
15:19 22:11
27:19 28:13
35:23 36:21
38:16 40:14
42:21 44:23
47:12 48:6
54:19 56:20
59:14 60:15
62:19 63:20
64:21 67:4
68:15 69:12
71:7 73:8 75:19
85:22 89:15
91:17 93:16

96:15 97:23
99:24 132:7
139:19 142:13
146:7,24 149:5
150:2,22 166:8
169:14 170:21
173:15 175:15
177:6 182:18
184:23
**identify** 8:7
**identifying** 32:4
**illustrate**
201:25
**imagine** 52:7
**immediately**
134:3
**immigrating**
60:23
**immigration**
36:11,18 61:4
74:12 85:5,10
91:6 97:17 99:2
102:17 103:2,4
108:7,12 124:20
125:1 153:5
**imminent** 70:16
193:25
**impact** 81:5,20
127:10 128:8
132:24 163:16
**impacted**
145:19
**impacting**
126:17

**impasse** 148:17
**important**
115:19 116:6
124:1 134:2
207:1,1
**impossible**
176:24
**impressed** 38:20
115:14 116:7
**improper** 14:8
**imputing** 194:7
**incentive** 93:13
119:25 145:8
**incentives** 143:4
143:11 144:5,18
146:1 148:13
**incentivized**
144:20
**include** 137:15
203:22
**included** 39:13
90:11 94:7 98:7
106:19 112:15
137:16
**includes** 48:10
**including** 46:23
98:9 155:21
171:1,2 194:8
**income** 71:24
92:8,11,11,25
94:22,24 96:11
121:22 138:19
139:11 151:15
152:1,9 153:18

154:17 190:22
190:22 193:24
194:18 195:13
197:15,23 200:5
202:3,22,23
203:8
**incompetence**
180:13 182:16
**incorporated**
7:13 18:1 22:9
**incorporation**
18:7
**incorrect**
102:19 147:16
155:6
**incorrectly**
95:21 153:7
**increase** 96:7
193:8
**incredibly**
88:10
**incur** 179:24
186:25 189:5
202:17
**incurred** 26:22
27:1 77:4,15
79:7 130:2
163:7 179:8
187:8,20,21
188:3 189:4,18
190:11 195:13
198:22 202:20
203:19,20

**incurring**
126:21 181:9,10
181:11
**indefinite**
206:11
**indefinitely**
84:23
**indianapolis**
29:19
**indication**
136:16
**individually**
72:6
**indy**  175:25
176:8
**indycar**  29:18
35:12 168:1
172:5,8 176:23
**influx**  74:12
**information**
32:4 33:2 36:15
40:1 45:9,18
47:22 48:10
71:16 86:18
87:4,7,18 88:21
90:18 95:20
98:5 102:18
119:10,21
125:25
**informed**  59:3
**initial**  6:8 74:3
80:25 101:2,23
101:24 172:4
185:2 193:15

196:17,21
**initially**  91:13
91:13 93:5
102:6,8 112:5
115:20 153:22
**input**  195:19
**inquired**  112:11
114:8
**insistent**  114:6
**insolvent**
129:11,12
**installments**
95:13
**instruction**
100:17
**instructions**
99:8
**insurance**
190:20,23 203:9
206:23 207:2
**intended**  7:24
32:15 103:20
130:19
**intent**  26:10
**intention**
135:20
**interested**  34:21
212:17 213:14
**interesting**
167:21 193:5
**internally**
110:23
**internet**  46:18
155:5,7,7,8,11

155:13
**interpreters**
209:13
**intimated**  38:8
**introduced**
61:17
**introduction**
37:9
**ip**  178:18
181:12
**ipad**  56:24 57:1
**isolation**  31:1
**issue**  98:19
107:4,17 126:22
162:17
**issues**  26:8
42:18 85:7
101:7 129:9
160:3 167:25
**item**  43:7
162:16,19
203:25
**items**  158:22
165:2 188:7
**itinerary**  63:24
63:25 68:19

**j**

**jack**  40:22
123:16,16 175:7
175:11,11
**january**  38:11
57:24 58:10,11
60:22 61:14

64:1,7,9,12 83:4
83:14 84:1,14
87:6 100:4
129:4,5,6,17
132:15,17
139:23 156:11
156:16 158:16
160:8 164:15
165:9 172:9
173:21 185:21
**jason**  151:6
167:16 170:14
170:14
**jeff**  2:18
**jeopardize**
153:9
**job**  1:22 43:8
63:15 136:25
153:19,25 154:6
154:23,24
**john**  70:7,8
**join**  21:5 67:15
135:16
**joined**  59:9
**jointly**  152:1
**joke**  207:25
**judge**  14:13
**judgment**
209:25 210:7
**july**  47:5 133:19
134:16 136:18
168:18,23 199:1
199:8,16 200:2
200:13 202:1

**[jump - leading]**

**jump** 159:8
**june** 97:9,16,19
  97:20 112:18
  150:15 151:2,8
  172:22 185:18
  192:1
**junior** 16:11
**jurisdiction**
  126:24
**justify** 160:2

**k**

**kartkraft** 18:17
  19:4 20:7,20,22
  20:23 21:3,9,11
  51:16 52:23
**karts** 18:24,24
**katsman** 36:14
  36:17 37:7,11
  39:4,11,25 45:5
  45:16 46:5
  47:18,21 51:23
  60:22,25 61:1
  61:17 62:4,25
  76:25 85:10
  86:5,7 88:14,21
  89:23 90:3 97:7
  97:14,18 98:20
  102:24 103:17
  112:11 125:11
  191:20 197:6
**katsman's** 37:14
**keen** 54:14 55:7

**keep** 11:9
  136:19 158:24
  192:22 202:2
**kept** 111:8,12
  193:14
**key** 39:13
  175:23
**kill** 130:20
**knew** 62:15 79:9
  107:17
**know** 9:24 10:2
  11:10 19:6 22:8
  33:17,17 34:15
  37:20 49:10
  50:2 51:21 53:3
  54:14 55:23
  56:9 68:4 70:7
  71:12 77:5,12
  79:8 80:15 94:9
  101:7 103:14
  107:7 111:7
  124:2 129:25
  130:10,22
  132:25 135:20
  144:1 145:6,17
  148:22 159:11
  159:16,25 160:8
  161:1,4,7
  169:10 174:1,9
  196:1,2 208:21
  208:21 210:12
  211:8
**knowing** 37:22

**knowledge** 12:5
  12:8 13:18 28:5
  37:20 98:20
  212:11 213:8
**known** 143:17
  149:9
**kozko** 5:17,18
  29:1,3,13 33:17
  42:8 48:24 55:1
  55:14 57:8
  59:22 60:5 67:8
  67:20 71:4,16
  73:4 76:1,2,7,9
  79:15 80:4,20
  93:23 98:2,4
  100:3 105:18
  115:9 127:16
  128:25 132:17
  132:20 139:23
  140:10 142:17
  143:3 146:10
  147:3 156:11,17
  158:17 162:12
  165:22 173:20
  173:21,25 174:2
  175:19 187:22
  188:9 190:8
  204:25 205:17

**l**

**l** 15:8 40:4,4
  45:11,14,17,20
  59:1 61:7,7 86:9
  88:14 102:11,15

102:21 103:16
  112:8,10
**la** 172:17
**lack** 98:20
  121:14 122:2
  167:21,22
**language** 34:2
**lastly** 186:24
**late** 20:1 67:12
  67:23 126:5
  129:5,6 207:16
  207:16
**launch** 111:11
  149:24,24 176:1
  176:2
**launching** 59:24
  59:24 176:4
**law** 1:17 2:5,14
  8:24 98:15
  100:23 101:15
  111:1 126:23
  129:16 189:16
**lawful** 8:23
**laws** 8:1
**lawyer** 25:15
  36:11 65:20
  125:4 147:16
**lawyers** 100:14
**laying** 126:21
**leadership**
  54:15 89:8,10
  122:12 192:5
**leading** 21:10

**lease** 5:6 69:22
  72:1 73:5,12,20
  73:21,23 74:4,8
  74:10,21 75:6,6
  81:19 82:4,14
  82:15 91:25
  104:6 114:25
  119:18,19
  136:21 163:9,10
  163:12,20,22
  164:3 165:18
  166:20 167:14
  168:7,11,14,23
  168:25 180:9
  184:3 193:24
**leave** 16:13,19
  16:20 30:1
  33:13
**leaves** 201:9
**lecheminant**
  22:25 23:3,6
  29:2 36:6 37:3
  88:18 93:22
  97:7,13 110:19
  192:19
**left** 134:4
  158:14 168:13
  182:7 197:16
  199:21
**legal** 25:1,12
  27:6 79:3 159:9
  188:1,8 202:11
  202:14

**legally** 130:13
**leisure** 58:22
**letter** 4:8 5:10
  32:12,21 33:3,9
  43:2,19 44:13
  66:20,22,24,24
  66:25 91:24
  92:6,7,20 94:2,8
  94:13,19 95:4
  98:15 100:17
  113:5 121:13,23
  121:25 126:13
  151:8,10,11
  194:4
**letterhead** 69:16
**letters** 180:22
**liability** 158:21
  187:7
**liable** 126:12
  160:18 169:1
  187:2
**licensing** 126:17
**lied** 168:2
**life** 165:20
  208:3
**lifelike** 203:4
**lifetime** 182:15
**likely** 57:15
  67:13 168:9
  211:16
**limited** 21:5
  23:17 178:13
**limits** 170:16

**line** 128:15
  162:15,18
  183:12,22
  190:14 195:5,7
  198:21 203:25
  207:10
**lines** 175:10
  197:25
**link** 98:7
**linkedin** 4:5
  15:22 20:2
**liquidated**
  181:14
**list** 63:7,10 90:7
  91:1 110:2
  151:14 183:9
**listed** 187:15
**little** 16:3 17:16
  18:19 38:21
  51:22 53:4
  98:17 117:17
  131:23 189:9
**live** 15:3 16:14
  116:4 196:7
**living** 134:21
  135:23 136:6
  137:10 201:22
  202:3 203:1,10
**location** 1:17
  34:10 54:17
  142:1 180:4,5
**locked** 31:6
**lodge** 118:12

