


# Zach Griffin · 2nd

Development Director - Electronic Arts

- Electronic Arts (EA)
- RMIT University

Australia · **Contact info**

500+ connections

Dara Malavolta and Jason Potter are mutual connections

Connect | Message | More

Profile enhanced with Premium

## About

Experienced technology and gaming executive with diverse technical and commercial skillsets proven in startups and NASDAQ listed companies.

## Activity

1,410 followers

Zach hasn't posted yet

Recent posts Zach shares will be displayed here.

Show all activity →

## Experience

**Development Director**
Electronic Arts (EA) · Full-time
Jul 2024 - Present · 8 mos

**Motorsport Games**
Full-time · 3 yrs 5 mos

**Director of Studio - Australia**
Mar 2021 - Jul 2024 · 3 yrs 5 mos
Melbourne, Victoria, Australia

Lead studio expansion to increase headcount of software engineering, art and audio teams by 25 to work on the rebooted INDYCAR racinc ...see more

Operational Activities, Unreal Engine 4 and +25 skills

EXHIBIT 3

**Director Of Technology**
Oct 2021 - Nov 2023 · 2 yrs 2 mos
Miami, Florida, United States

Responsible for all development, outsource, IT and QA activities across 5 studios (USA, UK, NED, RUS, AUS), 160+ employees and 8-figure   …see more

♥ Operational Activities, Data Management and +29 skills

**Founder**
Black Delta
Aug 2012 - Mar 2021 · 8 yrs 8 mos
Melbourne, Australia

Raised 7-figure seed round in 2015, to develop a PC/VR racing simulation/game 'KartKraft' using 'Unreal Engine 4' and a real-tir   …see more

♥ Operational Activities, Docker Products and +32 skills

 


**Sessional Lecturer (Games Development)**
Victoria University
Dec 2007 - Dec 2014 · 7 yrs 1 mo

Lectured in 3D Modelling (3D Studio Max), Texturing (Adobe Photoshop), Game Design and Game Programming (C#).


**Project Manager in Wagering/Gaming**
Agility Interactive
Dec 2010 - Dec 2011 · 1 yr 1 mo
Melbourne, Australia

Managed development and commercialisation of online casino, sports, lottery, social and mobile wagering/gaming projects in...          …see more

♥ Requirements Analysis and Product Management

Show all 7 experiences →

## Education


**RMIT University**
Bachelor of Business
2008 - 2010


**Victoria University**
Advanced Diploma of Game Development
2005 - 2007

Show all 4 educations →

## Skills

**Product Management**
 4 experiences across Motorsport Games and 2 other companies

**Software Architecture**
 3 experiences across Motorsport Games and 1 other company

Show all 90 skills →

## Interests





Companies Groups Newsletters Schools

Electronic Arts (EA)
1,462,376 followers
+ Follow

Ubisoft
1,389,117 followers
+ Follow

Show all companies →

Promoted ···

GoDaddy Website Builder
"GoDaddy has the best website builder on the market." -TechRadar Pro
**Jerry** & 1 other connection also follow GoDaddy

Flash Sale: 50¢/week
Make the world's business yours for just 50¢/week.
**Patrice** & 61 other connections also follow The Wall Street Journal

More profiles for you

Dawn Saunders · 2nd
Deputy Director, HR at Motorsport Games
Connect

Daniel Marton · 2nd
Software Engineer at PlaySide Studios
Connect

Dmitry K. · 2nd
Fueling the Driven Lifestyle: Embracing AI to Optimize Time and Enhance Efficiency.
Connect

Hayden Desailly · 2nd
3D Artist
Connect

Alan Venegas · 3rd
Recruiter at Electronic Arts (EA) | I hire Art, Game Design, Tech, and Marketing professionals for our APAC tEAms!
+ Follow

Show all

Explore Premium profiles

Andrew Herman · 2nd
Labor & Employment Attorney - Trusted Adviser partnering with employers to achieve business objectives and navigate legal challenges

➕ Connect

Rachel Coers 🔗 · 2nd
Associate at Jackson Lewis P.C.

