Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein


ZACHARY GRIFFIN,

Plaintiff,

vs.

MOTORSPORT GAMES INC.,

Defendant.

_____/



Thursday, January 30, 2025
9:59 a.m. - 11:53 a.m.



VIDEO CONFERENCE DEPOSITION OF STANLEY BECKLEY



Diana Armendariz Smith
Florida Professional Reporter
Elite Reporting of South Florida, Inc.
707 SE 3rd Avenue, #101
Fort Lauderdale, Florida  33316

```
                                                  Page 2
 1
    APPEARANCES:
 2

 3       AYALA LAW, P.A.
         BY:  EDUARDO AYALA MAURA, ESQ.
 4       2490 CORAL WAY, SUITE 401
         MIAMI, FLORIDA  3314
 5       APPEARING ON BEHALF OF THE PLAINTIFF.

 6
         AXS LAW GROUP PLLC
 7       BY:  ALICE FÉROT, ESQ.
         2121 NW 2ND AVENUE, SUITE 201
 8       MIAMI, FLORIDA  33127
         APPEARING ON BEHALF OF THE DEFENDANT.
 9

10                    *   *   *

11                 I  N  D  E  X

12  WITNESS                          PAGE

13  STANLEY BECKLEY

14              DIRECT EXAMINATION        4
                BY:  MR. MAURA
15

16

17

18

19

20

21

22

23

24

25
```

ELITE REPORTING OF SOUTH FLORIDA, INC.  (954) 761 - 8338

```
                                                Page 3
 1

 2

 3                      E   X   H   I   B   I   T   S

 4  PLAINTIFF'S                                  PAGE

 5    NO.  1     DOCUMENT TESTIMONY              12

 6    NO.  2     RESPONSES REQUEST TO ADMISSIONS 17

 7    NO.  3     LETTER 8/2/21                   19

 8    NO.  4     BATE STAMP                      21

 9    NO.  5     EMAIL                           25

10    NO.  6     PIC 319                         25

11    NO.  7     MSG 436 DOCUMENT                31

12    NO.  8     MSG 447 DOCUMENT                35

13    NO.  9     MSG 468 DOCUMENT                37

14    NO. 10     MSG 487 DOCUMENT                39

15    NO. 11     MSG 548 DOCUMENT                42

16    NO. 12     MSG 549 DOCUMENT                43

17    NO. 13     EMAILS                          46

18

19

20

21

22

23

24

25
```

ELITE REPORTING OF SOUTH FLORIDA, INC.  (954) 761 - 8338

Page 4

1          Video Conference Deposition of STANLEY

2    BECKLEY, a witness herein taken on behalf of the

3    Plaintiff, herein, for the purpose of discovery and

4    for use as evidence in the above-entitled cause,

5    wherein ZACHARY GRIFFIN is the Plaintiff, and

6    MOTORSPORT GAMES INC. is the Defendant, pending in the

7    United States District Court, Southern District of

8    Florida before DIANA ARMENDARIZ SMITH, Florida

9    Professional Reporter and Notary Public in and for the

10   State of Florida on January 30, 2025, commencing on or

11   about 9:59 o'clock a.m.

12              *   *   *   *   *   *

13   Whereupon:

14                   STANLEY BECKLEY

15   personally appeared before me, a witness herein, being

16   of lawful age and being first duly sworn in the

17   above-entitled cause, testified on his oath as follows:

18              THE WITNESS:  I do.

19                 DIRECT EXAMINATION

20   BY MR. AYALA MAURA:

21       Q    **Good morning, Mr. Beckley.**

22       A    Good morning.

23       Q    **My name is Eduardo Ayala and I am the attorney**

24   **for the plaintiff in this case, Mr. Zach Griffin.  I'll**

25   **be asking a series of questions.  I like to keep this**

Page 5

1   as informal as possible, questions and answers.  If for

2   any reason, you know, you need a break or things like

3   that, we can have that, but I anticipate doing this

4   give or take two hours, okay?

5        A    Okay.

6        Q    Have you ever had your deposition taken

7   before?

8        A    No.

9        Q    So the only basic instruction that I'll give

10  you is we need verbal answers for Ms. Armendariz to

11  take everything down properly.

12       A    Yes.

13       Q    We don't speak on top of each other, and

14  generally we break, let's break, you know, when we wrap

15  up a particular topic or, you know, section of the

16  deposition.  Other than that do you have any questions?

17       A    Not at this time.

18       Q    Okay.  Will you please just state your full

19  name for the record?

20       A    Stanley Beckley.

21       Q    What is your date of birth?

22       A    XX-XX-XXXX.

23       Q    And what is your --

24            MS. FÉROT:  Counsel, I'm going make the

25            date of birth as a completed show off of the

1          transcript.

2               MR. AYALA MAURA:  That's no problem.

3    BY MR. AYALA MAURA:

4        Q     What is your residential address?

5        A     14678 Southwest 35th Court, Miramar, Florida.

6        Q     Okay.  Let's talk briefly about your

7    professional background.  Can you tell me what did you

8    do after you finished high school?

9        A     Yes, I went to college.  I went to FIU.

10   Graduated with my bachelors and masters degrees in

11   accounting, and then graduated with a bachelors in

12   2005.  I started working for KPMG in August of 2005.

13   So I have about 20 years of experience this year.

14   Spent, I guess, with KPMG and then I was in series

15   of -- for Maytag to Capital for a point to Miami -- US

16   Miami Health System and now I currently am the chief

17   financial officer of Motorsport Games.  I also handle

18   an acquisition of chief accounting officer for Driven

19   Lifestyle Group, which is the parent company of

20   Motorsport Games.

21       Q     And what month and year did you exactly start

22   working for Motorsport?

23       A     Motorsport Games, Inc.?

24       Q     Yes.

25       A     So I was appointed as the handling chief

Page 7

```
 1   financial officer in November of 2023, and that was
 2   made permanent.  I was made permanent chief financial
 3   officer of Motorsport Games, Inc., in May of 2024.
 4        Q    Before moving in 2023 did you work at all at
 5   Motorsport, Inc.?
 6        A    Motorsport Games, Inc.?
 7        Q    Motorsport Games, Inc., sorry.
 8        A    So I was the chief accounting officer for the
 9   parent company of Motorsport Games, Inc., which is
10   Driven Lifestyle.
11        Q    What is it called?  I couldn't get the name,
12   sorry.
13        A    It's called Driven Lifestyle Group.
14        Q    Okay.
15        A    It's the parent company of Motorsport Games,
16   Inc.
17        Q    And how long did you work for the Driven
18   Lifestyle Group?
19        A    June last -- well, I -- Well, it's my second
20   stint with Driven Lifestyle Group.  I initially started
21   as chief accounting officer in February of 2021, spent
22   about a year and a half, two years something, somewhere
23   close to that and left for a year to become the CFO at
24   another company called CL Inquirer, CL Enterprises, and
25   I returned last year of 2023 is when I returned to
```

Page 8

1    Driven Lifestyle Group and then I was appointed as the

2    CFO for Motorsport Games in November of 2023.

3        **Q    So the Motor Games (sic) Sports Inc. it's a**

4    **public company, correct?**

5        A    It is, yes.

6        **Q    And --**

7        A    Motorsport Games Inc.

8        **Q    Motorsport Games Inc., which is the company**

9    **for which you are the CFO right now?**

10       A    Correct.

11       **Q    So as the CFO of Motorsport Games Inc., who do**

12   **you report to?**

13       A    I report to the CEO, Stephen Hood.

14       **Q    Stephen Hood.  Did you ever cross paths with a**

15   **gentleman by the last name of Kozko?**

16       A    Yes.

17       **Q    He is still in the company?**

18       A    Motorsport Games Inc.?

19       **Q    Motorsport Games Inc., yes.**

20       A    No.  He was no longer the CEO as of April

21   2023.  He was replaced by Stephen Hood.

22       **Q    Okay.  Did Mr. Kozko go to work for the parent**

23   **company?**

24       A    He works for one the subsidiaries of the

25   parent company Driven Lifestyle Group, I believe.

1    **Q      Sorry, I am having a hard time with that name.**
2    **Can you spell it for me?**
3    A     So think of Drive.  D-R-I-V-E-N.  So Driven
4    Lifestyle Group.
5    **Q      Driven Lifestyle Group it's also publicly**
6    **traded?**
7    A     It is not, no.
8    **Q      It's private?**
9    A     Yes.
10   **Q      So that's Driven Lifestyle Group.  Is that**
11   **company the parent company for the Motorsport Games**
12   **Australian subsidiary?**
13   A     Motorsport Games Inc. is the parent company of
14   Motorsport Games Australia.
15   **Q      Okay.  How do you know that, you know, this**
16   **information based on the group of the business?  Have**
17   **you seen some legal documentation that reflects the**
18   **parent subsidiary relationship?**
19   A     How do I know the organizational of Motorsport
20   Games Inc.?
21   **Q      Yes.**
22   A     Motorsport Games Inc. is the parent company of
23   Motorsport Games Australia.
24   **Q      Mm-hmm.**
25   A     Because I'm the CFO.  I'm responsible for all

Page 10

1  the financials.  I know the organization structure.  I

2  know what's subsidiaries are.  It's part of my job.

3      **Q    So that basically when the finances and**

4  **accounting is done that's basically how the structure**

5  **is reported in the tax return and K1 reports and things**

6  **like that?**

7      A    Well, taxes are different in matter, right,

8  but for financial reporting under the US common rules

9  if financial statements are issued or filed for public

10 company like Motorsport Games Inc., all the

11 subsidiaries of those in Motorsport Games Inc, right,

12 and we can define what subsidiary means is control

13 that's the technical definition, right?  Cannot --

14 doesn't have to be, like, a five percent subsidiary,

15 but typically if a parent company owns more than

16 50 percent, right, of a subsidiary, it is also that

17 subsidiary consolidated, right, and according to the

18 reporting the financials still need to report and as of

19 now that means the company we have to file as well and

20 reporting financial statements that includes all the

21 subsidiaries of Motorsport Games Inc.

22     **Q    And what percentage does Motorsport Games Inc.**

23 **own of Motorsport Games Australia?**

24     A    I believe it's a hundred percent.

25     **Q    A hundred percent?**

```
 1      A     Mm-hmm.
 2      Q     Is it the same situation from Driven Lifestyle
 3 Group to Motorsport Games Inc. US that Driven owns a
 4 hundred percent of that one, too?
 5      A     No.  So because Motorsport Games is publicly
 6 traded.
 7      Q     Oh, you're right.  I see.  It was a bad
 8 question.  Yes.  It's owned by a lot of people, right?
 9 So -- okay.  All right.  So let me switch to another
10 situation.
11            How familiar are you for -- with the facts of
12 this case what we're here for?
13                 MS. FÉROT:  Form.
14                 THE WITNESS:  I'm sorry, what was that?
15                 MS. FÉROT:  You can answer.
16      A     Okay.  How familiar?  Well, when the complaint
17 was served, it was sent to our office and I received
18 it.  So I read through it.  I know in the past few
19 months, right, we have become more familiar with the
20 records.  Also we worked with AXS Law and they've been
21 assisting us, right, with our responses.  So, yeah, I'm
22 aware of the complaint and what is being alleged.
23 If -- I don't know if that answers your question.
24      Q     Yes, well, that's fair.  I'm going to show you
25 what we'll mark here in this deposition -- hold on.
```

1  **Exhibit 2 -- so Exhibit 1, I guess.**

2                **(Exhibit Number 1 was marked for**

3                **identification.)**

4  BY MR. AYALA MAURA:

5     **Q     Do you see my screen?**

6     A     Yes.

7     **Q     I'm going to make it larger.**

8     A     Mm-hmm.

9     **Q     So this is -- this is some copies we want to**

10 **discuss today.  Are you familiar -- and we call here**

11 **Motorsport Games Inc., MSG.  Okay.  That's how at least**

12 **I've been calling it.**

13          **So are you familiar with the employment**

14 **relationship between Zachary Griffin and Motorsport**

15 **Games Inc.?**

16    A     Zachary was not employed by Motorsport Games

17 Inc.  His employment was with Motorsport Games

18 Australia.

19    **Q     Are you familiar with that?**

20    A     Yes, I've seen the employment agreement.

21 Yeah, he was never employed by Motorsport Games Inc.

22    **Q     Are you familiar with the request to relocate**

23 **Griffin from Australia to Miami?**

24                MS. FÉROT:  Objection.  Form.

25

1 BY MR. AYALA MAURA:

2    **Q    I forgot to mention that your lawyer will make**

3 **some objections.  There are two types the ones where**

4 **she just states some words, but you can answer, and**

5 **some words she will specifically tell you not to**

6 **answer.  So as of now, you can answer.**

7    A    I'm aware of the discussions and Dmitry and

8 Zach talking about moving to Australia, right.  I'm

9 aware of the letter that Motorsport Games provided to

10 Zach as part of his visa application saying that

11 Motorsport Games -- I don't know if it was Motorsport

12 Games Inc or whether it was Motorsport Games Australia.

13 It's probably Motorsport Games Inc that signed the

14 letter requesting that he was going to be moving to

15 Miami, right, as part of that application process.  So,

16 yeah, I'm aware of discussions about moving to Miami.

17    **Q    Yes, I'm sorry, if I wasn't maybe clear.  I**

18 **just want you to tell me if you have knowledge of the**

19 **topics we're describing here and then I'll get into**

20 **detail as we go along.**

21        **So you have knowledge regarding the**

22 **sponsorship of Mr. Griffin and his wife, some knowledge**

23 **of that?**

24    A    Yeah, not firsthand knowledge, but I've seen

25 the discussions.  I've seen, like, the email chains and

Page 14

```
 1   some of the documentation.

 2           So when I joined Motorsport Games Inc. in

 3   November of 2023, you know, Zach wasn't working for the

 4   company, right?  So I don't have firsthand knowledge --

 5       Q    Right.

 6       A    -- and Deedee (phonetic) Chadlives (phonetic)

 7   as well.

 8               MS. FÉROT:  Object.  We're just trying

 9           to go over the copy.

10               THE WITNESS:  Okay.

11               MS. FÉROT:  And --

12       A    Yes, I'm aware -- I'm just trying to say I

13   don't have firsthand knowledge because I wasn't working

14   for Motorsport Games during the visa sponsorship

15   application process, but I'm aware, yes.  I have

16   knowledge of number four as well.  Again, number four I

17   have knowledge, 'cause I've seen the records.

18               MS. FÉROT:  Stanley, I would like to

19           instruct you to wait for the question.  Not

20           anticipate even if you know what's going to

21           come next.  You have to wait for the

22           question, sorry.

23               THE WITNESS:  Okay.

24   BY MR. AYALA MAURA:

25       Q    We're on number five.
```

Page 15

1    A    Yes, I'm aware of discussions based on what

2  I've seen on number five as well.

3    **Q    And what about the emails and the**

4  **communications between Griffin and the company?  You**

5  **reviewed some of those, too?**

6    A    Yes, I've seen those as well.

7    **Q    And it's -- Strike that.**

8         **How were you as the CFO designated as the**

9  **corporate representative for this testimony today?  Why**

10 **were you designated as that agent by the company?**

11         MS. FÉROT:  Objection.  Stanley, you

12         cannot disclose any privilege communication

13         with their counsel.

14 BY MR. AYALA MAURA:

15   **Q    So is there -- as part of the response if it**

16 **doesn't include communication with your lawyer, you are**

17 **actually allowed to answer it.**

18         **My question is simple.  I'll rephrase it.  Are**

19 **you here with authority to speak on behalf of**

20 **Motorsport Games Inc., the Defendant in this case?**

21   A    Yes.

22   **Q    Thank you.  Okay.  So Motorsport Games Inc. is**

23 **an independent legal entity separate from the**

24 **Australian entity, correct?**

25   A    Correct.  It's a legal entity incorporated in

1   the State of Delaware.  Motorsport Games Inc is.

2                  MS. FÉROT:  Form.

3   BY MR. AYALA MAURA:

4       Q    **And Motorsport Games Inc. has it's own**

5   **payroll, correct?**

6       A    Yes, it does.

7       Q    **That payroll is separate from the payroll**

8   **system that the Australian counterpart Motorsport Games**

9   **Limited has, correct?**

10      A    So Motorsport Games Limited is the name of our

11  UK subsidiary.  Motorsport Games Australia PTY Limited

12  is the name of our Australian subsidiary.

13      Q    **Yes, you're right.  I got the names wrong.**

14  **Can we call it Motorsport US and Motorsport Australia**

15  **because we're going to refer to that a lot here.  Can**

16  **we agree, like, just for simplicity purposes?**

17      A    Yes.  So Motorsport Games Inc. would be

18  Motorsport US and Motorsport Games Australia PTY

19  Limited would be Motorsport Games Australia.

20      Q    **Yes, because I'm not interested in the UK**

21  **company or the Driven Lifestyle Group.  So I just want**

22  **to talk about Motorsport US, Motorsport Games Inc. and**

23  **Motorsport Australia PTY Limited, okay?**

24           **So let's move forward speaking like that.  So**

25  **the payroll of Motorsport Australia is separate from**

1   the payroll of Motorsport US, correct?

