UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:24-cv-21929-Bloom

ZACHARY GRIFFIN,

    *Plaintiff*,

v.

MOTORSPORT GAMES INC.,

    *Defendant*.

_____/

### MOTORSPORT GAMES INC.'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR ADMISSION

Defendant Motorsport Games Inc. ("MSG"), pursuant to Fed. R. Civ. P. 36, hereby responds to Plaintiff Zachary Griffin First Request for Admissions as follows:

### ANSWERS TO REQUESTS FOR ADMISSION

1. Admit that Motorsport Games Inc. and Motorsport Games Australia Pty Ltd are independent entities.

**ANSWER**:

Denied.

2. Admit that Motorsport Games Australia Pty Ltd has no offices in the United States.

**ANSWER**:

Admitted.

3. Admit that your CEO, Dmitry Kozko, requested Plaintiff to relocate from Australia to MSG's office in Miami, Florida.

**ANSWER**:

Denied as Plaintiffs desire to relocate was part of a joint discussion and not a unilateral request.

4. Admit that you required Plaintiff to use the services of Mark Katsman to obtain a visa to the United States.

**ANSWER**:

Denied.

5. Admit that you suggested that Plaintiff use the services of Mark Katsman to obtain a visa to the United States.

**ANSWER**:

Admitted.

6. Admit that you applied for a corporate lease for an apartment in Miami for Plaintiff.

**ANSWER**:

Admitted.

7. Admit that in October 2022, you were aware of Plaintiff's financial losses as a result of the unsuccessful transfer to MSG's office in Miami.

**ANSWER**:

Denied.

8. Admit that in October 2022, you agreed to compensate Plaintiff for his losses.

**ANSWER**:

Denied.

9. Admit that you retained Cammisa Markel PLLC to obtain a work visa for Plaintiff.

**ANSWER**:

Denied, but MSG paid the retainer fee to Cammisa Markel PLLC on behalf of Zachary Griffin.

Dated: December 9, 2024.

                                                Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Avenue,
Suite 201
Miami, FL 33127
Tel:  305.297.1878

By:  */s/ Jeffrey W. Gutchess*
Jeffrey W. Gutchess
jeff@axslawgroup.com
eservice@axslawgroup.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the forgoing was served via email on counsel of record of in this action on this 9th day of December 2024.

                                                */s/ Jeffrey W. Gutchess*
                                                  Jeffrey W. Gutchess