UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____/

**NOTICE OF FILING**

Defendant Motorsport Games Inc., by and through undersigned counsel, hereby files its Exhibit Index in Support of its Motion for Summary Judgment.

                                            Respectfully submitted,

                                            **AXS LAW GROUP, PLLC**
                                            2121 NW 2nd Ave, Suite 201
                                            Miami, Florida 33127
                                            Telephone: (305) 297-1878

                                            By: */s/ Alice Ferot*
                                            Jeffrey W. Gutchess, Esq.
                                            Florida Bar No. 702641
                                            jeff@axslawgroup.com
                                            Alice Ferot, Esq.
                                            alice@axslawgroup.com
                                            Florida Bar No. 101504
                                            eservice@axslawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 20, 2025, all parties of record were served the above notice via CM-ECF.

*/s/ Alice Ferot*
Alice Ferot