## DEFENDANT'S EXHIBIT INDEX

| No. | Date | Description | DE # |
| --- | --- | --- | --- |
| 1. | 2025 02 12 | Transcript of the Deposition of Plaintiff Zachary Griffin | DE-42-1 |
| 2. | 2025 02 03 | Notice of Deposition | DE-42-2 |
| 3. | 2024 05 20 | Complaint | DE-42-3 |
| 4. | 2025 02 10 | Griffin's LinkedIn Profile | DE-42-4 |
| 5. | 2021 03 16 | Griffin's Employment Agreement with Motorsport Australia | DE-42-5 |
| 6. | Various | Griffin's Paystubs from Motorsport Australia | DE-42-6 |
| 7. | 2021 08 02 | Email Chain re : Australian Travel Restrictions | DE-42-7 |
| 8. | 2021 09 10 | Teams Conversation re: Katsman Contact Information | DE-42-8 |
| 9. | 2023 01 04 | Email Chain Regarding Immigration | DE-42-9 |
| 10. | 2021 09 20 | Email chain between Katsman and Griffin | DE-42-10 |
| 11. | 2023 03 22 | Email Thread from Griffin re New Role as Director of Technology | DE-42-11 |
| 12. | 2021 10 07 | Griffin's Variation of Employment Agreement with Motorsport Australia re: Title | DE-42-12 |
| 13. | 2021 10 12 | Email Regarding Griffin's Preference for L1 as a Pathway to Green Card | DE-42-13 |
| 14. | 2021 10 14 | Email from Immigration Attorney re Visas | DE-42-14 |
| 15. | 2021 10 20 | Email Regarding Move to Miami | DE-42-15 |
| 16. | 2021 11 04 | Email re: Griffin's Fiancée Giving Termination Notice | DE-42-16 |
| 17. | 2021 12 07 | Email Regarding Visa Process and Griffin Moving "for good" | DE-42-17 |
| 18. | 2021 12 24 | Email Regarding Video Game Launch | DE-42-18 |
| 19. | 2022 01 04 | Email Discussion re: Griffin Asking for Documents needed for Visa | DE-42-19 |
| 20. | 2022 01 06 | Email re: Immigration Attorney's Response to Griffin Requests for List of Documents | DE-42-20 |
| 21. | 2022 01 07 | Griffin's January Flight to Miami from Australia Qantas E-Ticket Ref#6T46S6 | DE-42-21 |
| 22. | 2022 02 16 | Email Regarding Date for Visa Application | DE-42-22 |
| 23. | 2022 03 16 | Email Regarding Travel Plan. | DE-42-23 |
| 24. | 2022 04 04 | Griffin's April Flight to Miami from Australia Qantas E-Ticket Ref#6794GX | DE-42-24 |
| 25. | 2022 04 19 | Griffin's Application for a Lease Dun & Bradstreet Report Form | DE-42-25 |
| 26. | 2022 03 14 | Kozko's Guarantee for Lease | DE-42-26 |
| 27. | 2022 05 19 | Apartment Lease Agreement | DE-42-27 |
| 28. | 2022 11 15 | Teams Message re: Apartment Reimbursement | DE-42-28 |
| 29. | 2022 04 27 | Email from Griffin Asking for | DE-42-29 |

|     |            | Documents needed for Visa |          |
| --- | ---------- | ------------------------- | -------- |
| 30. | 2022 05 04 | Email from Griffin Regarding Required Documents for Visa | DE-42-30 |
| 31. | 2022 05 06 | Employment Amendment Letter | DE-42-31 |
| 32. | 2022 05 09 | Email from Dara Malavolta on Employment Amendment | DE-42-32 |
| 33. | 2022 06 08 | Email from Amanda LeCheminant Regarding Visa Application | DE-42-33 |
| 34. | 2022 12 30 | Email from Griffin Regarding Immigration Counsel Cammisa Markel Retainer and Expenses | DE-42-34 |
| 35. | 2023 01 09 | Email Regarding Payment of Cammisa Markel's Retainer | DE-42-35 |
| 36. | 2023 01 12 | Email from Griffin Regarding Dispute | DE-42-36 |
| 37. | 2023 01 18 | Email from D. Kozko Rejected Expense Report | DE-42-37 |
| 38. | 2023 02 15 | Email between Kozko and Griffin re Bonus | DE-42-38 |
| 39. | 2023 02 20 | Email between Griffin and Kozko re Bonus | DE-42-39 |
| 40. | 2023 02 22 | Email from Kozko to Griffin Regarding Contract Issues | DE-42-40 |
| 41. | 2023 05 16 | Email from Dara Acker Regarding Ongoing Discussions | DE-42-41 |
| 42. | 2023 05 22 | Email from J. Potter to Griffin re: Advance Payment of Bonus and Requesting Prior Communications Regarding Relocation | DE-42-42 |
| 43. | 2023 06 21 | Email Exchange from Griffin to J. Potter with Griffin Notes re: Oral Communications | DE-42-43 |
| 44. | 2023 08 01 | Email from J. Potter to Griffin Regarding Griffin's Return to Australia | DE-42-44 |
| 45. | 2023 08 11 | Email from J. Potter to Griffin Regarding Payment of Hotel before Return to Australia | DE-42-45 |
| 46. | 2024 12 29 | I-94 - Travel History | DE-42-46 |
| 47. | 2022 01 05 | Email from Kozko to Griffin with Screenshot of Teams Conversation from Hood re: Permanent Relocation | DE-42-47 |
| 48. | 2023 02 22 | Email from Kozko to Griffin re Delay of Video Game Launch | DE-42-48 |
| 49. | 2023 11 02 | Email from Acker to Griffin re: Termination | DE-42-49 |
| 50. | Various | NetSuite Expense Report Reflecting Griffin's Paid Expenses | DE-42-50 |
| 51. | 2024 07 19 | Plaintiff's Initial Disclosures | DE-42-51 |
| 52. | 2024 07 19 | Plaintiff's Initial Disclosures | DE-42-55 |
| 53. | 2025 01 30 | Transcript of the Deposition of Defendant Corporate Representative, S. Beckley | DE-42-53 |
| 54. | Undated | Deposition Topics | DE-42-54 |
| 55. | 2024 12 09 | Defendant's Responses to First Request for Admission | DE-42-55 |

| | | | |
|---|---|---|---|
| 56. | 2021 08 02 | Travel Exemption Letter for Australian Border Force | DE-42-56 |
| 57. | 2021 08 02 | Email Chain re: Travel Exemption | DE-42-57 |
| 58. | 2021 08 04 | Email Chain re: Travel Exemption | DE-42-58 |
| 59. | Undated | Picture | DE-42-59 |
| 60. | 2022 01 03 | Email from Griffin to Kozko Looking Forward to Miami | DE-42-60 |
| 61. | 2022 01 05 | Email from Kozko to Griffin forwarding Teams Message re: Permanent Move | DE-42-61 |
| 62. | 2022 02 04 | Email from Kozko to Griffin forwarding Teams Message re: Griffin Being Overwhelmed | DE-42-62 |
| 63. | 2022 03 12 | Email from Kozko re: Introducing Griffin as Director of Technology | DE-42-63 |
| 64. | 2022 05 06 | Griffin's Employment Agreement Amendment | DE-42-64 |
| 65. | 2022 05 06 | To Whom It May Concern Letter | DE-42-65 |
| 66. | Various | Mega PDF produced by Griffin | DE-42-66 |