UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.
_____

**PLAINTIFF'S NOTICE OF FILING INDEX OF EXHIBITS**

Plaintiff Zachary Griffin, by and through undersigned counsel and pursuant to the Court's Order Setting Trial and Pre-Trial Schedule [D.E. 10], submits this index of exhibits referenced in Plaintiff's Statement of Material Facts and Plaintiff's Motion for Summary Judgment:

| | |
|---|---|
| D.E. 1 | Complaint |
| D.E. 13 | Motion to Dismiss |
| D.E. 22 | Order on Motion to Dismiss |
| D.E. 23 | Answer to Complaint |
| D.E. 44-1, pp. 1-6 | Griffin Declaration |
| D.E. 44-1, pp. 7-13 | A – Qatar Airways Ticket |
| D.E. 44-1, pp. 14-15 | B – Email from LeCheminant to Katsman |
| D.E. 44-1, pp. 16-17 | C – Email from Jack Griffin |
| D.E. 44-1, pp. 18-19 | D – Messages between Kozko and Stephen Hood |
| D.E. 44-1, pp. 20-23 | E – Emails from Malavolta to Griffin |
| D.E. 44-1, pp. 24-27 | F – Email from Kozko to Anne Dongois and Andy Stack |
| D.E. 44-1, pp. 28-32 | G – Qantas Ticket |
| D.E. 44-1, pp. 33-35 | H – Management Rental Application |
| D.E. 44-1, pp. 36-37 | I – Email from The Bozzuto Group |
| D.E. 44-1, pp. 38-39 | J – Letter from Malavolta to Griffin re Employment Agreement |
| D.E. 44-1, pp. 40-41 | K – Cover Letter from Malavolta |
| D.E. 44-1, pp. 42-99 | L – Apartment Lease Contract |
| D.E. 44-1, pp. 100-106 | M – Guarantor Pre-Leasing Application |
| D.E. 44-1, pp. 107-108 | N – Losses Spreadsheet |
| D.E. 44-1, pp. 109-112 | O – Emails between Kozko and Griffin |
| D.E. 44-1, pp. 113-115 | P – Email from Acker to Griffin |
| D.E. 44-2 | Beckley Deposition |

| | |
|---|---|
| D.E. 45-1 | Defendant's Response to Plaintiff's Requests for Admission |
| D.E. 45-2 | Letter to Jason Potter |

Dated: March 21, 2025

Respectfully submitted,

By: */s/Eduardo A. Maura*
   Eduardo A. Maura, Esq.
   Florida Bar No. 91303
   eduardo@ayalalawpa.com
   Luis F. Quesada Machado, Esq.
   Florida Bar No. 1010305
   lquesada@ayalalawpa.com
   **Ayala Law, P.A.**
   2490 Coral Way, Ste 401
   Miami, FL 33145
   P: (305) 570-2208
   F: (305) 503-7206
   *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on March 21, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Eduardo A. Maura*
   Eduardo A. Maura, Esq.
   Florida Bar No. 91303