UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____

**PLAINTIFF'S NOTICE OF FILING INDEX OF EXHIBITS**

Plaintiff Zachary Griffin, by and through undersigned counsel and pursuant to the Court's Order Setting Trial and Pre-Trial Schedule [D.E. 10], submits this index of exhibits referenced in Plaintiff's Response to Defendant's Statement of Material Facts [D.E. 52] and Plaintiff's Response in Opposition to Defendant's Motion for Summary Judgment [D.E. 53]:

| | |
|---|---|
| D.E. 1 | Complaint |
| D.E. 13 | Motion to Dismiss |
| D.E. 22 | Order on Motion to Dismiss |
| D.E. 23 | Answer to Complaint |
| D.E. 42-1 | Griffin Deposition Transcript |
| D.E. 52-1, pp. 1-6 | Griffin Declaration |
| D.E. 52-1, pp. 7-28 | A – MSG-Aus Employment Agreement |
| D.E. 52-1, pp. 29-45 | B – MSG Employment Agreement |
| D.E. 52-1, pp. 46-52 | C – Qatar Airways Ticket |
| D.E. 52-1, pp. 53-54 | D – Messages between Kozko and Stephen Hood |
| D.E. 52-1, pp. 55-58 | E – Email from Kozko to Anne Dongois and Andy Stack |
| D.E. 52-1, pp. 59-60 | F – Letter from Malavolta to Griffin re Employment Agreement |
| D.E. 52-1, pp. 61-62 | G – Cover Letter from Malavolta |
| D.E. 52-1, pp. 63-120 | H – Apartment Lease Contract |
| D.E. 52-1, pp. 121-124 | I – Guarantor Pre-Leasing Application |
| D.E. 52-1, pp. 125-126 | J – Losses Spreadsheet |
| D.E. 52-1, pp. 127-130 | K – Emails between Kozko and Griffin |
| D.E. 52-1, pp. 131-133 | L – Email from Acker to Griffin |

Dated: April 4, 2025

1

Respectfully submitted,

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303
    eduardo@ayalalawpa.com
    Luis F. Quesada Machado, Esq.
    Florida Bar No. 1010305
    lquesada@ayalalawpa.com
    **Ayala Law, P.A.**
    2490 Coral Way, Ste 401
    Miami, FL 33145
    P: (305) 570-2208
    F: (305) 503-7206
    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on April 4, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303