**From:** Dara Malavolta <dara.malavolta@motorsportgames.com>
**To:** "Marti, Maritza (ES)" <Maritza.Marti@ADP.com>
**Cc:** Zach Griffin <zach.griffin@motorsportgames.com>
**Subject:** FW: Benefits Info - US
**Date:** Mon, 07 Feb 2022 12:26:00 -0500
**Importance:** Normal
**Attachments:** SFLBenefitsOverview.pdf

---

Hi Maritza,

On of our Directors, is moving to the US from Australia with his wife in March, very exciting stuff!
Could you please assist me by providing any forms or steps I need to take internally so we can make sure this is as seamless for the as possible.
Also do you have a full breakdown of the coverage for each of these plans, this only appears to be the cost and he would like to know more about each of them.

Thank you!


**Dara Malavolta**
Director of Human Resources
Motorsport Games (NASDAQ:MSGM)

5972 NE 4th Avenue | Miami, FL | 33137 | United States
**T:** +1 305 507 8799
**M:** +1 914 819 7764
**E:** dara.malavolta@motorsportgames.com
www.motorsportgames.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
Please be advised the information contained in this email message is confidential and intended only for use by the recipient. If you are not the named recipient, you are hereby notified that any disclosure, distribution, dissemination, or copying of the information is prohibited. If the information has been directed to you in error, please contact the sender immediately via a reply to the sender's email or the telephone number listed above.

---

**From:** Dara Malavolta
**Sent:** Monday, February 7, 2022 12:23 PM
**To:** Zach Griffin <zach.griffin@motorsportgames.com>
**Subject:** Benefits Info - US

Hi Zach,

I apologize for the delay on this.
Attached are the costs associated, however believe it or not I am still waiting on the full breakdown for each of these plans.
Wanted to get this over to you though because I know you were in the process of discussing costs /etc.

To summarize what you are looking at – there are three plans we offer, those numbers that you see within the plans actually refer to the deductible on each plans, the least expensive being the highest and known as a "high deductible plan"

While I am not an expert on these inside and out we do have experts at ADP to help assist in this decision as there are different aspects you may want to consider (such as health savings plans, how often you intend to travel – which related to your medical being covered /etc.)

Once I receive those I will send over in this chain.

Thank you!

CONFIDENTIAL   MSGM00001054