UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.
_____/

## NOTICE OF FILING

Defendant Motorsport Games Inc., by and through undersigned counsel, hereby gives Notice of Filing an Exhibit Index in Support of its Statement of Material Facts in Opposition to Plaintiff's Motion for Summary Judgment.

Respectfully submitted,

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave, Suite 201
Miami, Florida 33127
Telephone: (305) 297-1878

By: */s/ Alice Ferot*
Jeffrey W. Gutchess, Esq.
Florida Bar No. 702641
jeff@axslawgroup.com
Alice Ferot, Esq.
alice@axslawgroup.com
Florida Bar No. 101504
eservice@axslawgroup.com

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on April 10, 2025, all parties of record were served the above notice via CM/ECF.

*/s/ Alice Ferot*
Alice Ferot

## DEFENDANT'S EXHIBIT INDEX

| No. | Date | Description | DE # |
|---|---|---|---|
| 1 | 2025 04 04 | Declaration of Stanley Beckley in Support of Defendant's Opposition to Plaintiff's Motion for Summary Judgment | DE 55-1 |
| 2 | 2025 04 04 | Email dated February 7, 2022, re: Benefits Info - US | DE 55-2 |