UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____/

**DECLARATION OF DARA ACKER
IN SUPPORT OF DEFENDANT'S RESPONSE TO PLAINTIFF'S ADDITIONAL FACTS**

Dara Acker, pursuant to 28 U.S.C. § 1746, hereby declares as follows:

1. I am over 18 years of age, of sound mind, and competent to make this Declaration. The facts set out in this Declaration are based on my knowledge having served as Director of Human Resources for Motorsport Games Inc. ("MSGM") and Executive Director, Human Resources for Motorsport Network LLC, the parent company of MSGM, now operating under the name Driven Lifestyle Group LLC ("DLG"). During this time, I oversaw human resources for all subsidiaries of DLG, including MSGM. If called as a witness I could, and would, testify competently to those facts.

2. MSGM never employed Zachary Griffin.

3. MSGM never extended to Zachary Griffin an employment offer letter.

4. Zachary Griffin was never on MSGM's payroll.

5. After MSGM paid for Cammisa Markel's retainer in January 2023, I asked Zachary Griffin to introduce me to the immigration attorney handling his case at Cammisa Markel so I could assist with his visa application.

6. Despite multiple requests on or around January 10th and January 16th 2023, Zachary Griffin did not introduce me to his counsel.

7. Following my requests, I did not receive any request for documents from either Zachary Griffin or his new immigration counsel regarding his visa.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

_____
Dara Acker,
Vice President of Human Resources for duPont REGISTRY Group.
Date: April 11, 2025