**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-21929-BLOOM/Elfenbein**

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____

**NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Plaintiff Zachary Griffin hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order on Motions for Summary Judgment [ECF No. 65], entered in this action on May 7, 2025.

Dated: June 6, 2025

                                                          Respectfully submitted,

                                                          By: */s/Eduardo A. Maura*
                                                              Eduardo A. Maura, Esq.
                                                              Florida Bar No. 91303
                                                              **Ayala Law, P.A.**
                                                              2490 Coral Way, Ste 401
                                                              Miami, FL 33145
                                                               P: (305) 570-2208
                                                              F: (305) 503-7206
                                                               eduardo@ayalalawpa.com
                                                              *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record.

                                                              By: */s/Eduardo A. Maura*
                                                               Eduardo A. Maura, Esq.