# Exhibit B

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alice Ferot<br>AXS Law Group PLLC<br>2121 NW 2nd Avenue<br>Suite 201<br>Miami, FL, 33127 | | |
|---|---|---|---|
| | | **Invoice #:** | **8095284** |
| | | **Invoice Date:** | **2/20/2025** |
| | | **Balance Due:** | **$3,702.30** |

**Case: Griffin, Zachary v. Motorsport Games, Inc. (24cv21929BLOOMElfenbein)**

**Proceeding Type: Depositions**

Job #: 7169342   |   Job Date: 2/12/2025   |   Delivery: Expedited

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Alice Ferot |
| Scheduling Atty: | Jeffrey W. Gutchess | AXS Law Group PLLC |

| Witness: Mr. Zachary Griffin | Amount |
|---|---:|
| Transcript Services | $1,498.50 |
| Transcript Services - Priority Request | $1,047.60 |
| Professional Attendance | $715.00 |
| Exhibits | $211.20 |
| Logistics, Processing & Electronic Files | $131.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | | Invoice Total: | $3,702.30 |
|---|---|---|---:|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $3,702.30 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** **8095284**<br>**Invoice Date:** **2/20/2025**<br>**Balance Due:** **$3,702.30** |
|---|---|---|

Pay by Credit Card: www.veritext.com

138917

**Veritext, LLC - Florida Region**

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alice Ferot<br>AXS Law Group PLLC<br>2121 NW 2nd Avenue<br>Suite 201<br>Miami, FL, 33127 |
|---|---|

| Invoice #: | 8101964 |
|---|---|
| Invoice Date: | 2/24/2025 |
| Balance Due: | $2,235.00 |

**Case: Griffin, Zachary v. Motorsport Games, Inc. (24cv21929BLOOMElfenbein)**

**Proceeding Type: Depositions**

Job #: 7169342   |   Job Date: 2/12/2025   |   Delivery: Normal

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Alice Ferot |
| Scheduling Atty: | Jeffrey W. Gutchess | AXS Law Group PLLC |

| **Witness: Mr. Zachary Griffin** | **Amount** |
|---|---|
| Video Services | $2,145.00 |
| Video - Electronic Access | $90.00 |

Notes:

| Invoice Total: | $2,235.00 |
|---|---|
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,235.00 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 8101964
**Invoice Date:** 2/24/2025
**Balance Due:** $2,235.00

Pay by Credit Card: www.veritext.com

138917

# I N V O I C E

1 of 1

Elite Reporting
707 Southeast 3rd Avenue
Suite 101
Fort Lauderdale, FL 33316
T: 954.761.8338  F: 954.761.8653

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 333108*** | 3/4/2025 | 417947 |
| Job Date | Case No. | |
| 1/30/2025 | 24CV21929BLOOM/ELFENBEIN | |
| Case Name | | |
| Griffin, Zachary vs. Motorsport Games, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Alice Ferot, Esq.
AXS Law Group ¶
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

Deposition Of:
　Stanley Beckley                  70.00 Pages  @  3.750    262.50
　　Exhibits                      340.00 Pages  @  0.300    102.00
　　Color Exhibits                  1.00 Pages  @  0.600      0.60
　　Electronic Support Bundle       1.00        @ 40.000     40.00

**TOTAL DUE   >>>                                         $405.10**

==**Prepayment required**==

One Certified Copy via E-mail only
MM/Smith

Elite Reporting of South Florida, Inc.
Our agreement to provide services is with you. Payment of the amounts owed is not contingent upon reimbursement from your client.

Any past due amounts will accrue interest at 1.5% per month.  You agree that by virtue of accepting our services, including acceptance of a transcript, you agree to pay any costs of collection (including any attorney's fees incurred) with respect to any attempt by Elite Reporting, or its attorneys, to collect any outstanding balances owed to Elite Reporting.

**Tax ID:** 65-0818204

*Please detach bottom portion and return with payment.*

Alice Ferot, Esq.
AXS Law Group ¶
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

Job No.      : 417947              BU ID       : ELR
Case No.     : 24CV21929BLOOM/ELFENBEIN
Case Name    : Griffin, Zachary vs. Motorsport Games, Inc.

Invoice No.  : 333108***           Invoice Date : 3/4/2025
**Total Due** : **$405.10**

Remit To: **Elite Reporting**
**707 Southeast 3rd Avenue**
**Suite 101**
**Fort Lauderdale, FL 33316**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                   Phone#:
Billing Address:
Zip:                         Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email: