# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.
_____/

**DEFENDANT'S SECOND AMENDED NOTICE
OF TAKING VIDEOTAPED DEPOSITION**

    Defendant Motorsport Games Inc., pursuant to the Federal Rules of Civil Procedure, hereby provides notice that it will take the deposition of Zachary Griffin, on February 12, 2025, at the office of AXS Law Group, PLLC, located at 2121 NW 2nd Ave Suite 201, Miami, FL 33127, commencing at 10:00 a.m. (EST). The deposition will be taken before a duly authorized notary public or any other officer authorized to take depositions. The oral examination will not exceed seven hours. The deposition proceedings will be recorded both stenographically and by video recording. The deposing party specifically reserves the right to use the videotape at the time of trial.

    Respectfully submitted,

    **AXS LAW GROUP, PLLC**
    2121 NW 2nd Ave, Suite 201
    Miami, Florida 33127
    Telephone: (305) 297-1878

    By: */s/ Jeffrey W. Gutchess*
    Jeffrey W. Gutchess, Esq.
    Florida Bar No. 702641

jeff@axslawgroup.com  
eservice@axslawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2025, all parties of record were served the above notice via email.

　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey W. Gutchess
　　　　　　　　　　　　　　　　　　　　　Jeffrey W. Gutchess