# Exhibit D

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-cv-21929-BLOOM/Elfenbein**

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____/

**DECLARATION OF ALICE FEROT**

    1.    I am an attorney at law licensed to practice in the State of Florida. I am a member of the bar of this Court and senior attorney at the law firm of AXS Law Group, PLLC ("AXS"), and lead counsel and counsel of record for Defendant MOTORSPORT GAMES INC. ("MSGM").

    2.    I make this declaration in support of MSGM's Bill of Costs and accompanying Motion for an Award of Costs Taxable under 28 U.S.C. § 1920, Bill of Costs with Supporting Documentation, and Incorporated Memorandum of Law.

    3.    I have personal knowledge of the facts herein and, if called as a witness, I could and would testify competently under oath.

    4.    I am counsel for MSGM in this matter.

    5.    All of the cost items (totaling **$5,770.60**) set forth in MSGM's Bill of Costs (with exhibits thereto) and Motion for an Award of Costs Taxable under 28 U.S.C. § 1920, Bill of Costs with Supporting Documentation, and Incorporated Memorandum of Law are correct and have been necessarily incurred in the case.

6. Further, the services for which fees have been charged were actually and necessarily performed.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed on June 6, 2025 in Miami, Florida.

*/s/ Alice Ferot*
Alice Ferot