# EXHIBIT A

**Veritext, LLC - Florida Region**

Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alice Ferot<br>AXS Law Group PLLC<br>2121 NW 2nd Avenue<br>Suite 201<br>Miami, FL, 33127 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | **8095284**<br>**2/20/2025**<br>**$0.00** |
|---|---|---|---|---|

**Case: Griffin, Zachary v. Motorsport Games, Inc. (24cv21929BLOOMElfenbein)**

**Proceeding Type: Depositions**

Job #: 7169342  |  Job Date: 2/12/2025  |  Delivery: Expedited

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Alice Ferot |
| Scheduling Atty: | Jeffrey W. Gutchess | AXS Law Group PLLC |

| Witness: Mr. Zachary Griffin | Quantity | Price | Amount |
|---|---:|---:|---:|
| Transcript Services - Original Transcript(s) | 270.00 | $4.95 | $1,336.50 |
| Transcript Services - Priority Request | 270.00 | $3.88 | $1,047.60 |
| Transcript - Supplemental Surcharges* | 270.00 | $0.60 | $162.00 |
| Attendance - First Hour | 1.00 | $145.00 | $145.00 |
| Attendance - Add'l Hours | 6.00 | $95.00 | $570.00 |
| Exhibits | 384.00 | $0.55 | $211.20 |
| Secure Hosting & Delivery of Veritext File Suite | 1.00 | $96.00 | $96.00 |
| Logistics & Processing | 1.00 | $35.00 | $35.00 |
| Smart Summary - Over 100 Transcript Pages | 1.00 | $99.00 | $99.00 |

| Notes: | *Supplemental Surcharges Include: Video Proceeding | **Invoice Total:** | **$3,702.30** |
|---|---|---|---:|
| | | **Payment:** | **($3,702.30)** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$0.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44<br>Pay by Credit Card: www.veritext.com | **Invoice #:  8095284**<br>**Invoice Date:  2/20/2025**<br>**Balance Due:  $0.00** |
|---|---|---|

138917