# Exhibit B



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 8801 |
| Date: | 12-01-2024 |
| Due On: | 12-01-2024 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 11-01-24 | JF | Call with A. Ferot to discuss factual background and key facts to assist in preparing Proposal of Settlement | 0.20 | 350.00 | $70.00 |
| 11-01-24 | JF | Draft Proposal of Settlement. | 0.40 | 350.00 | $140.00 |
| 11-01-24 | AF | Communicate with J. Ferolie re: formal offer of judgment and notice of serving offer. | 0.20 | 550.00 | $110.00 |
| 11-04-24 | AF | Finalize offer of judgment (.6); communicate with MSG team re: same (.1); prepare Answer (1.6). | 2.30 | 550.00 | $1,265.00 |
| 11-05-24 | AF | Prepare Affirmative Defenses and finalize Answer (1.4);  commmunicate with team re: same (.1); communicate with MSG team re: same (.1); attend call re: Answer and settlement strategy (1.5). | 3.10 | 550.00 | $1,705.00 |
| 11-05-24 | JAS | Review and revise answer; discussions with A. Ferot re: same, case strategy. | 0.50 | 650.00 | $325.00 |
| 11-06-24 | LC | Edit, finalzie for filing and file answer with affirmative defenses. | 0.60 | 275.00 | $165.00 |

| Date | Init. | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11-06-24 | AF | Communicate with L. Cohen re: filing of Answer (.1); finalize Answer (.6); communicate with S. Beckley and MSG team re: same (.4). | 1.10 | 550.00 | $605.00 |
| 11-07-24 | AF | Finalize Offer of Judgment (.3); review caselaw and statutes regarding ███████████ ███████████████ (.3); communicate with MSG team re: same (.1). | 0.70 | 550.00 | $385.00 |
| 11-07-24 | LC | Prepare notice of Proposal for Settlement. | 0.30 | 275.00 | $82.50 |
| 11-07-24 | JAS | Telephone call with A. Ferot re: offer of judgment; emails re: same. | 0.30 | 650.00 | $195.00 |
| 11-12-24 | AF | Communicate with E. Ayala re: extension of deadline to respond to discovery. | 0.10 | 550.00 | $55.00 |
| 11-13-24 | AF | Communicate with MSG team re: settlement (.1); research the issue of ████████████ █████████ 5); | 0.60 | 550.00 | $330.00 |
| 11-14-24 | AF | Communicate with MSG team re: █████████ █████████ (.3); prepare informal offer of settlement for opposing counsel (.1). | 0.40 | 550.00 | $220.00 |
| 11-15-24 | AF | Send settlement proposal to opposing counsel (.1); communicate with J. Shore re: status of case (.1). | 0.30 | 550.00 | $165.00 |
| 11-19-24 | LC | Prepare draft responses to RFP, RFA and ROG. | 1.80 | 275.00 | $495.00 |
| 11-19-24 | AF | Communicate with MSG team re: settlement offer (.1); review upcoming deadlines (.1); communicate with M. Sheehan re: proposal for settlement (.3); attend meeting with MSG team and J. Ferolie to discuss potential settlements and upcoming discovery responses (.8). | 1.30 | 550.00 | $715.00 |
| 11-20-24 | JF | Draft responses to Plaintiff's First Set of Requests for Admissions with A. Ferot. | 0.30 | 350.00 | $105.00 |
| 11-20-24 | JF | Draft responses to Plaintiff's First Set of Interrogatories. | 0.60 | 350.00 | $210.00 |
| 11-20-24 | JF | Draft responses to Plaintiff's First Set of Requests for Production. | 0.80 | 350.00 | $280.00 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11-20-24 | JF | Meeting with A. Ferot and MSG team to discuss potential settlements and upcoming discovery responses. | 0.80 | 350.00 | $280.00 |
| 11-20-24 | AF | Work with J. Ferolie re: discovery responses (.2); communicate with S. Beckley re: settlement strategy (.5). | 0.70 | 550.00 | $385.00 |
| 11-21-24 | AF | Review document sent by S. Beckley (.2); attend conference call (.7). | 0.90 | 550.00 | $495.00 |
| 11-21-24 | JF | Research practical law guidance regarding responses to requests for admissions and revise Draft of Responses to Plaintiff's Requests for Admissions accordingly. | 0.90 | 350.00 | $315.00 |
| 11-25-24 | LC | Confer with A. Ferot re service and filing of the settlement offer (0.1); edit and finalzie for service Confidential Settlement Offer and the notice (0.3); serve Confidential Settlement Offer (0.2); file notice of serving with the court (0.3). | 0.90 | 275.00 | $247.50 |
| 11-25-24 | AF | Finalize Proposal for Settlement and Notice of Serving Proposal based on MSG team communication. | 0.50 | 550.00 | $275.00 |
| 11-29-24 | AF | Review offer and and upcoming deadlines (.1); communicate with MSG team re: Griffin counteroffer and strategy (.1). | 0.20 | 550.00 | $110.00 |
| 11-29-24 | AF | Prepare RFPs (1.6); review applicable rules for Requests for Admission (.3); review and revise response to Request for Admissions (.2). | 2.10 | 550.00 | $1,155.00 |

Services Subtotal: $10,885.00

Expenses

| 11-08-24 | AXS | Upchurch Watson White & Max Invoice 7773768 | 1.00 | 650.00 | $650.00 |

Expenses Subtotal: $650.00

| Date | Payment Method | | No | Amount |
|---|---|---|---|---|

01-15-25   Payment from Retainer, Check, Received on 01-15-25      FULL REFERENCE #:20250115B 1Q8021C018 193      $11,535.00

| | |
|---|---:|
| Subtotal | $11,535.00 |
| Total | $11,535.00 |
| Payment | $11,535.00 |
| Balance Owing | $0.00 |

Detailed Statement Account Summary

Previous Balance:     $9,087.50
New Charges:     $11,535.00
Payments Applied:     $20,622.50

| Payment Date | Invoice No | Amount |
|---|---|---|
| 12-31-24 | 8642 | $4,052.50 |
| 12-31-24 | 8678 | $605.00 |
| 12-31-24 | 8706 | $395.00 |
| 12-31-24 | 8758 | $4,035.00 |
| 01-15-25 | 8801 | $11,535.00 |
| **Total Amount Outstanding:** | **$0.00** | |

