# Exhibit F

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alice Ferot<br>AXS Law Group PLLC<br>2121 NW 2nd Avenue<br>Suite 201<br>Miami, FL, 33127 | **Invoice #:** | **8095284** |
|---|---|---|---|
| | | **Invoice Date:** | **2/20/2025** |
| | | **Balance Due:** | **$3,702.30** |

**Case: Griffin, Zachary v. Motorsport Games, Inc. (24cv21929BLOOMElfenbein)**  **Proceeding Type: Depositions**

Job #: 7169342   |   Job Date: 2/12/2025   |   Delivery: Expedited

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Alice Ferot |
| Scheduling Atty: | Jeffrey W. Gutchess | AXS Law Group PLLC |

| Witness: Mr. Zachary Griffin | Amount |
|---|---:|
| Transcript Services | $1,498.50 |
| Transcript Services - Priority Request | $1,047.60 |
| Professional Attendance | $715.00 |
| Exhibits | $211.20 |
| Logistics, Processing & Electronic Files | $131.00 |
| Smart Summary - Over 100 Transcript Pages | $99.00 |

| Notes: | **Invoice Total:** | **$3,702.30** |
|---|---|---:|
| | **Payment:** | **$0.00** |
| | **Credit:** | **$0.00** |
| | **Interest:** | **$0.00** |
| | **Balance Due:** | **$3,702.30** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments will be made after 90 days.  For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Remit to:**<br>Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303<br>Fed. Tax ID: 20-3132569 | **Pay By ACH (Include invoice numbers):**<br>**A/C Name:** Veritext<br>**Bank Name:** BMO Harris Bank<br>**Account No:** 4353454 **ABA:** 071000288<br>**Swift:** HATRUS44 | **Invoice #:** **8095284**<br>**Invoice Date:** **2/20/2025**<br>**Balance Due:** **$3,702.30** |
|---|---|---|

Pay by Credit Card: www.veritext.com

138917

**Veritext, LLC - Florida Region**
Tel. 305-376-8800 Email: billing-fl@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Alice Ferot<br>AXS Law Group PLLC<br>2121 NW 2nd Avenue<br>Suite 201<br>Miami, FL, 33127 | **Invoice #:** | **8101964** |
|---|---|---|---|
| | | **Invoice Date:** | **2/24/2025** |
| | | **Balance Due:** | **$2,235.00** |

**Case: Griffin, Zachary v. Motorsport Games, Inc. (24cv21929BLOOMElfenbein)**  **Proceeding Type: Depositions**

Job #: 7169342   |   Job Date: 2/12/2025   |   Delivery: Normal

| Location: | Miami, FL |
|---|---|
| Billing Atty: | Alice Ferot |
| Scheduling Atty: | Jeffrey W. Gutchess | AXS Law Group PLLC |

| **Witness: Mr. Zachary Griffin** | **Amount** |
|---|---|
| Video Services | $2,145.00 |
| Video - Electronic Access | $90.00 |

| Notes: | | **Invoice Total:** | **$2,235.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$2,235.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**Remit to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

Pay by Credit Card: www.veritext.com

**Invoice #:  8101964**
**Invoice Date:  2/24/2025**
**Balance Due:  $2,235.00**

# I N V O I C E

1 of 1

Elite Reporting
707 Southeast 3rd Avenue
Suite 101
Fort Lauderdale, FL 33316
T: 954.761.8338  F: 954.761.8653

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 333108*** | 3/4/2025 | 417947 |
| Job Date | Case No. | |
| 1/30/2025 | 24CV21929BLOOM/ELFENBEIN | |
| Case Name | | |
| Griffin, Zachary vs. Motorsport Games, Inc. | | |
| Payment Terms | | |
| Due upon receipt | | |

Alice Ferot, Esq.
AXS Law Group ¶
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

Deposition Of:
  Stanley Beckley                70.00  Pages  @   3.750   262.50
    Exhibits                    340.00  Pages  @   0.300   102.00
    Color Exhibits                1.00  Pages  @   0.600     0.60
    Electronic Support Bundle     1.00         @  40.000    40.00

**TOTAL DUE   >>>**                                       **$405.10**

==**Prepayment required**==

One Certified Copy via E-mail only
MM/Smith

Elite Reporting of South Florida, Inc.
Our agreement to provide services is with you. Payment of the amounts owed is not contingent upon reimbursement from your client.

