UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-21929-BLOOM/Elfenbein

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____/

**NOTICE OF FILING EXPERT REPORT OF JOSE M. FERRER**

Defendant Motorsport Games Inc. ("MSGM") by and through undersigned counsel, hereby gives notice of filing the Expert Report of Jose M. Ferrer, pertaining to the reasonableness of Defendant's claim for attorneys' fees and costs. A true and correct copy of the Expert Report is attached hereto as Exhibit A.

                                      Respectfully submitted,

                                      **AXS LAW GROUP, PLLC**
                                      2121 NW 2nd Ave., Suite 201
                                      Miami, FL 33127
                                      Tel.: (305) 297-1878

                                      By: */s/ Alice Ferot*
                                      Jeffrey W. Gutchess, Esq.
                                      Florida Bar No. 702641
                                      jeff@axslawgroup.com
                                      Alice Ferot, Esq.
                                      alice@axslawgroup.com
                                      Florida Bar No. 101504
                                      eservice@axslawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3rd 2025, undersigned counsel electronically filed the foregoing document with the Clerk of Courts using CM/ECF, which will provide notices of electronic filing to: J Eduardo A. Maura, Esq., Luis F. Quesada Machado, Esq., Ayala Law, P.A., 2490 Coral Way, Ste 401 Miami, FL 33145 (emails: eduardo@ayalalawpa.com; lquesada@ayalalawpa.com).

**AXS LAW GROUP, PLLC**
2121 NW 2nd Ave., Suite 201
Miami, FL 33127
Tel.: (305) 297-1878

By: */s/ Alice Ferot*
Jeffrey W. Gutchess, Esq.
Florida Bar No. 702641
jeff@axslawgroup.com
Alice Ferot, Esq.
alice@axslawgroup.com
Florida Bar No. 101504
eservice@axslawgroup.com