UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 24-cv-21929-BLOOM/Elfenbein**

ZACHARY GRIFFIN,

    Plaintiff,

v.

MOTORSPORT GAMES INC.,

    Defendant.

_____

### MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Ayala Law, P.A. ("Ayala"), by and through the undersigned attorneys, moves to withdraw as counsel of record for Plaintiff Zachary Griffin. The grounds for this motion are as follows:

1. Rule 4-1.16 of the Rules Regulating the Florida Bar requires a lawyer to withdraw from representation of a client if "the lawyer is discharged." R. Regulating Fla. Bar 4-1.16(a)(3).

2. Good cause exists under Rule 4-1.16 for Ayala to withdraw from representation of Plaintiff in this matter.

3. Pursuant to S.D. Fla. L.R. 11.1(d)(3)(A), Plaintiff's last known address, telephone number, and e-mail address are:

> 6 Neave St
> Hawthorn East, VIC 3123
> AUSTRALIA
> +61 4 3765 8845
> zach.griffin@gmail.com

WHEREFORE, Ayala Law, P.A. respectfully requests the Court to enter an order allowing the undersigned attorneys to withdraw as counsel of record for Plaintiff Zachary Griffin; and grant any and all other relief this Court deems just, proper, and equitable.

Dated: July 9, 2025

                                          Respectfully submitted,

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303
    eduardo@ayalalawpa.com
    Luis F. Quesada Machado, Esq.
    Florida Bar No. 1010305
    lquesada@ayalalawpa.com
    **Ayala Law, P.A.**
    2490 Coral Way, Ste 401
    Miami, FL 33145
    P: (305) 570-2208
    F: (305) 503-7206
    *Counsel for Plaintiff Zachary Griffin*

## **CERTIFICATE OF SERVICE**

I certify that on July 9, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a copy of it by Notice of Electronic Mail to all counsel of record. I further certify that a copy of the foregoing document was served via email on July 9, 2025, upon Plaintiff Zachary Griffin at zach.griffin@gmail.com.

By: */s/Eduardo A. Maura*
    Eduardo A. Maura, Esq.
    Florida Bar No. 91303