**long** 16:12 17:8
  31:3 32:23
  72:11 73:23
  129:25 143:18
  152:20 179:17
  206:17
**longer** 155:1
  165:12 176:16
  178:22 181:4
**look** 23:20
  27:23 40:21
  49:21 65:14
  89:23 113:6
  127:22 169:4,12
  180:21 183:6
  197:14 198:20
  198:25 199:11
  201:1 209:3
**looked** 70:22
  137:12 158:8
**looking** 36:9
  51:18,24 52:25
  53:6,21,24 60:6
  60:11 118:13
  144:20 170:4
  172:5 184:13
  185:10 197:12
  201:3 203:8
**looks** 39:11 57:6
  148:12 184:3
**lose** 189:5
**losing** 126:16
**loss** 79:1 133:7
  153:18 154:17

158:25,25 173:1
198:6,21 199:1
199:21 200:1,3
200:10,11
201:10,14
**losses** 77:5,6,8
77:11,15,17,18
78:5,6,8,24 79:1
79:7,17 80:22
81:3,11,14
101:3 104:9
127:8,12,17
128:6,7,14,22
129:19 130:2
131:19 132:10
139:14 143:1,20
144:19 147:15
148:15,24
149:22 151:14
151:15 155:19
155:23 160:6
161:18 162:5,10
162:18 163:3,3
163:5,6,25
164:8 187:8,10
187:23,24 188:3
188:4,9,20,21
188:22,24 189:1
189:2,4,6,7,9,13
189:18 190:1,9
190:10 198:16
198:17,20
203:19

**lost** 77:19 98:9
199:3,5
**lot** 29:20 35:6
40:22 119:21
157:10 169:8
**lots** 176:6
**low** 152:9
202:23
**lower** 93:9,13
119:23,25 120:4
188:6 195:3
**lump** 81:6
**lunch** 104:14
205:7
**lying** 33:8 161:5

**m**

**m** 15:8
**made** 26:21,24
38:9 77:16
78:12,24 82:9
85:4 99:3 103:5
103:5 104:7
105:18 106:14
111:22 115:8
117:9 118:19
122:23 123:15
129:7,24 131:17
135:17 136:15
146:18 150:20
160:24 161:2
162:5,12,25
163:20 171:10
176:20 177:22

180:14,15,18
187:16,18
189:15,20,21
194:24 196:24
202:19 205:2,13
205:21 206:20
**mail** 4:10,11,12
4:14,15,16,17
4:18,19,20,21
4:23,24 5:8,9,11
5:12,13,14,15
5:16,19,20,23
6:5,6 28:18,22
29:9,23,24
30:21 31:24
37:2 38:5,6 39:3
39:7 40:12,18
40:21,22 41:8
43:5,24 45:2,23
46:1,4,5 47:16
60:21 62:13,25
63:2,7 65:7,15
86:4,17,21
89:22,24 91:14
93:21 97:6 98:2
98:14 100:2,7
101:16,17,23
111:14,21,24
112:3,5,8,11,25
112:25 113:3,4
132:12,16
136:18 142:16
142:18,21,22,24
143:7 144:5,12

146:9 147:2
149:8 150:5,25
166:11 168:4,19
168:22 170:5,8
173:18 177:11
192:16 211:8
**mailed** 186:10
191:19,23
**mailing** 60:24
**mails** 38:12
111:15,18,24
112:1
**major** 134:9
**majoring** 17:21
**make** 10:7,10
18:12 19:14
31:14 41:22
51:25 52:18
53:7,21,24 66:3
90:6 99:17
115:17 122:17
126:23 128:3
140:10,23
144:17,22 145:4
145:14 148:20
148:25 156:1
159:17 163:24
175:25 177:3
184:11 205:5
**makes** 159:5
181:25
**making** 24:10
37:9 41:17
122:22 125:19

**[making - meeting]** Page 243

149:22 161:2
167:17 174:16
175:2
**malatova** 5:10
**malavolta** 29:2
29:5 65:8 66:7
93:21 97:8
113:7 121:17
149:10
**malavota** 65:8
65:16
**management**
42:18 154:11,12
**manager** 20:5
43:22 154:8
**mandated**
122:23
**manipulate**
168:2
**manner** 8:1
**march** 21:14
24:2 40:20
43:15 57:17
59:5,7,8,10 67:9
67:23 146:19
210:2,3
**mark** 10:22
11:7 15:22
22:14 27:22
28:17 36:1,11
36:14,17,24
37:7 39:3 40:16
42:24 45:1,8
46:11 47:15

48:9 54:22
56:23 59:17
60:18 61:2
62:22 63:23
64:24 67:7
68:18 69:15
71:10 73:11
75:22 85:25
86:7 89:18 90:9
90:23 91:20
93:20 96:18
98:1 100:2
108:12 112:10
112:11 132:11
139:21 142:16
146:9 147:1
149:8 150:5,24
166:10 169:17
170:24 173:18
175:18 177:9
182:21 185:1
191:20 197:6
**marked** 10:18
11:3 15:18
22:10 27:18
28:12 35:22
36:20 38:15
40:13 42:20
44:22 47:11
48:5 54:18
56:19 59:13
60:14 62:18
63:19 64:20
67:3 68:14

69:11 71:6 73:7
75:18 85:21
89:14 91:16
93:15 96:14
97:22 99:23
132:6 139:18
142:12 146:6,23
149:4 150:1,21
166:7 169:13
170:20 173:14
175:14 177:5
182:17 184:22
**markel** 98:15
99:20 102:3
103:7,8 125:14
125:18 163:22
164:11 189:16
189:18
**markel's** 164:14
**market** 18:15
**married** 15:9
39:22 46:25
47:6 57:16,22
109:3 130:13
**massive** 74:12
**mat** 144:21
**material** 133:7
**math** 183:25
**matter** 7:12
24:22
**maura** 2:4 49:6
**mean** 31:16
53:24 72:17
77:13 88:22

90:16 113:17
115:5 127:7
129:20 136:9
138:4,19 171:7
175:9 183:17
209:1
**meaning** 108:6
188:8
**means** 8:2 9:17
25:19 35:3
65:22 139:10
174:18 178:3
210:20
**meant** 30:14
56:11 86:24
115:15,16 154:3
204:25 210:17
**measures**
129:13
**mechanism**
94:23 117:21
163:25
**mediation**
179:21
**medical** 105:25
106:3,5 116:23
120:7,9 152:4
153:12 206:16
**meet** 30:12
172:24 176:24
176:25
**meeting** 29:18
78:23 162:25

| | | | |
|---|---|---|---|
| **meetings** 88:2 | 54:4,15 55:19 | **million** 159:4 | 85:3 86:1,6 |
| 89:9 | 58:11,11 60:11 | 164:24 | 98:11 107:19 |
| **melbourne** 15:6 | 64:1,5,18 65:1,3 | **mind** 50:6,19 | 109:8,14,25 |
| 16:16,18 64:1 | 67:12,15,23 | **minimize** 81:4 | 115:7 119:2 |
| 68:22 166:19 | 68:22 69:1 | 163:17 164:1 | 124:7 128:23 |
| 167:4 | 73:22 74:9,22 | 167:18 | 132:14,18 133:9 |
| **memo** 184:16 | 81:16,22 92:1 | **minimized** | 139:5 143:2 |
| **mentioned** 24:2 | 96:9 105:20 | 127:13 128:7 | 147:6 150:8 |
| 29:22 54:10 | 106:19 113:17 | **minute** 11:21 | 157:11 159:14 |
| 61:25 62:7 64:8 | 113:18 114:3 | 169:20 | 162:11,20 167:2 |
| 72:4 76:24 | 116:21 123:11 | **minutes** 104:24 | 172:2 177:10 |
| 79:11 101:2 | 123:18 128:9 | **miscalculated** | 181:2 183:5 |
| 127:9 143:19 | 133:6,19 134:22 | 136:5,10 | 185:12 189:11 |
| 144:24 194:25 | 135:3,7,23 | **misrepresent** | 189:24 193:11 |
| 195:2 | 136:6,20 137:10 | 104:2,3 132:22 | 207:4 210:4 |
| **merely** 79:6 | 152:12 165:12 | 143:15 | **modification** |
| 133:25 190:10 | 172:17 188:6 | **misrepresenta...** | 188:1 |
| 201:25 207:10 | 193:3 200:16,18 | 38:9,13 104:8 | **modifications** |
| **message** 5:7 | 200:19 204:8 | 125:20 | 162:25 184:11 |
| 20:2 36:7 37:6 | 206:2,4,14,18 | **missed** 92:4 | 196:1,24 |
| 48:23 59:18 | 206:22 | **missing** 12:6 | **modified** 196:3 |
| 67:18 111:8 | **mic** 50:16 | 13:19,20 | **modify** 44:10 |
| 147:5 148:3 | **mid** 57:15,21 | **mistakenly** | 128:18 |
| **messages** 60:3 | 128:24 129:17 | 180:18 | **moment** 52:9 |
| 75:23 | 131:21 162:12 | **mistakes** 99:3 | 92:3 182:12 |
| **met** 102:9 107:8 | 164:15,21,22 | **misunderstan...** | **monday** 39:4 |
| 176:11 | 190:8 205:1 | 15:1 | **money** 77:19,22 |
| **metrics** 148:18 | **middle** 78:13 | **mm** 16:6 17:18 | 79:20 98:9 |
| **mia** 76:10 | 127:24 190:6 | 19:21 20:24 | 117:23 118:22 |
| **miami** 1:20 2:8 | **midtown** 69:22 | 48:25 52:15 | 127:13 131:23 |
| 2:17 7:16 33:15 | 74:14 | 55:9 57:10 | 148:22 179:22 |
| 34:5,18,23 35:2 | **might've** 155:5 | 59:12 65:23 | **month** 74:7 83:8 |
| 35:5 39:21 42:8 | **migrated** 98:22 | 66:23 73:14 | 87:22 88:7 |
| 51:20 53:2 54:3 | | 82:18 84:18 | 110:15 111:13 |

113:12 152:25
153:1,2 167:3
169:3 176:8
191:13 193:9
197:19 198:8
203:6
**month's**   166:19
169:6
**monthly**   74:14
184:3
**months**   17:10
56:9 73:24
74:16,17 75:1
83:11 84:1,11
87:20,23 90:7
185:13,19 199:7
**morning**   7:2,7
8:9 9:5,6 51:12
52:20 67:9
**motion**   88:11
209:25
**motives**   144:2,3
**motor**   17:5
**motorsport**   7:13
8:10 9:7 17:6
19:13,15,18,18
19:19,19,25
20:7 21:1,5,7
22:17 23:4,8,16
23:25 24:14
25:17,21 26:6
27:10,13,15,17
28:10 29:4
31:21 32:17