➕ Connect

Robert Rogers 🔗 · 2nd
Family Office - Vice President

➕ Connect

Angelika Sidoruk 🔗 · 2nd
Attorney @ WOOD, SMITH, HENNING & BERMAN| Litigation

➕ Connect

### People you may know
From Zach's company

Eric Horde
Director of IT at Electronic Arts (EA)

➕ Connect

Technical atta
--I'm electrical motor winder

➕ Connect

M. Ahmad
Software Engineer at Electronic Arts (EA)

➕ Connect

Ch fareed Bhatti
Moter at Electronic Arts (EA)

➕ Connect

Ashok Singh
Electrician at Electronic Arts (EA)

➕ Connect

Show all

### You might like
Pages for you

Caldera Law
Law Practice
386 followers

5 connections work here

➕ Follow

Daily Business Review
Media and Telecommunications
6,163 followers

64 connections follow this page



| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
|---|---|---|---|---|
| Professional Community Policies | Careers | Marketing Solutions | | English (English) |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2025

         



**Zach Griffin**
Development Director - Electronic Arts

More | Message | Connect

← Experience

 **Development Director**
Electronic Arts (EA) · Full-time
Jul 2024 - Present · 8 mos

 **Motorsport Games**
Full-time · 3 yrs 5 mos

  **Director of Studio - Australia**
  Mar 2021 - Jul 2024 · 3 yrs 5 mos
  Melbourne, Victoria, Australia

  Lead studio expansion to increase headcount of software engineering, art and audio teams by 25 to work on the rebooted INDYCAR racing franchise.

  Managed milestone planning, sprint backlogs, code reviews and continuous delivery of feature/Quality of Life (QoL) updates using agile methodologies in live environments using JIRA/Confluence.

  Championed and led global adoption of the 'KartKraft' art pipeline by our art directors in Motorsport Games' subsidiary studios and art outsource partners.

  Integrated the real-time, rigid body physics engine I wrote into Motorsport Games' centralised technology platform based on 'Unreal Engine 5'.

  Established and managed a dedicated procedural/technical art team to support our art teams through the creation of artist-friendly tooling using Houdini Engine to semi-automate the production of race circuits.

  **Skills:** Operational Activities · Unreal Engine 4 · Engineering Leadership · Product Management · Perforce · Analytical Skills · Cross-functional Team Leadership · TeamCity · Confluence · System Performance · Agile Project Management · Software Architecture · Team Leadership · Engineering Management · C++ · Technical Architecture · Cloud Computing · Team Management · A/B Testing · REST APIs · IT Service Management · Game Programming · Quality Assurance · Computer Science · TypeScript · Continuous Integration (CI) · Jira

  **Director Of Technology**
  Oct 2021 - Nov 2023 · 2 yrs 2 mos
  Miami, Florida, United States

  Responsible for all development, outsource, IT and QA activities across 5 studios (USA, UK, NED, RUS, AUS), 160+ employees and 8-figure development spend with full budgetary oversight.

  Managed the development and release of new titles and DLCs for NASCAR Heat 5, NASCAR Heat Mobile, NASCAR Ignition: 22 Season Expansion, NASCAR Rivals, rFactor2 and KartKraft on PC, PS4, PS5, Xbox One, Xbox Series X|S, Nintendo Switch, iOS and Android platforms.

  Introduced globally consistent, collaborative development processes that empowered teams to work with autonomy, whilst providing visibility to Senior Leadership Team (SLT) and adherence to technical, cultural, business and time constraints.

  Primary Point of Contact (POC) to licensors and external partners (NASCAR, INDYCAR, A.C.O, BTCC) for all development matters, including quarterly presentations to their respective Board Members/Executives.

  Strategically produced and maintained the company's Product Roadmaps

and Development Budgets with the CFO in compliance with NASDAQ reporting and disclosure rules.

**Skills:** Operational Activities · Data Management · Technology Management · Communication · Business Strategy · Agile Methodologies · Product Management · Google Cloud Platform (GCP) · IT Management · Negotiation · Analytical Skills · Cross-functional Team Leadership · Technology Leadership · Commercial Management · Financial Modeling · Strategic Planning · Amazon Web Services (AWS) · Video Game Production · Agile Project Management · Director level · Software Architecture · Team Leadership · IT Infrastructure Management · Financial Analysis · Management · Stakeholder Management · Team Management · IT Service Management · Technical Leadership · Contract Negotiation · Quality Assurance



### Founder
Black Delta
Aug 2012 - Mar 2021 · 8 yrs 8 mos
Melbourne, Australia

Raised 7-figure seed round in 2015, to develop a PC/VR racing simulation/game 'KartKraft' using 'Unreal Engine 4' and a real-time, multi-threaded, rigid body physics engine with impulse based constraint solvers I wrote using C++ and SSE/AVX intrinsics with support for PC, Xbox and Playstation consoles and Force Feedback input devices.