2       A    Yes, it is.

3       Q    There is a -- is there a situation where

4   Motorsport US is paying employees that are working in

5   Australia?

6               MS. FÉROT:  Form.  You can answer.

7               THE WITNESS:  Okay.

8       A    They have been on payroll in Australia and the

9   US has its own payroll.  Now if, and this is -- now,

10  Motorsport Games Australia is no more.  It was shut

11  down in 2023.  So since I came onboard there has been

12  no payroll made for Motorsport Games Australia other

13  than the severance.  I joined in November of 2023 and I

14  think we were making final severance payments to the

15  employees that have been terminated, and Motorsport

16  Games Australia I believe that's November 29th of 2023.

17  So since I joined we haven't had to use, I guess, you

18  asked me for a loan, if Motorsport Games Australia

19  could be making it's own payroll of the US community

20  funded.  We haven't had to do that since I joined.

21      Q    Okay.  I'm going to show what we're now going

22  to mark as Exhibit 2 to the deposition Motorsport USA.

23               (Exhibit Number 2 was marked for

24               identification.)

25

1 BY MR. AYALA MAURA:

2    **Q    Are you able to see this document?**

3    A    Yes.

4    **Q    So this is what we call a request for**

5    **admissions.  I don't know if you participated in this**

6    **or not, but when we asked Motorsport Games, Motorsport**

7    **USA to admitted that Motorsport USA and Motorsport**

8    **Games Australia Limited are independent entities, the**

9    **answer of Motorsport Games Inc. is denied.**

10          **Do you know why Motorsport USA is denying that**

11   **it is an independent legal entity from the Australia**

12   **counterpart?**

13                MS. FÉROT:  Objection to form.

14                THE WITNESS:  That means I can answer,

15          correct?

16                MS. FÉROT:  You can, Stanley.

17   A    So Motorsport Games Inc. is a separate legal

18   entity that's incorporated in the state of Delaware.

19   Motorsport Games Australia Limited was incorporated in

20   Australia.  They're affiliated, right, but they're

21   separate independent legal entities.  They have to file

22   their own independent individual tax returns.  They

23   have their own payroll systems, right?  Again, they're

24   affiliated companies.  One is a subsidiary of the

25   other, but they're separate stand alone entities.

1 BY MR. AYALA MAURA:

2    **Q     For all you know they are independent**

3 **entities, correct?**

4              MS. FÉROT:  Form.

5    A    Yes.  Motorsport Games Australia Limited is

6 incorporated in Australia public records and Motorsport

7 Games Inc. as well incorporated in all of that.

8 BY MR. AYALA MAURA:

9    **Q     Okay.  So moving along here in this**

10 **document -- sorry, nevermind.  Moving onto other**

11 **documents.**

12           **I'm going to show you now what we are going to**

13 **label as Exhibit 3 it will be.**

14              **(Exhibit Number 3 was marked for**

15              **identification.)**

16 BY MR. AYALA MAURA:

17    **Q     This is a document produced by Motorsport USA.**

18 **It's a letter that appears to be from Mr. Kozko.  Can**

19 **you briefly read this for me, please?**

20              MS. FÉROT:  Mr. Maura, can you please

21              show the bate stamp for each document so we

22              would know.  We don't have exhibits so that

23              would help.  Sorry.

24              MR. AYALA MAURA:  It's MSG M00000019.

25              MS. FÉROT:  Thank you.

Page 20

```
 1  BY MR. AYALA MAURA:

 2      Q    Okay.  Will you please review this for me?

 3      A    You want me to read it out loud?

 4      Q    No, not out loud.  I want you to read it,

 5  familiarize with it quickly and then I will ask you a

 6  question about it.

 7      A    Okay.  Okay.  I'm ready.

 8      Q    Have you seen this document before?

 9      A    I have, yes.

10      Q    So isn't it fair to say that Motorsport Games

11  Inc. was assisting or aiding Mr. Griffin to relocate to

12  the US by helping him obtain visas and wavers to exit

13  the country?

14               MS. FÉROT:  Form.

15      A    Motorsport Games Inc. did provide a letter of

16  support, like, a letter like this one inviting Zach

17  Griffin to come to Miami, right?  As you can see,

18  Dmitry the CEO, yeah, so they assisted.  Motorsport

19  Games Inc, assisted with getting Griffin located from

20  Australia to Miami.

21  BY MR. AYALA MAURA:

22      Q    And when Mr. Kozko wrote this letter, he did

23  it on behalf as the CEO of Motorsport Games Inc.,

24  correct?

25      A    Yes.
```

Page 21

1    Q    This one is being marked as Exhibit 4 in the

2    deposition.   This one is MSG00 a bunch of zeros and

3    2 -- 25 and 26.

4              (Exhibit Number 4 was marked for

5              identification.)

6    BY MR. AYALA MAURA:

7    Q    So this is an email from Mr. Kozko copy Amanda

8    Lecheminant.  Do you know Amanda Lecheminant?

9    A    Yeah, I believe she's the former general

10   counsel of Motorsport Games Inc.

11   Q    She's no longer with the company?

12   A    She's no longer with the company.

13   Q    What about Dara Malavolta?

14   A    She no longer works for Motorsport Games Inc.

15   She works for one of the subsidiaries of Driven

16   Lifestyle Group.

17   Q    Where?

18   A    She no longer with -- Dara Malavolta no longer

19   works for Motorsport Games Inc.

20   Q    She went to work for a subsidiary?

21   A    Yes, she works for the subsidiary of Driven

22   Lifestyle Group, for one of the subsidiaries.

23   Q    Okay.  And do you know what role she had?

24   A    Dara, I believe she was the head of HR for

25   Motorsport Games inc.

1    Q    Yeah.  So Mr. Kozko whose work base is out of

2  the Miami address, correct?

3    A    Correct.

4    Q    Is this the headquarters of the company?

5    A    It is.

6    Q    This it the headquarters of Motorsport Games

7  USA, right?

8    A    Correct.

9    Q    I'm going to show you another one.  This one

10  is a little challenging because it was written very --

11  so this is an email.  I don't know if it's big enough.

12    A    I can see it.

13    Q    Where Griffin is requesting from Mr. Kozko and

14  Malavolta a series of evidence or paperwork in order

15  for him to come to the US.  Do you recall seeing this

16  document before?

17    A    I believe I've seen this, yes.

18    Q    And it appears to me that Mr. Kozko on behalf

19  of Motorsport USA was willing and able to help with the

20  documentation, right?

21          MS. FÉROT:  Form.

22    A    Yes, he was assisting Zach with gathering, you

23  know, letters from the company or from the parent

24  company to assist him getting to Miami, right, from

25  Australia.

1  BY MR. AYALA MAURA:

2      **Q     Correct.  And this was for the purpose of**

3  **employment in Miami, correct?**

4      A     Yeah, I believe this was all part of his

5  proposed move to Miami, right, relocating to Miami.

6      **Q     And the move to Miami was for purposes -- it**

7  **wasn't -- it was a permanent relocation.  It wasn't a**

8  **temporary thing, was it?**

9                     MS. FÉROT:  Form.

10     A     My understanding is that it was going to be a

11 permanent relocation.

12 BY MR. AYALA MAURA:

13     **Q     Did you in whatever you have reviewed or even**

14 **if you have personal knowledge was there any evidence**

15 **of resistance to the relocation that someone in the**

16 **company objected to the relocation?**

17     A     I'm not aware of any objections to the

18 relocation.

19     **Q     I know you don't have firsthand knowledge of**

20 **this, but from your review of the company records and**

21 **information that you have as the corporate regional**

22 **(sic) of the company right now Motorsport USA, what --**

23 **why was Mr. Griffin needed here in the US, do you know**

24 **that?**

25     A     Well, I think he was going to be -- or he was

Page 24

1    made the director of global technology for the company.

2    Based on my review of the documents I could see that he

3    was going to be working closely with Dmitry Kozko on

4    some of the our titles, like, NASCAR and IndyCar, he

5    was involved in those efforts.

6        **Q    In the IndyCar again, right?**

7        A    Right.  One of the projects that he was -- I

8    think he worked on it or working on it during his time.

9        **Q    And did it appear to you based on the emails**

10   **that you have reviewed or the documentation that you**

11   **have reviewed that Mr. Kozko then the CEO held**

12   **Mr. Griffin in high regards?**

13                MS. FÉROT:  Form.

14       A    Yeah, I think there was clearly based on my

15   review of the records that Mr. Griffin wanted Zach --

16   Mr. Kozko wanted, you know, Zach in Miami to work with

17   him and I think the feeling was mutual as well.  Zach

18   was excited about moving to Miami also.

19   BY MR. AYALA MAURA:

20       **Q    Was there a director of global technology, I**

21   **think that's the position, before Mr. Griffin in**

22   **Motorsport USA?**

23       A    There may have been.  I mean, honestly that

24   was before my time.  We had a peak of a little over 200

25   employees at one point, right?  So I'm not sure if

```
 1  someone held that title.
 2      Q    Let me show you -- this is going to be
 3  Motorsport 319 and --
 4              MS. FÉROT:  I'm sorry to ask, before you
 5              go on, the exhibit that you showed before,
 6              which was Exhibit Number 5, I don't think you
 7              numbered it.
 8              MR. AYALA MAURA:  Correct.  So 65 -- no,
 9              wait.  25 is four, 25 is four.  65 is 5, and
10              now we're onto this one.  We're on to the
11              picture, which is 319, which means 6, right?
12              Yes.  MSG 319 bate stamp.
13              (Exhibit Numbers 5 and 6 were marked for
14              identification.)
15  BY MR. AYALA MAURA:
16      Q    So I'm going from left to right.  Tell me if
17  you know any of these individuals.  Do you know this
18  individual here in the left in black?
19      A    No, not familiar.
20      Q    What about the one next to him, who is he?
21      A    I believe that's Gustavo Roche from Motorsport
22  Games Inc.
23      Q    Do you recognize this one?
24      A    Yes, that's Cliff Moray (phonetic), yes.
25      Q    Do you recognize this one?
```

Page 26

```
 1      A     Dmitry Kozko.

 2      Q     Do you recognize this individual here in the

 3  middle?

 4      A     Looks like he's a Games employee, but I don't

 5  know him, no.

 6      Q     Okay.  So he wouldn't be from Motorsport USA?

 7             MS. FÉROT:  Objection to form.

 8      A     I don't know who it is.

 9  BY MR. AYALA MAURA:

10      Q     Do you recognize this individual the one next

11  to him?

12      A     I do not, no.

13      Q     What about this woman here?

14      A     I believe that's Amanda.

15      Q     Mm-hmm.

16      A     General counsel.

17      Q     Former, right?

18      A     Former.  She no longer works for Motorsport

19  Games Inc.

20      Q     Do you recognize this individual next to her?

21      A     No.

22      Q     What about the one next to him?

23      A     I don't recall his name, but I know he used to

24  work for Motorsport Games.  He used to handle -- he's

25  handled NASCAR events.  Is he Jay?  This person is Jay?
```

1      **Q     What about this individual with the hat?**

2      A     That is -- he used to work for Motorsport

3  Games as well.  That's John Chaulquist (phonetic).

4      **Q     And this one?**

5      A     No, I don't know who it is.

6      **Q     Were you -- you wouldn't have been in this**

7  **trip, would you?  It's before you came, right?**

8      A     Yeah, when I joined all the employees that I

9  personally know or that I mentioned that I knew, I

10  don't believe any of them worked for Motorsport Games

11  Inc when I joined.

12     **Q     Okay.  And one of the topics that I showed you**

13  **earlier was regarding the enforce (sic) to obtain Mr.**

14  **Griffin apartments.  So in this email Mr. Kozko appears**

15  **to try to connect with Ana Gadeloba (phonetic) efforts**

16  **to show some apartments in Miami.  Have you seen this**

17  **email before?**

18             MS. FÉROT:  Objection to form.

19     A     I believe it was part of the records that I

20  looked at, yes.

21  BY MR. AYALA MAURA:

22     **Q     So is it fair to say that in general from what**

23  **we've seen Motorsport not only offered a relocation,**

24  **but made a series of efforts to assist the relocation**

25  **of Mr. Griffin such as apartment finding, visa**

Page 28

 1  **assistance and things of that nature?**

 2               MS. FÉROT:  Objection to form.

 3      A    Yes, I think it looks like Motorsport Games

 4  Inc. assisted Zach Griffin with his relocation.  There

 5  was a desire for him to move to Miami based on what

 6  I've seen.  It looks like Zach was also willing and

 7  excited about the move as well.

 8  BY MR. AYALA MAURA:

 9      **Q    So you as the person speaking for Motorsport**

10  **USA right now you're not denying that Motorsport USA**

11  **offered him to relocate him to the US, correct?**

12               MS. FÉROT:  Objection to form.

13      A    No, I'm not objecting to the statement that

14  Motorsport Games assisted Zach with the relocation to

15  Miami.  I think there was an effort.  There was

16  assistance provided to Zach, his introductions with,

17  you know, finding an apartment, writing a letter of

18  support on his behalf.  Yeah, there was clearly an

19  effort based on what I've seen to assist Zach with his

20  relocation.

21  BY MR. AYALA MAURA:

22      **Q    And the effort was for the purposes -- for the**

23  **purpose of him working as a director of technology in**

24  **Motorsport USA, correct?**

25               MS. FÉROT:  Form.

ELITE REPORTING OF SOUTH FLORIDA, INC.  (954) 761 - 8338

Page 29

```
1      A     Well, he was -- his main title was director of
2   global technology or something like that, but he would
3   literally be working in that capacity upon relocating
4   to Miami.
5 BY MR. AYALA MAURA:
6      Q     Correct, but he wasn't going to move to Miami
7   to then be working remotely from Miami for Motorsport
8   Australia, right?
9              MS. FÉROT:  Objection to form.
10     A     Well, I think his title was director of global
11  technology.  His new job responsibilities would include
12  I would assume development efforts worldwide, right?
13  So assisting with development in the US or Australia or
14  the UK Motorsport was -- I mean, the job duties like I
15  said entailed directing and supervising teams in
16  several countries including the U.S. and Australia.
17 BY MR. AYALA MAURA:
18     Q     Correct, but that is true for virtually any
19  director or employee of a parent company, right?  That
20  your position also probably entails things that go
21  beyond Motorsport USA, doesn't it?
22              MS. FÉROT:  Form.
23     A     Well, not necessarily.  You could be the CFO
24  for the, you know, the US and A, and you could have
25  another regional CFO for another country, right?  I
```

Page 30

 1  guess, it really depends on the make up of the

 2  organization, right?  But you have regional CFOs and

 3  regional CEOs in the these companies.

 4  BY MR. AYALA MAURA:

 5      Q    **But even as Mr. Griffin's new role would have**

 6  **impacted beyond the bounds of the US entity, wouldn't**

 7  **it be -- wasn't it true that he was going to be on the**

 8  **US entity Motorsport USA payroll?**

 9               MS. FÉROT:  Form.

10      A    I don't believe he was ever employed by the US

11  entity.  For him to be employed by the US entity he

12  would have had to be legally approved to work in the

13  US.  I don't think the US had put him on its payroll

14  without even having the proper work authorization and

15  documentation, and I don't think he ever got that.

16  BY MR. AYALA MAURA:

17      Q    **Well, we agree on that and that's pretty much**

18  **why there is this lawsuit.  But my question is:  If**

19  **everything had materialized the visa and all of that,**

20  **the intended goal was for him to be paid by Motorsport**

21  **USA, right?**

22               MS. FÉROT:  Form.

23      A    The intended goal?  Would he have been moved

24  to US payroll if he had been granted the visa?

25  Possibly, right, but I don't think they ever made that

Page 31

```
1   move.  Now, I think you asked me about what the intent
2   was; is that right?
3  BY MR. AYALA MAURA:
4       Q    Correct, because that's all we can we talk
5   about because it never materialized, right?  So --
6       A    Mm-hmm.
7       Q    -- we're here in this case.  So are you saying
8   that it's a possibility that he could have moved here
9   have that visa to legally work here and still be under
10  Australia's payroll?
11               MS. FÉROT:  Form.
12      A    So if he had moved to the US and would have
13  been legally authorized to work in the US, I think,
14  yeah, he would have probably been part of the US entity
15  he if was working for Motorsport Games Inc.  Yeah, if
16  he's legally authorized and the visa is granted, yes,
17  it's possible that he may have been moved to the US
18  payroll, and I think for that to happen his employment
19  and the roles have to be updated from Motorsport Games
20  Australia to Motorsport Games US as well.
21  BY MR. AYALA MAURA:
22      Q    Going through more emails quickly.  Let's mark
23  now I have 436 -- MSG 436 I'm going to mark that one as
24  7.
25               (Exhibit Number 7 was marked for
```

1              identification.)