Trust Account Balance $0.00

Total Matter Balance $25,502.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 8862 |
| Date: | 01-01-2025 |
| Due On: | 01-01-2025 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 12-01-24 | AF | Review and revise Response to RFA (.7); review and revise Response to Interrogatorries (.8); review and revise Response to RFPs (1.6); communicate with J. Ferolie re: MSG's discovery request (.1). | 3.20 | 550.00 | $1,760.00 |
| 12-01-24 | JF | Review and revise draft of Defendants' First Set of Requests for Production to Plaintiff. | 0.30 | 350.00 | $105.00 |
| 12-02-24 | AF | Send discovery responses to MSG team. | 0.10 | 550.00 | $55.00 |
| 12-02-24 | AF | Attend zoom meeting with MSG team re: discovery and strategy. | 0.70 | 550.00 | $385.00 |
| 12-04-24 | AF | Attend call re: discovery responses (1.2); communicate with Everlaw re: agreement for database (.1). | 1.30 | 550.00 | $715.00 |
| 12-04-24 | AF | Review Everlaw Agreement (.1); negotiate discount with Everlaw (.1). | 0.20 | 550.00 | $110.00 |

| 12-06-24 | AF | Download pst file, compress data, upload onto database with Everlaw support team, and review for technical issues (.5); set up Everlaw database, including by opening project, inviting new users, creating codes, and coding rules, and setting up the parameters (.3); communicate with J. Shore re: Requests for Admissions and Interrogatories (.2). | 1.00 | 550.00 | $550.00 |
| 12-07-24 | AF | Incorporate J. Shore's comments in the discovery responses (.3); review, analyze, code, redact 800 documents and prepare for production (3.6). | 3.90 | 550.00 | $2,145.00 |
| 12-07-24 | JAS | Review and revise discovery responses; telephone call with A. Ferot re: same. | 0.50 | 650.00 | $325.00 |
| 12-07-24 | AF | review, analyze, code, redact 200 documents and prepare for production (.5); communicate with team re: evidence (.1). | 0.60 | 550.00 | $330.00 |
| 12-09-24 | AF | Revise responses to RFPs (.5); finalize all responses (.8); serve responses (.1); communicate with MSG team re: data collection (.1). | 1.50 | 550.00 | $825.00 |
| 12-09-24 | AF | Revise discovery responses to include J. Gutchess comments and edits (.3); attend call with MSG team (1); coordinate verification of Response to INterrogatories (.2). | 1.50 | 550.00 | $825.00 |
| 12-11-24 | AF | Finalize First RFP (.2); communicate with MSG team re: same (.1); incorporate MSG's team edits (.1); serve RFPs (.1); upload new pst file onto system and upload onto Everlaw (.3); review, analyze, code, redact documents for production (1). | 1.80 | 550.00 | $990.00 |
| 12-12-24 | JF | Call with A. Ferot to discuss document review protocol and applicable tags. | 0.40 | 350.00 | $140.00 |
| 12-12-24 | AF | Review, analyze, code, redact and prepare documents for production (1); communicate with J. Ferolie re: document review (.4). | 1.40 | 550.00 | $770.00 |
| 12-13-24 | JF | Review Defendants' Responses to First Set of Requests for Production to assist in preparing for document review. | 0.30 | 350.00 | $105.00 |
| 12-13-24 | JF | Document review to assist in preparing production to Plaintiff. | 3.30 | 350.00 | $1,155.00 |
| 12-16-24 | AF | Prepare documents for discovery status hearing. | 0.20 | 550.00 | $110.00 |

| 12-17-24 | AF | Prepare for hearing (.3); attend hearing (.5); communicate with MSGM team re: same (.1). | 0.90 | 550.00 | $495.00 |
| 12-20-24 | AF | Communicate with E. Maura re: discovery responses. | 0.10 | 550.00 | $55.00 |
| 12-23-24 | AF | Communicate with J. Ferolie re: data collection (.1); review RFPs to identify all categories of documents needed to be collected and produced (.5); attend meeting with D. Acker, S. Beckley, and J. Ferolie re: data collection (1.2); draft document collection protocol (.8); communicate with MSGM team re: same (.1); review June 21, 2023 email from Griffin to Potter plus its 20 page exhibit to identify documents supporting our case and documents to produce (.8). | 3.50 | 550.00 | $1,925.00 |
| 12-23-24 | JF | Call with A. Ferot to prepare for upcoming meeting with MSG team and discuss data collection protocol. | 0.10 | 350.00 | $35.00 |
| 12-23-24 | JF | Review Defendant's responses to Plaintiff's First Set of Requests for Production to assist in preparing for upcoming meeting with MSG Team. | 0.30 | 350.00 | $105.00 |
| 12-23-24 | JF | Meet with MSG Team and A. Ferot to discuss data collection protocol, remaining documents that need to be gathered, and coordination with IT team to ensure proper collection. | 1.20 | 350.00 | $420.00 |
| 12-23-24 | JF | Review documents received thus far from clients, code for responsiveness, and add applicable tags to assist in preparing next production. | 1.00 | 350.00 | $350.00 |
| 12-23-24 | JF | Review list of search terms with A. Ferot to ensure all required information is covered. | 0.10 | 350.00 | $35.00 |
| 12-24-24 | AF | Communicate wit L. Cohen re: discovery requests (.1); communicate with MSGM team re: pst files (.2); review ESI vendor pricing (.1); communicate with MSGM team re: same (.1); review and analyze hot documents (.2); communicate with J. Ferolie re: same and case strategy (.1). | 0.80 | 550.00 | $440.00 |
| 12-24-24 | JF | Review first batch of documents received from client, code for responsiveness, and add applicable tags wherever necessary. | 2.20 | 350.00 | $770.00 |
| 12-24-24 | JF | Gather extremely hot documents, highlight relevant portions, and share with A. Ferot to assist in developing case strategy. | 0.20 | 350.00 | $70.00 |

| 12-27-24 | AP | Prepare Motion for Extension of time Re Finalize document production. | 0.50 | 275.00 | $137.50 |
|---|---|---|---|---|---|
| 12-27-24 | AF | Prepare documents for production (1); review production protocol and batch tag documents (.3); communicate with MSGM team re: pst files (.1); communicate with A. Pacheco re: data collection and Motion for Extension of Time (.3). | 1.70 | 550.00 | $935.00 |
| 12-28-24 | AF | Run and QC production (.5); serve production on opposing counsel (.1); send production and hot docs to team (.1). | 0.70 | 550.00 | $385.00 |
| 12-29-24 | AF | Download data collected and upload onto database and troubleshoot issues encountered (.5); communicate with opposing counsel re: extension of time to produce documents (.1). | 0.50 | 550.00 | $275.00 |
| 12-30-24 | AF | Download and upload data collected (.5); communicate with A. Pacheco re: same ( .1); communicate with S. Beckley re: status of discovery (.2). | 0.80 | 550.00 | $440.00 |
| 12-30-24 | AP | Communicate with Alice re: ESI. | 0.25 | 275.00 | $68.75 |
| 12-30-24 | AP | Work on download of documents sent by the client re: production. | 0.50 | 275.00 | $137.50 |
| 12-30-24 | AF | Communicate with opposing counsel's office re: extension of time to produce documents (.1). | 0.10 | 550.00 | $55.00 |
| 12-31-24 | AP | Prepare Proposed Order for Motion for Extension of time to File Production. | 0.20 | 275.00 | $55.00 |
| 12-31-24 | AP | Communicate with Alice Ferot re: Proposed Order for Motion for Extension of time to File Production. | 0.10 | 275.00 | $27.50 |
| 12-31-24 | AP | File  Motion for Extension of time to File Production and Proposed Order. | 0.40 | 275.00 | $110.00 |
| 12-31-24 | AF | Communicate with opposing counsel re: extension and discovery responses (.1); review Motion for Extension of Time and Proposed Order (.6); communicate with A. Pacheco re: same (.2); communicate with MSGM team re: Order Granting Motion (.1). | 1.00 | 550.00 | $550.00 |