Any past due amounts will accrue interest at 1.5% per month.  You agree that by virtue of accepting our services, including acceptance of a transcript, you agree to pay any costs of collection (including any attorney's fees incurred) with respect to any attempt by Elite Reporting, or its attorneys, to collect any outstanding balances owed to Elite Reporting.

**Tax ID:** 65-0818204

*Please detach bottom portion and return with payment.*

Alice Ferot, Esq.
AXS Law Group ¶
2121 NW 2nd Avenue, Suite 201
Miami, FL 33127

Job No.      : 417947              BU ID        : ELR
Case No.     : 24CV21929BLOOM/ELFENBEIN
Case Name    : Griffin, Zachary vs. Motorsport Games, Inc.

Invoice No.  : 333108***           Invoice Date : 3/4/2025
**Total Due**    : **$405.10**

Remit To:  **Elite Reporting**
           **707 Southeast 3rd Avenue**
           **Suite 101**
           **Fort Lauderdale, FL 33316**

**PAYMENT WITH CREDIT CARD**   

Cardholder's Name:
Card Number:
Exp. Date:                              Phone#:
Billing Address:
Zip:                  Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# Upchurch Watson White & Max

Tel. 800-264-2622 Email: UWWM-billing@Veritext.com
Fed. Tax ID: 20-3132569



Bill To: Jeffrey W. Gutchess
AXS Law Group PLLC
2121 NW 2nd Avenue
Suite 201
Miami, FL, 33127

**Invoice #:** 7773768
**Invoice Date:** 10/8/2024
**Balance Due:** $650.00

**Case: Zachary Griffin v. Motorsport games Inc. (24LAH041)**      **Proceeding Type: Mediation**

Job #: 6914843   |   Job Date: 10/8/2024

Location:   Orlando, FL
Mediator:   Lance Harke

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Mediation Services | 1.00 | $650.00 | $650.00 |

Notes: 2.0 hours @ $650 per hour, split equally between two parties

**Invoice Total:** $650.00
**Payment:** $0.00
**Credit:** $0.00
**Interest:** $0.00
**Balance Due:** $650.00

TERMS: Payable upon receipt. For more information on charges related to our services, please call 800-264-2622.

**THIS INVOICE IS 31 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

**Remit to:**
UWWM c/o Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

**Pay By ACH (Include invoice numbers):**
**A/C Name:** Veritext
**Bank Name:** BMO Harris Bank
**Account No:** 4353454 **ABA:** 071000288
**Swift:** HATRUS44

**Invoice #:** 7773768
**Invoice Date:** 10/8/2024
**Balance Due:** $650.00

Pay by Credit Card: www.veritext.com

138917



| | Invoice number | 137333 |
|---|---|---|
| | Invoice date | Dec 31, 2024 |
| | Payment terms | Net 30 |
| | Currency | US Dollar |

**Bill To**
AXS Law Group
2121 NW 2ND Ave Ste 201
Miami FL 33127-4830
United States

**Billing Reference**

**AMOUNT DUE**

**$0.00**

**Due on Jan 30, 2025**

**PERIOD:**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** <br> MSG | 2 | $23.00 | $46.00 |
| **Subscription** <br> MSG (2 GB) ($250.0)) | 1 | $204.00 | $204.00 |
| **Subscription** <br> MSG (prorate 26/31)) | 1 | ($40.32) | ($40.32) |

| | | |
|---|---|---|
| | Subtotal | $209.68 |
| | Sales tax | $0.00 |
| | Total | $209.68 |
| | Paid/Credit | -$209.68 |
| | **Amount due** | $0.00 |

For detailed information regarding usage across your account, please reference the platform.