33:10 34:8
36:19 37:21
39:17,18,20
41:17 43:10
44:7 58:8 66:6
67:1 70:5,6,16
70:18 72:7,19
75:4,15,16,16
76:19 80:5 82:2
82:21 83:24
84:6 92:9,12
93:19 94:20
96:5 97:17 99:8
100:25 106:4
107:3,15,17,20
108:25 109:9
111:24 115:11
117:22,24 118:5
118:10,13 119:3
119:4,19 120:20
120:23 121:3,19
123:4 124:4,23
128:12 137:4,8
138:24 139:14
141:1 148:13
149:18,23
152:24 154:16
154:18,18
155:16,18 158:1
158:9,12 159:11
164:13 166:23
166:24 167:22
170:18 171:14
177:25 178:5,8

178:11,13,23
179:3 180:11,23
180:25,25
181:17,17
186:23 187:2,16
187:17,17 191:1
193:21,23 194:2
194:16 200:6
202:24 203:14
203:17,21 204:4
205:2,6 207:6
**motorsport's**
124:25 158:5
**motorsportga...**
28:23
**motorsports**   1:7
**move**   28:15
34:16,23 35:2,9
35:15,18 38:18
51:20,25 53:2,7
53:21,24 54:2
55:18 56:22
60:11 68:24
89:13 93:20
97:25 122:6
133:1,6 135:6
135:21 156:3
170:10 208:2,3
210:7
**moved**   67:22
68:2 77:13
81:22 83:19
123:11 138:23
197:9

**movement**
88:11
**moving**   26:14
35:5 80:22
84:21 98:9
172:18 174:3
180:3 188:6
193:3
**msg**   65:25
**msgm**   41:2
**msgm380**   49:22
52:14
**multi**   59:24
**multiple**   175:22
176:14
**mutual**   146:4

**n**

**n**   2:1 3:1 7:1
15:8
**name**   7:4,8 8:9
9:8 15:10 22:4
36:11 71:2,4
103:11
**named**   151:7
**names**   103:9
**nascar**   163:13
164:8 176:23
**natural**   153:9
**nearly**   130:3,5
134:10 139:17
168:20
**necessarily**
26:22 159:25

174:14

**need** 10:2 39:22
49:6 56:24 57:1
61:11 63:10
65:18,19,21
77:19 86:23,25
86:25 90:4,6,8
108:16 121:18
148:9 157:24
158:2,14 164:18
167:19 181:3,13
181:14 192:18
210:10 211:16
211:17

**needed** 55:5
56:11 62:5,14
62:15 87:11
89:5 96:10
101:13 102:4
130:1 193:23

**needs** 126:20

**negative** 200:20
200:20

**negligence**
76:25

**negotiate** 20:6
146:5

**negotiating**
146:21 149:18

**negotiation**
176:6

**negotiations**
21:2

**neil** 179:19

**neither** 212:12
213:9

**net** 197:13,15
198:4,6,6,11,12
199:1,19 200:2
200:5,7,10,11
200:13 201:2,4
201:10,14
202:23

**netsuite** 6:7
98:10 118:6
119:1 140:2,3
183:4,10

**netted** 200:8
203:5,7

**network** 108:25

**never** 26:11
38:2,4 85:7,9
104:8 111:15,18
124:16,20
125:15 128:16
158:20,20,20,21
175:24 178:24
180:9 192:9,15
204:5 208:8,8

**new** 41:14,21
42:13 44:11
51:15 52:22
61:2 66:17
102:2,17,18
119:21 122:7

**nice** 50:2 153:15

**nicholas** 9:10

**nidelis** 1:21 7:8
212:3,22

**niece** 109:3

**night** 34:14
76:14 170:9

**nine** 56:8
133:16 134:13

**nineteen** 156:5
156:7 168:11,13
168:17

**ninety** 152:18
152:19

**non** 10:15

**normal** 128:5
132:5 141:14
156:2,22

**normally**
150:15

**northwest** 1:18
2:15 7:15

**notary** 1:21
7:17 212:1,23

**note** 65:17
157:9 164:10

**notes** 111:23
156:10,14,15,19
156:21 157:10
157:17 158:17
161:20,22,23
162:1

**notice** 4:3 10:25
55:7,17 177:15
182:8 195:14

**notices** 182:16

**notified** 178:7

**november** 21:19
55:2 75:25 82:7
126:6 153:3,11
161:3 173:11
175:21 177:20
177:23 181:1

**number** 7:14
10:22 11:7
26:18 27:23
28:17 32:8
36:24 38:19
43:7 44:4 45:1
48:9,22 52:13
56:23 59:17
62:22 67:7
68:18 70:9
71:11 73:11,25
91:20 96:18
112:6,20 122:6
130:16 132:11
147:2 156:7
160:19 162:15
166:11 170:5,24
173:18 177:9,20
199:9,10,22

**numbers** 194:7

**numerated**
124:3

**numeration**
93:4 116:22

**numerous**
206:21

**[o - okay]**

**o**

**o** 7:1 15:8
**oath** 9:15
**oaths** 7:18
**object** 10:13
49:8 53:10
**objection** 7:20
8:15 10:14
11:24 12:9 13:5
13:10,21 14:3
14:10,18,21
25:1,8,12,22
27:6 44:15
**obviously** 89:4
130:24 136:2
138:20 151:22
173:22 192:24
194:25
**occasion** 175:22
**occur** 176:3
**occurred** 41:25
125:20
**october** 41:8
42:6 43:2,10
45:5 46:4 47:19
53:23 76:23
78:13,14,15
79:16 98:8
102:6,7,7 126:5
127:24 128:2,24
129:17 131:22
161:3 162:5,12
187:23 188:13

188:16,18,22
189:2,12,14,21
190:2,6,6,8,9
205:1
**offer** 66:20
92:20 94:19,25
95:4 121:13,23
121:25 153:19
154:23,24 194:4
204:2 208:1
**offered** 16:20
72:12 73:6
**offering** 143:24
144:4
**offers** 37:12
143:7
**offhand** 34:19
**office** 39:21
90:6 105:20
113:17,18
116:21 118:1
128:12,13 159:6
172:20 180:6
192:10 206:2,15
207:14 210:15
211:6
**officer** 165:4
212:3
**official** 130:22
**officially** 26:7
61:4
**okay** 9:11,13,17
10:17 11:6,21
12:6 13:19 14:2

14:6,14,18,24
15:12,16 16:3
16:10,22,25
17:3,14,16,22
18:16 19:24
20:6,9,14,20,23
21:6,12,16
22:13,18 23:3,9
23:18,20,24
24:1,9 25:19
26:5,11,14
27:10,14,21
29:3,5,8,15,20
30:18,23 32:18
32:24 33:5,13
34:11,23 35:1,8
36:7,23 37:14
38:18 39:9
40:10 41:10,25
42:10,13,23
43:23,25 44:13
45:20,23 46:8
46:18,21,25
47:14 48:3,8,9
49:17,23 50:3
50:25 51:2 52:5
52:8 53:15 54:7
54:21 55:4,13
55:20 56:4,11
57:13 58:10,24
59:10 62:4,8,10
62:21 63:16
64:14,23 65:4
66:13,16 67:19

68:11,17 69:1,7
69:14,23 70:4
70:18,24 71:9
72:13 73:1,10
73:23 74:18,25
75:12,21,21
78:1 80:11
81:10,22 82:21
83:16,23 85:15
85:24 87:1,19
88:20 91:19
93:4,18 96:1,7
96:19,20 99:5
99:19 100:1,13
100:22 101:9,10
101:19 102:2,16
102:23 103:6,12
103:14,22 106:5
106:25 107:13
108:14,19 109:7
109:20 110:6
111:3 113:6
116:14,20 117:7
117:13 118:9
119:1,6,12
120:3,6,22
123:13,20 124:4
124:9,22 125:5
129:2,15 130:10
130:24 131:25
132:3 133:4,23
134:17 135:11
135:22 136:5,19
136:19 137:2,15

**[okay - paid]** Page 248

137:20,25
138:14,17
139:21 140:10
140:17 141:1,15
142:5,15 143:24
144:14 145:7,13
145:22 146:8
147:1 148:7,11
149:7 150:4,18
151:15 152:4,20
153:12,18 154:5
154:14,16,20
155:15,25 156:3
156:24 157:3,14
158:4,16 160:8
161:1,6,23
162:1,4 163:12
163:21 165:6,15
165:22 166:4,23
167:13 168:10
169:16 170:18
170:23 171:13
171:21 172:15
173:5,8 174:25
175:17 177:8,23
178:6 180:21
182:20 183:22
184:13,25
185:13,18 186:4
186:7,12 187:1
188:7,17,17
190:2,12 191:18
192:23 193:8,17
194:6,6,21

195:6,24 196:16
197:1,11,18,24
197:24 199:15
199:17 200:12
201:20 203:13
204:10 205:13
205:22 206:1,13
206:16 207:3,9
207:15,18,22
208:5,7,10
210:21 211:10
211:18
**olano** 7:4 8:5
**old** 15:14 38:24
**once** 59:5 66:8
66:11,11 69:6
81:2 103:21
115:20 120:22
**ones** 91:2 184:7
**ongoing** 149:16
**online** 157:25
158:10 196:14
**oops** 10:22
**open** 31:11,12
166:20
**opening** 21:7
**operating** 182:6
**opinion** 27:7
**opportunity**
43:17 135:12,13
**oppose** 210:9
**opposing** 53:16
**opposite** 139:13

**option** 40:4
102:17 103:19
**options** 40:2,2
45:24 74:13
102:10,11
**oral** 205:14
**orange** 190:16
198:5
**ordeal** 49:6
**order** 211:12
**ordering** 209:18
**original** 77:9
146:19 162:17
**originally**
130:19 136:12
**ought** 34:15
**outcome** 85:14
199:4 212:17
213:14
**outright** 140:25
**outside** 16:23
29:11 83:16
86:12 91:3
111:1 128:11,12
**overcommitted**
176:18
**overrun** 77:4
**oversaw** 123:18
**overseas** 155:8
**oversee** 41:16
**overseeing**
168:1
**oversight** 123:1
123:3,11