Released 'KartKraft' in November, 2018 on the 'Steam' platform which generated revenues of $7.5M+ with over 250,000 units sold

Negotiated acquisition of 'KartKraft' by Motorsport Games Inc for 7-figure sum in March, 2021.

Built and oversaw evolution of procedural/semi-automated PBR based art pipeline and processes for artists.

Created custom 3D Studio Max Plugin for artists to automate 3D surface reconstruction from point cloud data sets (10GB+ Binary) by applying Kalman Filtering to sampled points generated from octree spatial queries using C++.

Wrote distributed multiplayer backend with regional matchmaking capabilities to schedule, provision and launch dedicated server instances for online races using Golang, gRPC, Protocol Buffers, Redis, Docker, Kubernetes, Terraform and ReactJS.

Wrote generic, persistent and extensible player/vehicle entity purchasing and customisation framework in C++ with networked instantiation and replication support in 'Unreal Engine 4'.

Developed commercial driver training simulation software using C#/'Unity' to power a Kia Cerato mounted on a 6-DOF motion platform, 360-degree display, servo-driven manual transmission, Force Feedback Steering and a bidirectional interface via CANBUS/UDP to read vehicle control sensors and override cockpit instrumentation.

**Skills:** Operational Activities · Docker Products · Containerization · Engineering Leadership · Requirements Analysis · Product Management · Perforce · Kubernetes · Coaching & Mentoring · Negotiation · Analytical Skills · Unreal Engine · System Performance · Go (Programming Language) · JavaScript · Agile Project Management · Scalability · React.js · Software Architecture · Team Leadership · C++ · Technical Architecture · Redis · MongoDB · Start-up Leadership · Team Management · REST APIs · IT Service Management · Game Programming · Game Design · Quality Assurance · Computer Science · TypeScript · Next.js


KartKraft


Full Driving Simulator (FDS)



### Sessional Lecturer (Games Development)
Victoria University

Dec 2007 - Dec 2014 · 7 yrs 1 mo
Lectured in 3D Modelling (3D Studio Max), Texturing (Adobe Photoshop), Game Design and Game Programming (C#).



### Project Manager in Wagering/Gaming
Agility Interactive
Dec 2010 - Dec 2011 · 1 yr 1 mo
Melbourne, Australia

Managed development and commercialisation of online casino, sports, lottery, social and mobile wagering/gaming projects in Australia/Europe/Asia.

Developed regulatory-compliant Software Requirements Specification (SRS) documents for social betting platform in collaboration with key stakeholders.

**Skills:** Requirements Analysis · Product Management

### Junior 2D/3D Artist
Big Ant Studios
Jan 2007 - Aug 2007 · 8 mos

Produced 3D environment assets and lighting for THQ's Sprint Cars 2 on the PC and PlayStation 2.

**Skills:** Perforce · Jira

Ad
Drive high quality leads that convert for your business



Try the highest returning paid social platform

See results today

**More profiles for you**


**Dawn Saunders** · 2nd
Deputy Director, HR at Motorsport Games

+ Connect


**Daniel Marton** · 2nd
Software Engineer at PlaySide Studios

+ Connect


**Dmitry K.** · 2nd
Fueling the Driven Lifestyle: Embracing AI to Optimize Time and Enhance Efficiency.

+ Connect


**Hayden Desailly** · 2nd
3D Artist

+ Connect

2/10/25, 5:31 PM　　　　　　　　　　　　　　　　　　(25) Experience | Zach Griffin | LinkedIn



**Alan Venegas** · 3rd
Recruiter at Electronic Arts (EA) | I hire Art, Game Design, Tech, and Marketing professionals for our APAC tEAms!

( + Follow )

Show more ⌄

Promoted ···

**WSJ** — Flash Sale: 50¢/week
Make the world's business yours for just 50¢/week.
Patrice & 61 other connections also follow The Wall Street Journal

**Looking for a New Job?**
Connect with over 20,000 active recruiters & headhunters.

| | | | | |
|---|---|---|---|---|
| About | Accessibility | Talent Solutions | Questions? Visit our Help Center. | Select Language |
| Professional Community Policies | Careers | Marketing Solutions | | English (English) ▼ |
| Privacy & Terms ▼ | Ad Choices | Advertising | Manage your account and privacy Go to your Settings. | |
| Sales Solutions | Mobile | Small Business | | |
| Safety Center | | | Recommendation transparency Learn more about Recommended Content. | |

LinkedIn Corporation © 2025