2 BY MR. AYALA MAURA:

3     Q     So just briefly -- so this is an email that

4 Mr. Kozko as CEO sent to a series of individuals

5 including some that we have spoken about, Amanda and

6 others from Motorsport.  I guess some of the

7 implementations he wants to make in the corporate

8 cultural -- do you -- have you seen this email?  Do you

9 recall this email?

10    A     Yes, I saw this.

11    Q     And obviously Mr. Kozko is the CEO of the US

12 entity right?

13    A     Mm-hmm, yes.

14    Q     And this is what he wants.  He appears to be

15 displaying to a series of probably leadership regarding

16 some objectives and goals he has.  Is that a fair

17 description of this communication?

18    A     Yes.

19              MS. FÉROT:  Form.

20    A     Yes.

21 BY MR. AYALA MAURA:

22    Q     Now, after that Mr. Kozko basically forwards

23 the email to Zach and tells him, I like you to be part

24 of this process even though you're not a direct report

25 to me.  This is sometime in January of 2022.

Page 33

1          **Doesn't it seem that Mr. Kozko, the CEO of MSG**
2  **wanted Mr. Griffin to be part of the company pretty**
3  **badly?**
4                    MS. FÉROT:  Form.
5      A    Well, it looks like he wanted based on this
6  email, and he wanted Zach to be part of the company and
7  he also assisted with his relocation efforts.
8  BY MR. AYALA MAURA:
9      **Q    Correct.  And it's all about wanting him to be**
10 **part of the US company but not to remain in Australia,**
11 **right?**
12                    MS. FÉROT:  Form.
13     A    Well, I don't know -- I mean, that's splitting
14 hairs.  Did he want him to be part of the US or
15 Australia entity?  I think he wanted Zach.  This was a
16 leadership email that he sent to the CFO and other --
17 an employee to Zach -- so it looks like he, Dmitry, was
18 considering Zach or wanted Zach to be part of the
19 leadership team, right, in this email.  He wanted him
20 to be part of that what appears to be a leadership
21 develop process that he was voted out.
22 BY MR. AYALA MAURA:
23     **Q    So I'm going to go quickly through each one.**
24 **Ken Goldstein (phonetic) is he still in the company?**
25     A    No, he's not.

Page 34

1    **Q    And when he was -- he was in US entity, right?**

2    A    He was -- we have, you know, we also have

3    another company called 704Games Inc. that's a US

4    subsidiary, but he was a US employee is the short

5    answer.  Whether he was employed by all the US

6    entities, 704Games or Motorsport Games Inc. Ken was a

7    former US employee, yes.

8    **Q    George Honkist (phonetic) was he -- is he**

9    **still with the company?**

10   A    No.

11   **Q    Is -- was he a US employee in Motorsport Games**

12   **USA?**

13   A    Yes, I believe he was an employee at least one

14   of the USAs.

15   **Q    Stephen Hood still with the company?**

16   A    Yes, Stephen is currently the CEO of

17   Motorsport Games.  He's in the UK.  He's not a US

18   employee.  I don't think he ever moved to the US.  He's

19   always been in the UK based on my understanding, and I

20   believe he's employed by Motorsport Games Limited,

21   which is a UK subsidiary.  So Stephen at least since

22   I've been in Motorsport Games has never been a US

23   employee.  He's been employed by the UK and I believe

24   that was the case back then.  He never moved to the US

25   as far as I know.

Page 35

1      **Q     Amanda Lecheminant she's not with the company**

2   **anymore, right?**

3      A     No.   Former general counsel.   She used to be a

4   US employee.

5      **Q     John, US employee?**

6      A     Yeah, former CFO employee.

7      **Q     Gustavo Roche?**

8      A     Former US employee I believe, yes, and he's no

9   longer with the company.

10     **Q     All right.   Thank you.   I'm going to show you**

11  **now we're going onto 447.   MSG 447.   We're doing that**

12  **as Number 8.**

13               **(Exhibit Number 8 was marked for**

14               **identification.)**

15  BY MR. AYALA MAURA:

16     **Q     Let me share here.   So this is another email**

17  **January '22 prior to the relocation efforts.   Mr. Kozko**

18  **states to Mr. Griffin nothing to worry about.   Just so**

19  **we're in sync, and he's sharing communications.   So it**

20  **appears to me, and you can correct me if I'm wrong, but**

21  **this appears to me that Stephen Hood is exchanging text**

22  **messages with Mr. Kozko, and Mr. Kozko appears to be**

23  **telling Mr. Hood that Mr. Zach Griffin is moving to the**

24  **US permanently and that he's in the process of**

25  **searching for a place to live.   Is that a fair**

1  **depiction of this exhibit?**

2              MS. FÉROT:  Form.

3      A    So I believe this may have been a Teams

4  message and it looks like, yeah, Stephen Hood was in

5  the UK who was -- lived in the UK at the time.  He's a

6  UK employee reached out to Dmitry Kozko asking why Zach

7  is traveling to the US and Dmitry responded that it's

8  because he asked Zach to move and that Zach is

9  searching for a place, and Dmitry then forwarded this

10  exchange of messages to Zach saying FYI, nothing to

11  worry about, but so we're in sync.  So it looks like

12  Stephen was not aware of Zach's move to the US.

13  BY MR. AYALA MAURA:

14      **Q    At this point in time in January of 2022 who**

15  **was more senior in leadership or had more**

16  **granting-wise, I guess?  Mr. Kozko was superior in**

17  **granting to Mr. Hood, right?**

18              MS. FÉROT:  Form.

19      A    Yeah, Dmitry was the CEO and Mr. Hood was not

20  in the UK.  I think he was -- his title -- I don't

21  remember what his specific title was.  Probably

22  president.  Zach may have reported to Stephen at that

23  time.  I'm not completely sure what the reporting

24  structure was.  Yeah, but Dmitry was the head of

25  Motorsport Games at the time.

Page 37

1  BY MR. AYALA MAURA:

2      **Q     In general from what you know what you have**

3  **reviewed do you have any information regarding any type**

4  **of resistance to the relocation?  Anyone in the company**

5  **saying we don't think this is a good move?**

6      A     I don't have firsthand knowledge of that from

7  the records I reviewed.  I haven't seen any messages

8  with anyone actively opposed to Zach moving to the US

9  other than Stephen Hood inquiring of Dmitry why Zach

10  was moving, because apparently he wasn't aware of Zach

11  moving to the US.

12      **Q     Let's move onto 468.  468.  This is an email**

13  **with Mr. Kozko -- actually I don't understand.**

14                  MS. FÉROT:  Counsel, can you show the

15                  bate stamp.  I know you stated it on the

16                  record, but so we can record it.

17                  MR. AYALA MAURA:  468.

18                  MS. FÉROT:  Thank you.

19                  MR. AYALA MAURA:  We're doing this as 9.

20                  (Exhibit Number 9 was marked for

21                  identification.)

22  BY MR. AYALA MAURA:

23      **Q     Can you read this and see if you understand**

24  **it?**

25      A     Is this an email?  It looks like an email from

1 Dmitry to Zach, but he's saying hey, Dmitry, hope

2 you're well.  I don't recall seeing this one

3 specifically, you know, on just the documents, but from

4 the looks of it, it looks like it's maybe from Dmitry

5 to Zach about approving an internship between

6 individuals.

7     **Q    What is rFactor2?**

8     A    RFactor is one of our -- one of the titles.

9 Racing -- so the manufactures develops and publishes

10 racing video games and rFactor2 is one of our titles.

11     **Q    And this is the one Zach was working on?**

12     A    He may have worked in rFactor2, but he was

13 also involved with IndyCar and NASCAR as well.

14     **Q    Does it appear that Dmitry is telling someone**

15 **that Zach is overwhelmed with work?**

16     A    Well, it says that now Zach is completely

17 overwhelmed, it's going to take too long, et cetera, et

18 cetera.  So it looks like this -- yeah, someone is

19 stating that Zach is overwhelmed in the email or in the

20 message here.

21     **Q    Whether it's rFactorn2 or IndyCar, the other**

22 **game, so was Zach the leader of the development of**

23 **these games?**

24     A    The development of what games?

25     **Q    I don't know, the rFactorn2 title or the Indy**

Page 39

1    **you mentioned?**

2       A    I don't know if Zach was the leader at that

3    time for development of rFactor2.  RFactorn2 is a title

4    an engine that was acquired by Motorsport Games in an

5    acquisition from April of 2021.  So we purchased -- we

6    being Motorsport Games purchased the studio that had

7    the rFactor2 driving title.

8        **Q    And let's move on.  Moving on to MSG 487.**

9    **We'll do this one as Number 10.**

10                   **(Exhibit Number 10 was marked for**

11                    **identification.)**

12   BY MR. AYALA MAURA:

13       **Q    Let me display my screen here.  So this is an**

14   **email from Dmitry to some individuals.  Do you know who**

15   **Anne Dongois is?**

16       A    I've seen this email exchange, but I don't

17   personally know who she is.

18       **Q    Andy Stack?**

19       A    I don't know who he is in this email.

20       **Q    Sebastian Garcia?**

21       A    Yeah, I know who Sebastian is here.

22       **Q    Who is he?**

23       A    He works for one of the subsidiaries of Driven

24   Lifestyle.

25       **Q    In this email Dmitry appears to be introducing**

Page 40

1  Zach to this individual that's the head of global

2  director of technology and he states that Zach is on

3  his way to relocate to Miami with his family and will

4  be here towards the second half of March.

5          So we've seen a lot of stuff regarding the

6  relocation.  I want to ask you again.  There was no

7  debate in the company that this was the move the

8  company wanted to take?  Meaning, bring Zach Griffin

9  from Australia permanently to the US, correct?

10                 MS. FÉROT:  Form.

11   A    You're asking whether there was any debate in

12  the company?  You mean, disagreement or just so I

13  understand the question.

14 BY MR. AYALA MAURA:

15   Q    Yeah, disagreement.  Was there ambiguity about

16  the decision over thinking about bringing Zach?  Wasn't

17  it an already made decision that just needed to be

18  executed?

19                 MS. FÉROT:  Form.

20   A    Well, from the email -- I don't have firsthand

21  knowledge.  I have to state that again.  From the email

22  communications I've seen it looks like there was desire

23  by Dmitry for Zach to relocate to the US and Zach was

24  excited about the move as well.  I haven't seen any

25  communication in any of the documents where anyone was

Page 41

1  strongly opposed to the move, you know, Zach coming to

2  the US.  I haven't seem any communication where anyone

3  said we don't think Zach's move was a good idea or --

4  except for Stephen Hood the email that you shared

5  earlier where he was asking why Zach was moving to the

6  US that was the only inquiry, right?  'Cause he was

7  unaware of the move, but I haven't seen any emails with

8  anyone expressing strong opposition or any opposition

9  to Zach moving to the US.

10 BY MR. AYALA MAURA:

11     **Q    Okay.  Thank you.  Moving on to --**

12            MS. FÉROT:  Counsel, do you mind if we

13        take a quick break?

14            MR. AYALA MAURA:  No.

15            MS. FÉROT:  A quick one?

16            MR. AYALA MAURA:  We're good.  We're

17        past to finishing before two hours.

18            MS. FÉROT:  Okay.  Do you mind --

19            MR. AYALA MAURA:  Maybe an hour and 45.

20            MS. FÉROT:  Okay.  Thank you.

21            MR. AYALA MAURA:  Off the record.

22            (Whereupon a short recess was taken.)

23            MR. AYALA MAURA:  Back on the record.

24 BY MR. AYALA MAURA:

25     **Q    So let's move onto MSG 548.  MSG 548 which we**

ELITE REPORTING OF SOUTH FLORIDA, INC.  (954) 761 - 8338

Page 42

```
 1  are going to label as 11.
 2                  (Exhibit Number 11 was marked for
 3                  identification.)
 4  BY MR. AYALA MAURA:
 5      Q    So this is a letter with the details of the
 6  proposed renumeration.  Do you recall this letter?
 7      A    Yes.
 8      Q    So 240,000 US dollar per annum, annual bonus
 9  20 percent.  It includes installments of $24,000 each.
10  Do you recall this?
11      A    Yes.
12      Q    And this is -- this offer or this email is
13  sent from Dara Malavolta from Motorsport USA, correct?
14      A    Yes.
15                  MS. FÉROT:  Form.
16  BY MR. AYALA MAURA:
17      Q    I don't know if she was physically here at
18  this time, but Malavolta works at 5972 Northeast 4th
19  Avenue, Miami, right?
20      A    Yes, that's our office address.  Motorsport
21  address.
22      Q    There's only one domain for Motorsport, right?
23  So basically Motorsportgames.com domain is used by the
24  Australia entity, the UK entity and some international
25  entities as well?
```

Page 43

1      A     Emails, you mean?

2      **Q     Yes.**

3      A     Yes, I believe that's the primary domain for

4  emails.

5      **Q     There is no Motorsport Games Inc. or usa.com?**

6  **It's -- you guys are all using this one, right?**

7      A     Our entity we all use Motorsportgames.com as

8  the domain.  Now, whether they're different domains we

9  used back then before I joined, I don't know.

10     **Q     Is your email right now as CFO the US entity**

11 **this one as well Motorsportgames.com?**

12     A     Yes.

13     **Q     Moving onto 549, which is the next page.  Here**

14 **is the bate -- Alice doesn't trust me very much.**

15                MS. FÉROT:  I don't trust myself if I

16           was able to remember it, that's all.

17                MR. AYALA MAURA:  So 549 we can label

18           Number 12.

19                (Exhibit Number 12 was marked for

20                identification.)

21 BY MR. AYALA MAURA:

22     **Q     This is another letter from Malavolta where it**

23 **states that Motorsport Games Inc a United States based**

24 **entity have called on Zach Griffin to relocate to our**

25 **headquarters in Miami, Florida to pursue a promotional**

Page 44

1   **opportunity in our business.  Do you recall this**

2   **communication?**

3       A    Yes.

4       **Q    So where it says we have called Zach Griffin**

5   **to relocate, isn't that an offer of employment to work**

6   **in the US?**

7               MS. FÉROT:  Form.

8       A    Well, he was already employed by the

9   Australian entity, but they wanted him to work -- to

10  move to Miami to work in the US.

11  BY MR. AYALA MAURA:

12      **Q    Right, but -- sorry, about that.  But I**

13  **want -- I mean, in more plain -- is this referencing**

14  **more plain language that this was an offer for him to**

15  **work in the US?**

16              MS. FÉROT:  Form.

17      A    So this letter was reading -- so it would be

18  submitted, I believe, with Zach's work visa

19  application, right?  So, yes, this letter, you know,

20  clearly states that Motorsport Games Inc., the US

21  subsidiary, USA, have called Zach to move to the US to

22  work in the US.

23  BY MR. AYALA MAURA:

24      **Q    And it was not only to reflect the current**

25  **offer to work in the US, but in a visa process, right?**

Page 45

```
 1    A    Yeah, I believe this letter was reading in

 2  support of his visa application in the US.

 3    Q    But even though it was main support of this

 4  application do you find any of the contents of this

 5  visa untruthful -- of this letter untruthful or

 6  inaccurate?

 7              MS. FÉROT:  Form.

 8    A    I don't think -- no, I don't think any of the

 9  contents are inaccurate for him to apply -- for Zach to

10  apply for a US work visa.  I mean, a US based entity

11  would have to send letters in support of that and I

12  think that's what this is saying.

13  BY MR. AYALA MAURA:

14    Q    Correct, but it is not only a letter to help

15  the visa, the reality of the job offer to work in the

16  US was truthful, right?

17              MS. FÉROT:  Form.

18    A    Yeah, it was a letter in support of the visa,

19  right.  I think if the question is whether the contents

20  of this letter are truthful, I think they are truthful,

21  yes.

22    Q    Okay.  And let's move to 550.  Bate stamp 550

23  -- hold on.  Checking my notes here.  No, no, no.

24  We're not moving onto 550.

25              MR. AYALA MAURA:  We are moving now to a
```

Page 46

```
 1              different subset from our production, Alice.
 2              So this will be -- I know I owe you the
 3              itemized version of this.  That's in the
 4              works.  This will be Griffin 004 -- the 004
 5              is somewhere here.  I don't see it well, but
 6              is it page 4 of the Griffin production.
 7              We're marking that as 13.
 8                   (Exhibit Number 13 was marked for
 9                   identification.)
10  BY MR. AYALA MAURA:
11       Q    And this is the only version of this email
12  that I received.  I tried to get another version, but
13  my client doesn't have it unfortunately.  But this is
14  an email.  I don't know if it's visible from there.  I
15  can try to read it out lout.  This is some discussions
16  between -- Malavolta is sending an email to Zach and
17  Dmitry.  Basically regarding the options for visa H-1B
18  or I guess other options.  Is it visible to you or do
19  you recall the document?
20       A    I can see it.  I can see the email.
21       Q    Yes, so is it fair to say that HR was actively
22  involved in the process of obtaining a visa for Zach to
23  work in the US?
24       A    Yes.  So Dara was the director of HR and, yes,
25  she did assist by providing, you know, the requested
```

Page 47

```
 1   documents, like, you know, a letter from the company
 2   about Zach's move to the US.  Yeah, so Dara being the
 3   director of HR, yes, assisted in the relocation efforts
 4   for Zach.
 5        Q    How familiar are you with the visa process?
 6   Is that something you're familiar with?
 7                MS. FÉROT:  Objection to form.
 8        A    I'm not very familiar with the visa process.
 9   BY MR. AYALA MAURA:
10        Q    Do you know that the visa process has a
11   petitioner and a beneficiary of a petition, do you know
12   that?
13        A    Do I -- I didn't understand the question.
14        Q    Do you know that whatever visa they're
15   discussing each visa has a petitioner and then the
16   petition party the beneficiary of the petition, do you
17   know that?
18        A    Yeah, so basically what you just said the
19   petitioner would be the company, I guess, Motorsport
20   Games in this case, right, and then --
21        Q    Motorsport USA more specifically.
22                MS. FÉROT:  Objection to form.  We have
23                no pending question here.
24                MR. AYALA MAURA:  Sorry.
25
```

Page 48

1  BY MR. AYALA MAURA:

2      **Q     So the petitioner will be Motorsport USA more**

3  **specifically, right?**

4              MS. FÉROT:  Objection to form.

5      A    I think is the question whether or not

6  Motorsport Games Inc was the petitioner?

7  BY MR. AYALA MAURA:

8      **Q    Yes.**

9      A    I think it sounds like it would be, but the

10 petitioner would be -- would the petitioner be the

11 company applying on behalf of the individual, is that

12 how you would describe it?