Services Subtotal: $19,276.25

Page: 4

| Date | Payment Method | No | Amount |
|------|----------------|-----|--------|
| 02-05-25 | Payment from Retainer, Wire Transfer, Received on 02-05-25 | FULL REFERENCE #: 202502050008P0073465 | $19,276.25 |

| | |
|------|------|
| Subtotal | $19,276.25 |
| Total | $19,276.25 |
| Payment | $19,276.25 |
| Balance Owing | $0.00 |

Detailed Statement Account Summary

| | | |
|------|------|------|
| Previous Balance: | $20,622.50 | |
| New Charges: | $19,276.25 | |
| Payments Applied: | $39,898.75 | |

| Payment Date | Invoice No | Amount |
|--------------|------------|--------|
| 12-31-24 | 8642 | $4,052.50 |
| 12-31-24 | 8678 | $605.00 |
| 12-31-24 | 8706 | $395.00 |
| 12-31-24 | 8758 | $4,035.00 |
| 01-15-25 | 8801 | $11,535.00 |
| 02-05-25 | 8862 | $19,276.25 |
| **Total Amount Outstanding:** | **$0.00** | |

Trust Account Balance $0.00

Total Matter Balance $25,502.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 8897 |
| Date: | 02-06-2025 |
| Due On: | 02-06-2025 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 01-03-25 | AF | Communicate with Everlaw support re: pst file upload (.4); finalize Everlaw upload (.3); filter over 27,000 documents by applying key words, reviewing, analyzing, coding, and redacting resulting hits (2.8). | 3.50 | 550.00 | $1,925.00 |
| 01-04-25 | AF | Continue filtering over 27,000 documents by applying key words, reviewing, analyzing, coding, and redacting resulting hits. | 0.50 | 550.00 | $275.00 |
| 01-05-25 | AF | Continue filtering over 27,000 documents by applying key words, reviewing, analyzing, coding, and redacting resulting hits (1.8); revise data collection protocol (.2); prepare documents for production (.5); communicate with MSGM team re: production and next steps (.1). | 2.60 | 550.00 | $1,430.00 |
| 01-08-25 | JF | Review all documents referred to in Defendant's Exhibit and check to see if they have been marked responsive. | 1.30 | 350.00 | $455.00 |
| 01-08-25 | JF | Call with A. Ferot to discuss document review assignment details. | 0.10 | 350.00 | $35.00 |
| 01-09-25 | JF | Prepare for upcoming status call with MSG team. | 0.10 | 350.00 | $35.00 |

| 01-09-25 | JF | Status call with A. Ferot and MSG team to discuss upcoming depositions, further document collection, and case strategy. | 0.60 | 350.00 | $210.00 |
|---|---|---|---|---|---|
| 01-09-25 | AF | Review Scheduling Order and discovery analytics for status call (.2); attend status call (.6); communicate with MSGM team re: damages and production (.1). | 0.90 | 550.00 | $495.00 |
| 01-10-25 | AF | Communicate with MSGM team re: production (.1); start reviewing discovery responses (.2). | 0.30 | 550.00 | $165.00 |
| 01-12-25 | AF | Review status of case and Court's Discovery Procedures Order (.2); communicate with opposing counsel re: discovery hearing and meet and confer (.1); review and analyze Plaintiff's Responses to RFPs (.2); review and analyze Plaintiff's production (.8); prepare meet and confer (.5); communicate with MSHM team re: Plaintiff's discovery responses (.2). | 2.00 | 550.00 | $1,100.00 |
| 01-13-25 | AF | Download new data set and upload onto database (.2); review, analyze, deduplicate, code, redact and prepare for production new data set (1.5); prepare production of documents (.5); serve production (.1); send same to MSGM team (.1). | 2.40 | 550.00 | $1,320.00 |
| 01-14-25 | AF | Multiple communications with opposing counsel's office re: meet and confer (.2); prepare meet and confer (.2); meet and confer with E. Ayala (.7); communicate via email with E. Ayala re: deposition dates, hearing dates, extension of pretrial deadlines and Griffin's production deficiencies (.2). | 1.30 | 550.00 | $715.00 |
| 01-15-25 | LC | Attend to email exchange re scheduling of the hearing (0.1); review email from chambers setting discovery hearing and docket same (0.3). | 0.40 | 275.00 | $110.00 |
| 01-15-25 | AF | Communicate with Chambers re: hearing (.1); work on deposition schedule (.3); communicate with J. Ferolie re: schedule and next steps (.4); communicate with S. Beckley re: same (.2); review and analyze Plaintiff's counsel discovery communications and respond to same (.3); start working on Discovery Hearing (.5); communicate with MSGM team re: hearing (.1). | 1.90 | 550.00 | $1,045.00 |
| 01-16-25 | LC | Finalize notice and exhibits and file notice of hearing with the court. | 1.60 | 275.00 | $440.00 |

| | | | | | |
|---|---|---|---|---|---|
| 01-16-25 | AF | Prepare Amended Responses to RFPs (.8); communicate with MSGM team re: hearing (.1); communicate with opposing counsel re: resolution of discovery disputes (.1); communicate with L. Cohen re: submission to the Court for hearing (.1); serve Amended responses (.1); send same to MSGM team (.1). | 1.30 | 550.00 | $715.00 |
| 01-16-25 | LC | Review email chain re depo scheduling and prepare notice of deposition. | 0.50 | 275.00 | $137.50 |
| 01-16-25 | LC | Review judge's directions and prepare draft notice of hearing and proposed order. | 0.80 | 275.00 | $220.00 |
| 01-16-25 | AF | Prepare Notice of hearing; with accompanying Proposed Order, supporting documents and caselaw. | 2.50 | 550.00 | $1,375.00 |
| 01-17-25 | AF | Communicate with A. Pacheco re: depositions (.1); communicate with opposing counsel re: discovery and hearing (.1); review and revise Notice of deposition (.3); serve same (.1); review areas of deposition (.1); send same to MSGM team (.1). | 0.80 | 550.00 | $440.00 |
| 01-17-25 | AP | Review filings filed on the docket, save and organize them in our system, and calendar deadlines. | 0.20 | 275.00 | $55.00 |
| 01-20-25 | AF | Communicate with opposing counsel re: his failure to properly meet and confer and inappropriate deposition notice. | 0.10 | 550.00 | $55.00 |
| 01-21-25 | AP | Create and send the Zoom link to Alice Ferot. | 0.10 | 275.00 | $27.50 |
| 01-21-25 | AF | Prepare meet and confer in advance of hearing (.4); meet and confer with opposing counsel (.4). | 0.80 | 550.00 | $440.00 |
| 01-21-25 | AP | Confer with Alice Ferot regarding depositions. (0.2) Coordinate deposition with Court Reporter's services.(0.2) Create a Zoom link for the meeting regarding deposition preparation and send the invitation.(0.1) Review calendar and create calendar invites for meetings and depositions. (0.2) | 0.70 | 275.00 | $192.50 |
| 01-21-25 | AF | Communicate with J. Ferolie re: chronology of hot docs for MSGM depo prep. | 0.10 | 550.00 | $55.00 |
| 01-21-25 | JF | Call with A. Ferot to discuss preparation needed for upcoming deposition of MSG Corporate Representative. | 0.10 | 350.00 | $35.00 |