| **Payment instructions** | **Pay by check** | **Pay by ACH / Wire Transfer** |
|---|---|---|
| Please include invoice number(s) and invoice amount(s) with your payment. | Everlaw, Inc. <br> PO Box 786166 <br> Philadelphia, PA 19178-6166 | Wells Fargo <br> 525 Market St, 5th Floor <br> San Francisco, CA 94105 |
| Send remittance email to <br> ar@everlaw.com. | | Account #: 3445808581 <br> Account name: Everlaw, Inc. <br> ABA/Routing: 121042882 <br> Domestic Wire Transfer: 121000248 <br> SWIFT code: WFBIUS6S (international) |
| For billing issues please contact <br> billing@everlaw.com. | | |
| US Tax ID: 27-4422378 | | |





billing@everlaw.com · 1-844-EVERLAW                    Page 1 of 1



| | |
|---|---|
| **Invoice number** | 140770 |
| **Invoice date** | Jan 31, 2025 |
| **Payment terms** | Net 30 |
| **Currency** | US Dollar |

**Bill To**

AXS Law Group
5972 Northeast 4th Avenue
Miami Florida 33137
United States

**Billing Reference**

AMOUNT DUE

$0.00

Due on Mar 02, 2025

**PERIOD:**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** <br> MSG | 12 | $23.00 | $276.00 |

| | |
|---|---|
| Subtotal | $276.00 |
| Sales tax | $0.00 |
| Total | $276.00 |
| Paid/Credit | -$276.00 |
| **Amount due** | $0.00 |

For detailed information regarding usage across your account, please reference the platform.

| Payment instructions | Pay by check | Pay by ACH / Wire Transfer |
|---|---|---|
| Please include invoice number(s) and invoice amount(s) with your payment. <br><br> Send remittance email to ar@everlaw.com. <br><br> For billing issues please contact billing@everlaw.com. <br><br> US Tax ID: 27-4422378 | Everlaw, Inc. <br> PO Box 786166 <br> Philadelphia, PA 19178-6166 | Wells Fargo <br> 525 Market St, 5th Floor <br> San Francisco, CA 94105 <br><br> Account #: 3445808581 <br> Account name: Everlaw, Inc. <br> ABA/Routing: 121042882 <br> Domestic Wire Transfer: 121000248 <br> SWIFT code: WFBIUS6S (international) |





billing@everlaw.com · 1-844-EVERLAW

Page 1 of 1



|  |  |
|---|---|
| Invoice number | 144362 |
| Invoice date | Feb 28, 2025 |
| Payment terms | Net 30 |
| Currency | US Dollar |

**Bill To**

AXS Law Group
5972 Northeast 4th Avenue
Miami Florida 33137
United States

**Billing Reference**

AMOUNT DUE

**$0.00**

Due on Mar 30, 2025

**PERIOD:**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>MSG | 12 | $23.00 | $276.00 |

|  |  |
|---|---|
| Subtotal | $276.00 |
| Sales tax | $0.00 |
| Total | $276.00 |
| Paid/Credit | -$276.00 |
| **Amount due** | $0.00 |

For detailed information regarding usage across your account, please reference the platform.

| Payment instructions | Pay by check | Pay by ACH / Wire Transfer |
|---|---|---|
| Please include invoice number(s) and invoice amount(s) with your payment.<br><br>Send remittance email to ar@everlaw.com.<br><br>For billing issues please contact billing@everlaw.com.<br><br>US Tax ID: 27-4422378 | Everlaw, Inc.<br>PO Box 786166<br>Philadelphia, PA 19178-6166 | Wells Fargo<br>525 Market St, 5th Floor<br>San Francisco, CA 94105<br><br>Account #: 3445808581<br>Account name: Everlaw, Inc.<br>ABA/Routing: 121042882<br>Domestic Wire Transfer: 121000248<br>SWIFT code: WFBIUS6S (international) |







| | |
|---|---|
| Invoice number | 147665 |
| Invoice date | Mar 31, 2025 |
| Payment terms | Net 30 |
| Currency | US Dollar |

**Bill To**
AXS Law Group
5972 Ne 4th Ave
Miami FL 33137-2134
United States

**Billing Reference**

AMOUNT DUE

**$0.00**

Due on Apr 30, 2025

**PERIOD:**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription**<br>MSG | 12 | $23.00 | $276.00 |

| | |
|---|---|
| Subtotal | $276.00 |
| Sales tax | $0.00 |
| Total | $276.00 |
| Paid/Credit | -$276.00 |
| **Amount due** | $0.00 |