**own** 145:7
151:25 181:22
182:14

**p**

**p** 2:1,1 7:1
**p.m.** 1:16 105:7
105:11 169:22
170:1 204:17,21
211:20
**pa** 2:5
**package** 120:16
120:19 166:15
**packed** 67:11
**page** 3:2 4:2 5:3
6:3 12:12,13,17
13:8 22:18
23:10,21 24:17
26:14,15 31:24
37:11 45:25
53:23 60:2
65:15 74:1
94:13 95:8
133:4 137:3
145:11 151:10
151:11,11 156:3
165:2 180:21
183:6,6 184:18
185:4,10
**pages** 11:22
**paid** 37:14,16
37:17,21 38:2,4
76:19 82:11,24
83:1,20,24 84:1

**[paid - person]**

95:13 100:13
103:21,22,23
126:14,16,20
130:2 137:25
140:19 141:3
159:6,6,24
164:15 165:4
167:9,10 170:18
179:2,5,6
183:13,19,24
191:13 198:23
**paper** 38:20,25
49:20 52:13
57:2
**paperwork** 66:1
66:8
**paragraph**
24:19 133:5,14
135:5 137:3
165:3
**parents** 138:9
**part** 22:7 32:2,7
41:19 49:7
69:21 72:8
74:13 80:25
95:24 106:25
108:14 114:17
114:19 115:8,19
120:6,15 121:10
122:6,15 123:10
124:9 127:15
129:7,8 135:9,9
135:11 138:5
148:5,7 157:16

164:6 191:7
194:6,11,15,19
195:8,24 197:25
202:18 206:19
207:1,1
**partial** 169:2
**partially** 78:8
78:10 79:18
**particular**
117:10,12
209:12
**particularly**
89:9 124:1
126:3 166:15
**parties** 7:21
23:10 24:21,25
212:13,16
213:10,13
**parts** 122:11
**pass** 155:12
**passenger** 63:25
**passengers**
134:8
**passport** 32:8
62:2,2
**past** 85:6
**paste** 147:9
**pasted** 157:6
**path** 45:21
**pathway** 45:13
102:13 103:1
**pause** 10:10
**pay** 79:20 80:4
80:5 81:7 82:3

82:22,25 99:14
99:15 100:18
106:23 107:24
107:25 108:2,5
108:6 114:13
127:14 128:7
130:4 138:5,11
139:9,10 145:1
149:24 155:4,21
164:4,13 167:5
167:7,8
**payable** 146:18
150:15
**paying** 80:13
137:15 141:22
190:19
**payment** 75:4
80:23 81:6
83:10 93:10
99:18 108:8
120:1 144:5
**payments** 93:12
112:13 160:24
163:20 184:3
195:4
**paystubs** 4:7
27:25 28:2,6,9
151:20
**pc** 156:22
158:13
**penalties** 160:20
**penalty** 182:8,9
182:16

**pending** 10:4
**people** 40:23
85:9 99:4 103:6
109:4 126:21
130:16 135:16
159:24 175:23
179:20 196:8
205:5
**perceive** 209:12
**percent** 95:13
95:14
**perfect** 104:23
**perform** 69:9
189:8
**performance**
27:1 145:18
**performing**
143:11
**period** 56:8
82:23 89:7
102:22 153:2
158:14 188:10
**permanent**
64:18 74:23
206:2,5
**permanently**
68:12,24 174:3
**permissible**
30:2
**permitted** 7:24
**persisting** 111:8
**person** 111:10
122:19 160:13
174:15

Veritext Legal Solutions

**personal** 32:3 38:6 73:4 118:23 151:25 158:13 171:22
**personally** 63:9 126:12 160:18 182:3
**pet** 136:23
**petition** 89:4 111:12 121:1 124:16,17,21,22 139:15 154:22 186:23 191:2 194:17 197:10 199:2 200:6 202:25 203:18
**petitioner** 125:2
**ph** 58:15 70:7 81:1 173:25 192:4
**phone** 39:11,12 46:11,21 61:23 62:1 101:17 155:4 190:20,23 203:9
**phones** 31:10
**physics** 51:14 52:21 174:13
**pick** 102:12
**pickup** 207:10
**pin** 128:20
**pivot** 73:1
**place** 29:11 54:16 141:7,25

174:4 203:12
**plaintiff** 1:5 2:3 8:13
**plan** 58:25,25 106:4,6 130:18
**planes** 134:6
**planned** 131:14 132:4
**plans** 68:5 180:8
**platform** 118:6 157:25
**platforms** 41:23
**play** 53:11
**played** 50:4,17 52:19 147:13
**player** 59:24
**playing** 122:14
**playstation** 18:23
**pleasant** 31:5
**please** 8:7,16 9:1,8,24 32:11 43:13 76:22 86:10 87:15 94:6,9 98:4 112:6 136:9 140:10,22 155:10 162:8 194:10 206:12 206:14 209:19 211:8
**pleased** 41:1
**pllc** 1:17 2:14

**plus** 24:10 95:12 105:21,23 119:13 127:2
**point** 65:20 84:23 102:5 121:17 125:16 125:18 130:6 131:20 162:6 175:12
**points** 39:13
**policy** 56:7 118:24 141:2,6 141:15,16,20,24 170:13
**political** 42:17 122:14 123:14
**poor** 127:11
**portal** 118:8,11
**position** 16:10 16:19,21 18:9 23:21 41:20,21 42:13 44:6,11 93:8 94:20 95:5 99:13 116:24 122:7 127:11 130:3,3,7 139:16 144:25 145:19 153:21 160:16 161:8 178:10,12 179:3 187:1,4 195:1
**positions** 170:17
**possession** 158:5,6

**possible** 33:14 40:1 56:17 61:6 65:1 148:19,25 157:6 192:15
**possibly** 163:13
**potential** 129:10
**potentially** 125:3 148:5 177:2 194:3
**potter** 100:3,9 100:10 150:6 151:1,1,6,8 166:12,13 167:17 170:5,7
**pre** 77:18
**preclude** 103:18
**precluded** 204:1
**prefer** 45:20 193:5
**preference** 45:10,17
**prepare** 61:5 108:22 195:22
**prepared** 10:25 125:8,9,11,13 196:21,25 213:4
**preparing** 98:5
**presented** 74:13 77:6
**preserve** 32:6
**president** 20:3 57:24 58:7 175:4

**[pretended - public]**                    Page 251

| | | | |
|---|---|---|---|
| **pretended** 128:16 | **proceeding** 7:10 7:23 8:4 48:17 105:10 169:25 204:20 213:6 | **promise** 105:17 106:14,18,25 107:20,22 108:11,14 | 94:23 96:11,11 121:22 193:23 **properly** 182:6 |
| **pretext** 133:7 | | | **proposal** 144:15 145:25 |
| **pretty** 108:10 115:18 153:15 161:8 162:2 | **proceedings** 212:4,6,7,10 213:7 | 113:16 114:24 115:4,8 116:20 117:4,9 119:12 120:6 122:7 | **proposed** 143:10 145:8 146:13 |
| **prevails** 24:23 | **process** 61:5 76:24 85:13 | 123:23 124:10 127:2,16 128:21 | **proposing** 143:3 |
| **prevent** 129:13 | 86:9,23 87:2 88:12 90:1,25 91:4,9 112:10 174:4 191:20 | 129:3,18,21 161:2 162:9 187:9,16,18 189:13,15,17,19 | **proprietary** 21:5 23:17 178:13 |
| **previous** 139:11 153:20 204:2 | | | **protect** 181:22 |
| **previously** 38:10 116:3 193:22 194:19 | **produce** 41:24 71:13 | 189:19,21,23,25 190:3,9 203:21 205:2,6,7,13,17 205:22 206:1 | **prototype** 18:13 |
| | **produced** 7:23 71:13 | | **provide** 49:11 92:10,20 94:18 94:23 95:4 111:6 113:20 121:9,10,25 127:14 193:23 206:4 |
| **price** 211:17 | | **promised** 34:17 138:25 162:5 204:4 206:16 | |
| **primarily** 18:23 | **producing** 16:8 | | |
| **principle** 166:25 | **product** 145:16 149:24 | **promises** 176:19 204:24 205:5,8 | |
| **printed** 171:9 185:8 | **production** 49:24 | **promissory** 12:20,25 | **provided** 26:24 45:9,19 83:19 83:23,24 94:22 121:11,13 145:8 147:17,22 |
| **prior** 24:23 26:20 63:1 110:1 190:18 212:6 | **profession** 18:24 | **promoted** 41:10 111:2 114:11 117:2 | |
| | **professional** 28:22 | | |
| | **profile** 4:5 15:23,25 16:25 70:16 | **promotion** 42:3 42:6 116:25 | **provider** 155:13 |
| **prix** 17:6 | | | **provides** 45:12 155:13 |
| **probably** 42:15 98:22 155:14 | **program** 58:16 58:25 65:5 | **proof** 31:25 32:12 38:10 71:23 92:11,11 92:11,25 94:22 | **providing** 194:3 |
| **problem** 10:12 36:9 85:9 | | | **provisions** 179:4 |
| **procedural** 7:25 | **progressing** 53:8 | | **public** 1:21 212:1,23 |
| **procedure** 118:9 | **project** 35:13 | | |
| **proceed** 45:10 172:17 | | | |

**publicly** 159:12
159:13,22
**pull** 145:6,6
**purchase** 21:3
115:17 117:20
**purchases**
115:17
**purely** 21:8
34:13 72:15
79:4 145:14
148:23 160:1
179:23 203:8
**purpose** 18:11
**purposes**
130:14
**pursuant** 82:4
**put** 14:7,10
93:12 94:20
95:5 117:25
130:7 187:5
203:24
**putting** 110:3,4

**q**

**qantas** 4:22,25
63:24 68:19
**qualified** 212:8
**quarantine**
46:13
**quarantined**
46:15
**question** 9:24
10:4,9,11 14:22
19:5 25:5,8

32:10 100:22
113:22 153:9
154:6 196:11
208:19
**questions** 11:1
14:8 45:14 48:2
90:12 94:10
101:25 112:14
153:6 160:16
208:11,13,15
**quick** 65:18
204:15
**quicker** 45:12
45:21 103:20
**quickly** 165:21
**quite** 54:10
125:24 162:3
174:15
**quotas** 134:6
**quote** 148:5,5