13     **Q    That's how I describe it.  I want to know if**

14 **that's your understanding as well.**

15     A    Yeah, it sounds right.  The petitioner would

16 be the company making the application or supporting the

17 application, which would be Motorsport.

18     **Q    And the point I'm trying to get across is that**

19 **Malavolta or anyone at HR they weren't simply**

20 **coordinator of they weren't simply referring contacts**

21 **or lawyers to Griffin.  Malavolta only handled**

22 **Motorsport USA.  The petitioner was a huge factor in**

23 **Mr. Griffin obtaining a visa, right?**

24              MS. FÉROT:  Objection to form.  Multiple

25          layers of objection here.  Facts not in

```
 1              evidence.  Multiple layers.

 2      A    Can you restate the question?  I don't --

 3 BY MR. AYALA MAURA:

 4      Q    Yes.  So more simply Malavolta as HR of

 5 records in Motorsport USA wasn't simply a coordinator.

 6 She was acting on behalf of the petitioner of the visa,

 7 which is Motorsport USA, correct?

 8              MS. FÉROT:  Objection to form.

 9      A    The question is whether Dara was acting on

10 behalf of the petitioner?

11              MS. FÉROT:  Objection --

12 BY MR. AYALA MAURA:

13      Q    Correct.

14              MS. FÉROT:  -- to form.

15      A    Yes, Dara was the head of HR and HR was part

16 of the process, right, the visa application process.

17 They have to provide for the documents and so on.  So

18 she assisted in that effort.

19 BY MR. AYALA MAURA:

20      Q    Let's go to page 6 of Griffin.  Griffin 006

21 here.  So this is Malavolta's email to Zach Griffin.

22              MS. FÉROT:  Well, is it a new exhibit?

23              MR. AYALA MAURA:  No.  No.  It's

24              actually not an exhibit.  We're going to do

25              13 the entire composite Griffin production
```

Page 50

```
 1              from 001 to 320.
 2                   MS. FÉROT:  Counsel, it's easier that --
 3              so that means the exhibit will be the entire?
 4              Maybe the depo -- what we're doing what we
 5              need to update the -- what we're looking at,
 6              what evidence?
 7                   MR. AYALA MAURA:  Well, I'm focusing on
 8              page 6 right now, and I'll give you an
 9              opportunity to read it, but just -- it makes
10              it faster if we just do one exhibit as
11              opposed to page by page.
12                   MS. FÉROT:  Counsel, also I ask when you
13              know clearly what we're looking at everything
14              so we're on which bate number?
15                   MR. AYALA MAURA:  Bate 006.  Griffin
16              006.
17                   MS. FÉROT:  Thank you.
18 BY MR. AYALA MAURA:
19       Q    So in this email Malavolta appears to be
20 basically running Mr. Zach through -- what is it health
21 plans maybe?  Do you understand this email?
22       A    So is this -- can we see what this email is in
23 response to?
24       Q    Yeah, maybe --
25       A    Otherwise I apologize for the delay.  So did
```

Page 51

```
 1   Zach request something?
 2            MS. FÉROT:  Counsel, I'm also objecting
 3            because this is a partial document.  What's
 4            being requesting the entire document.
 5   BY MR. AYALA MAURA:
 6        Q    So Malavolta, 7 '22.  This what I have.  If
 7   you can -- if it makes sense to you, you can answer.
 8   If not, we'll move on.  It appears to me that Malavolta
 9   from HR at Motorsport USA is working with Mr. Griffin
10   regarding health plans or benefit plans of the payroll
11   in the USA.  Do you use ADP in payroll in the USA?
12        A    Yes, ADP is our field processor or provider.
13        Q    So Malavolta as HR in the USA, Motorsport USA,
14   would be referring or briefing Mr. Griffin regarding
15   details of being in payroll in USA ADP, correct?
16            MS. FÉROT:  Objection to form.
17        A    Yes.  So it looks like this is Dara's email in
18   response to an inquiry from Zach.  It starts off by
19   saying Hi Zach, I apologize for the delay on this and
20   then she leaks out associated costs and she looks like
21   she's walking him through some of the benefits.  So
22   there's an earlier email it looks like since she's
23   responding to Zach.
24   BY MR. AYALA MAURA:
25        Q    Yeah, and that's her.  I apologize for not
```

Page 52

1    **having that email, but is it fair to say what the email**

2    **speaks regarding ADP, health saving plans, they're not**

3    **medical stuff.  They're not referring to health saving**

4    **plans or things in Australia, right?**

5                    MS. FÉROT:  Objection to form.

6         A    The question is whether or not Dara was

7    providing information about benefit and health plans in

8    Australia or the US?

9    BY MR. AYALA MAURA:

10        **Q    No.  My question is the health saving plans**

11   **that Dara is referring to here that would be at US base**

12   **health saving plans, correct?**

13        A    I don't know.  Dara who oversees the US or she

14   did.

15        **Q    Okay.**

16        A    It looks like it's the US.  She's talking

17   about US health savings plan in response to an inquiry

18   from Zach, but in the US, right?

19        **Q    Do you know -- sorry.  Do you know of the**

20   **company in Australia ADP, too?**

21        A    I don't know especially back then.  We no

22   longer have employees in Australia, but if it's ADP, we

23   use ADP in the US.

24        **Q    Okay.  So moving down to bate stamp Griffin**

25   **008 part of what we labeled as Composite 13, there's**

1  **another one where we don't have a more visual friendly**
2  **version, but this is between Jason Potter and Zach**
3  **Griffin, cc Stephen Hood.  Who is Jason Potter?  It**
4  **says here EVP of Finance.  He is with the company**
5  **still?**
6      A    Jason no longer works for Motorsport Games,
7  no.
8      **Q    And there's a lot of people that don't work**
9  **for the company that we've spoken about, right?  Has**
10 **there been, like, a massive lay off or something**
11 **happened?**
12     A    Yeah, we've had a couple of structural
13 incidents and downsizing.  The last one was in October
14 of 2024, and it's publicly available as well.
15     **Q    And Jason Potter was working at the**
16 **headquarters at 5972 Northeast 4th Avenue, right?**
17     A    Correct.
18     **Q    Now Jason Potter of Finance discusses what he**
19 **did was a relocation package.  You see that?**
20     A    (No verbal response.)
21     **Q    Do you know the context of this communication?**
22 **This happened sometime -- well, I don't know the date**
23 **of this.  This is a bit difficult.**
24     A    You have to go to the initial email.  Looks
25 like Jason is writing to Zach in the initial email if

Page 54

1    you scroll down a little bit.  There you go.

2        **Q    Okay.  So this is sometime around July 2023.**

3    **So this is after the fact when I guess the parties are**

4    **discussing some of the, I guess, costs associated with**

5    **the failed relocation.  Are you familiar with that**

6    **topic?  I think -- did we lost -- did we lose your**

7    **lawyer?**

8        A    Yes.

9        **Q    I can't talk to you without your lawyer.**

10                MS. FÉROT:  Yes, Counsel, I can still

11               hear, but I'm having issues.  I think I'm

12               having a power issue.  Hold on a second.

13                MR. AYALA MAURA:  Oh, you guys are

14               together?  I didn't know that.

15                THE WITNESS:  Yes, that's the reason.

16                MS. FÉROT:  Can we go off the record for

17               just a second?

18                MR. AYALA MAURA:  Yeah.

19                MS. FÉROT:  Thank you.

20                MR. AYALA MAURA:  Off the record.

21                (Whereupon, an off the record discussion

22               was had.)

23                MR. AYALA MAURA:  Okay.  Back on the

24               record.

25

Page 55

1 BY MR. AYALA MAURA:

2    **Q    So we were at Griffin 008 part of the**

3 **Composite 13.  So are you familiar with the exchanges**

4 **or communications regarding Mr. Griffin trying to**

5 **obtain some of the costs associated with the failed**

6 **relocation process?**

7    A    I've seen the email exchanges based on the

8 records and the documents that I reviewed.

9    **Q    Did you know whether Finance, Mr. Potter or**

10 **someone else approved certain expenses associated with**

11 **the cost of him -- let's call it the unachieved**

12 **relocation process.**

13    A    I have access to accounting records and I've

14 seen expense reports that were paid out with some of

15 Mr. Griffin's expenses regarding relocation, like, air

16 fare.

17    **Q    Okay.  Let's move to page 26 on 25.  So**

18 **Griffin 025.  So this is an exchange between Griffin**

19 **and Malavolta discussing --**

20         MS. FÉROT:  Counsel, can you please show

21         the entire document and I didn't get a chance

22         to --

23         MR. AYALA MAURA:  This is like --

24         there's one page, Griffin 25.  This is the

25         only version we have on this.

ELITE REPORTING OF SOUTH FLORIDA, INC.  (954) 761 - 8338

Page 56

```
 1              MS. FÉROT:  Is there a bate stamp?
 2              MR. AYALA MAURA:  Yeah, it's Griffin
 3         0025.  It's dark here.  It's very dark, but
 4         it's there.
 5              MS. FÉROT:  Got it.  Thank you.
 6  BY MR. AYALA MAURA:
 7     Q    So, I mean, generally these are discussions
 8  regarding the visa between HR and Griffin.  You can
 9  take your time to review it.  I can make it bigger, but
10  it is -- it's basically conversations about the visa
11  promises.  My question to you, and you can have the
12  time to review it is:  Isn't it fair to say that the
13  only reason why Mr. Griffin was not relocated is the
14  failure to obtain a visa?
15              MS. FÉROT:  Objection to form.
16     A    The question is isn't it fair that the only
17  reason why he wasn't relocated is because the visa
18  application process was not successful?
19  BY MR. AYALA MAURA:
20     Q    Yes, that's my question.
21     A    I don't know if that's the only reason that
22  would be conjecture at this point.
23     Q    What other reasons that you know of are --
24  were factored into that it involved the CEO appearing
25  to wanting him strongly.  He's not ultimately
```

1  **relocating here.  What other factors do you know of?**

2      A    What other factors do I know of?  Based on my

3  review it looks like an application, a visa application

4  was never submitted even after Griffin's hand picked

5  immigration attorney, Cammisa Markel was retained and

6  paid by Motorsport Games, right?  I also see email

7  exchanges where Griffin has been asked for his

8  immigration, his paperwork and, you know, few weeks a

9  month or two go by and follow ups as well.  So even

10  with Griffin's hand picked attorney, Cammisa, again

11  that was paid for by Motorsport Games, for some reason

12  his application or visa was never submitted based on

13  what I've seen.  So if an application for visa was not

14  submitted by Griffin's hand picked attorney, I don't

15  know how to get a visa.

16      **Q    Let's talk about that.  Do you recall more or**

17  **less -- and I think I have some emails about that.**

18  **Maybe we can switch to those emails.  I'm going to page**

19  **182.  This is Mark Katsman.  This is the attorney that**

20  **was not hand picked by Mr. Griffin, right?**

21      A    Yes.  So he's an attorney.  I'm not familiar

22  with Mark Katsman personally, never met him, but based

23  on my review of the records, it looks like an

24  introduction was made, you know, to Griffin with Mark

25  Katsman.

1           MS. FÉROT:  Counsel, number?

2           MR. AYALA MAURA:  1185 -- 182, I'm

3      sorry.

4           MS. FÉROT:  182, thank you.

5  BY MR. AYALA MAURA:

6      **Q    So some time give or take in June 2022,**

7  **correct?**

8      A    I'm sorry, you're asking whether the

9  introduction was made in June 2022?

10     **Q    Yes, some time around that time?**

11     A    Based on my recollection I think it was made

12  earlier.  I think it was made some time in 2, late 2/3

13  early 2/4 of 2021.  By June of 2022 wasn't Griffin

14  already in the US, based on my recollection.  I think

15  he moved -- came to the US in March, maybe April of

16  2022, and I've seen email exchanges with that

17  introduction going back to June 24, 2021.

18     **Q    Okay.  Isn't it true that Amanda Lecheminant**

19  **recommended Mark Katsman.**

20           MS. FÉROT:  Objection to form .

21  BY MR. AYALA MAURA:

22     **Q    Or Motorsport USA recommended that the visa**

23  **process be undertaken by Mr. Mark Katsman?**

24     A    I think Zach was looking for a US attorney,

25  immigration attorney to do the paperwork and Motorsport

Page 59

1    Games or maybe Dmitry introduced Mark Katsman as an

2    immigration attorney that could be used by Zach.

3         **Q    So when -- do you recall when was it that he**

4    **became in contact with another attorney the one that**

5    **you said he hand picked?  Do you know when was that?**

6         A    I see that based on my review of the records I

7    see that in January of 2023 the retainer payment to

8    commence with Markel which is an immigration attorney

9    that Zach suggest he wanted to use.  That retainer

10   payment was made by Motorsport Games.

11        **Q    January?**

12        A    Based on my recollection I think it was -- I

13   believe it was January of 2023 early.  I recall seeing

14   an email from Jason Potter to Zach saying that the

15   retainer had been paid.

16        **Q    I'm moving to Griffin 197.  This appears to be**

17   **an email from Amanda asking for visa options for**

18   **Griffin, right?**

19        A    Yes.  So this is the introduction I think that

20   I alluded to a few minutes ago when I said this was

21   September of 2021 where Amanda is introducing Mark

22   Katsman to Zach Griffin, right, saying that Zach is

23   exploring options, visa options because he would like

24   to move to the US to work here.

25        **Q    And this was for the purposes of the**

Page 60

```
 1  relocation, right?

 2      A    Right, this was, yeah, for Mark to work on

 3  relocation and the visa application.

 4      Q    So I'm going to move on to this.  Now -- so

 5  the immigration -- the efforts from Motorsport USA to

 6  Amanda to connection to an immigration lawyer were for

 7  the purposes of the relocation to the US, correct?

 8              MS. FÉROT:  Objection to form.

 9      A    Right.  So the communication you just showed

10  looks like that was a message from Zach to Amanda

11  saying -- asking for an introduction for an immigration

12  attorney if I recall seeing that correctly.

13  BY MR. AYALA MAURA:

14      Q    And then there were also efforts or

15  explanations to Mr. Griffin regarding benefit plans,

16  health plans in the US that were done for the purposes

17  of the relocation, right?

18      A    Right.  So the first part of that it looks

19  like Zach asked for an introduction to an immigration

20  attorney.  He mentioned that message as he granted that

21  Dmitry mentioned that he can make an introduction with

22  the immigration attorney that the company has used in

23  the past, right?  And then around September of 2021

24  Amanda makes that introduction to Mark Katsman for

25  Zach.
```

Page 61

1    **Q    Correct, but then there was also discussions**
2    **between HR and Zach where Zach is being explained the**
3    **benefits, the ADP details which he was being given**
4    **those explanations in the context of the relocation,**
5    **right?**

6         A    Yes, so you're likely referring to that email
7    where Dara mentions the ADP payment fee for health
8    savings plans.  We did not see that initial email, but
9    the first line of that is, you know, Dara saying sorry
10   for the delay in getting back to you or something to
11   that effect.  It looks like she was responding to an
12   inquiry from Zach where he was asking about benefits
13   available in the US and she provided that information
14   to him.