| 01-22-25 | AF | Research the issue of plaintiff's deposition location and related consequences. | 1.00 | 550.00 | $550.00 |
| 01-22-25 | AP | Edit the calendar invite for Zachary Griffin's deposition and send the Zoom link for it. | 0.10 | 275.00 | $27.50 |
| 01-22-25 | JF | Call with A. Ferot to discuss upcoming depositions and case strategy. | 0.10 | 350.00 | $35.00 |
| 01-22-25 | AF | Communicate with J. Gutchess re: Griffin's deposition (.1); communicate with opposing counsel re: same (.1); communicate with J. Ferolie re: amending the deadlines and depositions (.2). | 0.40 | 550.00 | $220.00 |
| 01-23-25 | AF | Communicate with J. Ferolie re: hot documents and locate same. | 0.20 | 550.00 | $110.00 |
| 01-23-25 | AF | Prepare deposition memorandum (1.1); review facts of the case (.3); communicate with MSGM team re: status and depositions (.1). | 1.50 | 550.00 | $825.00 |
| 01-23-25 | AF | Communicate with A. Pacheco re: hearing binder (.1); communicate with J. Gutchess re: plaintiff's deposition (.1); research the issue of in person deposition (1.8); review and revise Notice of Deposition (.2). | 2.20 | 550.00 | $1,210.00 |
| 01-23-25 | AP | Prepare and send Notice of In-Person Deposition of Z. Griffin. | 0.30 | 275.00 | $82.50 |
| 01-23-25 | AP | Confer with Alice Ferot regarding the assignment.(0.1) Print and organize documents for the hearing on 1/24/25 and deliver them to Alice Ferot.(0.3) | 0.40 | 275.00 | $110.00 |
| 01-23-25 | AF | Prepare for hearing on both parties' discovery disputes (2.8); locate and print evidence to use at hearing (.2); prepare hearing outline (.5). | 3.50 | 550.00 | $1,925.00 |
| 01-23-25 | AP | Confer with Alice Ferot regarding the assignment.(0.1) Search for flights from Melbourne, Australia to Miami, Florida, take a screenshot of the American Airlines webpage, and create a PDF with the results. (0.2) | 0.30 | 275.00 | $82.50 |
| 01-23-25 | JF | Communicate with A. Ferot regarding key evidence chronology assignment. | 0.20 | 350.00 | $70.00 |

| Date | Initials | Description | Hours | Rate | Amount |
|------|----------|-------------|-------|------|--------|
| 01-23-25 | JF | Review all hot documents in Everlaw database and draft chronology of key evidence. | 2.40 | 350.00 | $840.00 |
| 01-23-25 | JF | Review Plaintiff's production and add key evidence to draft chronology. | 1.60 | 350.00 | $560.00 |
| 01-23-25 | JF | Call with A. Ferot to discuss arguments in favor of in-person deposition of Plaintiff. | 0.20 | 350.00 | $70.00 |
| 01-24-25 | AP | Confer with Jenna (0.1)<br>Retrieve cases for the hearing (0.1) | 0.20 | 275.00 | $55.00 |
| 01-24-25 | AP | Coordinate a court reporter and videographer for the deposition of Z. Griffin on 1/28/25. | 0.20 | 275.00 | $55.00 |
| 01-24-25 | AF | Travel to and attend discovery hearing (4.8); communicate with opposing counsel after the hearing on deposition schedule and extension of the deadlines (.2); communicate with S. Buckley re: deposition preparation and hearing (.2); communicate with M. Sheehan re: same (.2). | 5.40 | 550.00 | $2,970.00 |
| 01-24-25 | AF | Communicate with J. Ferolie re: arguments in support of in-person deposition of plaintiff (.2); communicatew ith J. Shore re: handling of time-sensitive request for in person deposition with a Judge not allowing written motions (.3). | 0.50 | 550.00 | $275.00 |
| 01-24-25 | JF | Call with A. Ferot to discuss collection of case law for upcoming hearing. | 0.10 | 350.00 | $35.00 |
| 01-24-25 | AP | Review filings filed on the docket, save and organize them in our system, and calendar deadlines. | 0.30 | 275.00 | $82.50 |
| 01-27-25 | AP | Review filings filed on the docket, save and organize them in our system.<br>Send filing to Alice Ferot. | 0.10 | 275.00 | $27.50 |
| 01-27-25 | AP | Confer with Alice Ferot<br>Edit meeting. | 0.10 | 275.00 | $27.50 |
| 01-28-25 | AP | Edit Meeting of Griffin v. Motorsport - Stanley's Depo Prep.<br>Create and send a new link. | 0.10 | 275.00 | $27.50 |
| 01-28-25 | LC | Confer with A. Ferot re depo cancellation. | 0.10 | 275.00 | $27.50 |
| 01-28-25 | AP | Review filings filed on the docket, save and organize them in our system, and calendar deadlines. | 0.30 | 275.00 | $82.50 |