**For detailed information regarding usage across your account, please reference the platform.**

| Payment instructions | Pay by check | Pay by ACH / Wire Transfer |
|---|---|---|
| Please include invoice number(s) and invoice amount(s) with your payment.<br><br>Send remittance email to ar@everlaw.com.<br><br>For billing issues please contact billing@everlaw.com.<br><br>US Tax ID: 27-4422378 | Everlaw, Inc.<br>PO Box 786166<br>Philadelphia, PA 19178-6166 | Wells Fargo<br>525 Market St, 5th Floor<br>San Francisco, CA 94105<br><br>Account #: 3445808581<br>Account name: Everlaw, Inc.<br>ABA/Routing: 121042882<br>Domestic Wire Transfer: 121000248<br>SWIFT code: WFBIUS6S (international) |







| | Invoice number | 150996 |
|---|---|---|
| | Invoice date | Apr 30, 2025 |
| | Payment terms | Net 30 |
| | Currency | US Dollar |

**Bill To**
AXS Law Group
5972 Ne 4th Ave
Miami FL 33137-2134
United States

**Billing Reference**

AMOUNT DUE

**$0.00**

Due on May 30, 2025

**PERIOD: April'25 Usage**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** <br> MSG | 12 | $23.00 | $276.00 |

| | |
|---|---|
| Subtotal | $276.00 |
| Sales tax | $0.00 |
| Total | $276.00 |
| Paid/Credit | -$276.00 |
| **Amount due** | **$0.00** |

**For detailed information regarding usage across your account, please reference the platform.**

| Payment instructions | Pay by check | Pay by ACH / Wire Transfer |
|---|---|---|
| Please include invoice number(s) and invoice amount(s) with your payment. <br><br> Send remittance email to <br> ar@everlaw.com. <br><br> For billing issues please contact <br> billing@everlaw.com. <br><br> US Tax ID: 27-4422378 | Everlaw, Inc. <br> PO Box 786166 <br> Philadelphia, PA 19178-6166 | Wells Fargo <br> 525 Market St, 5th Floor <br> San Francisco, CA 94105 <br><br> Account #: 3445808581 <br> Account name: Everlaw, Inc. <br> ABA/Routing: 121042882 <br> Domestic Wire Transfer: 121000248 <br> SWIFT code: WFBIUS6S (international) |







| | |
|---|---|
| Invoice number | 154267 |
| Invoice date | May 31, 2025 |
| Payment terms | Net 30 |
| Currency | US Dollar |

**Bill To**

AXS Law Group
5972 Ne 4th Ave
Miami FL 33137-2134
United States

**Billing Reference**

AMOUNT DUE

$276.00

**Due on Jun 30, 2025**

**PERIOD: May'25 Usage**

| ITEM | QUANTITY | RATE | AMOUNT |
|---|---|---|---|
| **Subscription** <br> MSG | 12 | $23.00 | $276.00 |

| | |
|---|---|
| Subtotal | $276.00 |
| Sales tax | $0.00 |
| Total | $276.00 |
| Paid/Credit | -$0.00 |
| **Amount due** | **$276.00** |

For detailed information regarding usage across your account, please reference the platform.

| Payment instructions | Pay by check | Pay by ACH / Wire Transfer |
|---|---|---|
| Please include invoice number(s) and invoice amount(s) with your payment. <br><br> Send remittance email to [ar@everlaw.com](mailto:ar@everlaw.com). <br><br> For billing issues please contact [billing@everlaw.com](mailto:billing@everlaw.com). <br><br> US Tax ID: 27-4422378 | Everlaw, Inc. <br> PO Box 786166 <br> Philadelphia, PA 19178-6166 | Wells Fargo <br> 525 Market St, 5th Floor <br> San Francisco, CA 94105 <br><br> Account #: 3445808581 <br> Account name: Everlaw, Inc. <br> ABA/Routing: 121042882 <br> Domestic Wire Transfer: 121000248 <br> SWIFT code: WFBIUS6S (international) |