**r**

**r** 2:1 7:1 15:8
**racing** 16:9
18:12,13,21,22
174:23
**raise** 8:16 143:7
186:15 194:8
**raised** 127:21
160:3,21 162:17
176:13 203:15
**ran** 17:4
**rate** 84:9 151:18
188:6 193:12

**rather** 21:23
29:13 51:25
53:7,21,24 81:6
102:10 138:25
148:25 168:3
170:15
**rating** 72:10,20
106:9 114:17
115:2,12,13,15
115:23 116:5
181:23 182:15
**reach** 80:6
210:14
**reached** 20:10
20:12,15,18
**reaching** 39:10
**read** 32:1 51:2,5
51:11 57:4
73:15 92:4,7
133:2 147:7,8
208:16,18 209:5
**readable** 186:3
**reading** 24:6
25:3 30:20
51:12 55:11
67:17 144:8
209:1
**ready** 69:7
**reaffirmed** 85:7
**really** 10:7
35:11 157:17
161:10 168:10
**reapplied** 70:25

**reason** 29:17
48:3 85:19
140:21 178:20
**reasonable**
26:23
**reasonably**
84:20 85:17
129:12 143:14
202:17 203:3
**reasons** 30:2
54:13 92:16
95:19 171:23
**recall** 18:2 19:6
21:13 29:6
30:20 32:22
34:2 41:12
46:12,13 47:25
49:19 52:3
55:10,11 58:5
60:10 64:11
67:17 68:1,5
70:2 74:19 78:3
78:6 80:7 83:4,5
83:11 84:7,8,12
88:15,17 101:21
101:21 103:9
124:8 126:8
129:5,23 131:2
136:13 137:23
137:25 138:12
140:1,5,8,12,22
146:2,16 169:2
171:9 173:7
174:11 175:12

184:11 196:11
**recap** 131:11
**receipt** 63:24
68:19
**receipts** 119:9
**receive** 28:1,6,9
84:20 85:14
93:14 105:20,25
106:3,7,23,24
108:5 120:1
121:2 154:23
197:7
**received** 29:13
65:2 75:13 87:5
91:1 92:12,21
95:22 114:14,16
119:17 121:5
144:12 146:11
154:24 191:2
193:7 195:13
**receiving**
147:16 190:17
190:18 194:16
194:17,17
**recognize** 10:23
11:16 15:23
22:19 27:24
28:17 36:1,24
39:7 40:17
42:25 45:2
47:15 54:23,24
59:18,20 60:19
62:22 64:3
65:12 69:18

71:20 73:16,16
76:3 86:2 89:18
91:20 93:23
97:11 142:18
150:10
**recollection**
67:24 148:11
183:18
**recommend**
208:25
**record** 7:3,9,10
7:20 8:7 9:9
15:10 48:12,15
48:16,19 50:19
51:2,6 71:18
105:4,8,9,12
131:6 161:19,21
168:1 169:19,23
169:24 170:2
171:11 172:12
204:18,19,22
211:19 212:10
213:7
**recorded** 8:2,4
212:7
**recording** 53:20
212:9 213:5
**recordings** 7:23
52:17
**records** 83:12
**recoup** 77:18
144:19 188:5
202:21

**redacted** 32:3,6
32:7
**reduce** 79:19
127:10
**reduced** 212:8
**redundancy**
21:23 177:15
**redundant** 82:9
82:10 177:20,22
180:15,19
181:25
**ref** 4:22,25
**reference** 43:7
111:22
**referenced**
113:5
**references** 79:1
85:4 205:19
**referencing**
94:13,15,15
158:24
**referred** 43:25
44:1 163:10
178:4 179:22
**referring** 78:11
92:3 112:2
136:17 140:9
141:21 155:14
157:17 163:2,5
170:8 171:24
178:9 189:22
194:22
**refers** 143:9
157:10 180:22

**reflect** 15:25
194:7
**reflected** 28:2
162:7,14 193:20
**reflects** 195:5
**refresh** 50:1
**regain** 79:9
**regarding** 39:5
65:9 75:3 78:20
97:8 100:4
107:22 112:13
117:9 119:12
128:21 159:19
185:5 189:13
205:17
**regular** 209:20
209:21 210:23
211:17
**regulations**
134:5
**rehire** 182:1,5
**reimburse**
77:17 78:1
79:16 104:9
127:2,6 160:9
164:7 179:17
188:20
**reimbursed**
27:5 81:12,14
117:20 138:14
149:25 179:7
184:15
**reimbursement**
26:24 28:3

76:10 77:24
78:9 79:18
80:21 81:8,11
83:1 118:2
127:15 128:4,5
131:24 148:14
160:7 179:24
**reimbursements**
141:13
**reimbursing**
155:23 163:19
163:21
**reinstate** 180:20
**reiterating**
144:9
**rejected** 72:22
72:23 119:18,20
139:22 140:18
140:20 183:23
**rejection** 140:6
140:25
**rejections** 126:2
**related** 17:7
26:19 108:24
119:11 128:5
173:13 179:18
203:22 205:11
212:12 213:9
**relates** 117:22
**relating** 43:14
**relation** 179:8
**relationship**
109:1

**relative** 200:2,9
200:10 202:3,8
212:15 213:12
**relatively** 85:12
**release** 18:20
145:20 149:1
**relevant** 17:1
49:7,10 53:13
**reliance** 129:18
**relied** 107:5
109:5 116:13
187:16,18
**relocate** 55:19
105:19 113:16
113:17 116:20
135:3,18,19
136:11 187:9
206:1,3,4,14
**relocating** 68:11
137:16
**relocation** 33:15
34:12 42:1,4,8
42:10,14 64:18
72:8 80:25 96:9
104:4 106:19
113:23 133:21
134:18 166:15
172:19 189:23
190:19 194:9,19
194:21 203:15
205:19 206:2,20
**rely** 129:21
208:5

**relying** 187:8
203:20
**remain** 43:15
44:14 160:17
**remainder**
169:4
**remains** 13:8
**remember** 52:2
60:9 64:14
67:16 76:17
86:15 98:12
100:7 139:24
142:18 165:22
166:21 174:6
177:16
**remind** 130:10
192:2
**reminded** 192:3
192:3,5,16
**reminder** 66:2
**remittance** 98:5
**remotely** 154:14
**remove** 181:18
183:22
**removed** 180:19
**removes** 56:8
**remuneration**
95:11
**reneged** 129:3
144:11
**reneging** 127:1
160:2
**rent** 74:10 75:4
77:23 78:2

79:18,24 80:13
80:16,23 81:9
81:11,12,15
82:4,12,22 83:4
83:8,15,25 84:3
84:22 155:17,17
155:24 168:11
169:6 190:20,22
203:1,9
**rental** 160:6
**repeat** 32:10
46:3 86:20
114:19 194:10
**rephrase** 9:25
56:16
**reply** 148:2
**report** 5:4 6:7
69:16 139:22
183:4
**reported** 1:21
126:1 175:11
**reporter** 7:6,7,8
8:14 9:1 10:7
11:11 40:12
50:7,11 208:16
208:20,23
209:17,20,22
210:14,18
211:14,18
**reporting**
175:10
**represent** 8:10
9:7 25:16 183:3

**representable**
19:10
**representation**
110:25
**request**   29:13
32:15 69:16
99:11,11 168:18
172:4,9
**requested**   91:24
92:10 93:6 98:7
99:13 104:4,5
117:25 124:5
196:20
**requesting**   87:4
87:7,11 111:12
**requests**   150:20
**require**   27:4
30:25 61:8
86:10 87:8,9,10
140:24 142:1
**required**   30:23
63:8 87:15 90:5
107:9 109:9
110:13 121:22
125:17 126:1
167:24 170:14
178:19 179:16
**requirement**
30:12
**requirements**
51:23 53:5
107:7,8 120:13
178:16

**requires**   29:25
86:22
**research**   137:9
**resident**   120:10
**residing**   134:25
**resign**   153:25
**resigned**   136:25
153:21
**resolution**
161:14
**resolved**   165:21
**resources**   43:22
**respect**   24:22
138:3 161:12
179:2
**respectively**
61:7
**respond**   13:14
46:9 48:4 60:5
90:4,9 111:13
112:19 113:11
**responded**
36:14 76:13
112:17 113:11
**responding**   46:1
**response**   13:13
13:23 37:11
39:25 46:5 60:3
60:4 63:1 91:14
112:25 113:2
143:6 144:9,14
144:16 149:17
150:19 167:23
168:19 176:17

**responses**   10:15
10:15
**responsibilities**
123:19,20 124:2
182:2
**responsibility**
124:25
**responsible**
16:8 29:7 88:19
91:2 95:25
110:17 182:3
192:22
**rest**   53:13 79:21
80:9
**restart**   50:6
**restate**   162:8
**restrained**
31:18
**restricted**   29:12
**restrictions**
29:10
**resubmission**
140:24
**result**   134:7
197:13 198:11
198:12,13
202:25 203:18
**resulted**   133:7
**retainer**   37:19
100:20
**retaining**
100:14
**retaliation**
127:4 161:15,16

**retaliatory**
125:24 140:16
160:4,23
**return**   31:1 62:1
62:6 167:1,20
167:25 172:4
**returned**   153:13
173:11
**returning**
172:20
**returns**   181:13
**revenues**   19:3,5
**review**   90:4
209:2
**reviewed**
162:23
**reviewing**   178:8
**rid**   57:1
**ride**   207:12
**right**   8:16 9:18
10:21 12:11,24
13:7 14:25 15:9
18:9 20:7 22:6
22:13 23:11
25:20 26:11,14
27:4,12 28:1,15
28:25 30:13,19
30:21 32:13
33:3,6,13 34:2
35:15,25 37:9
40:10 42:23
44:4,14,18,25
46:1,25 47:24
50:3,15 51:10

**[right - second]**

53:18 54:21
56:13 57:7
58:11 59:16
60:17 63:22
64:23 65:7,14
66:1 69:7 71:10
72:1,22 73:6
76:20 78:7 82:5
83:23 87:6
89:17 91:12
93:19 94:1 95:1
95:17 96:9,17
97:6,25 99:8
100:20 101:13
106:18 107:1,14
107:18 109:18
109:21 113:15
114:4,25 119:7
121:5 131:11
132:9,9 133:8
133:21 134:21
134:23 135:1
137:20 140:5,17
140:19 141:17
143:25 145:9
148:8 152:12,18
158:6,17 160:10
161:3 162:4
163:10 168:5
169:16 171:23
173:17 174:5
178:23 179:25
180:10,24
184:19 186:1,5