15   **Q    And we've seen also earlier some of these**
16   **letters discussing the salary that he would make**
17   **working in the US with the bonuses, do you remember**
18   **that?**

19             MS. FÉROT:  Objection to the form.

20        A    So there's two sides of that, right?  The
21   first is there's an addendum to his employment
22   agreement, right?  Where his base salary, Zach's base
23   salary was increased from 170,000 to 240,000, right?
24   And the 20 percent bonus component was added to it all
25   changes to his salary had to be in writing or any

Page 62

```
 1  benefits that was entitled had to be in writing and

 2  that became part of his personnel file, right?  So

 3  there's that addendum to his compensation arrangement

 4  that was provided.  There was also a letter for Dara to

 5  what looked like the, you know, the authority in

 6  Australia about supporting and saying that Zach has

 7  been requested to move to the US.

 8  BY MR. AYALA MAURA:

 9      Q    I'm now at Griffin 202.  I don't know if you

10  recall reviewing the records some rental applications

11  Motorsport USA and Mr. Dmitry Kozko, himself, acting as

12  sort of a guarantor of an rental application for Mr.

13  Griffin to find an apartment in Miami.  Do you recall

14  any of that?

15               MS. FÉROT:  Objection to the form.

16      A    So if you scroll to the bottom, Dmitry's name

17  is included as a contact in case of an emergency.  I

18  don't see this as a guarantor.  It says in case of

19  emergency and then -- can you scroll back up, please?

20  BY MR. AYALA MAURA:

21      Q    No.  I want to show you where he actually

22  signs as an --

23      A    So I think --

24      Q    I don't want to focus on this one because it

25  appears that it's not as useful.  So I want to go to --
```

Page 63

1    okay.  I found it.

2         I'm moving onto 254.  So this is a Guarantor

3    Pre-Leasing Application, and it lists as a guarantor

4    Mr. Kozko.  It lists Motorsport Inc. and then as the

5    employer so -- and this appears to be Mr. Kozko's

6    signature, but I don't know if you recognize that.

7         Do you have any reason to doubt that this

8    document is a document that reflects Mr. Kozko trying

9    to help Mr. Griffin in finding an apartment by

10   guaranteeing his lease?

11    A    Yes, it looks like, if that's Kozko's

12   signature, he looks like he's listed as the guarantor

13   for the lease application.  Not sure if this was

14   done -- I have no other contexts around it, but, yeah,

15   Dmitry is clearly listed as a guarantor on the lease

16   application on behalf of Zach.

17    Q    And Mr. Kozko appears to have gone as far as

18   providing his own paystubs for the leasing company or

19   to the apartment for, I guess, backing.  Do you recall

20   any of this?  Have you seen this information -- the

21   documents?

22    A    There's all kinds of records.  So this was all

23   part of the lease application that was submitted,

24   right?  And, yeah.

25    Q    So Mr. Kozko is trying to help him with an

Page 64

1   **apartment, Amanda is trying to help him with a visa, HR**

2   **is describing benefits and salary packages.  Do you**

3   **think it was unreasonable for Mr. Griffin to believe**

4   **that he was promised to relocate to the United States?**

5                    MS. FÉROT:  Objection to form.

6       A    Do I think it was unreasonable for Mr. Griffin

7   to -- can you repeat?  I just don't understand the

8   question.  Can you restate it?

9   BY MR. AYALA MAURA:

10      **Q    Yes.  So was -- when Mr. Griffin made**

11  **arrangements to move to the US, when Mr. Griffin's wife**

12  **quit her job in Australia to move with her partner to**

13  **the US, and also some of these people -- arrangements**

14  **were made for the purposes of residing in the US, do**

15  **you think based on the evidence we have gone through**

16  **that he was unreasonable in doing so?**

17                   MS. FÉROT:  Objection to form.

18      A    I think the company, Motorsport Games Inc.

19  made a considerable effort to assist Zach Griffin with

20  his relocation to the US, and that includes, you know,

21  Dmitry the CEO, right?  So there's a visa as an

22  guarantor on his lease application.  Amanda making an

23  introduction to an immigration attorney, Mark Katsman,

24  after Zach requested that introduction be made.  It

25  also includes, you know, Dara as the head of HR

Page 65

1  providing information with benefits provided by ADP in

2  what looks like a response to Zach inquiring about

3  benefits available.

4         Yeah, so I think, you know, all efforts were

5  made by Motorsport Games Inc. and its representatives

6  to assist Zach as much as possible to pay for the

7  retainer for not only the immigration attorney that was

8  introduced to Zach but to pay for a new one that he

9  asked for.  Yeah, I think all efforts were made to

10 assist him in the relocation effort.

11 BY MR. AYALA MAURA:

12     **Q    But my question is different.  I agree with**

13 **you that there were efforts made, we've gone through**

14 **them.  My question is:  Was Mr. Griffin incorrect when**

15 **he understood that Motorsport USA had promised him**

16 **we're going to relocate you to the United States?  Was**

17 **he incorrect in believing that he had been given a**

18 **promise of a relocation?**

19             MS. FÉROT:  Counsel, I'd like to make a

20             speaking objection as we're getting through

21             this.  It calls for speculation for a legal

22             conclusion and you've been asking him twice.

23             MR. AYALA MAURA:  Noted.

24 BY MR. AYALA MAURA:

25     **Q    Mr. Beckley?**

Page 66

1    A    Yeah, that's -- yeah, that is speculation.

2  You're asking me whether Zach was correct in his

3  assessment.  I don't know what the answer is.

4    **Q    Well, the reason I'm asking you for this is**

5  **because when Motorsport answered the lawsuit, it states**

6  **MSG alleged promise.  So it calls the promise of**

7  **relocation an alleged promise and it states that it was**

8  **not sufficiently definite in time and terms.**

9         **So do you think that Mr. Griffin misunderstood**

10  **the whole thing?**

11              MS. FÉROT:  Objection to form.

12    A    Do I think -- do I know whether or not Mr.

13  Griffin misunderstood the whole thing; is that your

14  question?

15  BY MR. AYALA MAURA:

16    **Q    I'll rephrase it.  Do you think, Mr. Griffin**

17  **--**

18              MS. FÉROT:  We're getting really into

19              legal issues right now.  It's really not

20              appropriate.

21  BY MR. AYALA MAURA:

22    **Q    Do you think Mr. Griffin did not have a**

23  **promise from Motorsport USA to be relocated to the**

24  **United States?**

25              MS. FÉROT:  Objection to form.

Page 67

1      A      Like I said, Motorsport Games assisted.
2  Dmitry wanted Zach to move to the US.  Zach was
3  amenable to that.  He was excited about the move as
4  well, right?  So there was mutual interest there.
5  Yeah, I think Dmitry -- the company, Dmitry wanted to
6  have him and so did Zach, and then worked towards that
7  goal.
8                  MR. AYALA MAURA:  Mr. Beckley, I have no
9            more questions.  Thank you for your answers.
10                 THE WITNESS:  Okay.  Thank you.
11                 MS. FÉROT:  I have no more questions as
12           well, and then we will read.
13                 MR. AYALA MAURA:  And we will order
14           regular time.
15                 (The video conference deposition was
16                 concluded at 11:53 a.m.)
17
18
19
20
21
22
23
24
25

```
                                                      Page 68

 1

 2                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 3           CASE NO.:  24-cv-21929-BLOOM/Elfenbein

 4  _____

 5  ZACHARY GRIFFIN,

 6         Plaintiff,

 7  vs.

 8  MOTORSPORT GAMES INC.,

 9            Defendant.

10  _____

11  TO:  AXS LAW GROUP, PLLC
    C/O: STANLEY BECKLEY
12  BY:  ALICE FÉROT, ESQ.
         2121 NW 2ND AVENUE, SUITE 201
13       MIAMI, FLORIDA  33127

14
         Your deposition taken in the above entitled cause
15  is now ready for signature.  Please come to this office
    and sign same; or if you wish to waive the signing of
16  the deposition, please so advise.
         If this deposition has not been signed by March
17  14, 2025, we shall consider your signature waived.

18       ELITE REPORTING OF SOUTH FLORIDA, INC.

19       707 SE 3rd Avenue, #101
         Fort Lauderdale, Florida  33316
20       (954) 761-8338

21

22       Diana Armendariz Smith, FPR

23

24

25
```

Page 69

1

2                      C E R T I F I C A T E

3

4    STATE OF FLORIDA      )

5

6            I, DIANA ARMENDARIZ SMITH, Florida

7    Professional Reporter certify that I was authorized to

8    and did stenographically report the foregoing

9    deposition; and that the transcript is a true record of

10   the testimony given by the witness.

11

12           I further certify that I am not a relative,

13   employee, attorney or counsel of any of the parties, nor

14   am I a relative or employee of any of the parties'

15   attorney or counsel connected with the action, nor am I

16   financially interested in the action.

17

18           WITNESS my hand and official seal in the State

19   of Florida, this 14th day of February, 2025.

20

21           _____
             DIANA ARMENDARIZ SMITH
22           Florida Professional Reporter

23

24

25

ELITE REPORTING OF SOUTH FLORIDA, INC.  (954) 761 - 8338

Page 70

CERTIFICATE OF OATH

STATE OF FLORIDA      )

     I, Diana Armendariz Smith, certify that STANLEY BECKLEY, personally appeared before me via video conference on January 30, 2025 and was duly sworn.

     WITNESS my hand and official seal this 14th day of February, 2025.

_____
DIANA ARMENDARIZ SMITH
Florida Professional Reporter
Notary Public, State of Florida
at Large
My Commission No.:  HH358310
My Commission expires:  6-3-27

**A**

**a.m** 1:15,15 4:11
  67:16
**able** 18:2 22:19 43:16
**above-entitled** 4:4,17
**access** 55:13
**accounting** 6:11,18
  7:8,21 10:4 55:13
**acquired** 39:4
**acquisition** 6:18 39:5
**acting** 49:6,9 62:11
**action** 69:15,16
**actively** 37:8 46:21
**added** 61:24
**addendum** 61:21
  62:3
**address** 6:4 22:2
  42:20,21
**admissions** 3:6 18:5
**admitted** 18:7
**ADP** 51:11,12,15
  52:2,20,22,23 61:3
  61:7 65:1
**advise** 68:16
**affiliated** 18:20,24
**age** 4:16
**agent** 15:10
**ago** 59:20
**agree** 16:16 30:17
  65:12
**agreement** 12:20
  61:22
**aiding** 20:11
**air** 55:15
**Alice** 2:7 43:14 46:1
  68:12
**alleged** 11:22 66:6,7
**allowed** 15:17
**alluded** 59:20
**Amanda** 21:7,8
  26:14 32:5 35:1
  58:18 59:17,21
  60:6,10,24 64:1,22
**ambiguity** 40:15
**amenable** 67:3
**Ana** 27:15
**Andy** 39:18
**Anne** 39:15
**annual** 42:8
**annum** 42:8
**answer** 11:15 13:4,6
  13:6 15:17 17:6
  18:9,14 34:5 51:7

66:3
**answered** 66:5
**answers** 5:1,10 11:23
  67:9
**anticipate** 5:3 14:20
**anymore** 35:2
**apartment** 27:25
  28:17 62:13 63:9
  63:19 64:1
**apartments** 27:14,16
**apologize** 50:25
  51:19,25
**apparently** 37:10
**appear** 24:9 38:14
**APPEARANCES**
  2:1
**appeared** 4:15 70:7
**appearing** 2:5,8
  56:24
**appears** 19:18 22:18
  27:14 32:14 33:20
  35:20,21,22 39:25
  50:19 51:8 59:16
  62:25 63:5,17
**application** 13:10,15
  14:15 44:19 45:2,4
  48:16,17 49:16
  56:18 57:3,3,12,13
  60:3 62:12 63:3,13
  63:16,23 64:22
**applications** 62:10
**apply** 45:9,10
**applying** 48:11
**appointed** 6:25 8:1
**appropriate** 66:20
**approved** 30:12
  55:10
**approving** 38:5
**April** 8:20 39:5 58:15
**Armendariz** 1:22 4:8
  5:10 68:22 69:6,21
  70:6,15
**arrangement** 62:3
**arrangements** 64:11
  64:13
**asked** 17:18 18:6
  31:1 36:8 57:7
  60:19 65:9
**asking** 4:25 36:6
  40:11 41:5 58:8
  59:17 60:11 61:12
  65:22 66:2,4
**assessment** 66:3

**assist** 22:24 27:24
  28:19 46:25 64:19
  65:6,10
**assistance** 28:1,16
**assisted** 20:18,19
  28:4,14 33:7 47:3
  49:18 67:1
**assisting** 11:21 20:11
  22:22 29:13
**associated** 51:20 54:4
  55:5,10
**assume** 29:12
**attorney** 4:23 57:5,10
  57:14,19,21 58:24
  58:25 59:2,4,8
  60:12,20,22 64:23
  65:7 69:13,15
**August** 6:12
**Australia** 9:14,23
  10:23 12:18,23
  13:8,12 16:11,14
  16:18,19,23,25
  17:5,8,10,12,16,18
  18:8,11,19,20 19:5
  19:6 20:20 22:25
  29:8,13,16 31:20
  33:10,15 40:9
  42:24 52:4,8,20,22
  62:6 64:12
**Australia's** 31:10
**Australian** 9:12
  15:24 16:8,12 44:9
**authority** 15:19 62:5
**authorization** 30:14
**authorized** 31:13,16
  69:7
**available** 53:14 61:13
  65:3
**Avenue** 1:24 2:7
  42:19 53:16 68:12
  68:19
**aware** 11:22 13:7,9
  13:16 14:12,15
  15:1 23:17 36:12
  37:10
**AXS** 2:6 11:20 68:11
**Ayala** 2:3,3 4:20,23
  6:2,3 12:4 13:1
  14:24 15:14 16:3
  18:1 19:1,8,16,24
  20:1,21 21:6 23:1
  23:12 24:19 25:8
  25:15 26:9 27:21

28:8,21 29:5,17
  30:4,16 31:3,21
  32:2,21 33:8,22
  35:15 36:13 37:1
  37:17,19,22 39:12
  40:14 41:10,14,16
  41:19,21,23,24
  42:4,16 43:17,21
  44:11,23 45:13,25
  46:10 47:9,24 48:1
  48:7 49:3,12,19,23
  50:7,15,18 51:5,24
  52:9 54:13,18,20
  54:23 55:1,23 56:2
  56:6,19 58:2,5,21
  60:13 62:8,20 64:9
  65:11,23,24 66:15
  66:21 67:8,13

**B**

**B** 3:3
**bachelors** 6:10,11
**back** 34:24 41:23
  43:9 52:21 54:23
  58:17 61:10 62:19
**background** 6:7
**backing** 63:19
**bad** 11:7
**badly** 33:3
**base** 22:1 52:11
  61:22,22
**based** 9:16 15:1 24:2
  24:9,14 28:5,19
  33:5 34:19 43:23
  45:10 55:7 57:2,12
  57:22 58:11,14
  59:6,12 64:15
**basic** 5:9
**basically** 10:3,4
  32:22 42:23 46:17
  47:18 50:20 56:10
**bate** 3:8 19:21 25:12
  37:15 43:14 45:22
  50:14,15 52:24
  56:1
**Beckley** 1:18 2:13 4:2
  4:14,21 5:20 65:25
  67:8 68:11 70:7
**behalf** 2:5,8 4:2
  15:19 20:23 22:18
  28:18 48:11 49:6
  49:10 63:16
**believe** 8:25 10:24

17:16 21:9,24
  22:17 23:4 25:21
  26:14 27:10,19
  30:10 34:13,20,23
  35:8 36:3 43:3
  44:18 45:1 59:13
  64:3
**believing** 65:17
**beneficiary** 47:11,16
**benefit** 51:10 52:7
  60:15
**benefits** 51:21 61:3
  61:12 62:1 64:2
  65:1,3
**beyond** 29:21 30:6
**big** 22:11
**bigger** 56:9
**birth** 5:21,25
**bit** 53:23 54:1
**black** 25:18
**bonus** 42:8 61:24
**bonuses** 61:17
**bottom** 62:16
**bounds** 30:6
**break** 5:2,14,14
  41:13
**briefing** 51:14
**briefly** 6:6 19:19
  32:3
**bring** 40:8
**bringing** 40:16
**bunch** 21:2
**business** 9:16 44:1

**C**

**C** 69:2,2
**C/O** 68:11
**call** 12:10 16:14 18:4
  55:11
**called** 7:11,13,24
  34:3 43:24 44:4,21
**calling** 12:12
**calls** 65:21 66:6
**Cammisa** 57:5,10
**capacity** 29:3
**Capital** 6:15
**case** 1:2 4:24 11:12
  15:20 31:7 34:24
  47:20 62:17,18
  68:3
**cause** 4:4,17 14:17
  41:6 68:14
**cc** 53:3