| Date | | Description | | | |
|---|---|---|---|---|---|
| 01-28-25 | AF | Analyze documents to serve in accordance with Court ore tenus rulings (.2); communicate with MSGM team re: rulings and next steps (.1); communicate with MSGM team re: documents to gather (.1); save data sent by team (.1); communicate with L. Cohen re: rescheduling of deposition (.1); work on the deposition preparation (1.5); attend meeting with S. Beckley and M. Sheehan re: deposition preparation (2); finalize shared folder for S. Beckley (.5). | 4.60 | 550.00 | $2,530.00 |
| 01-29-25 | AP | Create Zoom link and calendar invite for Alice Ferot. | 0.10 | 275.00 | $27.50 |
| 01-29-25 | AF | Attend depo preparation of S. Beckley. | 1.10 | 550.00 | $605.00 |
| 01-30-25 | AF | Review, analyze, code, redact and prepare for production documents in compliance with Jan. 24, 2025 ore tenus order. | 0.80 | 550.00 | $440.00 |
| 01-30-25 | AF | Communicate with A. Pacheco re: deposition (.2), attend deposition of MSGM corporate representative (2.5). | 2.70 | 550.00 | $1,485.00 |
| 01-31-25 | AF | Continue to review, analyze, code, redact 4,800 documents and prepare production in compliance with Jan. 24, 2025 ore tenus order  (5.3); revise Resposnes to RFPs (1.3); process production (.3); serve production and discovery response (.2); send same to MSGM team (.1). | 7.20 | 550.00 | $3,960.00 |
| 01-31-25 | AP | Organize and save documents of 2025 01 30 MSGM deposition. | 0.20 | 275.00 | $55.00 |
| 01-31-25 | AF | Communicate with MSGM team re: production of documents (.1); upload data sets onto database and code same (.2). | 0.30 | 550.00 | $165.00 |
| 01-31-25 | AF | Communicate with team re: transcripts and exhibits. | 0.10 | 550.00 | $55.00 |

Services Subtotal: $33,207.50

| Date | Payment Method | No | Amount |
|---|---|---|---|
| 02-26-25 | Payment from Retainer, Wire Transfer, Received on 02-25-25 | REFERENCE #:2025022500 08P0113169 | $33,207.50 |

| | |
|---|---|
| Subtotal | $33,207.50 |
| Total | $33,207.50 |
| Payment | $33,207.50 |
| Balance Owing | $0.00 |

Detailed Statement Account Summary

Previous Balance:      $30,811.25
New Charges:      $33,207.50
Payments Applied:      $64,018.75

| Payment Date | Invoice No | Amount |
|---|---|---|
| 01-15-25 | 8801 | $11,535.00 |
| 02-05-25 | 8862 | $19,276.25 |
| 02-26-25 | 8897 | $33,207.50 |
| **Total Amount Outstanding:** | **$0.00** | |

Trust Account Balance $0.00

Total Matter Balance $25,502.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 8944 |
| Date: | 03-01-2025 |
| Due On: | 03-01-2025 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 02-03-25 | AP | Prepare Re-Notice of deposition of Z. Griffin. | 0.20 | 275.00 | $55.00 |
| 02-03-25 | AF | Communicate with opposing counsel re: deposition (.2); research the issue of deponent designating the exact location of deposition (.3); review and ranalyze Notice of Deposition (.2); serve same to opposing counsel (.1); communicate with MSGM team re: same (.1). | 0.90 | 550.00 | $495.00 |
| 02-03-25 | AP | Review filings filed on the docket, save and organize them in our system, and calendar deadlines. | 0.30 | 275.00 | $82.50 |
| 02-05-25 | AP | Review filings on the docket, save and organize them in our system, and calendar deadlines. | 0.20 | 275.00 | $55.00 |
| 02-06-25 | AF | Communicate with L. Cohen re: deposition location and logictics. | 0.10 | 550.00 | $55.00 |

| 02-09-25 | AF | Prepare Griffin's deposition outline (3); communicate with E. Maura re: court-ordered reproduction and his violation of the same (.1). | 3.10 | 550.00 | $1,705.00 |
|---|---|---|---|---|---|
| 02-10-25 | AF | Prepare deposition outline (2.8); prepare exhibits (2). | 4.80 | 550.00 | $2,640.00 |
| 02-10-25 | AP | Coordinate court reporter for the deposition of Z. Griffin. | 0.20 | 275.00 | $55.00 |
| 02-11-25 | AF | Communicate with team re: deposition outline, exhibits and logistics (.1); prepare key points of deposition for J. Gutchess' review (.4). | 0.50 | 550.00 | $275.00 |
| 02-11-25 | AP | Confer with A. Ferot regarding Z. Griffin's deposition. | 0.20 | 275.00 | $55.00 |
| 02-11-25 | AP | Follow up with the court reporter to ensure compliance with the judge's order for the deposition. | 0.20 | 275.00 | $55.00 |
| 02-11-25 | AP | Review and organize the PDFs related to paystubs in chronological order, and print them. | 0.90 | 275.00 | $247.50 |
| 02-11-25 | AF | Meet with J. Gutchess re: deposition (.2); incorporate comments from J. Gutchess into outline and finalize same (1.4); communicate with A. Pacheco re: printing, combining, and renumbering exhibits (.2); prepare for deposition (2); communicate with A. Pacheco re: status of exhibits (.1). | 3.90 | 550.00 | $2,145.00 |
| 02-11-25 | AP | Assist in the preparation for Z. Griffin's deposition. | 3.80 | 275.00 | $1,045.00 |
| 02-11-25 | JG | Review depo outline, confer with A. Ferot and make a couple of suggestions re: strategy. | 0.50 | 850.00 | $425.00 |
| 02-12-25 | AP | Assist the court reporter and videographer with setting up in the office. | 0.20 | 275.00 | $55.00 |
| 02-12-25 | AP | Assist with deposition prep. | 0.40 | 275.00 | $110.00 |
| 02-12-25 | AF | Prepare for and take deposition of Z. Griffin. | 6.50 | 550.00 | $3,575.00 |

| 02-12-25 | JF | Call with A. Ferot to debrief today's deposition of Z. Griffin and discuss overall case strategy. | 0.20 | 350.00 | $70.00 |
|---|---|---|---|---|---|
| 02-12-25 | JG | Confer with A. Ferot re: Griffin deposition questions and strategy. | 0.30 | 850.00 | $255.00 |
| 02-14-25 | LC | Confer with A. Ferot re deposition transcript. | 0.10 | 275.00 | $27.50 |
| 02-14-25 | AF | Communicate with L. Cohen re: transcripts and video services. | 0.10 | 550.00 | $55.00 |
| 02-18-25 | AF | Communicate with L. Cohen re: court filings (.2); review and analyze Court Order (.3); prepare bates-range designations as per Court Order (.2); prepare Response to Audit Letter (.5). | 1.20 | 550.00 | $660.00 |
| 02-18-25 | LC | Confer with A. Ferot re oral motions docket entries. | 0.20 | 275.00 | $55.00 |
| 02-19-25 | AF | Finalize letter re: audit (.3); review MSGM Letter (.2); send Letter to J. Gutchess and S. Beckley (.1); revise Letter (.1). | 0.70 | 550.00 | $385.00 |
| 02-19-25 | AP | Process the transcript of Z. Griffin's deposition, organize them, and save them. | 0.30 | 275.00 | $82.50 |
| 02-20-25 | AF | Finalize and execute Audit Response (.1); send same to Auditors (.1). | 0.20 | 550.00 | $110.00 |
| 02-25-25 | AF | Revise bates-range excel sheet as per the Court Order (.1); send spreadsheet to opposing counsel (.1); review transcript of deposition (.3). | 0.50 | 550.00 | $275.00 |
| 02-25-25 | AP | Scan and prepare the documents for Alice Ferot. | 0.30 | 275.00 | $82.50 |
| 02-26-25 | AF | Communicate with J. Shore re: arguments in support of Motion for Summary Judgment following the deposition. | 0.30 | 550.00 | $165.00 |
| 02-26-25 | JAS | Telephone call with A. Ferot re: case status, scheduling, and strategy. | 0.30 | 650.00 | $195.00 |
| 02-28-25 | AF | Communicate with Court Reporter re: transcripts. | 0.10 | 550.00 | $55.00 |