187:3,14 188:11
189:20 190:12
193:4 194:9
199:7 201:19
203:1,11,16
206:2 209:2,9
210:1
**rings**  52:4,5
**risk**  70:15 153:5
182:14 193:25
**rivera**  213:3,20
**rmit**  17:15,21
**roche**  20:4
132:13
**role**  41:14 57:25
110:20 114:11
114:12 122:10
122:16,20 123:1
123:2,8,9
135:13 154:9
177:19 179:8
**room**  31:6
**roughly**  183:16
183:19 184:1
**routinely**  192:6
192:7
**row**  172:6,13,14
172:19,21 195:7
197:21
**rug**  145:6
**rules**  7:25 9:14
**ruling**  56:7
**run**  98:24 211:5

**s**

**s**  1:5,8 2:1,3,12
**salary**  143:10
190:16 194:25
195:15 203:25
**sale**  20:7 188:2
188:9 202:15
**sales**  202:11
**sanctions**  33:6
**satisfactory**
26:25
**saunders**  43:20
177:12
**save**  145:16
**saved**  162:24
**saw**  44:2 45:23
49:20 63:2
111:15,18
176:14
**saying**  36:8 52:2
61:1 65:16
79:15 81:13
87:8 98:4 107:6
120:20 127:2
139:3 140:21,22
144:4 146:22
165:13 173:25
174:22 196:22
198:15
**says**  25:15 30:21
33:9 39:12
40:25 43:5 45:8
51:13 57:13

59:23 67:9 74:3
76:9 100:13
147:10 156:10
158:19 162:22
163:14 164:22
166:13,25 170:7
174:5 175:20
183:7 184:10
195:7 198:4
208:3
**scenario**  77:11
195:18 199:5
201:13 202:7,9
**scenarios**
186:17
**schedule**  23:20
43:7 51:20
101:25
**scheduled**  53:2
**scope**  117:3
**score**  116:5,9,10
116:17,18
182:15
**screenshot**  36:5
75:23 173:23
**searching**
110:25 134:12
174:4
**sec**  126:1 129:8
**second**  40:5
48:13 50:20
57:4 70:1 71:2
123:10 133:4,14
137:3,3 146:18

**[second - signed]**

164:6 184:18
186:21 189:25
190:2
**section** 94:3
**secure** 102:15
180:7
**secured** 75:8
76:14 106:10
122:19,19
**see** 10:9 12:13
12:22 23:10
24:16 26:15
27:2 28:8 33:11
34:20 37:3
39:10,14 40:2
41:5 43:3 44:20
44:21 45:6 46:1
46:2,6 47:18
48:22 49:1 52:8
52:12 53:22
54:25 57:11,17
60:6,10 63:4,11
65:15 66:4
73:25 74:5
75:24 89:24
94:2,6,12 97:13
100:5 102:8
111:7,13 112:7
114:7 128:17
131:22 136:14
140:2,7 142:24
143:6 148:9
156:8,11 170:10
181:3 184:14

191:11 198:3,6
199:15,18,25
200:1 201:11
204:16
**seeing** 36:9
**seek** 149:20
**seem** 55:13
183:15
**seen** 33:23
61:16 87:5
109:12 133:3
**selected** 101:1
**selection** 99:20
100:22
**selling** 79:2,2
**send** 36:10
38:12 43:5 51:2
90:7,14,18,22
90:23 109:20,22
109:23,24 131:7
**sending** 28:25
29:1,8 37:6
40:20 90:10
91:6 94:1 97:14
97:17 99:7
**senior** 42:18
43:22 89:8
**sense** 141:19
159:5
**sent** 32:25 37:3
37:5 38:10 39:4
45:4 46:5 66:25
110:12 112:4,5
132:17 139:23

143:12,22 170:8
**separate** 25:24
117:19 121:21
**separately** 81:2
**september** 36:8
37:4 39:5 40:8,9
45:25 46:2,5
61:17 106:13
115:4,6 117:7
134:16 175:25
189:20 194:24
195:17,20 205:1
205:13
**series** 174:23
**seriously** 207:24
**services** 37:15
38:3,4 99:15
126:15 145:2,3
164:14
**setting** 99:2
**seven** 184:2
**several** 19:15
58:17 62:7
78:24 187:25
196:1,8
**shared** 40:25
128:15 162:21
162:21
**shareholder**
109:1,2
**shareholder's**
109:3
**sharepoint**
158:9

**she'd** 98:25
**sheets** 158:11
186:5
**shell** 181:7
**shipping** 166:21
**shortage** 74:9
**shortly** 142:24
**show** 17:6 50:25
51:19 53:1 79:5
92:25 112:1
186:16 188:25
**showed** 78:24
186:17 188:12
188:16 190:5
**showing** 52:12
113:7 198:14
**shown** 208:3
**shows** 112:22
**shut** 21:25
178:20 179:25
181:3 182:7,11
**shutting** 181:18
**side** 69:10
163:10
**sides** 116:14
**sign** 27:14,16
34:22 66:17
182:13
**signature** 22:19
43:24 212:21
213:19
**signed** 43:19
129:25 130:1

significance
9:21
significant
74:16 77:4 88:3
89:7 126:11,22
151:13 158:13
160:19,20
193:13
significantly
81:18 126:18
similar 18:22
32:24
simple 108:11
197:14 202:2
simulator 17:4
18:21
simulators 17:4
sing 66:2
single 34:14
169:3,6 203:25
sir 164:19
sit 209:4
sitting 33:16,22
situate 201:13
situation 88:5
118:21 129:22
168:3 175:22
208:22
six 56:8 110:15
134:7
skills 212:11
213:8
small 130:15
185:9 186:3

smaller 131:12
software 126:16
sold 19:7 20:20
20:20,23 136:22
136:24
solution 160:13
solvent 160:17
sony 18:23
soon 54:5 56:17
65:1 84:21 85:1
123:16,17
160:21 192:15
sooner 51:25
53:7,21,24
sorry 10:22
13:23 14:24
20:17 25:7 30:5
33:20 42:5 46:3
55:17,25 58:3
61:1 62:3 75:9
86:20 88:22
90:16 96:17
102:7 106:2
111:17 112:20
113:21 115:5
118:15 122:18
132:10 150:14
150:24 156:7
162:8 166:6
167:8 168:12
190:14 194:10
210:16
sort 118:20
135:15 192:16

sounds 67:19
southern 1:2
speak 10:8
19:14 103:7
112:12 137:20
137:23 144:1
145:6 149:15
speaking 51:22
85:10 147:8,17
196:25
speaks 167:21
180:13
specific 140:8
205:3
specifically
41:19
specifying 87:18
spell 15:7
spend 170:9
split 119:25
spoke 70:6
103:10 192:18
spoken 101:4
149:14
sponsor 116:21
137:7 154:19
sponsored
111:10
sponsorship
106:7,20 107:1
107:24,25
108:10,20
110:18 113:20
113:25 114:10

121:9 124:10
137:18 138:25
154:21 189:20
204:3 206:4
sporadic 17:11
spreadsheet
78:23,25 98:8
128:25 162:23
163:4 183:7
184:4,14,17
185:5,9 186:13
187:5 188:16,25
190:5 195:22
square 16:24
squared 66:4
stack 57:1
staff 181:25
stamp 49:21
196:12
standard
120:15,19
stanley 179:19
start 21:12 24:1
49:5,9 81:15
86:10,25 87:1,8
87:10,12,15
89:25 90:25
91:4 126:20
137:3
started 20:6
82:19 88:11,13
90:4 117:15
125:19 171:14

**[starting - supplied]**

**starting** 38:12 91:9 195:20
**starts** 40:22 133:5 185:13
**state** 7:19 9:8 15:10 112:6 133:6 135:6 163:8,8 168:23 172:12
**stated** 116:22 117:11 143:16 155:16 187:22 197:6
**statements** 161:5 174:16
**states** 1:1 24:1 29:16 39:6,23 60:23 94:4 115:21 116:5 117:16 120:16 137:5 138:23 149:12 153:20 165:25 171:5,11 180:22 196:19
**stating** 107:6,7 142:25
**status** 59:4,11 69:6 86:13 172:11
**stay** 17:8 57:15 75:1 125:22 127:3 152:20 159:3 164:17,20 164:23 165:14

**stayed** 57:20 72:11 77:12 134:10 138:22 186:19 193:3 197:2 199:3 200:4,12 202:1
**staying** 114:18 114:22 200:16 206:9
**stenographic** 8:2
**step** 74:16
**steven** 20:2,14 20:15,18 58:8 123:15,17 149:14,16 166:14 167:16 167:23,24 170:14 173:24 173:25 174:15 174:17 175:3 176:19 177:12 180:8
**sticker** 38:21
**stipulated** 103:4
**stipulation** 8:3
**stock** 25:24 26:3 26:5,11 95:18 95:19,20,23 96:3
**stolen** 179:22
**stop** 104:15
**stopped** 50:5

**storage** 180:2,4 181:10,11
**storing** 178:17
**story** 99:1
**straightforward** 45:13 85:12
**stranded** 134:12
**studio** 21:9,25 23:23 43:10 44:7
**studios** 41:2
**study** 17:12
**stuff** 158:19 160:9
**subject** 24:22 39:6 60:22 112:8 149:15
**submit** 94:8 96:11 103:24 104:11 118:4,7 118:10,18 119:6 119:8 141:10 142:4,10,11 163:9,10,14
**submitted** 77:9 100:16 118:16 118:18 139:25 140:3 183:10 184:5,5,12 196:17
**subsidiary** 22:3 22:4
**subsidized** 153:15

**substantially** 123:22
**subtract** 198:1 198:11 199:20
**subtracted** 199:10
**suffered** 139:14 147:15
**sufficient** 115:12 127:13
**sufficiently** 124:3
**suggest** 146:15
**suggested** 29:17 34:15 77:20 79:19,21 81:5 92:19 98:23 99:3 103:17 127:12 155:22 163:16 164:1
**suggestion** 101:4 164:4
**suite** 1:19 2:7,16 7:15
**sum** 81:6
**summary** 133:6 183:7 209:25 210:7
**supersedes** 24:23
**supervisor** 175:6,7,8,10
**supplied** 70:9