**CEO** 8:13,20 20:18
20:23 24:11 32:4
32:11 33:1 34:16
36:19 56:24 64:21
**CEOs** 30:3
**certain** 55:10
**CERTIFICATE** 70:2
**certify** 69:7,12 70:6
**cetera** 38:17,18
**CFO** 7:23 8:2,9,11
9:25 15:8 29:23,25
33:16 35:6 43:10
**CFOs** 30:2
**Chadlives** 14:6
**chains** 13:25
**challenging** 22:10
**chance** 55:21
**changes** 61:25
**Chaulquist** 27:3
**Checking** 45:23
**chief** 6:16,18,25 7:2,8
7:21
**CL** 7:24,24
**clear** 13:17
**clearly** 24:14 28:18
44:20 50:13 63:15
**client** 46:13
**Cliff** 25:24
**close** 7:23
**closely** 24:3
**college** 6:9
**come** 14:21 20:17
22:15 68:15
**coming** 41:1
**commence** 59:8
**commencing** 4:10
**Commission** 70:17
70:18
**common** 10:8
**communication**
15:12,16 32:17
40:25 41:2 44:2
53:21 60:9
**communications**
15:4 35:19 40:22
55:4
**community** 17:19
**companies** 18:24
30:3
**company** 6:19 7:9,15
7:24 8:4,8,17,23,25
9:11,11,13,22

10:10,15,19 14:4
15:4,10 16:21
21:11,12 22:4,23
22:24 23:16,20,22
24:1 29:19 33:2,6
33:10,24 34:3,9,15
35:1,9 37:4 40:7,8
40:12 47:1,19
48:11,16 52:20
53:4,9 60:22 63:18
64:18 67:5
**compensation** 62:3
**complaint** 11:16,22
**completed** 5:25
**completely** 36:23
38:16
**component** 61:24
**composite** 49:25
52:25 55:3
**concluded** 67:16
**conclusion** 65:22
**conference** 1:18 4:1
67:15 70:8
**conjecture** 56:22
**connect** 27:15
**connected** 69:15
**connection** 60:6
**consider** 68:17
**considerable** 64:19
**considering** 33:18
**consolidated** 10:17
**contact** 59:4 62:17
**contacts** 48:20
**contents** 45:4,9,19
**context** 53:21 61:4
**contexts** 63:14
**control** 10:12
**conversations** 56:10
**coordinator** 48:20
49:5
**copies** 12:9
**copy** 14:9 21:7
**CORAL** 2:4
**corporate** 15:9 23:21
32:7
**correct** 8:4,10 15:24
15:25 16:5,9 17:1
18:15 19:3 20:24
22:2,3,8 23:2,3
25:8 28:11,24 29:6
29:18 31:4 33:9
35:20 40:9 42:13
45:14 49:7,13

51:15 52:12 53:17
58:7 60:7 61:1 66:2
**correctly** 60:12
**cost** 55:11
**costs** 51:20 54:4 55:5
**counsel** 5:24 15:13
21:10 26:16 35:3
37:14 41:12 50:2
50:12 51:2 54:10
55:20 58:1 65:19
69:13,15
**counterpart** 16:8
18:12
**countries** 29:16
**country** 20:13 29:25
**couple** 53:12
**Court** 1:1 4:7 6:5
68:2
**cross** 8:14
**cultural** 32:8
**current** 44:24
**currently** 6:16 34:16

---

**D**

**D** 2:11
**D-R-I-V-E-N** 9:3
**Dara** 21:13,18,24
42:13 46:24 47:2
49:9,15 52:6,11,13
61:7,9 62:4 64:25
**Dara's** 51:17
**dark** 56:3,3
**date** 5:21,25 53:22
**day** 69:19 70:10
**debate** 40:7,11
**decision** 40:16,17
**Deedee** 14:6
**Defendant** 1:8 2:8
4:6 15:20 68:9
**define** 10:12
**definite** 66:8
**definition** 10:13
**degrees** 6:10
**Delaware** 16:1 18:18
**delay** 50:25 51:19
61:10
**denied** 18:9
**denying** 18:10 28:10
**depends** 30:1
**depiction** 36:1
**depo** 50:4
**deposition** 1:18 4:1
5:6,16 11:25 17:22

21:2 67:15 68:14
68:16,16 69:9
**describe** 48:12,13
**describing** 13:19
64:2
**description** 32:17
**designated** 15:8,10
**desire** 28:5 40:22
**detail** 13:20
**details** 42:5 51:15
61:3
**develop** 33:21
**development** 29:12
29:13 38:22,24
39:3
**develops** 38:9
**Diana** 1:22 4:8 68:22
69:6,21 70:6,15
**different** 10:7 43:8
46:1 65:12
**difficult** 53:23
**direct** 2:13 4:19
32:24
**directing** 29:15
**director** 24:1,20
28:23 29:1,10,19
40:2 46:24 47:3
**disagreement** 40:12
40:15
**disclose** 15:12
**discovery** 4:3
**discuss** 12:10
**discusses** 53:18
**discussing** 47:15 54:4
55:19 61:16
**discussion** 54:21
**discussions** 13:7,16
13:25 15:1 46:15
56:7 61:1
**display** 39:13
**displaying** 32:15
**District** 1:1,1 4:7,7
68:2,2
**Dmitry** 13:7 20:18
24:3 26:1 33:17
36:6,7,9,19,24 37:9
38:1,1,4,14 39:14
39:25 40:23 46:17
59:1 60:21 62:11
63:15 64:21 67:2,5
67:5
**Dmitry's** 62:16
**document** 3:5,11,12

3:13,14,15,16 18:2
19:10,17,21 20:8
22:16 46:19 51:3,4
55:21 63:8,8
**documentation** 9:17
14:1 22:20 24:10
30:15
**documents** 19:11
24:2 38:3 40:25
47:1 49:17 55:8
63:21
**doing** 5:3 35:11
37:19 50:4 64:16
**dollar** 42:8
**domain** 42:22,23
43:3,8
**domains** 43:8
**Dongois** 39:15
**doubt** 63:7
**downsizing** 53:13
**Drive** 9:3
**Driven** 6:18 7:10,13
7:17,20 8:1,25 9:3
9:5,10 11:2,3 16:21
21:15,21 39:23
**driving** 39:7
**duly** 4:16 70:8
**duties** 29:14

---

**E**

**E** 2:11 3:3 69:2,2
**earlier** 27:13 41:5
51:22 58:12 61:15
**early** 58:13 59:13
**easier** 50:2
**Eduardo** 2:3 4:23
**effect** 61:11
**effort** 28:15,19,22
49:18 64:19 65:10
**efforts** 24:5 27:15,24
29:12 33:17 35:17
47:3 60:5,14 65:4,9
65:13
**Elite** 1:23 68:18
**email** 3:9 13:25 21:7
22:11 27:14,17
32:3,8,9,23 33:6,16
33:19 35:16 37:12
37:25,25 38:19
39:14,16,19,25
40:20,21 41:4
42:12 43:10 46:11
46:14,16,20 49:21

50:19,21,22 51:17
51:22 52:1,1 53:24
53:25 55:7 57:6
58:16 59:14,17
61:6,8
**emails** 3:17 15:3 24:9
31:22 41:7 43:1,4
57:17,18
**emergency** 62:17,19
**employed** 12:16,21
30:10,11 34:5,20
34:23 44:8
**employee** 26:4 29:19
33:17 34:4,7,11,13
34:18,23 35:4,5,6,8
36:6 69:13,14
**employees** 17:4,15
24:25 27:8 52:22
**employer** 63:5
**employment** 12:13
12:17,20 23:3
31:18 44:5 61:21
**enforce** 27:13
**engine** 39:4
**entailed** 29:15
**entails** 29:20
**Enterprises** 7:24
**entire** 49:25 50:3
51:4 55:21
**entities** 18:8,21,25
19:3 34:6 42:25
**entitled** 62:1 68:14
**entity** 15:23,24,25
18:11,18 30:6,8,11
30:11 31:14 32:12
33:15 34:1 42:24
42:24 43:7,10,24
44:9 45:10
**especially** 52:21
**ESQ** 2:3,7 68:12
**et** 38:17,17
**events** 26:25
**evidence** 4:4 22:14
23:14 49:1 50:6
64:15
**EVP** 53:4
**exactly** 6:21
**EXAMINATION**
2:13 4:19
**exchange** 36:10
39:16 55:18
**exchanges** 55:3,7
57:7 58:16

**exchanging** 35:21
**excited** 24:18 28:7
40:24 67:3
**executed** 40:18
**exhibit** 12:1,1,2
17:22,23 19:13,14
21:1,4 25:5,6,13
31:25 35:13 36:1
37:20 39:10 42:2
43:19 46:8 49:22
49:24 50:3,10
**exhibits** 19:22
**exit** 20:12
**expense** 55:14
**expenses** 55:10,15
**experience** 6:13
**expires** 70:18
**explained** 61:2
**explanations** 60:15
61:4
**exploring** 59:23
**expressing** 41:8

**F**

**F** 69:2
**fact** 54:3
**factor** 48:22
**factored** 56:24
**factors** 57:1,2
**facts** 11:11 48:25
**failed** 54:5 55:5
**failure** 56:14
**fair** 11:24 20:10
27:22 32:16 35:25
46:21 52:1 56:12
56:16
**familiar** 11:11,16,19
12:10,13,19,22
25:19 47:5,6,8 54:5
55:3 57:21
**familiarize** 20:5
**family** 40:3
**far** 34:25 63:17
**fare** 55:16
**faster** 50:10
**February** 7:21 69:19
70:11
**fee** 61:7
**feeling** 24:17
**FÉROT** 2:7 5:24
11:13,15 12:24
14:8,11,18 15:11
16:2 17:6 18:13,16

19:4,20,25 20:14
22:21 23:9 24:13
25:4 26:7 27:18
28:2,12,25 29:9,22
30:9,22 31:11
32:19 33:4,12 36:2
36:18 37:14,18
40:10,19 41:12,15
41:18,20 42:15
43:15 44:7,16 45:7
45:17 47:7,22 48:4
48:24 49:8,11,14
49:22 50:2,12,17
51:2,16 52:5 54:10
54:16,19 55:20
56:1,5,15 58:1,4,20
60:8 61:19 62:15
64:5,17 65:19
66:11,18,25 67:11
68:12
**field** 51:12
**file** 10:19 18:21 62:2
**filed** 10:9
**final** 17:14
**Finance** 53:4,18 55:9
**finances** 10:3
**financial** 6:17 7:1,2
10:8,9,20
**financially** 69:16
**financials** 10:1,18
**find** 45:4 62:13
**finding** 27:25 28:17
63:9
**finished** 6:8
**finishing** 41:17
**first** 4:16 60:18 61:9
61:21
**firsthand** 13:24 14:4
14:13 23:19 37:6
40:20
**FIU** 6:9
**five** 10:14 14:25 15:2
**Florida** 1:1,23,23,24
2:4,8 4:8,8,10 6:5
43:25 68:2,13,18
68:19 69:4,6,19,22
70:3,16,16
**focus** 62:24
**focusing** 50:7
**follow** 57:9
**follows** 4:17
**foregoing** 69:8
**forgot** 13:2

**form** 11:13 12:24
16:2 17:6 18:13
19:4 20:14 22:21
23:9 24:13 26:7
27:18 28:2,12,25
29:9,22 30:9,22
31:11 32:19 33:4
33:12 36:2,18
40:10,19 42:15
44:7,16 45:7,17
47:7,22 48:4,24
49:8,14 51:16 52:5
56:15 58:20 60:8
61:19 62:15 64:5
64:17 66:11,25
**former** 21:9 26:17,18
34:7 35:3,6,8
**Fort** 1:24 68:19
**forward** 16:24
**forwarded** 36:9
**forwards** 32:22
**found** 63:1
**four** 14:16,16 25:9,9
**FPR** 68:22
**friendly** 53:1
**full** 5:18
**funded** 17:20
**further** 69:12
**FYI** 36:10

**G**

**Gadeloba** 27:15
**game** 38:22
**games** 1:7 4:6 6:17
6:20,23 7:3,6,7,9
7:15 8:2,3,7,8,11
8:18,19 9:11,13,14
9:20,22,23 10:10
10:11,21,22,23
11:3,5 12:11,15,16
12:17,21 13:9,11
13:12,12,13 14:2
14:14 15:20,22
16:1,4,8,10,11,17
16:18,19,22 17:10
17:12,16,18 18:6,8
18:9,17,19 19:5,7
20:10,15,19,23
21:10,14,19,25
22:6 25:22 26:4,19
26:24 27:3,10 28:3
28:14 31:15,19,20
34:6,11,17,20,22

36:25 38:10,23,24
39:4,6 43:5,23
44:20 47:20 48:6
53:6 57:6,11 59:1
59:10 64:18 65:5
67:1 68:8
**Garcia** 39:20
**gathering** 22:22
**general** 21:9 26:16
27:22 35:3 37:2
**generally** 5:14 56:7
**gentleman** 8:15
**George** 34:8
**getting** 20:19 22:24
61:10 65:20 66:18
**give** 5:4,9 50:8 58:6
**given** 61:3 65:17
69:10
**global** 24:1,20 29:2
29:10 40:1
**go** 8:22 13:20 14:9
25:5 29:20 33:23
49:20 53:24 54:1
54:16 57:9 62:25
**goal** 30:20,23 67:7
**goals** 32:16
**going** 5:24 11:24
12:7 13:14 14:20
16:15 17:21,21
19:12,12 22:9
23:10,25 24:3 25:2
25:16 29:6 30:7
31:22,23 33:23
35:10,11 38:17
42:1 49:24 57:18
58:17 60:4 65:16
**Goldstein** 33:24
**good** 4:21,22 37:5
41:3,16
**graduated** 6:10,11
**granted** 30:24 31:16
60:20
**granting** 36:17
**granting-wise** 36:16
**Griffin** 1:4 4:5,24
12:14,23 13:22
15:4 20:11,17,19
22:13 23:23 24:12
24:15,21 27:14,25
28:4 33:2 35:18,23
40:8 43:24 44:4
46:4,6 48:21,23
49:20,20,21,25

50:15 51:9,14
52:24 53:3 55:2,4
55:18,18,24 56:2,8
56:13 57:7,20,24
58:13 59:16,18,22
60:15 62:9,13 63:9
64:3,6,10,19 65:14
66:9,13,16,22 68:5
**Griffin's** 30:5 55:15
57:4,10,14 64:11
**group** 2:6 6:19 7:13
7:18,20 8:1,25 9:4
9:5,10,16 11:3
16:21 21:16,22
68:11
**guaranteeing** 63:10
**guarantor** 62:12,18
63:2,3,12,15 64:22
**guess** 6:14 12:1 17:17
30:1 32:6 36:16
46:18 47:19 54:3,4
63:19
**Gustavo** 25:21 35:7
**guys** 43:6 54:13

**H**

**H** 3:3
**H-1B** 46:17
**hairs** 33:14
**half** 7:22 40:4
**hand** 57:4,10,14,20
59:5 69:18 70:10
**handle** 6:17 26:24
**handled** 26:25 48:21
**handling** 6:25
**happen** 31:18
**happened** 53:11,22
**hard** 9:1
**hat** 27:1
**head** 21:24 36:24
40:1 49:15 64:25
**headquarters** 22:4,6
43:25 53:16
**health** 6:16 50:20
51:10 52:2,3,7,10
52:12,17 60:16
61:7
**hear** 54:11
**held** 24:11 25:1
**help** 19:23 22:19
45:14 63:9,25 64:1
**helping** 20:12
**hey** 38:1

**HH358310** 70:17
**Hi** 51:19
**high** 6:8 24:12
**hold** 11:25 45:23
54:12
**honestly** 24:23
**Honkist** 34:8
**Hood** 8:13,14,21
34:15 35:21,23
36:4,17,19 37:9
41:4 53:3
**hope** 38:1
**hour** 41:19
**hours** 5:4 41:17
**HR** 21:24 46:21,24
47:3 48:19 49:4,15
49:15 51:9,13 56:8
61:2 64:1,25
**huge** 48:22
**hundred** 10:24,25
11:4

**I**

**idea** 41:3
**identification** 12:3
17:24 19:15 21:5
25:14 32:1 35:14
37:21 39:11 42:3
43:20 46:9
**immigration** 57:5,8
58:25 59:2,8 60:5,6
60:11,19,22 64:23
65:7
**impacted** 30:6
**implementations**
32:7
**inaccurate** 45:6,9
**incidents** 53:13
**include** 15:16 29:11
**included** 62:17
**includes** 10:20 42:9
64:20,25
**including** 29:16 32:5
**incorporated** 15:25
18:18,19 19:6,7
**incorrect** 65:14,17
**increased** 61:23
**independent** 15:23
18:8,11,21,22 19:2
**individual** 18:22
25:18 26:2,10,20
27:1 40:1 48:11
**individuals** 25:17