Services Subtotal: $15,602.50

Expenses

| | | | | | |
|---|---|---|---|---|---|
| 02-20-25 | AXS | Veritext - Invoice 8095284 | 1.00 | 3702.30 | $3,702.30 |
| 02-24-25 | AXS | Veritext - Invoice 8101964 | 1.00 | 2235.00 | $2,235.00 |

Expenses Subtotal: $5,937.30

| Date | Payment Method | No | Amount |
|---|---|---|---|
| 03-31-25 | Payment from Retainer, Wire Transfer, Received on 03-31-25 | REFERENCE #: 202503310008P0124315 | $21,539.80 |

| | |
|---|---|
| Subtotal | $21,539.80 |
| Total | $21,539.80 |
| Payment | $21,539.80 |
| Balance Owing | $0.00 |

Detailed Statement Account Summary

| | | |
|---|---|---|
| Previous Balance: | $33,207.50 | |
| New Charges: | $21,539.80 | |
| Payments Applied: | $54,747.30 | |
| Payment Date | Invoice No | Amount |
| 02-26-25 | 8897 | $33,207.50 |
| 03-31-25 | 8944 | $21,539.80 |
| **Total Amount Outstanding:** | **$0.00** | |

Trust Account Balance $0.00

Total Matter Balance $25,502.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 8975 |
| Date: | 04-01-2025 |
| Due On: | 04-01-2025 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 03-04-25 | LC | Download and save exhibits and deposition transcript to the file. | 0.30 | 275.00 | $82.50 |
| 03-08-25 | AF | Review Federal Rules, Local Rules, and the Judge's rules re: summary judgment (.5); communicate with team re: same (.1). | 0.60 | 550.00 | $330.00 |
| 03-14-25 | AF | Communicate with J. Flagg re: Motion for Summary Judgment (.1); communicate with S. Beckley re: same and affidavits (.2). | 0.30 | 550.00 | $165.00 |
| 03-15-25 | AF | Prepare Statement of Facts. | 3.50 | 550.00 | $1,925.00 |
| 03-16-25 | AF | Review over 50 exhibits and 200 pages of transcripts in support of Motion for summary judgment (3.5); draft statement of facts (3.2); communicate with J. Flagg re research in support of motion (.1); communicate with team re: Statement of Undisputed Material Facts and strategy (.1). | 6.90 | 550.00 | $3,795.00 |
| 03-17-25 | AF | Research the issue of ███████████ (1); communicate with J. Flagg re: status of research (.2); prepare Motion for Summary Judgment (2.5). | 3.70 | 550.00 | $2,035.00 |

| | | | | | |
|---|---|---|---|---|---|
| 03-17-25 | JSF | Research caselaw regarding ████████████ to defeat summary judgment when they are inconsistent with deposition testimony. | 0.50 | 350.00 | $175.00 |
| 03-17-25 | JSF | Research caselaw regarding ████████████ ████████████ and send email memorandum to Alice regarding same. | 1.40 | 350.00 | $490.00 |
| 03-17-25 | LC | Begin working on exhibits to MSJ motion. | 3.50 | 275.00 | $962.50 |
| 03-17-25 | AF | Communicate with J. Shore re: critical evidence, strategy of the case, and each argument in support of summary judgment (1.5); communicate with J. Flagg re additional research assignments (.2). | 1.70 | 550.00 | $935.00 |
| 03-17-25 | JAS | Review statement of material facts in support of summary judgment (0.2); telephone calls with A. Ferot re: same, summary judgment; case status and strategy (1.5); emails re: same (0.2). | 1.90 | 650.00 | $1,235.00 |
| 03-18-25 | AF | Prepare Motion for Summary Judgment (2); communicate with team re: same (.1); communicate with J. Shore re: arguments and drafts (.2); communicate with J. Shore re: timeline of events and arguments (.4); review S. Beckley deposition transcript and locate key excerpts (1); continue drafting Motion for Summary Judgment (2.5). | 6.20 | 550.00 | $3,410.00 |
| 03-18-25 | JSF | Research caselaw regarding statute of frauds issues in employment agreements and requirement for impossibility of performance in under 1 year. | 2.40 | 350.00 | $840.00 |
| 03-18-25 | JSF | Research caselaw regarding pleadings as admissions of party opponents. | 0.40 | 350.00 | $140.00 |
| 03-18-25 | JSF | Research caselaw regarding promissory estoppel and lack of reliance element by plaintiff for motion for summary judgment. | 1.10 | 350.00 | $385.00 |
| 03-18-25 | JAS | Telephone calls with A. Ferot, J. Flagg re: motion for summary judgment, case strategy. | 0.80 | 650.00 | $520.00 |
| 03-18-25 | JAS | Review and revise motion for summary judgment; research re: same, ████████. | 3.20 | 650.00 | $2,080.00 |
| 03-19-25 | AF | Continue revising Motion for Summary Judgment and Statement of Facts (6.2); communicate with MSGM team re: same (.1). | 6.30 | 550.00 | $3,465.00 |

| 03-19-25 | AF | Revise Motion for Summary Judgment and Statement of Facts to include M. Sheehan's comments (1); revise the Statement of Facts to meet the required 10-page limit (.5); communicate with J. Shore re: final drafts (.2); coordinate filing of motion, statement and +60 exhibits with L. Cohen to comply with Court's requirements (.5). | 2.20 | 550.00 | $1,210.00 |
|---|---|---|---|---|---|
| 03-19-25 | AF | Communicate with L. Cohen re: new exhibits. | 0.10 | 550.00 | $55.00 |
| 03-19-25 | LC | Prepare exhibits for filing, finalize for filing and file Motion for Summary Judgment and statement of Material Facts. | 4.50 | 275.00 | $1,237.50 |
| 03-19-25 | JAS | Review motion for summary judgment and statement of facts re: same (0.5); telephone calls with A. Ferot re: same, case status and strategy (0.2). | 0.70 | 650.00 | $455.00 |
| 03-20-25 | AP | Confer with Alice regarding the redaction of an MSJ exhibit (0.2); call with CM/ECF Hotline (0.1). | 0.30 | 275.00 | $82.50 |
| 03-20-25 | AP | Prepare Agreed Motion for Extension of Time to Response to MSJ. (0.6); Prepare Notice of Filing exhibits (0.2) | 0.80 | 275.00 | $220.00 |
| 03-20-25 | LC | Review filing by OC and update same in electronic folder (.2); update docket with MSJ deadlines (.2). | 0.40 | 275.00 | $110.00 |
| 03-20-25 | AF | Communicate with J. Flag re: Opposition to Motion for Summary Judgment (.1); communicate with team re: deadlines (.1); communicate with J. Shore re: opposition (.1); prepare e-folder for client (.2); communicate with MSGM team re: summary judgment (.1); prepare Index as required by Judge's procedures (.8); revise Notice of Filing (.1); review evidence in support of opposition to Summary Judgment (.5); file Index (.3); prepare Motion for Extension of Time (.5); prepare Proposed Order (.3); send same to opposing counsel (.1). | 3.20 | 550.00 | $1,760.00 |
| 03-21-25 | AP | File Motion for Extension of Time. | 0.50 | 275.00 | $137.50 |
| 03-27-25 | AP | Send the upcoming deadlines for the next two weeks, including the case style, case number, and court, to Alice Ferot to draft the motion for an extension of time. | 2.00 | 275.00 | $550.00 |
| 03-27-25 | AF | Draft Renewed Motion for Extension of Time. | 0.50 | 550.00 | $275.00 |