**[suppliers - terminated]**                                    Page 260

**suppliers**
126:15 145:3
**support** 91:24
194:5
**supporting**
104:5
**suppose** 65:24
173:24
**supposed** 30:11
147:17 176:2
**sure** 10:5,10
19:21 32:5,12
35:21 48:14
62:10,11 64:10
66:3 85:15,17
90:6 107:16
116:11 124:24
126:23 141:18
144:17,22 145:4
148:20,25
149:23 154:7
194:11 196:12
199:8
**surgery** 153:16
154:1
**surplus** 197:16
197:20,21
**surprise** 70:14
112:14 175:20
175:23
**surprised** 70:21
**suspended**
126:14 145:3

**suspension**
51:15 52:22
**sustain** 131:20
151:12,13
**sustained**
143:21 144:19
**sustaining**
158:24
**swear** 8:15,16
**sworn** 7:21 8:23
212:6
**sync** 173:23
**synced** 211:3
**system** 83:12
151:23 184:9

**t**

**table** 156:8
**tactic** 160:1
**take** 7:9,17 10:3
18:14 21:11
27:23 30:18
43:17 46:8 57:4
57:5 77:22
81:21 92:3 93:9
97:2 104:14,20
116:15 126:25
129:12 130:16
133:2 156:21
157:9 176:16
191:20 197:13
199:7,8 204:15
**taken** 7:12
31:21 151:21

171:12 212:4,14
213:11
**talk** 101:25
107:13 176:6
187:7
**talked** 101:3
116:2 117:1
206:23
**talking** 28:3
35:13 107:8,14
121:22 122:5
161:25
**tax** 62:1,5 77:2
77:18,24 81:7
98:21 137:5,16
151:16,18,21,24
152:2,9 155:21
163:18 164:4
186:19 188:6
190:17,22
197:15 198:5
201:14 202:21
**taxes** 137:4,11
**team** 21:10
48:24 54:15
57:7 119:10
156:10 172:24
**teams** 4:9 5:7
6:4 36:5 55:1
59:18,21 75:23
147:4,23 173:20
192:12
**technical** 41:17
41:22 123:1,9

**technology** 8:5
41:2,11,15,23
43:9 44:7 52:10
114:11 116:24
117:1,3 122:8
122:16,18,18,22
122:24 123:6,7
123:19
**tell** 9:17 14:5,15
16:3 17:16
18:19 71:22
82:12,24 98:17
118:4 129:23
132:19 137:13
199:9,13,14
210:1,22,23
**telling** 63:6 66:7
109:5 165:11
173:21 177:18
**temporary**
166:19 167:3
**ten** 87:20 95:13
209:20,22,22,24
**tentative** 51:20
53:2
**term** 70:13 74:3
122:2
**terminate** 65:21
121:18
**terminated**
21:20 82:7,9
110:14,15,19
165:23 177:21

**[terminates - time]**                                                    Page 261

| | | | |
|---|---|---|---|
| **terminates** 181:25 | **thereabouts** 21:15 64:13 | 122:5 126:9,25 128:14 129:4 | **three** 12:20,25 13:8 24:7 58:21 |
| **terminating** 136:21 | 74:19 161:10 | 131:22 134:3,7 141:23 142:2 | 73:25 97:1 102:13,22 133:5 |
| **termination** 21:23 169:11 | **thing** 10:14 53:10 153:24 | 143:19 144:23 148:18,19 | 166:17 170:9 186:17 188:7 |
| 180:24 | 157:18 174:22 190:25 209:1,2 | 151:21 152:22 153:3,4,17 | 191:21,22 197:7 200:22,23 |
| **terms** 22:21 43:13 44:10,13 | **things** 89:6,13 106:24 109:10 | 155:6,12 158:2 158:10,23 | 210:19 **thresholds** |
| 107:9 117:12 146:21 179:9,13 | 113:21 115:25 116:2 117:20 | 159:22 160:18 162:22 165:8,24 | 159:20 **ticket** 4:22,25 |
| **terrible** 130:5 160:15 | 133:2 137:19 143:12,19 149:2 | 166:2 167:24 168:25,25 169:9 | 63:23 68:18 **time** 1:16 7:2 |
| **testified** 8:24 | 153:7 193:6 | 170:13 171:16 171:16,17 | 8:6 9:12,13 16:12 17:11 |
| **testifying** 212:6 | **think** 16:12,23 18:1,2 19:7 20:5 | 173:12,19 176:6 176:22 179:19 | 19:6 20:5 21:11 21:22 23:8 26:9 |
| **testimony** 8:17 83:7 211:20 | 20:16 21:14,15 22:7 34:14 35:7 | 179:21 184:15 187:14 188:14 | 28:24 29:10,14 29:16,17 32:23 |
| **text** 36:7 37:6 57:6 67:9 | 36:5 48:2 50:5 56:7 58:5 61:24 | 190:5 195:11 196:1,8,23 | 33:10 34:12,13 34:24 35:13 |
| **texted** 36:12 | 62:14 63:14,17 67:25 74:11 | 200:24 207:14 207:16 208:10 | 36:19 37:4 39:12,22 41:12 |
| **texts** 173:24 | 76:23 77:7 78:14 79:22 | 209:4 | 41:16 42:11 |
| **thank** 8:14 9:1 15:17 19:9 45:8 | 80:1,10 81:17 83:25 84:9,25 | **thinking** 53:4 **thought** 74:22 | 46:14,19 47:1 48:14,18 52:18 |
| 48:21 60:5 61:1 67:10 76:14 | 85:8,13,19 87:25 88:9 92:2 | 74:25 122:1,3 136:12 147:19 | 53:3 54:16 55:6 55:21 56:6 57:5 |
| 90:10 96:23 105:13,15 170:4 | 94:19 95:19,22 97:19 98:25 | 149:3 155:1 **thoughts** 35:4,6 | 58:1,2 59:11 61:3 65:2 66:11 |
| 204:24 211:7 | 102:6,7,14 103:9 104:20,22 | **thread** 4:12 39:10 40:21 | 69:1 70:14 71:2 72:10 74:9,12 |
| **thanks** 39:12 96:25 166:13 | 109:2 111:2,20 112:4 113:4 | 65:15 89:24 | 74:15 77:10,20 |
| **theft** 179:23 **theme** 176:18 192:6 | | | |

**[time - traveling]**

80:13,18,20
84:10,22,23,24
88:3,7,9,19 89:6
89:12 90:22
91:4 92:14,19
92:20 94:18
96:5,8 99:12
101:9,12 102:14
104:1,15,24
105:7,11 107:10
107:12 110:21
111:2 115:3,4
116:15 118:21
121:24 122:12
123:16,23,25
125:21 127:11
128:9 130:5
133:2 134:9,19
134:21,24
135:24 136:3,13
136:15,16
137:10 143:18
152:23 153:17
154:2 155:6
156:16 158:14
160:16,18 161:1
161:4,24 169:22
174:13 175:4,11
175:12 176:7
180:17 188:10
188:12,15,25
190:17,18
192:19 202:4
204:5,17,21

205:5,9 207:15
211:17
**timeline**   116:19
128:20 209:21
**timelines**   144:24
**times**   31:8
108:24 109:4,5
152:24 176:10
176:15 192:7
**timestamp**
162:24
**timestamps**
128:17
**timing**   87:24
148:18
**title**   29:6 43:8
154:7 180:17,18
**titled**   150:9
**titles**   123:25
**today**   11:1
51:18 52:25
100:14 150:14
166:16 171:1,2
171:3
**today's**   211:20
**together**   68:4,6
68:7,8,9 110:3,4
126:25 162:23
187:5 192:10
**told**   62:4 102:19
116:13 120:21
164:17 175:24
**tomorrow**   76:16

**took**   57:25
68:23 81:19
111:13 123:18
131:23 134:13
140:16 141:25
161:20,22
168:20 205:19
207:24
**top**   26:15,15
65:10 74:1
155:22 163:18
164:4 165:3
**total**   25:25
95:16 201:18
**touch**   19:12,24
**touring**   174:19
174:23
**toward**   136:17
**towards**   161:9
**tracked**   42:16
**trade**   129:11
**traded**   159:12
159:13,22
**trading**   129:11
**transaction**
140:8
**transcribe**   49:5
53:17
**transcribed**
10:6,16 50:21
50:23
**transcriber**
213:1

**transcript**   7:22
51:12 211:15
213:4,6
**transcription**
51:1,5,7,11
**transcriptionist**
212:9
**transfer**   39:21
66:11 99:7
151:2,7
**transferring**
42:17
**transpired**
195:11
**transport**   180:3
**travel**   4:8 5:25
26:16,18,19,23
29:10,11,14,20
30:2,3,11,14,15
32:13,15 58:4
58:22 86:12
89:12 117:25
133:15,19,24
141:11 142:1
153:8 170:24
171:4 172:23,25
173:13
**traveled**   64:14
88:2 135:25
152:11,15,16,23
**traveling**   31:14
31:18 46:10,12
65:2 117:15
134:22 171:14

**[traveling - understood]**                                                      Page 263

173:3,5,9 174:1
**trend** 191:6
**tried** 110:22
  180:20 182:4
**tries** 182:1
**triggered** 26:12
**trip** 30:4,5
  31:20 59:2
  171:1 172:20
**triple** 182:23
**trips** 171:10,13
  171:17,19
  172:22
**trouble** 121:15
  122:4 194:3
**true** 11:23 12:1
  13:9,13,16 54:4
  136:12 212:10
  213:6
**trust** 53:16
  174:17
**trusting** 59:21
  209:15
**truth** 8:18,18,19
  9:18 104:3
  143:15
**truthful** 33:2
  127:5
**try** 50:15,18
  51:3 52:18 69:5
  160:2,24
**trying** 54:3,4
  80:19 128:20
  149:20 150:20

160:12 180:7
**tuesday** 67:11
  67:12,14
**tune** 160:22
**tuning** 51:15
  52:22
**turismo** 18:22
**turn** 12:12 60:2
**twelve** 74:17
**twenty** 46:8
  95:13
**twice** 186:1
**two** 40:1,2
  46:15 47:25
  60:3 63:6 93:12
  94:1 95:13
  102:11 103:2
  114:12 120:1
  122:11,11,25
  123:8 127:1,20
  133:5 134:3
  136:23 157:7
  160:3 162:16
  165:24 186:5
  191:21,22 195:3
  197:7 198:14
  201:6 204:24
  205:25
**type** 161:24
**typer** 155:5,6
**typewriting**
  212:8
**typically** 117:13
  118:17 125:1