32:4 38:6 39:14
**Indy** 38:25
**IndyCar** 24:4,6
38:13,21
**informal** 5:1
**information** 9:16
23:21 37:3 52:7
61:13 63:20 65:1
**initial** 53:24,25 61:8
**initially** 7:20
**Inquirer** 7:24
**inquiring** 37:9 65:2
**inquiry** 41:6 51:18
52:17 61:12
**installments** 42:9
**instruct** 14:19
**instruction** 5:9
**intended** 30:20,23
**intent** 31:1
**interest** 67:4
**interested** 16:20
69:16
**international** 42:24
**internship** 38:5
**introduced** 59:1 65:8
**introducing** 39:25
59:21
**introduction** 57:24
58:9,17 59:19
60:11,19,21,24
64:23,24
**introductions** 28:16
**inviting** 20:16
**involved** 24:5 38:13
46:22 56:24
**issue** 54:12
**issued** 10:9
**issues** 54:11 66:19
**itemized** 46:3

**J**

**January** 1:14 4:10
32:25 35:17 36:14
59:7,11,13 70:8
**Jason** 53:2,3,6,15,18
53:25 59:14
**Jay** 26:25,25
**job** 10:2 29:11,14
45:15 64:12
**John** 27:3 35:5
**joined** 14:2 17:13,17
17:20 27:8,11 43:9
**July** 54:2

**June** 7:19 58:6,9,13
58:17

**K**

**K1** 10:5
**Katsman** 57:19,22
57:25 58:19,23
59:1,22 60:24
64:23
**keep** 4:25
**Ken** 33:24 34:6
**kinds** 63:22
**knew** 27:9
**know** 5:2,14,15 9:15
9:15,19 10:1,2
11:18,23 13:11
14:3,20 18:5,10
19:2,22 21:8,23
22:11,23 23:19,23
24:16 25:17,17
26:5,8,23 27:5,9
28:17 29:24 33:13
34:2,25 37:2,15
38:3,25 39:2,14,17
39:19,21 41:1
42:17 43:9 44:19
46:2,14,25 47:1,10
47:11,14,17 48:13
50:13 52:13,19,19
52:21 53:21,22
54:14 55:9 56:21
56:23 57:1,2,8,15
57:24 59:5 61:9
62:5,9 63:6 64:20
64:25 65:4 66:3,12
**knowledge** 13:18,21
13:22,24 14:4,13
14:16,17 23:14,19
37:6 40:21
**Kozko** 8:15,22 19:18
20:22 21:7 22:1,13
22:18 24:3,11,16
26:1 27:14 32:4,11
32:22 33:1 35:17
35:22,22 36:6,16
37:13 62:11 63:4,8
63:17,25
**Kozko's** 63:5,11
**KPMG** 6:12,14

**L**

**label** 19:13 42:1
43:17

**labeled** 52:25
**language** 44:14
**Large** 70:17
**larger** 12:7
**late** 58:12
**Lauderdale** 1:24
68:19
**Law** 2:3,6 11:20
68:11
**lawful** 4:16
**lawsuit** 30:18 66:5
**lawyer** 13:2 15:16
54:7,9 60:6
**lawyers** 48:21
**lay** 53:10
**layers** 48:25 49:1
**leader** 38:22 39:2
**leadership** 32:15
33:16,19,20 36:15
**leaks** 51:20
**lease** 63:10,13,15,23
64:22
**leasing** 63:18
**Lecheminant** 21:8,8
35:1 58:18
**left** 7:23 25:16,18
**legal** 9:17 15:23,25
18:11,17,21 65:21
66:19
**legally** 30:12 31:9,13
31:16
**let's** 5:14 6:6 16:24
31:22 37:12 39:8
41:25 45:22 49:20
55:11,17 57:16
**letter** 3:7 13:9,14
19:18 20:15,16,22
28:17 42:5,6 43:22
44:17,19 45:1,5,14
45:18,20 47:1 62:4
**letters** 22:23 45:11
61:16
**Lifestyle** 6:19 7:10
7:13,18,20 8:1,25
9:4,5,10 11:2 16:21
21:16,22 39:24
**Limited** 16:9,10,11
16:19,23 18:8,19
19:5 34:20
**line** 61:9
**listed** 63:12,15
**lists** 63:3,4
**literally** 29:3

little 22:10 24:24
  54:1
live 35:25
lived 36:5
loan 17:18
located 20:19
long 7:17 38:17
longer 8:20 21:11,12
  21:14,18,18 26:18
  35:9 52:22 53:6
looked 27:20 62:5
looking 50:5,13
  58:24
looks 26:4 28:3,6
  33:5,17 36:4,11
  37:25 38:4,4,18
  40:22 51:17,20,22
  52:16 53:24 57:3
  57:23 60:10,18
  61:11 63:11,12
  65:2
lose 54:6
lost 54:6
lot 11:8 16:15 40:5
  53:8
loud 20:3,4
lout 46:15

**M**
M00000019 19:24
main 29:1 45:3
making 17:14,19
  48:16 64:22
Malavolta 21:13,18
  22:14 42:13,18
  43:22 46:16 48:19
  48:21 49:4 50:19
  51:6,8,13 55:19
Malavolta's 49:21
manufactures 38:9
March 40:4 58:15
  68:16
mark 11:25 17:22
  31:22,23 57:19,22
  57:24 58:19,23
  59:1,21 60:2,24
  64:23
marked 12:2 17:23
  19:14 21:1,4 25:13
  31:25 35:13 37:20
  39:10 42:2 43:19
  46:8
Markel 57:5 59:8

marking 46:7
massive 53:10
masters 6:10
materialized 30:19
  31:5
matter 10:7
Maura 2:3,14 4:20
  6:2,3 12:4 13:1
  14:24 15:14 16:3
  18:1 19:1,8,16,20
  19:24 20:1,21 21:6
  23:1,12 24:19 25:8
  25:15 26:9 27:21
  28:8,21 29:5,17
  30:4,16 31:3,21
  32:2,21 33:8,22
  35:15 36:13 37:1
  37:17,19,22 39:12
  40:14 41:10,14,16
  41:19,21,23,24
  42:4,16 43:17,21
  44:11,23 45:13,25
  46:10 47:9,24 48:1
  48:7 49:3,12,19,23
  50:7,15,18 51:5,24
  52:9 54:13,18,20
  54:23 55:1,23 56:2
  56:6,19 58:2,5,21
  60:13 62:8,20 64:9
  65:11,23,24 66:15
  66:21 67:8,13
Maytag 6:15
mean 24:23 29:14
  33:13 40:12 43:1
  44:13 45:10 56:7
Meaning 40:8
means 10:12,19
  18:14 25:11 50:3
medical 52:3
mention 13:2
mentioned 27:9 39:1
  60:20,21
mentions 61:7
message 36:4 38:20
  60:10,20
messages 35:22
  36:10 37:7
met 57:22
Miami 2:4,8 6:15,16
  12:23 13:15,16
  20:17,20 22:2,24
  23:3,5,5,6 24:16,18
  27:16 28:5,15 29:4

29:6,7 40:3 42:19
  43:25 44:10 62:13
  68:13
middle 26:3
mind 41:12,18
minutes 59:20
Miramar 6:5
misunderstood 66:9
  66:13
Mm-hmm 9:24 11:1
  12:8 26:15 31:6
  32:13
month 6:21 57:9
months 11:19
Moray 25:24
morning 4:21,22
Motor 8:3
Motorsport 1:7 4:6
  6:17,20,22,23 7:3,5
  7:6,7,9,15 8:2,7,8
  8:11,18,19 9:11,13
  9:14,19,22,23
  10:10,11,21,22,23
  11:3,5 12:11,14,16
  12:17,21 13:9,11
  13:11,12,13 14:2
  14:14 15:20,22
  16:1,4,8,10,11,14
  16:14,17,18,18,19
  16:22,22,23,25
  17:1,4,10,12,15,18
  17:22 18:6,6,7,7,9
  18:10,17,19 19:5,6
  19:17 20:10,15,18
  20:23 21:10,14,19
  21:25 22:6,19
  23:22 24:22 25:3
  25:21 26:6,18,24
  27:2,10,23 28:3,9
  28:10,14,24 29:7
  29:14,21 30:8,20
  31:15,19,20 32:6
  34:6,11,17,20,22
  36:25 39:4,6 42:13
  42:20,22 43:5,23
  44:20 47:19,21
  48:2,6,17,22 49:5,7
  51:9,13 53:6 57:6
  57:11 58:22,25
  59:10 60:5 62:11
  63:4 64:18 65:5,15
  66:5,23 67:1 68:8
Motorsportgames....

42:23 43:7,11
move 16:24 23:5,6
  28:5,7 29:6 31:1
  36:8,12 37:5,12
  39:8 40:7,24 41:1,3
  41:7,25 44:10,21
  45:22 47:2 51:8
  55:17 59:24 60:4
  62:7 64:11,12 67:2
  67:3
moved 30:23 31:8,12
  31:17 34:18,24
  58:15
moving 7:4 13:8,14
  13:16 19:9,10
  24:18 35:23 37:8
  37:10,11 39:8 41:5
  41:9,11 43:13
  45:24,25 52:24
  59:16 63:2
MSG 3:11,12,13,14
  3:15,16 12:11
  19:24 25:12 31:23
  33:1 35:11 39:8
  41:25,25 66:6
MSG00 21:2
Multiple 48:24 49:1
mutual 24:17 67:4

**N**
N 2:11
name 4:23 5:19 7:11
  8:15 9:1 16:10,12
  26:23 62:16
names 16:13
NASCAR 24:4 26:25
  38:13
nature 28:1
necessarily 29:23
need 5:2,10 10:18
  50:5
needed 23:23 40:17
never 12:21 31:5
  34:22,24 57:4,12
  57:22
nevermind 19:10
new 29:11 30:5 49:22
  65:8
Northeast 42:18
  53:16
Notary 4:9 70:16
Noted 65:23
notes 45:23

November 7:1 8:2
  14:3 17:13,16
number 12:2 14:16
  14:16,25 15:2
  17:23 19:14 21:4
  25:6 31:25 35:12
  35:13 37:20 39:9
  39:10 42:2 43:18
  43:19 46:8 50:14
  58:1
numbered 25:7
Numbers 25:13
NW 2:7 68:12

**O**
o'clock 4:11
oath 4:17 70:2
Object 14:8
objected 23:16
objecting 58:13 51:2
objection 12:24
  15:11 18:13 26:7
  27:18 28:2,12 29:9
  47:7,22 48:4,24,25
  49:8,11 51:16 52:5
  56:15 58:20 60:8
  61:19 62:15 64:5
  64:17 65:20 66:11
  66:25
objections 13:3 23:17
objectives 32:16
obtain 20:12 27:13
  55:5 56:14
obtaining 46:22
  48:23
obviously 32:11
October 53:13
offer 42:12 44:5,14
  44:25 45:15
offered 27:23 28:11
office 11:17 42:20
  68:15
officer 6:17,18 7:1,3
  7:8,21
official 69:18 70:10
Oh 11:7 54:13
okay 5:4,5,18 6:6
  7:14 8:22 9:15 11:9
  11:16 12:11 14:10
  14:23 15:22 16:23
  17:7,21 19:9 20:2,7
  20:7 21:23 26:6
  27:12 41:11,18,20

45:22 52:15,24
  54:2,23 55:17
  58:18 63:1 67:10
onboard 17:11
ones 13:3
opportunity 44:1
  50:9
opposed 37:8 41:1
  50:11
opposition 41:8,8
options 46:17,18
  59:17,23,23
order 22:14 67:13
organization 10:1
  30:2
organizational 9:19
oversees 52:13
overwhelmed 38:15
  38:17,19
owe 46:2
owned 11:8
owns 10:15 11:3

**P**
P.A 2:3
package 53:19
packages 64:2
page 2:12 3:4 43:13
  46:6 49:20 50:8,11
  50:11 55:17,24
  57:18
paid 30:20 55:14
  57:6,11 59:15
paperwork 22:14
  57:8 58:25
parent 6:19 7:9,15
  8:22,25 9:11,13,18
  9:22 10:15 22:23
  29:19
part 10:2 13:10,15
  15:15 23:4 27:19
  31:14 32:23 33:2,6
  33:10,14,18,20
  49:15 52:25 55:2
  60:18 62:2 63:23
partial 51:3
participated 18:5
particular 5:15
parties 54:3 69:13
parties' 69:14
partner 64:12
party 47:16
paths 8:14

pay 65:6,8
paying 17:4
payment 59:7,10
  61:7
payments 17:14
payroll 16:5,7,7,25
  17:1,8,9,12,19
  18:23 30:8,13,24
  31:10,18 51:10,11
  51:15
paystubs 63:18
peak 24:24
pending 4:6 47:23
people 11:8 53:8
  64:13
percent 10:14,16,24
  10:25 11:4 42:9
  61:24
percentage 10:22
permanent 7:2,2
  23:7,11
permanently 35:24
  40:9
person 26:25 28:9
personal 23:14
personally 4:15 27:9
  39:17 57:22 70:7
personnel 62:2
petition 47:11,16,16
petitioner 47:11,15
  47:19 48:2,6,10,10
  48:15,22 49:6,10
phonetic 14:6,6
  25:24 27:3,15
  33:24 34:8
physically 42:17
PIC 3:10
picked 57:4,10,14,20
  59:5
picture 25:11
place 35:25 36:9
plain 44:13,14
plaintiff 1:5 2:5 4:3,5
  4:24 68:6
PLAINTIFF'S 3:4
plan 52:17
plans 50:21 51:10,10
  52:2,4,7,10,12
  60:15,16 61:8
please 5:18 19:19,20
  20:2 55:20 62:19
  68:15,16
PLLC 2:6 68:11

point 6:15 24:25
  36:14 48:18 56:22
position 24:21 29:20
possibility 31:8
possible 5:1 31:17
  65:6
Possibly 30:25
Potter 53:2,3,15,18
  55:9 59:14
power 54:12
Pre-Leasing 63:3
president 36:22
pretty 30:17 33:2
primary 43:3
prior 35:17
private 9:8
privilege 15:12
probably 13:13
  29:20 31:14 32:15
  36:21
problem 6:2
process 13:15 14:15
  32:24 33:21 35:24
  44:25 46:22 47:5,8
  47:10 49:16,16
  55:6,12 56:18
  58:23
processor 51:12
produced 19:17
production 46:1,6
  49:25
professional 1:23 4:9
  6:7 69:7,22 70:16
projects 24:7
promise 65:18 66:6,6
  66:7,23
promised 64:4 65:15
promises 56:11
promotional 43:25
proper 30:14
properly 5:11
proposed 23:5 42:6
provide 20:15 49:17
provided 13:9 28:16
  61:13 62:4 65:1
provider 51:12
providing 46:25 52:7
  63:18 65:1
PTY 16:11,18,23
public 4:9 8:4 10:9
  19:6 70:16
publicly 9:5 11:5
  53:14

publishes 38:9
purchased 39:5,6
purpose 4:3 23:2
  28:23
purposes 16:16 23:6
  28:22 59:25 60:7
  60:16 64:14
pursue 43:25
put 30:13

**Q**
question 11:8,23
  14:19,22 15:18
  20:6 30:18 40:13
  45:19 47:13,23
  48:5 49:2,9 52:6,10
  56:11,16,20 64:8
  65:12,14 66:14
questions 4:25 5:1,16
  67:9,11
quick 41:13,15
quickly 20:5 31:22
  33:23
quit 64:12

**R**
R 69:2
racing 38:9,10
reached 36:6
read 11:18 19:19
  20:3,4 37:23 46:15
  50:9 67:12
reading 44:17 45:1
ready 20:7 68:15
reality 45:15
really 30:1 66:18,19
reason 5:2 54:15
  56:13,17,21 57:11
  63:7 66:4
reasons 56:23
recall 22:15 26:23
  32:9 38:2 42:6,10
  44:1 46:19 57:16
  59:3,13 60:12
  62:10,13 63:19
received 11:17 46:12
recess 41:22
recognize 25:23,25
  26:2,10,20 63:6
recollection 58:11,14
  59:12
recommended 58:19
  58:22

record 5:19 37:16,16
  41:21,23 54:16,20
  54:21,24 69:9
records 11:20 14:17
  19:6 23:20 24:15
  27:19 37:7 49:5
  55:8,13 57:23 59:6
  62:10 63:22
refer 16:15
referencing 44:13
referring 48:20
  51:14 52:3,11 61:6
reflect 44:24
reflects 9:17 63:8
regarding 13:21
  27:13 32:15 37:3
  40:5 46:17 51:10
  51:14 52:2 55:4,15
  56:8 60:15
regards 24:12
regional 23:21 29:25
  30:2,3
regular 67:14
relationship 9:18
  12:14
relative 69:12,14
relocate 12:22 20:11
  28:11 40:3,23
  43:24 44:5 64:4
  65:16
relocated 56:13,17
  66:23
relocating 23:5 29:3
  57:1
relocation 23:7,11,15
  23:16,18 27:23,24
  28:4,14,20 33:7
  35:17 37:4 40:6
  47:3 53:19 54:5
  55:6,12,15 60:1,3,7
  60:17 61:4 64:20
  65:10,18 66:7
remain 33:10
remember 36:21
  43:16 61:17
remotely 29:7
rental 62:10,12
renumeration 42:6
repeat 64:7
rephrase 15:18 66:16
replaced 8:21
report 8:12,13 10:18
  32:24 69:8

reported 10:5 36:22
**Reporter** 1:23 4:9
  69:7,22 70:16
**reporting** 1:23 10:8
  10:18,20 36:23
  68:18
**reports** 10:5 55:14
**representative** 15:9
**representatives** 65:5
**request** 3:6 12:22
  18:4 51:1
**requested** 46:25 62:7
  64:24
**requesting** 13:14
  22:13 51:4
**residential** 6:4
**residing** 64:14
**resistance** 23:15 37:4
**responded** 36:7
**responding** 51:23
  61:11
**response** 15:15 50:23
  51:18 52:17 53:20
  65:2
**responses** 3:6 11:21
**responsibilities** 29:11
**responsible** 9:25
**restate** 49:2 64:8
**retained** 57:5
**retainer** 59:7,9,15
  65:7
**return** 10:5
**returned** 7:25,25
**returns** 18:22
**review** 20:2 23:20
  24:2,15 56:9,12
  57:3,23 59:6
**reviewed** 15:5 23:13
  24:10,11 37:3,7
  55:8
**reviewing** 62:10
**RFactor** 38:8
**rFactor2** 38:7,10,12
  39:3,7
**rFactorn2** 38:21,25
  39:3
**right** 8:9 10:7,11,13
  10:16,17 11:7,8,9
  11:19,21 13:8,15
  14:4,5 16:13 18:20
  18:23 20:17 22:7
  22:20,24 23:5,22
  24:6,7,25 25:11,16