| 03-30-25 | AF | Finalize Renewed Motion for Extension of Time (.3); prepare Proposed Order (.3); file same (.2). | 0.80 | 550.00 | $440.00 |
| 03-31-25 | LC | Review court order re Motion for Extension re MSJ and update docket accordingly. | 0.20 | 275.00 | $55.00 |
| 03-31-25 | AF | Review Judge's procedures on Opposition to Motiton for Summary Judgment and Opposition to Statement of Facts (.3); review and analyze Plaintiff's Motion for Summary Judgment (.5). | 0.80 | 550.00 | $440.00 |

Services Subtotal: $29,997.50

| Date | Payment Method | No | Amount |
| --- | --- | --- | --- |
| 04-29-25 | Payment from Retainer, Wire Transfer, Received on 04-29-25 | Reference PA4TF2702G L31XMF | $29,997.50 |

| | |
| --- | --- |
| Subtotal | $29,997.50 |
| Total | $29,997.50 |
| Payment | $29,997.50 |
| Balance Owing | $0.00 |

Detailed Statement Account Summary

| | | |
| --- | --- | --- |
| Previous Balance: | $21,539.80 | |
| New Charges: | $29,997.50 | |
| Payments Applied: | $51,537.30 | |
| Payment Date | Invoice No | Amount |
| 03-31-25 | 8944 | $21,539.80 |
| 04-29-25 | 8975 | $29,997.50 |
| **Total Amount Outstanding:** | **$0.00** | |

Trust Account Balance $0.00

Total Matter Balance $25,502.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 9021 |
| Date: | 05-01-2025 |
| Due On: | 05-01-2025 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04-01-25 | AF | Continue working on the Statement of Facts by locating, reviewing and analyzing evidence in support of our opposition to Plaintiff's Motion for Summary Judgment. | 2.80 | 550.00 | $1,540.00 |
| 04-01-25 | AF | Prepare Response to Statement of Facts. | 3.00 | 550.00 | $1,650.00 |
| 04-02-25 | AF | Communicate with team re: Opposition to Motion. | 0.10 | 550.00 | $55.00 |
| 04-02-25 | AP | Prepare a draft of the declaration of Stanley Beckley. | 0.90 | 275.00 | $247.50 |
| 04-03-25 | JSF | Attend call with A. Ferot regarding Griffin's Motion for Summary Judgment Response. | 0.60 | 350.00 | $210.00 |
| 04-03-25 | JSF | Research caselaw to support response to Motion for Summary Judgment. | 1.70 | 350.00 | $595.00 |
| 04-03-25 | AF | Communicate with J. Flagg re: research in support of Motion for Summary Judgment. | 0.60 | 550.00 | $330.00 |
| 04-04-25 | AF | Prepare Declaration of S. Beckley. | 1.20 | 550.00 | $660.00 |

| 04-04-25 | JSF | Call with A. Ferot regarding response to Motion for Summary Judgment research. | 0.20 | 350.00 | $70.00 |
|---|---|---|---|---|---|
| 04-04-25 | JSF | Research caselaw regarding ████████ ████████ to support response to their Motion for Summary Judgment. | 0.80 | 350.00 | $280.00 |
| 04-04-25 | JAS | Review and revise response re: motion for summary judgment, statement of facts, and declaration re: same. | 0.80 | 650.00 | $520.00 |
| 04-04-25 | AF | Prepare Opposition to Summary Judgment (13.3); communicate with J. Shore re: same (.2); communicate with L. Cohen re: filings (.2); communicate with J. Flagg re: research (.2); attend call with S. Beckley re: Declaration (.1); file Motion, Statement of Facts in Opposition, and exhibits via CM -ECF (.5); review and save Plaintiff's filings (.1); communicate with MSGM team re: filings (.1). | 14.70 | 550.00 | $8,085.00 |
| 04-07-25 | AP | Review filings on the docket, save and organize them in our system (.2); calendar deadlines (.21. | 0.30 | 275.00 | $82.50 |
| 04-08-25 | AF | Communicate with J. Flagg re: research in support of reply. | 0.20 | 550.00 | $110.00 |
| 04-08-25 | JSF | Confer with A. Ferot regarding preparations of reply in support of our Motion for Summary Judgment. | 0.20 | 350.00 | $70.00 |
| 04-09-25 | JSF | Review and analyze Griffin's response to our MSJ and research caselaw cited by Griffin. | 1.80 | 350.00 | $630.00 |
| 04-09-25 | JSF | Review and analyze Griffin's response to our Statement of Facts in preparation for drafting Reply to Motion for Summary Judgment. | 0.50 | 350.00 | $175.00 |
| 04-09-25 | JSF | Begin drafting Reply to our Motion for Summary Judgment. | 2.70 | 350.00 | $945.00 |
| 04-10-25 | AF | Review and analyze draft of Reply (.2); research the issue of statute of frauds (.8). | 1.00 | 550.00 | $550.00 |
| 04-10-25 | AF | Communicate with A. Pacheco re: index (.1); communicate with J. Flagg re: Reply (.1). | 0.20 | 550.00 | $110.00 |
| 04-10-25 | AP | Prepare and file Notice of Filing Index. | 0.50 | 275.00 | $137.50 |
| 04-10-25 | JSF | Finalize initial draft Reply to Motion for Summary Judgment. Email to J. Gutchess, J. Shore, and A. Ferot for their review. | 2.10 | 350.00 | $735.00 |