140:18 147:23
173:10 176:16
184:8 197:6

| **u** |
| --- |

**u** 15:8 70:7,8
**u.k.** 58:4 67:13
  172:20 174:24
  180:18
**u.s.** 56:7 58:21
  59:5 63:11
  65:25 69:6 77:3
  78:5 86:11
  87:20 90:5
  98:23 99:1
  137:17 152:2
  171:4 174:1
  201:19 206:25
**ultimately** 88:19
  89:2 92:16,24
  110:17 128:15
  132:25 135:14
  138:23 139:15
  144:18 160:14
  180:8 187:18
  188:5 192:21
  202:20
**umbrella** 22:8
**unable** 153:19
**unclarity**
  175:25
**unclear** 147:21
  147:25 148:4

**uncommon** 99:1
**under** 7:24 9:15
  35:11 41:21
  44:12 58:14,15
  58:24 65:21
  88:18 106:3,6
  121:18 170:16
  179:9,13 184:10
  184:16 190:15
  192:25 194:11
  195:18 197:14
  198:11 199:4,11
  199:16,19
  201:12
**underneath**
  191:3
**understand**
  7:21 9:14,23
  13:3 14:1 15:9
  17:22 25:11
  50:7,10 56:1
  66:16 80:19
  86:19 107:3
  118:15 124:24
  175:20 180:12
  199:8
**understanding**
  24:24 25:14
  45:11 56:4 66:9
  75:3 77:1
  120:25 122:21
  146:5 206:17
**understood**
  22:1 27:11

**[understood - visa]**                                          Page 264

| | | | |
|---|---|---|---|
| 50:11 59:10 | **university** 17:13 | **valid** 30:1,15 | 211:9,11,19 |
| 95:8 116:14 | 17:20 62:3 | **variation** 43:6 | **visa** 40:1,2 |
| 120:22 208:19 | **unreasonable** | 191:5 | 45:11,14 47:22 |
| **underway** 111:9 | 160:13 | **various** 17:6,10 | 53:5 55:20,24 |
| **unemployed** | **upset** 144:10 | 34:7 95:19 | 56:2,12,17 |
| 55:24 56:2 | **urgent** 29:13 | 133:1 151:24 | 58:13,14,15,24 |
| **unfair** 158:24 | 54:11,12 | 205:19 | 65:2,4 66:12 |
| **unfortunately** | **usa** 27:15 39:6 | **vehicle** 21:8 | 69:2 75:8,13 |
| 177:19 | **usd** 24:6,8 77:8 | 51:15 52:22 | 76:24 77:6,14 |
| **unfulfilled** | 79:25 93:5,6 | **vehicles** 115:18 | 78:2 80:11,14 |
| 203:21 | 105:24 195:4 | **venue** 76:14 | 80:17 81:2 82:5 |
| **unintelligible** | **use** 10:14 18:25 | **verbal** 10:15,15 | 84:17,20,25 |
| 39:14 42:24 | 38:20 94:8 | 87:16 141:9 | 85:14 86:9,19 |
| 50:14 51:6,8 | 98:24 102:14,21 | 142:3,6 192:13 | 88:14,24 89:3 |
| 52:9 53:6 76:15 | 103:5 108:12 | 205:24 | 92:20,21 94:21 |
| 78:7 79:23 | 118:7,23 145:5 | **verified** 103:3 | 95:1 97:8 98:6 |
| 88:16 95:21 | 189:16,18 202:1 | **veritext** 7:9 | 100:4,14 102:4 |
| 99:13 102:10 | **used** 32:21 | **version** 157:19 | 102:13 103:24 |
| 106:21 107:18 | 70:13 94:23 | 196:14,22 | 104:11 106:11 |
| 117:12 126:19 | 98:23 119:1,5 | **versus** 7:13 | 106:20,21,24 |
| 129:10 157:18 | 157:2 180:6,6 | 198:23 199:3 | 107:1,4,18,21 |
| 161:17 174:22 | 186:20 199:22 | 201:4 202:7 | 107:22,23 |
| 182:5 188:14 | **uses** 7:24 151:25 | **viable** 181:4 | 108:13,18 109:7 |
| 191:24 208:12 | **using** 41:23 | **victoria** 17:19 | 109:9 111:3 |
| 208:23 209:10 | **usually** 120:9 | **video** 8:4 210:24 | 112:8,10 114:1 |
| **united** 1:1 29:16 | 203:10 | 211:12,13 | 114:14 115:24 |
| 39:6,23 60:23 | **utilities** 169:12 | **videoconferen...** | 116:21 120:23 |
| 115:21 116:5 | **utility** 154:25 | 30:7 | 121:2,5 130:14 |
| 117:15 120:16 | 155:4 | **videographer** | 139:4 152:17 |
| 137:5 138:23 | | 7:2,5 48:14,18 | 153:5 154:19,22 |
| 153:20 165:25 | **v** | 104:17 105:7,11 | 171:15 186:22 |
| 171:5,11 | **v** 1:6 | 169:19,22 170:1 | 191:8,15 192:15 |
| **units** 19:7 | **valentina** 7:4 | 204:17,21 | 197:3,7 200:6 |
| | 8:5 | 210:24 211:2,5 | |

**[visas - word]**                                    Page 265

**visas** 58:17 61:7
138:24
**voice** 52:6

**w**

**wait** 51:18
52:25 195:25
**waiting** 56:8
87:22,23 146:13
**waive** 208:16,18
208:25,25 209:1
209:11,16
**waiver** 58:14,17
58:24 65:4
152:17 171:15
**want** 10:10
19:13 51:1 53:9
53:18 57:5 87:1
101:6 104:14,17
104:18,24,25
107:13 109:7
110:6 127:3
128:3 147:14
153:4 159:3
160:9,11 164:23
165:14 199:8
210:19 211:13
211:14
**wanted** 122:17
135:17 144:17
144:22 145:4
148:13,14,20,25
149:12 152:6
160:14 185:9

**wants** 210:7
**warning** 142:9
**water** 96:19
**way** 2:6 18:25
20:11 62:12
70:23 77:24
79:6 110:8
127:9,13 128:6
128:7 144:19
148:23 149:21
149:22,25
155:11 159:3
164:23 166:18
166:25 176:15
207:23
**ways** 118:25
**we've** 51:19
53:1 61:16 79:7
87:5 109:12
115:19 160:7
**website** 171:9
**wedding** 129:24
130:6,8,9,12,18
131:12,14 132:1
137:21,22 138:5
138:18 139:7,10
139:11,17
173:11 188:1,8
202:11,15
**wednesday** 1:15
41:8 57:13
67:12 112:8
**week** 41:3,6
45:10 51:16

52:23 55:6
67:15,16 81:18
88:1,1 91:15
134:3,8 152:22
168:20,20 174:2
204:11
**weekend** 94:5
**weeks** 15:15
30:19,22 46:15
110:15 133:16
134:4,14 191:22
197:7
**welcome** 105:14
105:15 159:2
164:22 165:13
209:7
**went** 17:12,12
77:10 98:8
121:16 134:19
177:1
**whilst** 129:11
129:12
**why'd** 99:10
**wife** 61:25 73:21
73:21 86:11
101:8 105:25
106:4,7 107:25
113:20 114:10
121:9 124:10,12
130:17,20 131:8
136:25 137:18
137:24 151:12
153:19,25
166:18 167:1,11

172:16 192:15
203:20
**wife's** 15:10
154:6 187:19
**willing** 119:22
144:16 157:14
161:16
**windows** 31:11
31:12
**wire** 99:7
100:16
**wishing** 29:25
**wit** 160:4
**withdrew**
134:10
**witness** 3:2 7:20
7:21 8:15,23
14:2,6,9,11,14
14:18,21,24
15:1 25:14,23
27:8 37:24
44:16 50:13
66:19 91:8 95:3
96:23,25 97:4
104:19 113:10
120:12,25 141:5
182:23 200:24
201:12 205:8
209:4,8,15
212:5
**word** 156:24
158:9 178:3
193:5

**words** 145:7
**work** 17:11 22:2
  26:19 29:20
  34:2 35:12
  39:23 51:4
  52:18 54:16
  56:13 65:20
  66:1 84:10
  115:21 128:5
  144:17 153:20
  154:14,23
  159:22 160:12
  161:17 178:14
  182:10 195:16
  195:17 204:1,13
  207:18
**worked** 27:10
  85:6 204:5
**working** 20:25
  51:10,19 53:1
  88:8 92:12
  146:4 160:14
  161:13 174:13
  180:16,17
**works** 184:9
**world** 152:16
**worries** 15:3
  25:9,9
**worry** 173:22
**worth** 96:2
**wow** 31:14
  183:2
**write** 98:3
  106:16 142:9

**writing** 26:20
  43:6 78:20
  146:16 148:1
  192:9,17 205:16
  205:23
**written** 8:3 43:7
  141:6,24
**wrote** 126:13

| x |
|---|

**x** 3:1

| y |
|---|

**yeah** 11:11 14:4
  15:17 17:18
  31:11,21,23
  64:8,12 66:10
  73:13 76:1
  79:14 80:15
  83:13,23 87:7
  87:24 91:9
  96:10,12,21
  97:4,21 99:11
  106:24 108:23
  117:6 118:7
  119:8 121:16
  125:3 128:10
  140:23 152:14
  157:2 161:24
  164:22 174:16
  176:9 178:8
  184:2,10,19
  186:7,9 189:3
  198:20 199:11
  205:8 206:3

  208:19,24
  209:16 211:7
**year** 17:10 18:4
  24:9 58:13 59:6
  59:9 61:2 84:3
  87:21 102:22
  104:5 105:24
  119:14 126:7,10
  130:19 131:2
  151:20 154:3
  171:24 172:25
  181:5 185:16
  192:1 206:7
**yearly** 95:17
**years** 16:7 77:2
  77:2 98:21,23
  102:14
**yesterday** 59:25

| z |
|---|

**zach** 8:12 28:20
  41:1 43:5 59:22
  76:9 94:4
  147:10 149:12
  166:13 170:7
  174:1
**zach.griffin**
  28:23
**zachary** 1:4,13
  3:3 7:11,12 8:22
  9:10 211:21
**zeroed** 195:15

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS

### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.