26:17 27:7 28:10
  29:8,12,19,25 30:2
  30:21,25 31:2,5
  32:12 33:11,19
  34:1 35:2,10 36:17
  41:6 42:19,22 43:6
  43:10 44:12,19,25
  45:16,19 47:20
  48:3,15,23 49:16
  50:8 52:4,18 53:9
  53:16 57:6,20
  59:18,22 60:1,2,9
  60:17,18,23 61:5
  61:20,22,23 62:2
  63:24 64:21 66:19
  67:4
**Roche** 25:21 35:7
**role** 21:23 30:5
**roles** 31:19
**rules** 10:8
**running** 50:20

---

**S**

S 3:3
**salary** 61:16,22,23,25
  64:2
**saving** 52:2,3,10,12
**savings** 52:17 61:8
**saw** 32:10
**saying** 13:10 31:7
  36:10 37:5 38:1
  45:12 51:19 59:14
  59:22 60:11 61:9
  62:6
**says** 38:16 44:4 53:4
  62:18
**school** 6:8
**screen** 12:5 39:13
**scroll** 54:1 62:16,19
**SE** 1:24 68:19
**seal** 69:18 70:10
**searching** 35:25 36:9
**Sebastian** 39:20,21
**second** 7:19 40:4
  54:12,17
**section** 5:15
**see** 11:7 12:5 18:2
  20:17 22:12 24:2
  37:23 46:5,20,20
  50:22 53:19 57:6
  59:6,7 61:8 62:18
**seeing** 22:15 38:2
  59:13 60:12

**seen** 9:17 12:20 13:24
  13:25 14:17 15:2,6
  20:8 22:17 27:16
  27:23 28:6,19 32:8
  37:7 39:16 40:5,22
  40:24 41:7 55:7,14
  57:13 58:16 61:15
  63:20
**send** 45:11
**sending** 46:16
**senior** 36:15
**sense** 51:7
**sent** 11:17 32:4 33:16
  42:13
**separate** 15:23 16:7
  16:25 18:17,21,25
**September** 59:21
  60:23
**series** 4:25 6:14
  22:14 27:24 32:4
  32:15
**served** 11:17
**severance** 17:13,14
**share** 35:16
**shared** 41:4
**sharing** 35:19
**short** 34:4 41:22
**show** 5:25 11:24
  17:21 19:12,21
  22:9 25:2 27:16
  35:10 37:14 55:20
  62:21
**showed** 25:5 27:12
  60:9
**shut** 17:10
**sic** 8:3 23:22 27:13
**sides** 61:20
**sign** 68:15
**signature** 63:6,12
  68:15,17
**signed** 13:13 68:16
**signing** 68:15
**signs** 62:22
**simple** 15:18
**simplicity** 16:16
**simply** 48:19,20 49:4
  49:5
**situation** 11:2,10
  17:3
**Smith** 1:22 4:8 68:22
  69:6,21 70:6,15
**sorry** 7:7,12 9:1
  11:14 13:17 14:22

19:10,23 25:4
  44:12 47:24 52:19
  58:3,8 61:9
**sort** 62:12
**sounds** 48:9,15
**South** 1:23 68:18
**Southern** 1:1 4:7
  68:2
**Southwest** 6:5
**speak** 5:13 15:19
**speaking** 16:24 28:9
  65:20
**speaks** 52:2
**specific** 36:21
**specifically** 13:5 38:3
  47:21 48:3
**speculation** 65:21
  66:1
**spell** 9:2
**spent** 6:14 7:21
**splitting** 33:13
**spoken** 32:5 53:9
**sponsorship** 13:22
  14:14
**Sports** 8:3
**Stack** 39:18
**stamp** 3:8 19:21
  25:12 37:15 45:22
  52:24 56:1
**stand** 18:25
**Stanley** 1:18 2:13 4:1
  4:14 5:20 14:18
  15:11 18:16 68:11
  70:6
**start** 6:21
**started** 6:12 7:20
**starts** 51:18
**state** 4:10 5:18 16:1
  18:18 40:21 69:4
  69:18 70:3,16
**stated** 37:15
**statement** 28:13
**statements** 10:9,20
**states** 1:1 4:7 13:4
  35:18 40:2 43:23
  43:23 44:20 64:4
  65:16 66:5,7,24
  68:2
**stating** 38:19
**stenographically**
  69:8
**Stephen** 8:13,14,21
  34:15,16,21 35:21

36:4,12,22 37:9
  41:4 53:3
**stint** 7:20
**Strike** 15:7
**strong** 41:8
**strongly** 41:1 56:25
**structural** 53:12
**structure** 10:1,4
  36:24
**studio** 39:6
**stuff** 40:5 52:3
**submitted** 44:18 57:4
  57:12,14 63:23
**subset** 46:1
**subsidiaries** 8:24
  10:2,11,21 21:15
  21:22 39:23
**subsidiary** 9:12,18
  10:12,14,16,17
  16:11,12 18:24
  21:20,21 34:4,21
  44:21
**successful** 56:18
**sufficiently** 66:8
**suggest** 59:9
**SUITE** 2:4,7 68:12
**superior** 36:16
**supervising** 29:15
**support** 20:16 28:18
  45:2,3,11,18
**supporting** 48:16
  62:6
**sure** 24:25 36:23
  63:13
**switch** 11:9 57:18
**sworn** 4:16 70:8
**sync** 35:19 36:11
**system** 6:16 16:8
**systems** 18:23

---

**T**

T 3:3 69:2,2
**take** 5:4,11 38:17
  40:8 41:13 56:9
  58:6
**taken** 4:2 5:6 41:22
  68:14
**talk** 6:6 16:22 31:4
  54:9 57:16
**talking** 13:8 52:16
**tax** 10:5 18:22
**taxes** 10:7
**team** 33:19

teams 29:15 36:3
technical 10:13
technology 24:1,20
  28:23 29:2,11 40:2
tell 6:7 13:5,18 25:16
telling 35:23 38:14
tells 32:23
temporary 23:8
terminated 17:15
terms 66:8
testified 4:17
testimony 3:5 15:9
  69:10
text 35:21
thank 15:22 19:25
  35:10 37:18 41:11
  41:20 50:17 54:19
  56:5 58:4 67:9,10
thing 23:8 66:10,13
things 5:2 10:5 28:1
  29:20 52:4
think 9:3 17:14 23:25
  24:8,14,17,21 25:6
  28:3,15 29:10
  30:13,15,25 31:1
  31:13,18 33:15
  34:18 36:20 37:5
  41:3 45:8,8,12,19
  45:20 48:5,9 54:6
  54:11 57:17 58:11
  58:12,14,24 59:12
  59:19 62:23 64:3,6
  64:15,18 65:4,9
  66:9,12,16,22 67:5
thinking 40:16
Thursday 1:14
time 5:17 9:1 24:8,24
  36:5,14,23,25 39:3
  42:18 56:9,12 58:6
  58:10,10,12 66:8
  67:14
title 25:1 29:1,10
  36:20,21 38:25
  39:3,7
titles 24:4 38:8,10
today 12:10 15:9
top 5:13
topic 5:15 54:6
topics 13:19 27:12
traded 9:6 11:6
transcript 6:1 69:9
traveling 36:7
tried 46:12

trip 27:7
true 29:18 30:7 58:18
  69:9
trust 43:14,15
truthful 45:16,20,20
try 27:15 46:15
trying 14:8,12 48:18
  55:4 63:8,25 64:1
twice 65:22
two 5:4 7:22 13:3
  41:17 57:9 61:20
type 37:3
types 13:3
typically 10:15

___ U ___
U.S 29:16
UK 16:11,20 29:14
  34:17,19,21,23
  36:5,5,6,20 42:24
ultimately 56:25
unachieved 55:11
unaware 41:7
understand 37:13,23
  40:13 47:13 50:21
  64:7
understanding 23:10
  34:19 48:14
understood 65:15
undertaken 58:23
unfortunately 46:13
United 1:1 4:7 43:23
  64:4 65:16 66:24
  68:2
unreasonable 64:3,6
  64:16
untruthful 45:5,5
update 50:5
updated 31:19
ups 57:9
USA 17:22 18:7,7,10
  19:17 22:7,19
  23:22 24:22 26:6
  28:10,10,24 29:21
  30:8,21 34:12
  42:13 44:21 47:21
  48:2,22 49:5,7 51:9
  51:11,11,13,13,15
  58:22 60:5 62:11
  65:15 66:23
usa.com 43:5
USAs 34:14
use 4:4 17:17 43:7

51:11 52:23 59:9
useful 62:25

___ V ___
verbal 5:10 53:20
version 46:3,11,12
  53:2 55:25
video 1:18 4:1 38:10
  67:15 70:7
virtually 29:18
visa 13:10 14:14
  27:25 30:19,24
  31:9,16 44:18,25
  45:2,5,10,15,18
  46:17,22 47:5,8,10
  47:14,15 48:23
  49:6,16 56:8,10,14
  56:17 57:3,12,13
  57:15 58:22 59:17
  59:23 60:3 64:1,21
visas 20:12
visible 46:14,18
visual 53:1
voted 33:21
vs 1:6 68:7

___ W ___
wait 14:19,21 25:9
waive 68:15
waived 68:17
walking 51:21
want 12:9 13:18
  16:21 20:3,4 33:14
  40:6 44:13 48:13
  62:21,24,25
wanted 24:15,16
  33:2,5,6,15,18,19
  40:8 44:9 59:9 67:2
  67:5
wanting 33:9 56:25
wants 32:7,14
wasn't 13:17 14:3,13
  23:7,7 29:6 30:7
  37:10 40:16 49:5
  56:17 58:13
wavers 20:12
way 2:4 40:3
we'll 11:25 39:9 51:8
we're 11:12 13:19
  14:8,25 16:15
  17:21 25:10,10
  31:7 35:11,11,19
  36:11 37:19 41:16

41:16 45:24 46:7
  49:24 50:4,5,13,14
  65:16,20 66:18
we've 27:23 40:5
  53:9,12 61:15
  65:13
weeks 57:8
went 6:9,9 21:20
weren't 48:19,20
wife 13:22 64:11
willing 22:19 28:6
wish 68:15
witness 2:12 4:2,15
  4:18 11:14 14:10
  14:23 17:7 18:14
  54:15 67:10 69:10
  69:18 70:10
woman 26:13
words 13:4,5
work 7:4,17 8:22
  21:20 22:1 24:16
  26:24 27:2 30:12
  30:14 31:9,13
  38:15 44:5,9,10,15
  44:18,22,25 45:10
  45:15 46:23 53:8
  59:24 60:2
worked 11:20 24:8
  27:10 38:12 67:6
working 6:12,22 14:3
  14:13 17:4 24:3,8
  28:23 29:3,7 31:15
  38:11 51:9 53:15
  61:17
works 8:24 21:14,15
  21:19,21 26:18
  39:23 42:18 46:4
  53:6
worldwide 29:12
worry 35:18 36:11
wouldn't 26:6 27:6
  30:6
wrap 5:14
writing 28:17 53:25
  61:25 62:1
written 22:10
wrong 16:13 35:20
wrote 20:22

___ X ___
X 2:11 3:3
XX-XX-XXXX 5:22

___ Y ___
yeah 11:21 12:21
  13:16,24 20:18
  21:9 22:1 23:4
  24:14 27:8 28:18
  31:14,15 35:6 36:4
  36:19,24 38:18
  39:21 40:15 45:1
  45:18 47:2,18
  48:15 50:24 51:25
  53:12 54:18 56:2
  60:2 63:14,24 65:4
  65:9 66:1,1 67:5
year 6:13,21 7:22,23
  7:25
years 6:13 7:22

___ Z ___
Zach 4:24 13:8,10
  14:3 20:16 22:22
  24:15,16,17 28:4,6
  28:14,16,19 32:23
  33:6,15,17,18,18
  35:23 36:6,8,8,10
  36:22 37:8,9,10
  38:1,5,11,15,16,19
  38:22 39:2 40:1,2,8
  40:16,23,23 41:1,5
  41:9 43:24 44:4,21
  45:9 46:16,22 47:4
  49:21 50:20 51:1
  51:18,19,23 52:18
  53:2,25 58:24 59:2
  59:9,14,22,22
  60:10,19,25 61:2,2
  61:12 62:6 63:16
  64:19,24 65:2,6,8
  66:2 67:2,2,6
Zach's 36:12 41:3
  44:18 47:2 61:22
Zachary 1:4 4:5
  12:14,16 68:5
zeros 21:2

___ 0 ___
001 50:1
0025 56:3
004 46:4,4
006 49:20 50:15,16
008 52:25 55:2
025 55:18

___ 1 ___

**1** 3:5 12:1,2
**10** 3:14 39:9,10
**101** 1:24 68:19
**11** 3:15 42:1,2
**11:53** 1:15 67:16
**1185** 58:2
**12** 3:5,16 43:18,19
**13** 3:17 46:7,8 49:25
   52:25 55:3
**14** 68:17
**14678** 6:5
**14th** 69:19 70:10
**17** 3:6
**170,000** 61:23
**182** 57:19 58:2,4
**19** 3:7
**197** 59:16

**2**

**2** 3:6 12:1 17:22,23
   21:3 58:12
**2/3** 58:12
**2/4** 58:13
**20** 6:13 42:9 61:24
**200** 24:24
**2005** 6:12,12
**201** 2:7 68:12
**202** 62:9
**2021** 7:21 39:5 58:13
   58:17 59:21 60:23
**2022** 32:25 36:14
   58:6,9,13,16
**2023** 7:1,4,25 8:2,21
   14:3 17:11,13,16
   54:2 59:7,13
**2024** 7:3 53:14
**2025** 1:14 4:10 68:17
   69:19 70:8,11
**21** 3:8
**2121** 2:7 68:12
**22** 35:17 51:6
**24** 58:17
**24-cv-21929-BLO...**
   1:2 68:3
**24,000** 42:9
**240,000** 42:8 61:23
**2490** 2:4
**25** 3:9,10 21:3 25:9,9
   55:17,24
**254** 63:2
**26** 21:3 55:17
**29th** 17:16
**2ND** 2:7 68:12

**3**

**3** 3:7 19:13,14
**30** 1:14 4:10 70:8
**31** 3:11
**319** 3:10 25:3,11,12
**320** 50:1
**33127** 2:8 68:13
**3314** 2:4
**33316** 1:24 68:19
**35** 3:12
**35th** 6:5
**37** 3:13
**39** 3:14
**3rd** 1:24 68:19

**4**

**4** 2:13 3:8 21:1,4 46:6
**401** 2:4
**42** 3:15
**43** 3:16
**436** 3:11 31:23,23
**447** 3:12 35:11,11
**45** 41:19
**46** 3:17
**468** 3:13 37:12,12,17
**487** 3:14 39:8
**4th** 42:18 53:16

**5**

**5** 3:9 25:6,9,13
**50** 10:16
**548** 3:15 41:25,25
**549** 3:16 43:13,17
**550** 45:22,22,24
**5972** 42:18 53:16

**6**

**6** 3:10 25:11,13 49:20
   50:8
**6-3-27** 70:18
**65** 25:8,9

**7**

**7** 3:11 31:24,25 51:6
**704Games** 34:3,6
**707** 1:24 68:19
**761-8338** 68:20

**8**

**8** 3:12 35:12,13
**8/2/21** 3:7

**9**

**9** 3:13 37:19,20
**9:59** 1:15 4:11
**954** 68:20