| | | | | | |
|---|---|---|---|---|---|
| 04-10-25 | JSF | Research additional caselaw to cite in support of Reply to Motion for Summary Judgment. | 0.90 | 350.00 | $315.00 |
| 04-10-25 | AF | Review and analyze Response to MSGM's Motion for Summary Judgment. | 0.60 | 550.00 | $330.00 |
| 04-11-25 | AF | Research the issue of ███████ (.4); communicate with team re: arguments in Reply (.1). | 0.50 | 550.00 | $275.00 |
| 04-11-25 | JSF | Four telephone calls (0.2, 0.3, 0.2, and 0.1) with Alice to confer regarding the Motion for Summary Judgment Reply, including caselaw, revisions to document, and additional arguments to insert. | 0.80 | 350.00 | $280.00 |
| 04-11-25 | JSF | Research caselaw regarding ████████ ██████ to defeat summary judgment. | 0.40 | 350.00 | $140.00 |
| 04-11-25 | JSF | Research caselaw post-2015 Supreme Court case regarding ████ ████████ (2); send email memorandum to A. Ferot and J. Shore regarding same (.1). | 2.10 | 350.00 | $735.00 |
| 04-11-25 | AF | Communicate with team re: caselaw on ████ ████ .8); work on the Reply Statement of Facts (3.5); communicate with D. Acker re: factual allegations and declaration (.3); prepare and revise Declaration (.3); work on Reply in Support of Motion for Summary Judgment (2.5); finalize all documents (1.3); file Reply and Statement (.3); send to MSGM team all filings (.1). | 9.10 | 550.00 | $5,005.00 |
| 04-17-25 | AF | Review two Notices of Unavailability (.2); communicate with A. Pacheco re: filing (.1). | 0.30 | 550.00 | $165.00 |
| 04-17-25 | AP | Prepare and file Notice of Unavailability for Jeff Gutchess. | 0.60 | 275.00 | $165.00 |
| 04-17-25 | AP | Prepare and file Notice of Unavailability for Alice Ferot. | 0.60 | 275.00 | $165.00 |
| 04-18-25 | AO | Update trial date and all trial deadlines per Order received April 16, 2025. | 0.70 | 200.00 | $140.00 |

Services Subtotal: $25,502.50

| | |
|---|---|
| Subtotal | $25,502.50 |
| Total | $25,502.50 |
| Payment | $0.00 |
| Balance Owing | $25,502.50 |

Detailed Statement Account Summary

| | |
|---|---|
| Previous Balance: | $29,997.50 |
| New Charges: | $25,502.50 |
| Payments Applied: | $29,997.50 |

| Payment Date | Invoice No | Amount |
|---|---|---|
| 04-29-25 | 8975 | $29,997.50 |

| | |
|---|---|
| **Total Amount Outstanding:** | **$25,502.50** |

Trust Account Balance $0.00

Total Matter Balance $25,502.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.



# INVOICE

AXS LAW Group
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

| | |
|---|---|
| Invoice #: | 9059 |
| Date: | 06-01-2025 |
| Due On: | 06-01-2025 |

Primary Client: Motorsport Games, Inc.

Matter Number:1386-0002-Zachary Griffin v. Motorsport Games Inc.
Matter Name:Zachary Griffin v. Motorsport Games

Services

| Date | Atty | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05-07-25 | AF | Review and analyze Order (.3); communicate with MSGM team re: same (.1). | 0.40 | 550.00 | $220.00 |
| 05-08-25 | AO | Receive, review, and save to client file: Order Granting MSJ. | 0.20 | 200.00 | $40.00 |
| 05-12-25 | AF | Attend status call with MSGM team. | 0.30 | 550.00 | $165.00 |
| 05-14-25 | AF | Schedule suspension of ESI database to reduce costs (.1); communicate with A. Pacheco re: Motion to Tax Cost and Motion for Fees (.1); communicate with J. Shore re: deadlines (.1). | 0.30 | 550.00 | $165.00 |
| 05-19-25 | AF | Communicate with J. Ferolie re: Motion for Fees. | 0.10 | 550.00 | $55.00 |
| 05-19-25 | JF | Call with A. Ferot to discuss pending assignments/ motions to be filed to obtain attorneys fees and costs. | 0.10 | 350.00 | $35.00 |
| 05-20-25 | JF | Call with A. Ferot to discuss drafting of Motions for Fees and Costs including timing of same. | 0.10 | 350.00 | $35.00 |

| 05-20-25 | AF | Review and analyze the Federal Rules, Local rules and caselaw re: ███████████████ ████████████████████ (1.8); communicate with team re: same (.2); communicate with J. Shore re: motions deadlines (.1). | 2.10 | 550.00 | $1,155.00 |
|---|---|---|---|---|---|
| 05-20-25 | JF | Call with A. Ferot to discuss strategy and deadlines for pending Motions. | 0.10 | 350.00 | $35.00 |
| 05-21-25 | AO | Calendar deadlines for Fees and Taxable Costs Motions per Alice's email. | 0.20 | 200.00 | $40.00 |
| 05-23-25 | AF | Communicate with E. Areias re: Motion for Costs and Motion for Fees. | 0.30 | 550.00 | $165.00 |
| 05-27-25 | AF | Communicate with E. Areaias re: Motion for Fees and Costs via telephone (.2); locate templates and send to E. Areias (.1). | 0.30 | 550.00 | $165.00 |
| 05-28-25 | AP | Review docket, court filings, and e-service emails to identify court fees in the case (.3); communicate findings to Eva Aerias and Alice Ferot (.2). | 0.50 | 275.00 | $137.50 |
| 05-28-25 | EA | Emails to A. Ferot and A. Pacheco regarding expenses needed to complete Bill of Cost form (.5); calls with A. Pacheco regarding same (.3); email and call with A. Flesh regarding same (.3); pull expense reports to use for completing form (.4); prepare draft Bill of Costs (1.0). | 2.50 | 200.00 | $500.00 |
| 05-29-25 | AO | Update Calendar to reflect current case posture (.1); add deadline for appeal to be filed (.1). | 0.20 | 200.00 | $40.00 |
| 05-29-25 | EA | Prepare Motion to Tax Costs (2); prepare tax Form (.8); telephone call with A. Ferot regarding same (.2). | 3.00 | 200.00 | $600.00 |

Services Subtotal: $3,552.50

| | |
|---|---|
| Subtotal | $3,552.50 |
| Total | $3,552.50 |
| Payment | $0.00 |
| Balance Owing | $3,552.50 |

Detailed Statement Account Summary

| | | |
|---|---|---|
| Previous Balance: | $25,502.50 | |
| New Charges: | $3,552.50 | |
| Payments Applied: | $25,502.50 | |
| Payment Date | Invoice No | Amount |
| 05-29-25 | 9021 | $25,502.50 |
| **Total Amount Outstanding:** | **$3,552.50** | |

Trust Account Balance $0.00

Total Matter Balance $3,552.50

Please make all amounts payable to: AXS LAW Group

*Invoices Are Due Upon Receipt*

Late Fees will be applied to all invoices over 30 days old.